UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
KAROLINA MARCINIAK-DOMINGUES    :
GONCALVES AGRA, PEDRO    :
MARCINIAKDOMINGUES GONCALVES AGRA,  :
    :        22-CV-10959 (ALC)
                 Plaintiffs,    :
    :        <u>AMENDED</u>
        -against-    :
    :        <u>CONFERENCE ORDER</u>
CENTER FOR BRAINS MINDS AND MACHINES  :
AT MASSACHUSETTS INSTITUTE OF    :
TECHNOLOGY, MASSACHUSETTS INSTITUTE  :
OF TECHNOLOGY, HARVARD UNIVERSITY  :
AND THE PRESIDENT AND FELLOWS OF  :
HARVARD COLLEGE, BOSTON CHILDREN'S  :
HOSPITAL, MARINE BIOLOGICAL    x
LABORATORY, UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, NATIONAL
SCIENCE FOUNDATION (NSF),

                 Defendants.
------------------------------------------------------------------------
ANDREW L. CARTER, JR., District Judge:


      The Court will now hold the telephonic pretrial conference in this action on Monday,

February 27, 2023 at **2:00PM Eastern Time**. All Plaintiffs and Defendants in this action shall

appear and should contact the Court at 1-888-363-4749 (access code: 3768660).



SO ORDERED.



Dated:     New York, New York
          February 23, 2023

                                  _____
                                **ANDREW L. CARTER, JR.**
                              **United States District Judge**