UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KAROLINA MARCINIAK-DOMINGUES  :
GONCALVES AGRA, PEDRO  :
MARCINIAKDOMINGUES GONCALVES AGRA,  :
 :
                                    **Plaintiffs,**  :      22-CV-10959 (ALC)
 :
                                            :      <u>**ORDER**</u>
      -against-                 :
 :
CENTER FOR BRAINS MINDS AND MACHINES  :
AT MASSACHUSETTS INSTITUTE OF  :
TECHNOLOGY, MASSACHUSETTS INSTITUTE  :
OF TECHNOLOGY, HARVARD UNIVERSITY  :
AND THE PRESIDENT AND FELLOWS OF  :
HARVARD COLLEGE, BOSTON CHILDREN'S  :
HOSPITAL, MARINE BIOLOGICAL  x
LABORATORY, UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, NATIONAL
SCIENCE FOUNDATION (NSF),

                                  **Defendants.**
-------------------------------------------------------------------
**ANDREW L. CARTER, JR., District Judge:**

      As discussed in today's Court Conference, Plaintiffs are granted leave to file an Amended Complaint. **The Amended Complaint is due by April 10, 2023.** Plaintiffs may wish to consider contacting the New York Legal Assistance Group's (NYLAG) Legal Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. A copy of the flyer with details of the clinic is attached to this order. The clinic is currently available only by telephone.

      If Plaintiffs choose not to file an amended complaint, they may file a letter with the Court stating that they don't intend to do so on or before April 10, 2023.

**Defendants are ordered to file a Joint Status Report (JSR) by April 20, 2023 to inform the Court as to whether there is any agreement among Defendants on the filing of consolidated motion(s) to dismiss.** Upon receipt of Defendants' JSR, the Court will set a briefing schedule for motion(s) to dismiss.

**SO ORDERED.**

**Dated:**    New York, New York
            February 27, 2023

_____
ANDREW L. CARTER, JR.
United States District Judge

# Notice For Pro Se Litigants



**As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.**

**Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.**

**If you need the assistance of the clinic, please call <u>212-659-6190</u> and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.**

**Please be patient because our responses to your messages may be delayed while we transition to phone appointments.**

