```
                    UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK


MACINIAK-DOMINGUES GONCALVES
AGRA, et al ,                              : Docket #:
                                             1:22-cv-10959-ALC

                     Plaintiffs,  :

     -against-                             :

CENTER FOR BRAIN, MINDS AND
MACHINES AT MASSACHUSETTS INSTITUTE
OF TECHNOLOGY, et al,              : New York, New York

                     Defendants.

-------------------------------:

                    PROCEEDINGS BEFORE
           THE HONORABLE ANDREW L. CARTER, JR
              UNITED STATES DISTRICT JUDGE



APPEARANCES:

For Pro-Se
Plaintiff:             DR. KAROLINA MARIA
                       MACINIAK-DOMINGUES GONCALVES AGRA
                       Mr. PEDRO HENRIQUE
                       MACINIAK-DOMINGUES GONCALVES AGRA
                       500 E 63rd Street, Apt. 13F
                       New York, New York 10065

For Defendant:         SEYFARTH SHAW, LLP
                       BY:  KYLE DONALD WINNICK, ESQ.
                            DOV KESSELMAN, ESQ.
                       620 8th Avenue
                       New York, New York 10018

For Defendant:         PROSKAUER ROSE, LLP
                       BY:  ELISE MICHELLE BLOOM, ESQ.
                            NOA MICHELLE BADDISH, ESQ.
                       11 Times Square
                       New York, New York 10036
```

```
Appearances (Continued):

For Defendant:       GOODWIN PROCTER, LLP
                     BY:  JENNIFER CHUNIAS, ESQ.
                          MARCO YU-HIN WONG, ESQ.
                     620 Eighth Avenue
                     New York, New York 10018

For Defendant:       DOJ-USAO
                     BY:  REBECCA LYNN SALK, ESQ.
                     86 Chambers Street, 3rd Floor
                     New York, New York 10007


For Defendant:       HUSCH BLACKWELL
                     BY:  SCOTT WARNER, ESQ.
                          JASON MICHAEL HUSGEN, ESQ.
                     120 S. Riverside Plaza, Suite 2200
                     Chicago, IL 60606



For Defendant:       SCHILLING LAW, LLC
                     BY:  ANDREW WILLIAM SCHILLING, ESQ.
                     1345 Avenue of the Americas
                     Suite 2nd Floor
                     New York, New York 10105



For Defendant:       MORGAN, BROWN & JOY, LLP
                     BY:  GREGORY A. MANOUSOS, ESQ.
                          CASSANDRA SANTORO FULLER, ESQ.
                     200 State Street, 11th Floor
                     Boston, Massachusetts 02109



Transcription Service: Marissa Mignano Transcription
                       Phone:  (631) 813-9335
                       E-mail:marissamignano@gmail.com



Proceedings recorded by electronic sound recording;
Transcript produced by transcription service
```

<u>INDEX</u>

<u>E X A M I N A T I O N S</u>

| <u>Witness</u> | <u>Direct</u> | <u>Cross</u> | Re-<br><u>Direct</u> | Re-<br><u>Cross</u> |
|---|---|---|---|---|
| None | | | | |

<u>E X H I B I T S</u>

| Exhibit<br><u>Number</u> | <u>Description</u> | <u>ID</u> | <u>In</u> | Voir<br><u>Dire</u> |
|---|---|---|---|---|
| None | | | | |

```
 1
 2              THE DEPUTY CLERK:  Good afternoon, this is
 3   Tara, Judge Carter's deputy.  Who just joined the
 4   call, please.
 5              MR. WINNICK:  Hi.  Yes, this is Kyle
 6   Winnick for Defendant Boston Children's Hospital.
 7              THE DEPUTY CLERK:  And is cocounsel joining
 8   you today?
 9              MR. WINNICK:  Yes, he should be joining
10   shortly.
11              THE DEPUTY CLERK:  Okay, great.
12              Good afternoon.  This is Tara, Judge
13   Carter's deputy.  Who just joined the call, please.
14              MS. BLOOM:  This is Elise Bloom from
15   Proskauer Rose and my colleague, Noa Baddish, will
16   be joining.  We represent Rockefeller University.
17   And Ms. Baddish will be handling the conference.
18              THE DEPUTY CLERK:  Thank you.  Thank you,
19   Ms. Bloom.
20              Is there anyone else who joined the
21   videoconference, counsel, whose name I haven't taken
22   as of yet.  Thank you.
23              Good afternoon.  This is Tara, Judge
24   Carter's is deputy.  Who just joined the call,
25   please.
```

```
 1              MS. SALK:  Hi.  This is Rebecca Salk,
 2     Assistant US Attorney on behalf of the National
 3     Science Foundation.
 4              THE DEPUTY CLERK:  Thank you, Ms. Salk.
 5              Good afternoon.  This is Tara, Judge
 6     Carter's deputy.  Who just joined the call, please?
 7              MS. BADDISH:  Good afternoon.  My name is
 8     Noa Baddish.  I'm counsel for Defendant Rockefeller
 9     University.
10              THE DEPUTY CLERK:  Yes.  Thank you, Ms.
11     Baddish.  Thank you so much.
12              Good afternoon.  This is Tara, Judge
13     Carter's deputy.  Who just joined the call?
14              MS. CHUNIAS:  Jennifer Chunias from Goodwin
15     Proctor.
16              THE DEPUTY CLERK:  Thank you, Ms. Chunias.
17              Do you have cocounsel joining you for
18     today?
19              MS. CHUNIAS:  I believe Marco Wong from
20     Goodwin Proctor will be on as well.
21              THE DEPUTY CLERK:  Thank you.
22              MS. BADDISH:  Sorry, this is Noa Baddish
23     again.  I believe Elise Bloom will be joining me.
24              MS. BLOOM:  Yes, Noa, I'm already on.
25              MS. BADDISH:  Oh, okay.
```

```
1              THE DEPUTY CLERK:  Good afternoon.  This is
2    Tara, Judge Carter's deputy.  Who just joined the
3    call?
4              MR. WINNICK:  Hi, Tara.  It's Judge Carter.
5              THE DEPUTY CLERK:  Hi, Judge.
6              This is Tara, Judge Carter's deputy.  Who
7    just joined call?
8              MR. HARRIS:  Hi Tara.  It's George for the
9    Court.  George Harris.
10             THE DEPUTY CLERK:  Thank you.  Hi, George.
11             This is Tara, Judge Carter's deputy.  Who
12   just joined call, please?
13             MS. WARNER:  Good afternoon.  This is Scott
14   Warner from Hush, Blackwell.  I have an application
15   for admission pro hac vice pending.  My colleague
16   Jason Huskin, also from Hush Blackwell, who's
17   admitted in the Southern District of New York,
18   should be joining if he's not already on.
19             THE DEPUTY CLERK:  Thank you.  Give me your
20   last name one more time, sir.
21             MS. WARNER:  Sure.  It's Warner,
22   W-A-R-N-E-R.
23             THE DEPUTY CLERK:  Thank you, Mr. Warner.
24             MS. WARNER:  Thank you.
25             THE DEPUTY CLERK:  Good afternoon.  This is
```

```
 1    Tara, Judge Carter's deputy.  Who just joined the
 2    call, please?
 3            MS. KESSELMAN:  Hi, this is Dov Kesselman
 4    of Seyfarth Shaw on behalf of Boston Children's
 5    Hospital.
 6            THE DEPUTY CLERK:  Thank you, Mr.
 7    Kesselman.  Your cocounsel, Mr. Winnick, is on the
 8    line as well.
 9            MS. KESSELMAN:  Thank you very much.
10            THE DEPUTY CLERK:  Good afternoon.  This is
11    Tara, Judge Carter's deputy.  Who just joined the
12    call, please?
13            MR. HUSGEN:  This is Jason Husgen at Hush
14    Blackwell for Defendants Marine Biological
15    Laboratory and the University of Chicago.
16            THE DEPUTY CLERK:  Thank you, sir.
17            Good afternoon.  This is Tara, Judge
18    Carter's deputy.  Who just joined the call, please?
19            MR. SCHILLING:  Hi.  This is Andrew
20    Schilling for Harvard University.
21            THE DEPUTY CLERK:  Thank you, Mr. Shilling.
22            Will you be having cocounsel joining you
23    today?
24            MR. SCHILLING:  Yes, Mr. Greg Manousos will
25    also be joining.
```

```
 1              THE DEPUTY CLERK:  Thank you.
 2              This is Tara, Judge Carter's deputy.  Who
 3   else just joined the call?
 4              Good afternoon.  This is Tara, Judge
 5   Carter's deputy.  Who just joined the call, please?
 6              MS. AGRA:  Hi, good afternoon.  It's
 7   Karolina and Pedro as plaintiffs.
 8              MR. AGRA:  Good afternoon.  It's Pedro.
 9              THE DEPUTY CLERK:  Thank you.
10              Mr. Schilling, do we need to wait for your
11   cocounsel before starting?
12              MR. SCHILLING:  Yes, please.  Mr. Manousos
13   is taking the lead for Harvard.
14              THE DEPUTY CLERK:  Understood.  Thank you.
15              Good afternoon.  This is Tara, Judge
16   Carter's deputy.  Who just joined the call, please?
17              MR. MANOUSOS:  Yes, this is Gregory
18   Manousos from Morgan, Brown and Joy representing
19   Harvard.
20              THE DEPUTY CLERK:  Thank you, Mr. Manousos.
21   Your cocounsel, Mr. Shilling, is on the line
22   already.
23              MR. MANOUSOS:  Thank you.
24              THE DEPUTY CLERK:  So I just want the
25   parties to know that this conference is being
```

1    recorded, so each time when you address the Court,

2    if you can state your name prior to speaking.  When

3    you are not addressing the Court, please place your

4    phone on mute.

5          This is Tara, Judge Carter's deputy.  Just

6    want to double-check, is there anyone on the line

7    who was calling in to participate in today's

8    conference whose name I have not taken as of yet?

9          MS. FULLER:  Hi, Cassandra Fuller from

10    Morgan, Brown and Joy, on behalf of Harvard.

11          THE DEPUTY CLERK:  Thank you, Ms. Fuller.

12          MS. FULLER:  Thank you.

13          THE DEPUTY CLERK:  Civil calls for

14    telephonic pre-motion conference in case number

15    22-CV-10959, Maciniak-Domingues, et al. vs. The

16    Center for Brain, et al.

17          Could the plaintiff please state your full

18    names for the record?

19          MS. AGRA:  Karolina Maria

20    Maciniak-Domingues Goncalves Agra.

21          MR. AGRA:  And Pedro Henrique

22    Maciniak-Domingues Goncalves Agra.

23          THE DEPUTY CLERK:  Counsel for Defendant,

24    MIT.

25          MS. CHUNIAS:  Good afternoon.  Jennifer

```
 1    Chunius from Goodwin Proctor.  And I'm joined by my
 2    colleague, Marco Wong.
 3              THE DEPUTY CLERK:  Counsel for the
 4    Defendant Harvard University and the President and
 5    Fellows of Harvard College.
 6              MR. MANOUSOS:  Gregory Menusis from Morgan,
 7    Brown and Joy.
 8              MR. SCHILLING:  And Andrew Schilling from
 9    Schilling Law.
10              MS. FULLER:  Cassandra Fuller, also from
11    Morgan, Brown and Joy.
12              THE DEPUTY CLERK:  Would defendant from
13    Boston Children's Hospital?
14              MS. KESSELMAN:  Good afternoon.  This is
15    Dov Kesselman of Seyfarth Shaw on behalf of Boston
16    Children's Hospital.  And with me is my colleague,
17    Kyle Winnick.
18              THE DEPUTY CLERK:  Would Defendant Marine
19    Biological Laboratory and the University of Chicago.
20              MR. HUSGEN:  This is Jason Husgen, of Hush
21    Blackwell for the University of Chicago and the
22    Marine Biological Laboratory.  And I am joined by my
23    colleague, Scott Warner.
24              THE DEPUTY CLERK:  Would Defendant
25    Rockefeller University.
```

11

```
 1              MS. BADDISH:  Noa Baddish from Proskauer
 2      Rose.
 3              MS. BLOOM:  And Elise Bloom from Proskauer
 4      Rose.
 5              THE DEPUTY CLERK:  And for defendant
 6      National Science Foundation.
 7              MS. SALK:  Rebecca Salk, Assistant US
 8      Attorney on behalf of the National Science
 9      Foundation.
10              THE DEPUTY CLERK:  Thank you.
11              THE COURT:  Okay, good afternoon.  We're
12      here for a premotion conference.
13              I'm not going to be deciding anything in
14      terms of the substantive motions that the defendant
15      wish to file, because the motion haven't been filed
16      yet.  I just want to make sure that the pro se
17      plaintiffs understand that the purpose of this
18      hearing today is to make sure that the plaintiffs
19      know what these anticipated motions are and we can
20      figure out how to proceed in an efficient manner.
21              So for the plaintiffs, I know that you're
22      pro se.  Have you seen the letters that have been
23      filed by the defendants talking about their
24      anticipated motions to dismiss as well as their
25      motions to transfer this case in the like?
```

```
 1              MS. AGRA:  Your Honor, yes, we've seen the

 2    letters and we also submitted the response to the

 3    first one submitted by the Defendant Rockefeller

 4    University.

 5              THE COURT:  Okay.  So, again, the motion

 6    haven't been made yet, and here's what I want to try

 7    to do to find out if we can proceed efficiently.

 8              My understanding or my assumption would be

 9    that you disagree with many of the legal arguments

10    that the defendants are going to make in terms of

11    where we are factually, in terms of what's been put

12    in the complaint.  I would like to give you an

13    opportunity to file an amended complaint, if you'd

14    like, to deal with the issues that have been raised

15    by the defendants.  And if so, I'll give you some

16    time to file an amended complaint.  And after you

17    file the amended complaint, we can set a briefing

18    schedule after that for the defendants to file their

19    motions.

20              So plaintiffs, do you wish to file an

21    amended complaint?

22              MS. AGRA:  Yes, we will be willing to file

23    amended complaint.  However, we think that at this

24    point, we don't have sufficient information on how

25    to amend and exactly what to amend, because it seems
```

1   that there is a disagreement about the very basic

2   issue about putting the claims against all and each

3   defendant.  So I would appreciate to have guidance

4   in case such a complaint should be amended on how

5   and what are exactly the points of the defendant.

6   Because as far as we see, there are very vague and

7   it can be easily dismissed with the complaint that

8   we already have right now.

9           THE COURT:  Well, one of the concerns that

10  the defendants have raised is that the complaint is

11  not a short and plain statement, that the complaint

12  is very, very long.  That's one concern that

13  certainly could be potentially cured by amendment.

14  There are also some issues that the defendants have

15  raised about the timeliness of this lawsuit.  Those

16  might be things that can be raised, but -- that

17  might be cured by amendment.

18          What I would suggest is that you contact

19  NYLAG, N-Y-L-A-G.  They are a group.  They're

20  located in the bottom floor of the courthouse in 40

21  Foley Square, and they provide free legal assistance

22  for pro se litigants, and they may be able to help

23  give you some advice on how to amend the complaint

24  and what you should put in an amended complaint.  So

25  that's what I would suggest in terms of reaching out

14

```
 1    to them and discussing that with them.  Does that
 2    make sense from plaintiffs' perspective.
 3            MS. AGRA:  Your Honor, so if I can respond
 4    to those two points that Your Honor mentioned.
 5    First one about short and plain complaint, the
 6    complaint is 109 pages, and majority of the pages is
 7    the factual allegations consisting of the strict
 8    facts --
 9            THE COURT:  Hold on.  Hold on.  Hold on.
10    Here's what we're doing, again.
11            What I don't want to do today, I don't want
12    to have an argument over whether or not I should
13    grant their motions or not.  The motion haven't been
14    filed.  What I'm suggesting is you should talk to
15    NYLAG, N-Y-L-A-G, and see all of the issues that
16    have been raised by the defendants and figure out if
17    you wish to file an amended complaint.
18            If, after discussing that with NYLAG and
19    looking at everything else, you decide not to file
20    an amended complaint, that's fine, but I want to
21    give you that opportunity.  But I don't want to have
22    an argument about this now, because, again, the
23    motions haven't been filed yet, and the motion, when
24    they are filed, are going to require some legal
25    argument.  And what I'm concerned about right now is
```

```
 1    trying to make sure that you put forth the best

 2    complaint that you can.  And that's why I'm

 3    suggesting you should talk to NYLAG.

 4              Because what I don't want to do is have a

 5    situation in which the defendants file these

 6    motions, and then after they filed the motions, you

 7    say now you wish to file an amended complaint.

 8              MS. AGRA:  Your Honor, yes, I understand.

 9    And, yes, we do agree to proceed as Your Honor

10    suggests, and we will contact first NYLAG.

11              THE COURT:  Okay.  So I will give you,

12    again, because you're pro se -- and let me just

13    confirm, do you have any legal training at all?

14              MS. AGRA:  Your Honor, no, we don't.

15              MR. AGRA:  No, we don't.

16              THE COURT:  Okay.  So I'm going to give you

17    plenty of time to file an amended complaint.

18              But before I do that, let me just check

19    with the defendants.  Is there any objection from

20    the defendants -- I guess if anyone has an

21    objection, please speak, if not, you don't need to

22    say anything -- to me giving the pro se plaintiffs

23    an opportunity to file an amended complaint prior to

24    the filing of any motions to dismiss?

25              Okay.  I haven't heard anything.
```

```
 1              So let's set a date for the filing of an
 2    amended complaint.  Since you are pro se, I'm going
 3    to give you plenty of time so that you can speak to
 4    NYLAG.  And again, there are a lot of defendants
 5    here and a lot of issues.
 6              I'll give you until April the 10th to file
 7    an amended complaint.  Okay?
 8              MS. AGRA:  Okay.
 9              MR. AGRA:  Yes, Your Honor.  Thank you.
10              THE COURT:  If you decided not to file an
11    amended complaint, then on or before April 10, you
12    should file something letting us know that you don't
13    intend to file an amended complaint, okay?
14              MS. AGRA:  Your Honor, yes.
15              MR. AGRA:  Okay, Your Honor.
16              THE COURT:  And then here's what I would
17    suggest for the defendant, and I'll hear from the
18    defendant.  There are a lot of defendants in this
19    case.  It seems that there are some overlapping
20    issues here that the defendants have raised in terms
21    of their anticipated motions to dismiss.  I'd like
22    to see if we could perhaps consolidate this briefing
23    instead of having each and every defendant file
24    these motions to dismiss, which have many
25    overlapping issues.
```

1        So what I would suggest is, after the

2   amended complaint is filed, we give the defendants

3   some time, let's say until April 19th, to meet and

4   confer and to figure out whether or not there are

5   any efficiencies in terms of filing any consolidated

6   motions to dismiss.

7        We don't need to have a premotion

8   conference at that time.  But what I'd like is to

9   get a status report from the defendants on April --

10  let's call it April 20th, letting me know whether or

11  not there is any agreement in terms of filing any

12  sort of consolidated motions to dismiss.  And if so,

13  then to propose a briefing schedule -- actually, we

14  don't need to propose a briefing schedule.  Just let

15  me know whether or not there's any agreement, and

16  then I will set a briefing schedule, because some of

17  the issues I don't think will be cured by amendment.

18  Some of them might.

19        But let me see how that sounds to -- let's

20  ask it this way.  Do any of the defendants object to

21  that?  And I'll wait for 10 seconds.

22        Okay.  I haven't heard anything.  So let's

23  proceed in that way again.  Again, let's have that

24  amended complaint or a notice indicating that the

25  plaintiffs don't wish to file an amended complaint

1     by April 10th.  And let's have on April 20th, a

2     status report from the defendants discussing how

3     they'd like to proceed in terms of any sort of

4     consolidated motions to dismiss.

5                Is there anything else from the plaintiffs

6     today?

7                MS. AGRA:  Actually, Your Honor, yes.  We

8     wanted to announce that we will be proceeding with

9     the default judgment.  And for that purpose, we were

10    planning to request a clerk's certificate of entry

11    of default for the defendant CBMM at MIT.

12                MR. WINNICK:  Okay.  Well, let's do this.

13    Let's hold off on that until there's been an amended

14    complaint filed, because obviously, if you file an

15    amended complaint, the defendants would need to be

16    served again.  So let's hold off on that for now.

17    Okay?

18                MS. AGRA:  Okay, Your Honor.

19                MR. AGRA:  Okay, Your Honor.

20                THE COURT:  All right.  Anything else from

21    any of the defendants?

22                Okay.  We are adjourned.  Thank you.

23

24

25

```
 1                       C E R T I F I C A T E

 2

 3        I, Marissa Mignano, certify that the foregoing

 4    transcript of proceedings in the case of

 5    Maciniak-Domingues Goncalves Agra, et al v.

 6    Center for Brain, Minds and Machines at Massachusetts

 7    Institute of Technology, et al,

 8    Docket #1:22-cv-10959-ALC, was

 9    prepared using digital transcription software and is

10    a true and accurate record of the proceedings.

11

12

13    Signature  ___Marissa Mignano_____

14                  Marissa Mignano

15

16    Date:      March 3, 2023

17

18

19

20

21

22

23

24

25
```