UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KAROLINA MARIA, MARCINIAK-DOMINGUES
AGRA, and PEDRO MARCINIAK-DOMINGUES
GONCALVES AGRA,

                            *Plaintiff*,

          -against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION (NSF)—
CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE AGREEMENT,

                            *Defendants*.

------------------------------------------------------------------ x

1:22-cv-10959 (ALC) (SN)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

       The Court is in receipt of the parties' letters regarding Defendants' anticipated motion to dismiss. ECF Nos. 66-67. Defendants MIT, Harvard, BCH, MBL, UChicago, and RU will file a single joint motion and consolidated memorandum of law to dismiss the First, Tenth, Eleventh, and Fourteenth Causes of Action of the FAC. Defendant NSF will file an individual motion to dismiss the Eleventh Cause of Action on sovereign immunity grounds under FRCP 12(b)(1).

       As to the remaining causes of action of the FAC, Defendants MIT, Harvard, BCH, MBL, UChicago, and RU will file individual motions to dismiss, each of which shall not exceed **20** pages.

       The briefing schedule for each Defendant's motion to dismiss the FAC will be as follows:

       Defendants' Motions to Dismiss the FAC:          December 1, 2023

1

2

| | |
|---|---|
| Plaintiffs' Opposition: | January 3, 2024 |
| Defendants' Replies (if any) due: | January 17, 2024 |

**SO ORDERED.**

**Dated:    November 6, 2023**
**         New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**

2