UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

KAROLINA MARIA MARCINIAK-
DOMINGUES GONCALVES AGRA and
PEDRO HENRIQUE MARCINIAK-
DOMINGUES GONCALVES AGRA,

          Plaintiffs,

  -against-

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, PRESIDENT AND
FELLOWS OF HARVARD COLLEGE,
BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION
(NSF)—CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE
AGREEMENT

          Defendants.

------------------------------------------------------- X

Civil Action No. 1:22-cv-10959-ALC

**MEMO ENDORSED**

## JOINT MOTION TO EXTEND BRIEFING SCHEDULE

Defendants Massachusetts Institute of Technology ("MIT"), President and Fellows of Harvard College ("Harvard"), Boston Children's Hospital ("BCH"), Marine Biological Laboratory ("MBL"), University of Chicago ("UChicago"), The Rockefeller University ("RU"), and National Science Foundation (NSF)—Centers for Brains, Minds & Machines Cooperative Agreement ("NSF") (collectively, "Defendants") and Plaintiffs Karolina Maria Marciniak-Domingues Goncalves Agra and Pedro Henrique Marciniak-Domingues Goncalves Agra (collectively, "Plaintiffs") hereby respectfully submit this joint motion to extend the briefing schedule deadlines set forth in the Court's November 6, 2023 Order as follows:

1) Defendants' Individual and Consolidated Motions to Dismiss the First Amended Complaint: Due December 15, 2023.

2) Plaintiffs' Opposition: Due January 17, 2024.

3) Defendants' Replies (if any): Due January 31, 2024.

The Parties request this brief two-week extension of time to provide adequate time to prepare these motions, oppositions, and replies in light of the complicated factual background of this case, the large number of parties, and the intervening holidays. Extending the briefing scheduling by two weeks will not unnecessarily delay judgment in this matter, nor will it unduly prejudice any party. This is the Parties' first request for an extension of deadlines in the briefing schedule.

Dated: New York, New York
November 10, 2023

Jennifer Chunias
Emily Unger
Marco Y. Wong
Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
617-570-8239
jchunias@goodwinlaw.com
Attorneys for Massachusetts Institute of Technology

Gregory A. Manousos
Cassandra S. Fuller
Morgan Brown & Joy, LLP
200 State Street, Suite 11A
Boston, MA 02109
617-788-5010
gmanousos@morganbrown.com
Attorneys for President and Fellows of Harvard College

Dov Kesselman
Kyle D. Winnick
Seyfarth Shaw LLP
620 Eighth Avenue, 32nd Floor
New York, NY 10018
212-218-5507
dkesselman@seyfarth.com
Attorneys for Boston Children's Hospital

Scott L. Warner
Jason M. Husgen
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
312-526-1633
scott.warner@huschblackwell.com
Attorneys for University of Chicago and Marine

94259882v.4

Biological Laboratory

_____
*Noa M. Baddish*

Elisa M. Bloom
Noa Michelle Baddish
Proskauer
Eleven Times Square
New York, NY  10036
212-969-3630
ebloom@proskauer.com
Attorneys for the Rockefeller University

DAMIAN WILLIAMS
United States Attorney for the Southern District of New York
*Attorney for National Science Foundation*

_____
Rebecca Salk
Assistant United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007
212-637-2614
Rebecca.Salk@usdoj.gov

_____
*Olivia Clancy*
Olivia M. Clancy
Shegerian & Associate
90 Broad Street, Suite 804
New York, NY  10004
212-257-8883
oclancy@shegerianlaw.com
Attorneys for Plaintiffs

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: November 13, 2023
       New York, NY

94259882v.4