AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Marciniak-Domingues Goncalves Agra, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22 Civ. 10959 (ALC) |
| Massachusetts Institute of Technology, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Science Foundation - Center for Brains, Minds & Machines Cooperative Agreement.

Date: 11/22/2023

/s/ Danielle Marryshow
*Attorney's signature*

AUSA Danielle J. Marryshow
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

danielle.marryshow@usdoj.gov
*E-mail address*

(212) 637-2689
*Telephone number*

(212) 637-2750
*FAX number*