UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
DR. KAROLINA MARIA MARCINIAK-
DOMINGUES GONCALVES AGRA and
PEDRO HENRIQUE MARCINIAK-
DOMINGUES GONCALVES AGRA,

    Plaintiffs,

  -against-

MASSACHUSETTS INSTITUTE OF
TECHNOLOGY, PRESIDENT AND
FELLOWS OF HARVARD COLLEGE,
BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION
(NSF)—CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE
AGREEMENT,

    Defendants.
------------------------------------------------------- X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Civil Action No. 1:22-cv-10959-ALC

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that (1) all claims in the First Amended Complaint and Demand for Jury Trial ("First Amended Complaint") (see ECF Doc. No. 65) are voluntarily dismissed without prejudice against Defendants Boston Children's Hospital ("BCH"), Marine Biological Laboratory ("MBL"), University of Chicago ("UC") and National Science Foundation (NSF) – Centers For Brains Minds & Machines Cooperative Agreement ("NSF") and (2) BCH, MBL, UC and NSF are dismissed as Defendants from this action. Defendants BCH, MBL, UC and NSF have not served an answer or

HB: 4858-6407-4901.2

motion for summary judgment in this action. Accordingly, dismissal of the Defendants is without prejudice and with each party bearing her, his, or its own costs and attorney's fees.

Dated: New York, New York
December 4, 2023

_____*Olivia Clancy*_____
Olivia M. Clancy, Esq.
Shegerian & Associates
90 Broad Street, Suite 804
New York, NY 10004
oclancy@shegerianlaw.com

*Counsel for Plaintiffs*