UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KAROLINA MARIA, MARCINIAK-DOMINGUES :
AGRA, and PEDRO MARCINIAK-DOMINGUES :
GONCALVES AGRA, :
: 1:22-cv-10959 (ALC) (SN)
*Plaintiff*, :
: **ORDER**
-against- :
:
MASSACHUSETTS INSTITUTE OF TECHNOLOGY, :
PRESIDENT AND FELLOWS OF HARVARD :
COLLEGE, BOSTON CHILDREN'S HOSPITAL, :
MARINE BIOLOGICAL LABORATORY, :
UNIVERSITY OF CHICAGO, :
ROCKEFELLER UNIVERSITY, and :
NATIONAL SCIENCE FOUNDATION (NSF)— :
CENTERS FOR BRAINS, MINDS :
& MACHINES COOPERATIVE AGREEMENT, :
:
*Defendants*. :
:
------------------------------------------------------------------- :
x

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of Plaintiffs' letter requesting permission to move to consolidate the instant case, 1:22-cv-10959-ALC-SN with 1:23-cv-10305-JCP, and to stay the current Motions to Dismiss briefing schedule. ECF No. 88. Defendants are hereby ORDERED to file a response, if any, to Plaintiff's request by **January 11, 2024**.

**SO ORDERED.**

**Dated:   January 10, 2024**
        **New York, New York**    **ANDREW L. CARTER, JR.**
                                  **United States District Judge**