**Proskauer>>**  Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __October 24, 2024__

October 24, 2024

**MEMO ENDORSED**

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**VIA ECF**

Hon. Andrew L. Carter, Jr.
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

Re:   *Marciniak v. The Rockefeller University et al..*, No. 22 Civ. 10959 (ALC)

Dear Judge Carter:

Pursuant to Rule 1.D. of Your Honor's Individual Rules and Practices, we write jointly on behalf of Defendants The Rockefeller University ("RU"), Massachusetts Institute of Technology ("MIT") and the President and Fellows of Harvard College ("Harvard") (collectively, "Defendants") to request a 30-day extension of time until December 4, 2024 to respond to Plaintiff Karolina Marciniak-Domingues Goncalves Agra's ("Plaintiff") Second Amended Complaint ("SAC"), which spans 68 pages and 483 paragraphs.

Defendants' responses to the SAC are currently due on November 4, 2024. Defendants have not previously requested an extension to respond to the SAC. Plaintiff consents to Defendants' requested extension provided that she has one (1) week to respond to any pre-motion letter filed by Defendants.

We thank the Court for its consideration of this matter.

Respectfully submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:   All Counsel of Record via ECF

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

October 24, 2024
New York, NY