**Shegerian & Associates**  Phone: (310) 860-0770 | Fax: (310) 860-0771 | shegerianlaw.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____

December 10, 2024

December 20, 2024

**VIA ECF**
Hon. Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Goncalves Agra v. Massachusetts Institute of Technology, et al;*
      *Case No. 1:22-cv-10959*

Dear Judge Carter:

We represent Plaintiff Dr. Karolina Marciniak-Domingues Goncalves Agra ("Plaintiff") in the above-referenced matter. As Defendants Massachusetts Institute of Technology ("MIT"), The Rockefeller University ("RU") and President and Fellows of Harvard College ("Harvard") have each sought relief requesting dismissal of the Second Amended Complaint dated October 21, 2024 and this firm's recent request to be relieved as counsel based on Plaintiff wish to proceed *pro se*, we write to request a ten day extension to allow Plaintiff sufficient time to respond to Defendants' letter motions with her response due by December 20, 2024. This is the first time Plaintiff requests this relief.

In sum, this firm respectfully requests the extension for Plaintiff to respond to Defendants' letter motions seeking dismissal of the Second Amended Complaint in the above-captioned matter.

Thank you for your consideration and courtesy in this matter.

Respectfully submitted,

SHEGERIAN & ASSOCIATES

*/s/ Olivia M. Clancy*

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

All counsel of record (*via ECF*)

December 20, 2024
New York, NY

1