UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

KAROLINA MARIA, MARCINIAK-DOMINGUES
AGRA, and PEDRO MARCINIAK-DOMINGUES
GONCALVES AGRA,

        *Plaintiff*,

   -against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION (NSF)—
CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE AGREEMENT,

        *Defendants*.

------------------------------------------------------------------ x

1:22-cv-10959 (ALC) (SN)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

  The Court will hold a telephone conference in this action on Tuesday, January 21, 2025 at 3:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated: December 20, 2024**
    **New York, New York**      **ANDREW L. CARTER, JR.**
               **United States District Judge**