UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAROLINA MARCINIAK- DOMINGUES GONCALVES AGRA and MR. PEDRO HENRIQUE MARCINIAK- DOMINGUES GONCALVES AGRA,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS INSTITUTE OF TECHNOLOGY, et al.,<br><br>Defendants. | Case No. 1:22-cv-10959-ALC-SN |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Civil Rule 1.4, Marco Yu-Hin Wong respectfully requests to withdraw as counsel of record for Defendant Massachusetts Institute of Technology ("MIT"). Good cause exists because I will be departing from Goodwin Procter LLP ("Goodwin Procter") and will no longer be affiliated with the firm. There is no assertion of a retaining or charging lien and Defendant MIT will continue to be represented by Jennifer L. Chunias and Emily Unger of Goodwin Procter. In connection with this request for withdrawal, it is also requested that the clerk be directed to remove Marco Yu-Hin Wong from the CM/ECF service list for this matter.

Dated: February 7, 2025

Respectfully submitted,

By: /s/ *Marco Yu-Hin Wong*
Marco Yu-Hin Wong
Goodwin Procter LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Tel.: (212) 459-7028
MarcoWong@goodwinlaw.com

*Attorney for Defendant Massachusetts Institute of Technology*