UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KAROLINA MARIA, MARCINIAK-DOMINGUES :
AGRA, and PEDRO MARCINIAK-DOMINGUES :
GONCALVES AGRA, :
: 1:22-cv-10959 (ALC) (SN)
*Plaintiff*, :
: **CONFERENCE ORDER**
-against- :
:
MASSACHUSETTS INSTITUTE OF TECHNOLOGY, :
PRESIDENT AND FELLOWS OF HARVARD :
COLLEGE, BOSTON CHILDREN'S HOSPITAL, :
MARINE BIOLOGICAL LABORATORY, :
UNIVERSITY OF CHICAGO, :
ROCKEFELLER UNIVERSITY, and :
NATIONAL SCIENCE FOUNDATION (NSF)— :
CENTERS FOR BRAINS, MINDS :
& MACHINES COOPERATIVE AGREEMENT, :
:
*Defendants*. :
:
------------------------------------------------------------------ :
x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephone conference in this action on Thursday, February 20, 2025 at 12:00 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

**Dated:   February 19, 2025**
        **New York, New York**         **ANDREW L. CARTER, JR.**
                                                              **United States District Judge**