UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

KAROLINA MARIA, MARCINIAK-DOMINGUES AGRA, and PEDRO MARCINIAK-DOMINGUES GONCALVES AGRA,

              *Plaintiff*,

-against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY, PRESIDENT AND FELLOWS OF HARVARD COLLEGE, BOSTON CHILDREN'S HOSPITAL, MARINE BIOLOGICAL LABORATORY, UNIVERSITY OF CHICAGO, ROCKEFELLER UNIVERSITY, and NATIONAL SCIENCE FOUNDATION (NSF)—CENTERS FOR BRAINS, MINDS & MACHINES COOPERATIVE AGREEMENT,

              *Defendants*.

-------------------------------------------------------------------- x

1:22-cv-10959 (ALC) (SN)

**CONFERENCE ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephone conference in this action on Thursday, February 20, 2025 at 12:10 PM Eastern Time. All Parties shall appear and should contact the Court at 1-855-244-8681 (access code: 2316 857 6557#).

**SO ORDERED.**

**Dated:    February 20, 2025**
             **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**