AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| KAROLINA MARIA MARCINIAK-DOMINGUES GONCALVES AGRA <br><br> *Plaintiff(s)* <br> v. <br> ROCKEFELLER UNIVERSITY, FREDERICO AZEVEDO and WINRICH FREIWALD <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-10959-ALC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> FREDERICO AZEVEDO
> McGovern Institute for Brain Research at MIT
> Building 46-6123
> 43 Vassar St, Cambridge, MA 02139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> KAROLINA MARCINIAK-DOMINGUES GONCALVES AGRA (Plaintiff pro se)
> 500 E 63rd St., Apt 13F
> New York, NY 10065

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*