**PROSKAUER ROSE LLP**
Elise M. Bloom
Patrick J. Lamparello
Noa M. Baddish
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
plamparello@proskauer.com
nbaddish@proskauer.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAROLINA MARIA MARCINIAK-DOMINGUES GONCALVES AGRA,<br><br>Plaintiff,<br><br>-against-<br><br>ROCKEFELLER UNIVERSITY; FREDERICO AZEVEDO and WINRICH FREIWALD,<br><br>Defendants. | No. 22-cv-10959 (ALC)<br><br>**DEFENDANTS THE ROCKEFELLER UNIVERSITY AND DR. WINRICH FREIWALD'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Elise M. Bloom, Esq. with the exhibits annexed thereto, and all of the prior pleadings and proceedings in this action, Defendants The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively the "RU Defendants"), through their undersigned counsel, will move this Court before the Honorable Andrew L. Carter, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 on such a date and time as the Court may direct, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice all claims against the RU Defendants in Plaintiff's Third Amended Complaint (ECF No. 136) and granting such other and further relief as the Court deems just and proper.

Dated: May 20, 2025
       New York, New York

                                                     Respectfully submitted,

*/s/ Elise M. Bloom*
Elise M. Bloom
Patrick J. Lamparello
Noa M. Baddish
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
plamparello@proskauer.com
nbaddish@proskauer.com

*Attorneys for Defendants*
*The Rockefeller University and*
*Dr. Winrich Freiwald*

2