Submitted via email to ALCarterNYSDChambers@nysd.uscourts.gov

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  May 20, 2025_____

Frederico Augusto Casarsa de Azevedo

10 Emerson Place, Apt. 21D

Boston, MA 02114

fazevedo@mit.edu

(857) 999-1396

May 19, 2025

Honorable Andrew L. Carter, Jr.

United States District Judge

U.S. District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Re: Karolina Maria Marciniak-Domingues Goncalves Agra v. Rockefeller University, Frederico Azevedo, and

Winrich Freiwald

Civil Case No.: 1:22-cv-10959-ALC-SN

Request for Extension of Time to File Answer

Your Honor:

I respectfully write to request a six-week extension of the current deadline to file my answer in the

above-captioned matter, presently due on May 27, 2025.

On May 11, 2025, my brother passed away. Shortly thereafter, on May 15, 2025, my father was diagnosed with advanced dementia requiring urgent and ongoing medical care. Due to these circumstances, I had to travel to Brazil to support my mother, arrange my father's hospitalization, coordinate long-term care, manage his finances, and secure the rental of his apartment.

Given the gravity of these personal emergencies and my role as the primary caregiver and decision-maker, I respectfully request an extension of six weeks-until July 8, 2025-to file my answer. This additional time will allow me to fulfill my family responsibilities, obtain legal counseling, and ensure that I respond to this case properly and thoroughly.

This is my first request for an extension in this matter. I am submitting this request in good faith and not for the purpose of delay.

Attached are official documents confirming my brother's death and my father's medical diagnosis. In compliance with the Court's Individual Practices, I am submitting this letter and supporting documentation by email to Chambers at ALCarterNYSDChambers@nysd.uscourts.gov, as I am not registered for electronic case filing (ECF). Due to a prior restraining order issued  by the Family Court of the State of New York in connection with a previous Title IX investigation, I am prohibited from contacting the Plaintiff directly or indirectly. Accordingly, I respectfully request permission to send a copy of this extension request directly to the Plaintiff by email, as she is representing herself pro se. For the Court's awareness, the restraining order and the outcome of the Title IX investigation-concluding that I did not violate MBL's policy or code of conduct-are attached.

Thank you for your consideration during this difficult time.

Respectfully,

Frederico Augusto Casarsa de Azevedo

Enclosures:

- Exhibit A: Death certificate of Victor Hugo Casarsa de Azevedo, brother (original in Portuguese)

- Exhibit B: Death certificate of Victor Hugo Casarsa de Azevedo, brother (partially translated to English)

- Exhibit C: Medical Report for Victor Hugo Aquino de Azevedo, father (in English)

- Exhibit D: Medical Report for Victor Hugo Aquino de Azevedo, father (summarized in English with the doctor's signature)

- Exhibit E: Restraining order

- Exhibit F: Outcome of Title IX investigation

On May 19, 2025, this Court received an ex parte communication from Defendant Azevedo (who has yet to appear in this matter), along with the above letter dated May 20, 2025 and Exhibits A-F. Defendant is reminded that all correspondence with the Court must be filed on the Docket. If Defendant needs assistance with procedural questions, he may contact the Pro Se Office at (212) 8050175, or 500 Pearl Street, Room 205, New York, New York 10007.

Exhibits A-F have been removed from this filing because they contain personally identifiable information which Defendant Azevedo may wish to redact. Defendant Azevedo is thus **ORDERED** to file any redacted versions of Exhibits A-F by **Thursday, May 22, 2025**.

Plaintiffs have consented to receiving electronic service for this proceeding and will receive a copy of this letter once it is filed on the Docket. Defendant Azevedo's request to send this letter to Plaintiffs is therefore **DENIED**. If Plaintiffs wish to respond to this letter, they may do so by **May 23, 2025.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 20, 2025
New York, New York