Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

May 20, 2025

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

    Re:    Marciniak-Domingues Goncalves Agra, et al. v. Massachusetts Institute of Technology, et al.
             Case No. 1:22-cv-10959-ALC

Dear Judge Carter:

I write to update the Court regarding my status in this matter. For the purpose of opposing the Defendants' motion to dismiss the Third Amended Complaint, I will proceed *pro se*. However, I reserve the right to retain counsel for any subsequent stages of this litigation.

In light of this decision, I respectfully request an extension of the deadline to file my opposition to the motion to dismiss. Given the complexity of the issues involved and the need to adequately prepare my response, I ask for the maximum possible extension, such as six weeks from the filing of the motion. This adjustment would ensure fairness and allow me to thoroughly address the Defendants' arguments.

This is my first request for an extension of this nature. I appreciate the Court's attention to this matter and will ensure compliance with all applicable deadlines and procedures.

Respectfully,

                         Dr. Karolina Agra
                         (Plaintiff *pro se*)

                         */s/ Karolina Agra*
                         -----------------------------------
                         500 E 63rd St, Apt 13F
                         New York, NY 10065
                         (646) 770 2045
                         marciniak.kar@gmail.com