

Karolina Marciniak <marciniak.kar@gmail.com>

# Request to Waive Service of Process – Marciniak-Domingues Goncalves Agra v. Rockefeller et al. - 1:22-cv-10959-ALC-SN

11 messages

**Karolina Marciniak** <marciniak.kar@gmail.com>  Tue, Mar 25, 2025 at 11:41 AM
To: mcampbell@bsk.com
Cc: ldilorenzo@bsk.com

Good morning.

I am the Plaintiff in the above-referenced matter, proceeding currently pro se. I am writing to inform you that your client, Frederico Azevedo, has been named as a new Defendant in the Third Amended Complaint (TAC) filed in this case.

In the interest of efficiency and to avoid unnecessary delays, I request that you waive formal service of process on behalf of Mr. Azevedo. In exchange, I am willing to provide the standard sixty (60) days from the date of waiver for him to respond to the TAC.

Please let me know if you agree to this arrangement and return executed waiver until Friday, March 28, 2025.

Attached the draft of the waiver and the Third Amended Complaint.

Karolina Agra, PhD
500 E 63rd Street, Apt 13F
New York, 10065 NY

**3 attachments**


**Azevedo Waiver of Service of Summons.pdf**
258K


**1_22-cv-10959-ALC THIRD AMENDED COMPLAINT ECF 136.pdf**
270K


**1_22-cv-10959-ALC THIRD AMENDED COMPLAINT EXHIBIT A ECF 136-1.pdf**
711K

---

**Campbell, Mallory** <mcampbell@bsk.com>  Thu, Mar 27, 2025 at 1:50 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

Hi Karolina,

Do you have some time tomorrow to discuss? As I understand it, you are representing yourself, but if you have counsel or are attempting to obtain counsel, please let us know as we should be talking to your counsel and not you.

Thank you,

Mallory

**Mallory A. Campbell**

Associate

Labor and Employment

646.253.2339 Direct

646.253.2301 Fax

MCampbell@bsk.com



600 Third Avenue 22nd floor, New York, NY 10016-1915

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

---

**From:** Karolina Marciniak <marciniak.kar@gmail.com>
**Sent:** Tuesday, March 25, 2025 11:41 AM
**To:** Campbell, Mallory <mcampbell@bsk.com>
**Cc:** DiLorenzo, Louis <dilorel@bsk.com>
**Subject:** Request to Waive Service of Process – Marciniak-Domingues Goncalves Agra v. Rockefeller et al. - 1:22-cv-10959-ALC-SN

---

Some people who received this message don't often get email from marciniak.kar@gmail.com. Learn why this is important

**External Email:** Use caution before clicking links or opening attachments.

---

[Quoted text hidden]

---

**Campbell, Mallory** <mcampbell@bsk.com>                                   Fri, Mar 28, 2025 at 12:25 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

Hi Karolina,

See attached. We would still like to talk to you if you are able. Let us know when you are free. Thanks,

Mallory

**Mallory A. Campbell**

Associate

Labor and Employment

646.253.2339 Direct

646.253.2301 Fax

MCampbell@bsk.com



600 Third Avenue 22nd floor, New York, NY 10016-1915

This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.

---

**From:** Campbell, Mallory
**Sent:** Thursday, March 27, 2025 1:51 PM
**To:** Karolina Marciniak <marciniak.kar@gmail.com>

[Quoted text hidden]

[Quoted text hidden]

 **signed_Azevedo Waiver of Service of Summons.pdf**
332K

---

**Karolina Marciniak** <marciniak.kar@gmail.com>   Tue, Apr 1, 2025 at 10:38 AM
To: "Campbell, Mallory" <mcampbell@bsk.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

I am able to talk about your rapist client until he goes to jail. Me and my family are still suffering. Call me tomorrow or Thursday at noon.

[Quoted text hidden]

---

**Campbell, Mallory** <mcampbell@bsk.com>   Tue, Apr 1, 2025 at 1:12 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

We can call you at 1 p.m. tomorrow. What is the best number to reach you at?

[Quoted text hidden]

---

**Karolina Marciniak** <marciniak.kar@gmail.com>   Tue, Apr 1, 2025 at 8:40 PM
To: "Campbell, Mallory" <mcampbell@bsk.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

5/23/25, 11:22 AM  Gmail - Request to Waive Service of Process - Marciniak-Domingues Goncalves Agra v. Rockefeller et al. - 1:22-cv-10959-ALC-SN

Case 1:22-cv-10959-ALC-SN    Document 155-1    Filed 05/23/25    Page 4 of 6

Karolina Agra is inviting you to a scheduled Zoom meeting.

Topic: Karolina Agra's Zoom Meeting
Time: Apr 2, 2025 01:00 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://us05web.zoom.us/j/84941486033?pwd=rrTXduKtmaDcR50nqbHGg5IYVKcUjx.1

Meeting ID: 849 4148 6033
Passcode: 7Zvcbb


Virus-free.www.avast.com

[Quoted text hidden]

---

**Karolina Marciniak** <marciniak.kar@gmail.com>  Wed, Apr 2, 2025 at 1:57 PM
To: "Campbell, Mallory" <mcampbell@bsk.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

Karolina Agra is inviting you to a scheduled Zoom meeting.

Topic: Karolina Agra's Zoom Meeting
Time: Apr 3, 2025 01:00 PM Eastern Time (US and Canada)
Join Zoom Meeting
https://us05web.zoom.us/j/88138405682?pwd=gS7nIjJzsD8qdf2iOSezQa0T7wodfa.1

Meeting ID: 881 3840 5682
Passcode: 9E5rhH


Virus-free.www.avast.com

[Quoted text hidden]

---

**Campbell, Mallory** <mcampbell@bsk.com>  Thu, Apr 3, 2025 at 12:45 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

Hi Karolina,

I apologize but I mixed up the days for Lou's availability. He is available tomorrow, but not today. Can you let me know when you are available tomorrow?

[Quoted text hidden]

---

**Karolina Marciniak** <marciniak.kar@gmail.com>  Thu, Apr 3, 2025 at 1:06 PM
To: "Campbell, Mallory" <mcampbell@bsk.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

I can do it at 1pm or 2 pm tomorrow.


Virus-free.www.avast.com

[Quoted text hidden]

5/23/25, 11:22 AM                     Gmail - Request to Waive Service of Process - Marciniak-Domingues Goncalves Agra v. Rockefeller et al. - 1:22-cv-10959-ALC-SN

Case 1:22-cv-10959-ALC-SN    Document 155-1    Filed 05/23/25    Page 5 of 6

**Campbell, Mallory** <mcampbell@bsk.com>                                                    Thu, Apr 3, 2025 at 1:09 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>
Cc: "DiLorenzo, Louis" <dilorel@bsk.com>

2 pm works, thanks.

[Quoted text hidden]

                                               Karolina Marciniak <marciniak.kar@gmail.com>

## Marciniak v. Azevedo
1 message

**Campbell, Mallory** <mcampbell@bsk.com>                                                   Thu, Apr 3, 2025 at 1:10 PM
To: "DiLorenzo, Louis" <dilorel@bsk.com>, Karolina Marciniak <marciniak.kar@gmail.com>

```
Campbell, Mallory is inviting you to a scheduled Zoom meeting.



Join Zoom Meeting
```
https://bsk.zoom.us/j/93602507098

```
Meeting ID: 936 0250 7098


One tap mobile:

+16465189805,,93602507098#

+13126266799,,93602507098#



Dial by your location

+1 646 518 9805 (New York)

+1 312 626 6799 (Chicago)

+1 213 338 8477 (Los Angeles)



Find your local number:
```
https://bsk.zoom.us/u/acFr2hQYbx

📄 **invite.ics**
3K