

Karolina Marciniak <marciniak.kar@gmail.com>

## MBL Lifting No Contact Directive
2 messages

**Courtney Buckley** <cbuckley@mbl.edu>  Thu, May 22, 2025 at 12:50 PM
To: "marciniak.kar@gmail.com" <marciniak.kar@gmail.com>
Cc: Bridget Collier <bcollier@uchicago.edu>

Hello Karolina,

Please be advised that the No Contact Directive (NCD) issued on June 6, 2019, between you and Frederico Azevedo has been lifted and is no longer in effect.

Thank you,

Courtney

Courtney Buckley, SPHR, SHRM-SCP

Director, Human Resources

Marine Biological Laboratory

7 MBL Street

Woods Hole, MA 02543

508-289-7622

cbuckley@mbl.edu

---

**Karolina Marciniak** <marciniak.kar@gmail.com>  Thu, May 22, 2025 at 3:09 PM
To: Courtney Buckley <cbuckley@mbl.edu>
Cc: Bridget Collier <bcollier@uchicago.edu>

Ms. Buckley,

Regarding this recent change to lift the No Contact Directive, I am writing to formally request that the No Contact Directive be reinstated. As you are aware, I currently have an ongoing lawsuit against Mr. Azevedo, my former supervisor Winrich Freiwald and my former employer Rockefeller University (see attached). Given this legal context, I have significant concerns regarding potential intimidation or harassment should direct contact be permitted at this time.

I would greatly appreciate your prompt attention to this serious matter and a reconsideration of the decision to lift the directive. Please let me know if you require any further information from my end.

Karolina Marciniak-Agra

 Virus-free.www.avast.com

[Quoted text hidden]

---

**2 attachments**

📄 **1_22-cv-10959-ALC THIRD AMENDED COMPLAINT ECF 136.pdf**
270K

📄 **1_22-cv-10959-ALC THIRD AMENDED COMPLAINT EXHIBIT A ECF 136-1.pdf**
711K