UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KAROLINA MARIA, MARCINIAK-DOMINGUES
AGRA, and PEDRO MARCINIAK-DOMINGUES
GONCALVES AGRA,

                                        *Plaintiff,*                1:22-cv-10959 (ALC) (SN)

                                                                   **ORDER**

       -against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION (NSF)—
CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE AGREEMENT,

                                        *Defendants.*
-------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

       Attorneys Mallory Campbell and Louis DiLorenzo of Bond, Schoeneck & King are hereby **ORDERED** to reply to Plaintiff's Letter dated May 23, 2025 (Dkt. No. 155), by 5 p.m. on Monday, June 2, 2025. In their reply, Counsel should indicate whether they are counsel for Defendant Frederico Azevedo, and if so, when they intend to appear in this matter on his behalf.

**SO ORDERED.**

**Dated:**      **May 30, 2025 New York, New York**

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**