# BOND SCHOENECK & KING

600 Third Avenue, 22nd Floor | New York, NY 10016-1915 | **bsk.com**

**MALLORY A. CAMPBELL, ESQ.**
mcampbell@bsk.com
P: 646.253.2330
F: 646.253.2301

June 2, 2025

**VIA ECF AND ELECTRONIC MAIL**
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   *Goncalves Agra v. Frederico Azevedo, et al*; Case No. 1:22-cv-10959-ALC-SN

Dear Judge Carter:

    We write in response to Your Honor's Court Order dated May 30, 2025. Louis P. DiLorenzo and I do <u>not</u> represent Defendant Frederico Azevedo in this matter.

    Thank you for your consideration.

Very truly yours,

BOND, SCHOENECK & KING, PLLC

*/s/ Mallory A. Campbell*

Mallory A. Campbell

cc:   <u>Via ECF</u>
      All counsel of record