Karolina Agra
(Plaintiff *pro se*)
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
marciniak.kar@gmail.com

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
KAROLINA MARIA MARCINIAK- DOMINGUES
GONCALVES AGRA,

            Plaintiff,

-against-

ROCKEFELLER UNIVERSITY, FREDERICO AZEVEDO
and WINRICH FREIWALD

            Defendants.

No. 22-cv-10959 (ALC)

**DECLARATION IN SUPPORT**

**OF REQUEST FOR CLERK'S**

**CERTIFICATE OF DEFAULT**

KAROLINA AGRA hereby declares as follows:

1. I am the plaintiff in this action.

2. Me and my husband, Pedro AGRA, commenced this action *pro se* on December 29, 2022, pursuant to the Civil Rights Act of 1964 ("Title VII") et al., against Defendants other than Defendant Azevedo. On April 10, 2023, Plaintiffs filed First Amended Complaint on October 24, 2024, the Second Amended Complaint, and on February 28, the Third Amended Complaint ("TAC"). On March 3, 2025, the Court entered Order to file answer to the TAC. On March 24, the Court granted Defendants Azevedo's deadline to file answer to the complaint [TAC 145].

3. On May 20, 2025, the Court ordered Defendant Azevedo to file responsive pleading until May 27, 2025.

4. On December 5, 2023, the Court entered an Order of Service, which directed the Clerk of

Court, among others, to "send copies of a summons and the complaint to defendant Azevedo pursuant to Fed. R. Civ. P. 4(f)(1), (h)(2). [ECF No.

5. On February 28, 2025, Plaintiff filed Third Amended Complaint, adding AZEVEDO as Defendant (ECF No. 136).

6. On April 1, 2025, Plaintiff filed Waiver of Service Return executed as to Defendant. Pursuant to the Waiver, Defendant AZEVEDO were required to file an answer or otherwise move by May 27, 2024 [ECF No. 147].

7. Accordingly, the above-mentioned actions reasonably apprised defendant Azevedo of the pendancy of this action and afforded him an opportunity to present his objections. See *Mullane v. Central Hanover Bank Trust Co.*, 339 U.S. 306, 314 (1950).

8. All Defendants, except for defendant AZEVEDO, filed their Motion to Dismiss the Third Amended Complaint [ECF No. 148-152]

9. The time for defendant AZEVEDO to answer or otherwise move with respect to the complaint herein has expired.

10. Defendant AZEVEDO has not answered or otherwise moved with respect to the complaint, and the time for defendant AZEVEDO to answer or otherwise move has not been extended.

11. The time for defendant AZEVEDO to answer the Amended Complaint or otherwise move with respect to the Amended Complaint has expired.

12. The time for defendant AZEVEDO to answer or otherwise move has not been extended[1].

13. Defendant AZEVEDO is not an infant or incompetent. Defendant AZEVEDO is not presently in the military service of the United States as appears from facts in this litigation.

WHEREFORE, plaintiff KAROLINA AGRA requests that the default of defendant MASSIMO AZEVEDO be noted and a certificate of default issued **(EXHIBIT B)**.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my

---

[1] On May 20, 2025, the Court endorsed Defendant AZEVEDO's letter seeking extension of time to file answer, but the Court did not grant defendant's request.

knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: New York, New York
      May 31, 2025

*Karolina Agra*
-----------------------------------
Karolina Agra
(Plaintiff *pro se*)