UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAROLINA MARIA MARCINIAK- DOMINGUES
GONCALVES AGRA,

                Plaintiff,

-against-

ROCKEFELLER UNIVERSITY, FREDERICO AZEVEDO
and WINRICH FREIWALD

                Defendants.

Civil Action No. 22-cv-10959 (ALC)

**CLERK'S CERTIFICATE OF DEFAULT**

     I, TAMMI M. HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on December 29, 2022 with the filing of a summons and complaint, a copy of the summons and Third Amended Complaint was served on defendant FREDERICO AZEVEDO on March 25, 2025, and proof of service was therefore filed on April 1, 20235 [Dkt No. 147], and that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the Third Amended Complaint. The default of the defendant FREDERICO AZEVEDO is hereby noted.

Dated: New York, New York
       June __02__, 2025

                                               TAMMI M. HELLWIG
                                               Clerk of Court

                                By: ------------------------------
                                               Deputy Clerk