UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KAROLINA MARIA, MARCINIAK-DOMINGUES
AGRA, and PEDRO MARCINIAK-DOMINGUES
GONCALVES AGRA,

                        *Plaintiff*,

      -against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION (NSF)—
CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE AGREEMENT,

                        *Defendants*.

------------------------------------------------------------------- x

1:22-cv-10959 (ALC) (SN)

**<u>ORDER</u>**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of Plaintiff's letters dated May 20, 2025 (Dkt. No. 152), May 21, 2025 (Dkt. No. 153), and June 3, 2025 (Dkt. No. 161) (collectively, the "Letters"). Through her Letters, Plaintiff, who is proceeding *pro se*, seeks (a) six-week extension to respond to Defendants Rockefeller University's and Winrich Freiwald's (together "Defendants") Motion to Dismiss the Third Amended Complaint (Dkt. No. 148), and (b) up to 45 pages to oppose Defendants' Motion to Dismiss. Plaintiff claims the additional time and pages are necessary given, among other things, the extensive record in this matter and her *pro se* status. In a letter dated May 23, 2025, Defendants agreed, in principle, to Plaintiff's extension request provided that Defendants be granted 30 days to file their reply. Dkt. No. 154. In that same letter, however,

1

Defendants opposed Plaintiff's request for excess pages, pointing to Plaintiff's alleged failure to attempt to prepare a response within 25 pages and Local Civil Rule 7.1(c). *Id*.

Plaintiff's request for a six-week extension and up to 45 pages for her opposition brief is hereby **GRANTED**. The revised briefing schedule is as follows:

- **July 1, 2025**: Deadline for Plaintiff's opposition brief to be filed
- **July 31, 2025**: Deadline for Defendants reply to be filed

Defendants are hereby **GRANTED** leave to file up to 32 pages on reply, *sua sponte*. The Clerk of Court is respectfully direct to terminate the pending motions at Dkt. Nos. 153 and 161.

**SO ORDERED.**

Dated:   **June 4, 2025**
         **New York, New York**

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**