UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

                                    Plaintiff(s),

-against-

                                    Defendant(s).

Docket No: _____CV_____(     )(     )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

Name (Last, First, MI)

Address        City        State        Zip Code

Telephone Number        e-mail address

*Frederico A. C. Azevedo*

Date        Signature