Submitted via email to ALCarterNYSDChambers@nysd.uscourts.gov


Frederico Augusto Casarsa de Azevedo

10 Emerson Place, Apt. 21D

Boston, MA 02114

fazevedo@mit.edu

(857) 999-1396


June 27, 2025


Honorable Andrew L. Carter, Jr.

United States District Judge

U.S. District Court

Southern District of New York

40 Foley Square

New York, NY 10007


Re: Karolina Maria Marciniak-Domingues Goncalves Agra v. Rockefeller University, Frederico Azevedo, and Winrich Freiwald

Civil Case No.: 1:22-cv-10959-ALC-SN

Notification Regarding Lift of No-Contact Directive


Your Honor:


I am the pro se defendant, Frederico Augusto Casarsa de Azevedo, in the above-captioned matter.

I write to notify the Court that the No Contact Directive (NCD) previously issued on June 6, 2019, between myself and the plaintiff, Karolina Marciniak, has been officially lifted. The Marine Biological Laboratory confirmed in writing on May 22, 2025, that the directive is no longer in effect. A copy of this confirmation letter is attached for Chambers.

Respectfully,

Frederico Augusto Casarsa de Azevedo

Defendant, *pro se*

Enclosure:


Exhibit: Lift of No Contact Directive (NCD)



THE UNIVERSITY OF CHICAGO
MARINE BIOLOGICAL
LABORATORY

May 22, 2025

Hello Frederico,

Please be advised that the No Contact Directive (NCD) issued on June 6, 2019, between you and Karolina Marciniak has been lifted and is no longer in effect.

This message has been relayed to Ms. Marciniak as well.

Thank you,

*Courtney Buckley*

Courtney Buckley, SPHR, SHRM-SCP
Director, Human Resources
Marine Biological Laboratory
7 MBL Street
Woods Hole, MA 02543
508-289-7622