Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

May 23, 2025

Via ECF
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

      Re:    Marciniak-Domingues Goncalves Agra, et al. v. Massachusetts Institute of
              Technology, et al.
              Case No. 1:22-cv-10959-ALC

Dear Judge Carter:

I write in response to Defendant Frederico Azevedo's letter dated July 3, 2025, concerning the response deadline and redaction issues. Contrary to Defendant's mischaracterization, the Court's prior order [ECF 150] did not grant his requested six-week extension to July 8, 2025. Instead, the Court:

Ordered Defendant to file redacted exhibits by May 22, 2025;

Denied his request to contact Plaintiff directly, as service would occur electronically via the docket; and

Permitted Plaintiff until May 23, 2025, to respond to his extension request.

The Court reviewed Plaintiff's opposition [ECF 155], which demonstrated the lack of merit in Defendant's request. Critically, the Court took no action to extend Defendant's May 27, 2025 deadline to answer, which remained in effect under the original service of process [ECF 147].

Defendant had 60 days to respond yet chose not to do so. His failure to meet the deadline constitutes a default, as confirmed by the Clerk's Certificate of Default entered on June 2, 2025—a filing that was both procedurally and substantively proper.

Defendant's belated request for relief is untimely and unjustified. He forfeited his right to participate in this matter by disregarding court-imposed deadlines. Accordingly, the Court should deny his request and uphold the entry of default.

                                                  Respectfully submitted,

Dr. Karolina Agra
(Plaintiff pro se)

*Karolina Agra*
-----------------------------------
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
marciniak.kar@gmail.com