Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

May 20, 2025

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

      Re:    **Marciniak-Domingues Goncalves Agra, et al. v. Massachusetts Institute of Technology, et al.
Case No. 1:22-cv-10959-ALC**

Dear Judge Carter,

I write in response to Defendant's letter dated July 3, 2025 regarding response deadline and redaction.

Contrary to the perpetrator's interpretation of the response deadline set up in the letter, the Court's order [ECF 150] did not explicitly confirm the proposed six-week extension deadline of July 8, 2025 requested by the perpetrator. Instead, the Court: ordered him to file redacted versions of Exhibits A-F by May 22, 2025, denied his request to send the extension letter directly to the Plaintiff, as the Plaintiff will receive it via electronic service once filed on the docket, and allowed the Plaintiff until May 23, 2025, to respond to the letter if they wish to do so.

The Court reviewed the opposition from the Plaintiff from May 23 [ECF 155, see attached], which revealed the lack of merits of the extension request. The Court had not further ruled on the perpetrator's May 27 deadline to submit the answer, therefore the date set up by the service of process [ECF 147], remained pending.

Defendant had plenty of time to answer (60 days).

Because Defendant's deadline was due effectively on May 27, and Defendant defaulted, the Clerk's Certificate of Default, docketed on June 2, was timely.

The court should deny Defendant's request.

Respectfully,

                                       Dr. Karolina Agra

(Plaintiff *pro se*)

*Karolina Agra*
-----------------------------------
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
marciniak.kar@gmail.com