Submitted via email to ALCarterNYSDChambers@nysd.uscourts.gov

Frederico Augusto Casarsa de Azevedo

10 Emerson Place, Apt. 21D

Boston, MA 02114

Tel: (857) 999-1396

Email: fazevevedo@mit.edu

July 3, 2025

Hon. Andrew L. Carter, Jr.

United States District Judge

Southern District of New York

40 Foley Square, Courtroom 444

New York, NY 10007

Re: Agra v. Rockefeller University, et al., Case No. 1:22-cv-10959 (ALC)(SN)

Clarification Regarding Response Deadline and Redactions (Letter)

Your Honor:

I write respectfully, as the pro se defendant in *Agra v. Rockefeller University, et al.*, No. 22-cv-10959 (ALC)(SN), to clarify three procedural matters concerning my response to the Third Amended Complaint ("TAC").

First, on May 20, 2025, the Court granted my request for a six-week extension to respond to the TAC, setting the deadline for July 8, 2025 (ECF No. 150). On July 3, 2025, I timely filed a pre-motion letter under Rule 2.A of Your Honor's Individual Practices, seeking leave to file a motion to dismiss pursuant to Rule 12(b). As per Rule 2.A, submission of the

pre-motion letter stays the response deadline pending resolution of the request. My July 3 letter previewed multiple threshold grounds for dismissal and was filed within the time permitted by the Court's earlier order.

Second, the May 20 Order indicated that, should I choose to re-file Exhibits A–F, I was to submit appropriately redacted versions by May 22, 2025. I respectfully elected not to refile those materials due to the volume of sensitive information and their limited relevance to the motion I intend to file. If the Court prefers that I submit redacted versions, I will do so promptly.

Third, I note that the Clerk entered a Certificate of Default on June 2, 2025 (ECF No. 160). Given the Court's Order extending my response deadline to July 8, 2025 (ECF No. 150) and my timely pre-motion letter filed on July 3, 2025, the certificate appears to have been entered before my time to respond had expired. I stand ready to address the matter further should the Court find it necessary.

Thank you for the Court's attention to this clarification.

Respectfully,

*/s/ Frederico A. C. de Azevedo*

Frederico Augusto Casarsa de Azevedo

*Pro Se* Defendant