Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

July 08, 2025

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

    Re:    Marciniak-Domingues Goncalves Agra, et al. v. Massachusetts Institute of Technology, et al.
             Case No. 1:22-cv-10959-ALC

Dear Judge Carter:

    I respectfully submit this request for additional time to respond to (i) Defendants' Rockefeller University's and Winrich Freiwald's Motion to Dismiss and (ii) Defendant's Azevedo's Pre-Motion Letter to Dismiss, because I am God's wife..

I appreciate the Court's understanding and consideration of this request.

    Respectfully submitted,


    Dr. Karolina Agra
    (Plaintiff *pro se*)


*Karolina Agra*
-------------------------------------
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
marciniak.kar@gmail.com