Submitted via email to ALCarterNYSDChambers@nysd.uscourts.gov

Frederico Augusto Casarsa de Azevedo

10 Emerson Place, Apt. 21D

Boston, MA 02114

fazevedo@mit.edu

(857) 999-1396

May 19, 2025

Honorable Andrew L. Carter, Jr.

United States District Judge

U.S. District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Re: Karolina Maria Marciniak-Domingues Goncalves Agra v. Rockefeller University, Frederico Azevedo, and Winrich Freiwald

Civil Case No.: 1:22-cv-10959-ALC-SN

Request for Extension of Time to File Answer

Your Honor:

I respectfully write to request a six-week extension of the current deadline to file my answer in the above-captioned matter, presently due on May 27, 2025.

On May 11, 2025, my brother passed away. Shortly thereafter, on May 15, 2025, my father was diagnosed with advanced dementia requiring urgent and ongoing medical care. Due to these circumstances, I had to travel to Brazil to support my mother, arrange my father's hospitalization, coordinate long-term care, manage his finances, and secure the rental of his apartment.

Given the gravity of these personal emergencies and my role as the primary caregiver and decision-maker, I respectfully request an extension of six weeks-until July 8, 2025-to file my answer. This additional time will allow me to fulfill my family responsibilities, obtain legal counseling, and ensure that I respond to this case properly and thoroughly.

This is my first request for an extension in this matter. I am submitting this request in good faith and not for the purpose of delay.

Attached are official documents confirming my brother's death and my father's medical diagnosis. In compliance with the Court's Individual Practices, I am submitting this letter and supporting documentation by email to Chambers at ALCarterNYSDChambers@nysd.uscourts.gov, as I am not registered for electronic case filing (ECF). Due to a prior restraining order issued by the Family Court of the State of New York in connection with a previous Title IX investigation, I am prohibited from contacting the Plaintiff directly or indirectly. Accordingly, I respectfully request permission to send a copy of this extension request directly to the Plaintiff by email, as she is representing herself pro se. For the Court's awareness, the restraining order and the outcome of the Title IX investigation-concluding that I did not violate MBL's policy or code of conduct-are attached.

Thank you for your consideration during this difficult time.

Respectfully,

Frederico Augusto Casarsa de Azevedo

Enclosures:

- Exhibit A: Death certificate of Victor Hugo Casarsa de Azevedo, brother (original in Portuguese)

- Exhibit B: Death certificate of Victor Hugo Casarsa de Azevedo, brother (partially translated to English)

- Exhibit C: Medical Report for Victor Hugo Aquino de Azevedo, father (in English)

- Exhibit D: Medical Report for Victor Hugo Aquino de Azevedo, father (summarized in English with the doctor's signature)

- Exhibit E: Restraining order

- Exhibit F: Outcome of Title IX investigation

 

Poder Judiciário - TJERJ
Corregedoria Geral da Justiça
Selo de Fiscalização Eletrônico
**EEXA20743|JQF**
Consulte a validade do selo em:
https://www3.tjrj.jus.br/sitepublico

# REPÚBLICA FEDERATIVA DO BRASIL
## REGISTRO CIVIL DAS PESSOAS NATURAIS

## CERTIDÃO DE ÓBITO

**Nome**
**VICTOR HUGO CASARSA DE AZEVEDO**

**Número do CPF**

**Matrícula**
**089516 01 55 2025 4 00338 202 0132971 61**

**Data do falecimento:** Onze de maio de dois mil e vinte e cinco
**Dia:** 11  **Mês:** 05  **Ano:** 2025
**Horário do falecimento:** 13h

**Local do falecimento:** em domicílio,
**Município do falecimento:** Campos dos Goytacazes  **UF:** RJ

**Sexo:** Masculino
**Estado civil:** Solteiro
**Nome do último cônjuge ou convivente:** Não Consta

**Idade:** 44 anos  **Dia:** 16  **Mês:** 10  **Ano:** 1980
**Município de naturalidade:** Paris  **UF:** França

**Genitores:** ELIANE CASARSA; VICTOR HUGO AQUINO DE AZEVEDO

**Causa da morte:** CAUSA INDETERMINADA; INSUFICÊNCIA TRICÚSPIDE

**Nome dos médicos ou testemunhas:** Lucas Gomes de Oliveira
**Número do documento:** CRM nº 521267531/RJ

**Local sepultamento/Cremação:** Cemitério Campo da Paz, Campos dos Goytacazes/RJ
**Município:** Campos dos Goytacazes  **UF:** RJ

**Data do registro:** Doze de maio de dois mil e vinte e cinco
**Dia:** 12  **Mês:** 05  **Ano:** 2025

**Nome do declarante:** ELIANE CASARSA
**Existência de bens:** Não
**Existência de filhos:** Não

**Anotações/Averbações:**
Nacionalidade do falecido: brasileiro (pendente de opção) Declaração de óbito nº 37749156-0. O(A) extinto(a) não deixou bens nem testamento, não era eleitor. O falecido era interditado, conforme registro lavrado neste Cartório no Livro E-7/70, folha 56v, termo 6090 em 17/09/2003 Foram testemunhas do ato PATRICIA DOS SANTOS MOTA RANGEL e MARIA LUZIA RIBEIRO DA SILVA

Registro Civil de Pessoas Naturais, Interdições, Tutelas e Curatelas do
1º Subdistrito do 1º Distrito
**Rafael Giatti Carneiro - Oficial Registrador**
Rua Salvador Correa, 102, Campos dos Goytacazes – RJ
Tel.: (22) 2726-9176 / CEP: 28035-310
E-mail: rcpn1subdistrito@gmail.com

O conteúdo da certidão é verdadeiro. Dou fé.
Campos dos Goytacazes, RJ, 12 de maio de 2025.

*Tamara Cristina Gonçalves Gomes*
Escrevente

Tamara Cristina Gonçalves Gomes
Escrevente
Matrícula nº 94/20104

Isento de Emolumentos

HA 001195341




Poder Judiciário - TJERJ
Corregedoria Geral da Justiça
Selo de Fiscalização Eletrônico
EEXA20743|JQF
Consulte a validade do selo em:
https://www3.tjrj.jus.br/sitepublico

# FEDERATIVE REPUBLIC OF BRAZIL CIVIL REGISTRY OF NATURAL PERSONS

## DEATH CERTIFICATE

**Name**
VICTOR HUGO CASARSA DE AZEVEDO

**Individual Taxpayer Registry Number**

**Registration Number**
089516 01 55 2025 4 00338 202 0132971 61

| Date of death | Day | Month | Year | Horário do falecimento |
|---|---|---|---|---|
| May 11, 2025 | 11 | 05 | 2025 | 13h |

| Place of death | Município do falecimento | UF |
|---|---|---|
| at home, | Campos dos Goytacazes | RJ |

| Sexo | Estado civil | Nome do último cônjuge ou convivente |
|---|---|---|
| Masculino | Solteiro | Não Consta |

| Idade | Dia | Mês | Ano | Município de naturalidade | UF |
|---|---|---|---|---|---|
| 44 anos | 16 | 10 | 1980 | Paris | França |

**Genitores**
ELIANE CASARSA;VICTOR HUGO AQUINO DE AZEVEDO

**Causa da morte**
CAUSA INDETERMINADA; INSUFICÊNCIA TRICÚSPIDE

| Nome dos médicos ou testemunhas | Número do documento |
|---|---|
| Lucas Gomes de Oliveira | CRM nº 521267531/RJ |

| Local sepultamento/Cremação | Município | UF |
|---|---|---|
| Cemitério Campo da Paz, Campos dos Goytacazes/RJ | Campos dos Goytacazes | RJ |

| Data do registro | Dia | Mês | Ano |
|---|---|---|---|
| Doze de maio de dois mil e vinte e cinco | 12 | 05 | 2025 |

| Nome do declarante | Existência de bens | Existência de filhos |
|---|---|---|
| ELIANE CASARSA | Não | Não |

**Anotações/Averbações**
Nacionalidade do falecido: brasileiro (pendente de opção) Declaração de óbito nº 37749156-0. O(A) extinto(a) não deixou bens nem testamento, não era eleitor. O falecido era interditado, conforme registro lavrado neste Cartório no Livro E-7/70, folha 56v, termo 6090 em 17/09/2003 Foram testemunhas do ato PATRICIA DOS SANTOS MOTA RANGEL e MARIA LUZIA RIBEIRO DA SILVA

Registro Civil de Pessoas Naturais, Interdições, Tutelas e Curatelas do
1º Subdistrito do 1º Distrito
Rafael Giatti Carneiro - Oficial Registrador
Rua Salvador Correa, 102, Campos dos Goytacazes – RJ
Tel.: (22) 2726-9176 / CEP: 28035-310
E-mail: rcpn1subdistrito@gmail.com

Isento de Emolumentos

O conteúdo da certidão é verdadeiro. Dou fé.
Campos dos Goytacazes, RJ, 12 de maio de 2025.

Tamara Cristina Gonçalves Gomes
Escrevente

Tamara Cristina Gonçalves Gomes
Escrevente
Matrícula 94/20104

HA 001195341

# MEDICAL REPORT

| IDENTIFICATION OF ISSUING PHYSICIAN |
|---|
| **CRM:** 61634-6 |
| **Name:** JOSÉ FRANCISCO DE ASSIS NETO |
| **Address:** RUA MARQUÊS DE HERVAL, 36 CS. - PARQUE TAMANDARÉ, CAMPOS DOS GOYTACAZES, CEP: 28035-08 |
| **Phone:** (22) 99772-7828 |

**Patient:** Victor Hugo Aquino de Azevedo

**Description:**
I hereby certify that I have evaluated the above-mentioned patient, holder of CPF: 592.210.627.91, and that he presents a clinical condition characterized by narrowing of experiential awareness, mental confusion, disorganization of thought processes, impairment of both recent and remote memory, and cognitive deficits. A diagnosis of vascular dementia due to multiple infarcts has been established. The patient is not capable of managing civil affairs and full guardianship is recommended.
ICD-10: F01.1

**Date of Issue: 05/15/2025 12:04 PM – Valid until 11/11/2025**



Use the QR Code beside or access the URL for validation:
https://www.cremerj.org.br/servicomedico/documentomedico/validar

Validation Code: 80b5b6a5-018c-4b8a-9af7-23a4bacde7d9

There is no regulation requiring the use of a stamp on medical prescriptions, according to CFM Opinion No. 01/14. ANS understands that remote prescriptions are equivalent to those presented on paper for the purpose of procedures with the health plan provider network. See ANS TECHNICAL NOTE No. 1/2020/COMEC/GEAS/GGRAS/DIRAD-DIPRO/DIPRO. In case of issues with health insurers, the provider/user may contact ANS at 0800 701 9656.

Scan the QR Code beside to view your physician's credentials on the CREMERJ platform




Platform developed by CREMERJ

## IDENTIFICAÇÃO DO EMITENTE

CRM: 61634-6

Nome: JOSÉ FRANCISCO DE ASSIS NETO

Endereço: RUA MARQUÊS DE HERVAL, 36 CS. - PARQUE TAMANDARÉ, CAMPOS DOS GOYTACAZES,
CEP: 28035-08

Telefone: (22) 99772-7828

Paciente: Frederico Augusto Casarsa de Azevedo

Descrição:
I attest that the aforementioned client is the son of my patient Victor Hugo Aquino de Azevedo who is hospitalized

Due to the vascular dementia process, it is necessary to accompany

Dr. José Francisco de Assis Neto
Médico Psiquiatra
CRM: 52 61634-6
RQE: 30546

Data da Emissão: 16/05/2025 09:28 - Validade 15/06/2025

Utilize o QR Code ao lado ou acesse a URL para validação:
https://www.cremerj.org.br/servicomedico/documentomedico/validar
CRM: 61634-6
Código de Validação: 322106f6-8658-4ebc-9607-64d7a3a149aa

Não há norma que exija a aposição de carimbo na receita Médica, de acordo com o Parecer CFM n. 01/14. A ANS entende que a prescrição feita remotamente é equivalente àquelas apresentadas em receituário de papel, para fins de realização do procedimento junto à rede prestadora do plano. Atenta- se à NOTA TÉCNICA No 1/2020/COMEC/GEAS/GGRAS/DIRAD-DIPRO/DIPRO, da ANS. Em caso de problemas com operadoras de saúde, o prestador/usuário poderá entrar em

Leia o QR Code ao lado e veja os dados do seu médico no CREMERJ 

# Marine Biological Laboratory

THE UNIVERSITY OF CHICAGO

**Human Resources**

June 6, 2019

Frederico Azevedo
fazevedo.lab@gmail.com

Dear Frederico,

This letter serves as an official directive that you are to have no contact with Karolina Marciniak. Additionally, Karolina has been directed to have no contact with you.

This No Contact Directive (NCD) prohibits any intentional words or actions directed to the abovenamed individual, including, but not limited to:

- Direct contact, whether in person, via phone, email, text messaging, social media or other electronic means, or by any other means;
- Indirect contact through friends, family, associates, or others (not including attorneys acting in an official capacity);
- Entering the person's private residence;
- Destruction or vandalism of the person's property

This NCD covers all locations, including Marine Biological Laboratory programs and property, whether at MBL, elsewhere in the US and abroad. This order does not prevent you and the above-named individual from seeing each other unintentionally or in passing. However, intentionally and repeatedly entering spaces where the above-named individual is present may constitute contact that violates this directive.

This No Contact Directive will remain in place until further notice.

Sincerely,

Ann Egan
Director of Human Resources
7 MBL Street
Woods Hole, MA   02543
aegan@mbl.edu
508.289.7622

cc: Bridget Collier, University of Chicago, Associate Provost for Equal Opportunity Programs



**Marine Biological Laboratory**

THE UNIVERSITY OF CHICAGO

Human Resources

<u>*Via Electronic Mail*</u>

Frederico Azevedo
fazevedo.lab@gmail.com

August 1, 2019

Dear Mr. Azevedo,

I write to inform you of the outcome of the complaint made against you (the "respondent") by Karolina Marciniak (the "complainant") which alleged that you sexually assaulted her in violation of the MBL Policy on Unlawful Harassment (the "Policy") and the MBL Code of Conduct. (the "Code"). Specifically, the complainant alleged that you engaged in sexual activity, including sexual penetration, without her consent, on the evening of August 30, 2017 in Swope Hall on the Marine Biological Laboratory (MBL) campus. At that time you served as a Teaching Assistant for the Brains, Minds, and Machines (BMM) course at the Marine Biological Laboratory (MBL), and she participated as a "Listener" in the BMM course.

The MBL's Unlawful Harassment Policy (A.2.1) states, in relevant part:

> 5.2 The definition of unlawful sexual harassment is any sexual advances, requests for sexual favors, or verbal or physical conduct of a sexual nature when: (a) submission to or rejection of such advances, requests, or conduct is made either explicitly or implicitly a term or condition of employment or as a basis for employment decisions (called quid pro quo) or (b) such advances, requests, or conduct have the purpose or effect of unreasonably interfering with an individual's work performance by creating an intimidating, hostile, humiliating, or sexually offensive work environment (called hostile environment).

> 5.2.2 Hostile environment sexual harassment includes, but is not limited to, unwelcome sexual advances, whether or not they involve physical touching; sexual epithets, jokes, written or oral references to sexual conduct; gossip regarding one's sex life; comments on an individual's body or sexual activity; displaying sexually suggestive objects, pictures, cartoons; unwelcome leering, whistling, brushing against someone's body; sexual gestures; suggestive or insulting comments; discussing one's own or inquiring into another's sexual activities.

The MBL's Code of Conduct (G.1.19) states, in relevant part:



**Marine Biological Laboratory**
THE UNIVERSITY OF CHICAGO
Human Resources

The standard of proof applicable to this investigation is a preponderance of the evidence standard. A "preponderance of the evidence" standard requires that we determine whether it is more likely than not that your actions, as alleged in the complaint, violate the MBL Unlawful Harassment Policy and/or Code of Conduct.

### Findings and Conclusion

After reviewing all of the evidence made available, the we find insufficient evidence from which to conclude that you engaged in acts of sexual penetration or sexual conduct without the complainant's consent. You and the complainant both admit that sexual activity, including an act of sexual penetration, occurred on August 30, 2017 in Swope Hall. You disagree, however, on whether the sexual activity was consensual.

We find your account of the sexual activity to be credible, which is supported by text messages you provided from the time period September 2017-November 2017, after the alleged incident, that reference the sexual activity in question. Specifically, you produced contemporaneous Whatsapp chat messages that took place immediately after the sexual encounters at MBL, which indicates that you and the complainant continued a romantic and sexual relationship following the alleged assault and which are consistent with the your version of the sexual activity, specifically referencing the bite on the complainant's thigh, mutual oral sex, you providing the complainant with a massage, and you preferring slow sex.

Therefore, we conclude that you did not violate the MBL's Policy or Code of Conduct.

### Confidentiality and Retaliation

I want to remind you that confidentiality of what you learned through the course of this investigation and non-retaliation continue to apply. If you become aware of possible retaliation or experience what you believe to be retaliation as a result of your participation in this investigation, please contact us immediately. This same expectation applies to you, meaning you must not engage in retaliatory behavior.

Sincerely,

Bridget Collier
Bridget Collier
Associate Provost for Equal Opportunity Programs
Title IX Coordinator for the University
University of Chicago

Ann Egan
Director, Human Resources
Marine Biological Laboratory

2