Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

July 16, 2025

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

      **Re:    Marciniak-Domingues Goncalves Agra, et al. v. The Rockefeller University, et al.
            Case No. 1:22-cv-10959-ALC**

Your Honor,

Plaintiff respectfully requests the Court's permission for an extension of time to file responses to the following: the Court's Order to Show Cause dated July 7, 2025 [Dkt 177], Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [Dkt 148-151], and Defendant Azevedo's Motion to Vacate the Default against him [Dkt 174].

This request is necessitated by a medical condition that has significantly impeded Plaintiff's ability to prepare and file timely responses to the aforementioned pleadings and order and meet the Court's established deadlines. Plaintiff has a medical appointment scheduled for July 21, 2025, and will promptly update the Court on any significant developments following that appointment.

Plaintiff respectfully asks for the Court's understanding and requests a 60-day extension to file the aforementioned responses. Plaintiff kindly appreciates the Court's understanding and consideration of this request.

            Respectfully submitted,

            Dr. Karolina Agra
            (Plaintiff *pro se*)

            *Karolina Agra*
            --------------------------------------
            500 E 63rd St, Apt 13F
            New York, NY 10065
            (646) 770 2045
            marciniak.kar@gmail.com