Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

MEMO ENDORSED

July 16, 2025

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/28/2025___

      Re:    **Marciniak-Domingues Goncalves Agra, et al. v. The Rockefeller University, et al.**
              **Case No. 1:22-cv-10959-ALC**

Your Honor,

Plaintiff respectfully requests the Court's permission for an extension of time to file responses to the following: the Court's Order to Show Cause dated July 7, 2025 [Dkt 177], Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint [Dkt 148-151], and Defendant Azevedo's Motion to Vacate the Default against him [Dkt 174].

This request is necessitated by a medical condition that has significantly impeded Plaintiff's ability to prepare and file timely responses to the aforementioned pleadings and order and meet the Court's established deadlines. Plaintiff has a medical appointment scheduled for July 21, 2025, and will promptly update the Court on any significant developments following that appointment.

Plaintiff respectfully asks for the Court's understanding and requests a 60-day extension to file the aforementioned responses. Plaintiff kindly appreciates the Court's understanding and consideration of this request.

Respectfully submitted,

Dr. Karolina Agra
(Plaintiff *pro se*)

*Karolina Agra*
-------------------------------------
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
marciniak.kar@gmail.com

Plaintiff's request for a 60-day extension is **DENIED.** The Court will grant Plaintiff **21 days** (i.e., until **August 18, 2025**) to respond to Dkt. Nos.177, 148-151, and 174. In addition, Plaintiff's response to Defendant Azevedo's request for leave to file a motion to dismiss (Dkt. No. 172) was due by July 10, 2025 and is now overdue. If Plaintiff fail to respond to Dkt. No. 172 by the same deadline (i.e., August 18, 2025), the Court will treat the motion as unopposed.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

July 28, 2025