# EXHIBIT A:
# NYSDHR MATERIALS SHOWING RETALIATORY TIMELINE
# (MAY 29, 2020 – AUGUST 12, 2021)

- **Page 1: Plaintiff's Protected Activity (May 29, 2020 Plaintiff's Boundary-Setting Email)**

**From:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Sent:** Thursday, May 28, 2020 12:58 AM
**To:** Karolina Marciniak <kmarciniak@mail.rockefeller.edu>
**Subject:** Re: Lab Reopening, 1.01

Dear Karolina,

Thank you so much for sharing your thoughts. It is good we are having this conversation. Unfortunately I am too tired to have an appropriate response, just a few thoughts, and then maybe we continue in person.
- do not worry about the fellowship, CBMM financially. That will be fine even if push came to shove. (The rest cannot.)
- we should talk different scenarios openly, and it would then also be good for me to understand your husband's situation.
- have you talked with Ilaria about connectivity analyses? I forgot where we left things off, but I think they would add a lot to your story.

All the best,

Winrich


**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Friday, May 29, 2020 11:20 AM
**To:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Subject:** Re: Lab Reopening, 1.01

Hi Winrich,

It is good to hear your reassurance concerning financial situation.

My husband still has his job contract until September but is not get paid due to a lack of contracts in coronavirus time. We are currently organizing a visa for him independently from his work so that he can stay with my stay here. In the meantime, he could probably have his 3-year contract renewed but in the current world, we are dealing with a lot of uncertainties.

I am wholly excited about my project and working serves many times even as a huge distractor to unfavorable reality. I am also aware that for my future career it would make more sense to stay here until the end of the project. My husband supports my passion for science entirely and New York is also the first option for him to stay.

As of different scenario, I find it to be fair and nice to open to you my current struggles and give you heads-up about where the things might go.  The difficulties of Title IX complaint have been pretty strenuous and financially, mentally and physically exhausting, making even my husband name the last year as the worst of his life. I am not a person that gives up easily. I always tend to look for ways to turn a negative experience into the positive one and I also learned a lot from trauma. That is also why I set up clear borders for my work environment, involving no restaurant professional meeting and not working with intrusive men like Michael. There is a huge hope to finally move forward with the Title IX issue but with the current financial crisis when we have been using our savings which are not unlimited, now looking to move to a smaller apartment and cutting on all possible expenses, we started to consider the possibility of moving somewhere where the living would be cheaper in case we would undoubtedly need a new beginning if we find the mission to fight for justice to be the lost battle and retaliation continuous.

I talked with Ilaria in the pre-lock down era and then you and I summarized the options. We agreed that some sort of connectivity analysis will be good together with fMRI results. What I can have from Ilaria's tractography's method right now would only mean projecting my functional ROIs onto her good-quality brains, which most likely will not result in anything new rather than seeing the broad tracks she has already identified as her PITd-LIP-FEF network. What became clear not only in conversation with Ilaria but also with Sarina, is the need for an improved sequence for DWI in-vivo studies. I am checking currently with Sarina if multishell approach can help to boost the quality but once we restart our CBIC activities, I think it would be a good idea to reconnect with Henning and Jon and look for their help with the sequence.


Best wishes,

Karolina


**From:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Sent:** Wednesday, June 3, 2020 7:22 PM
**To:** Karolina Marciniak <kmarciniak@mail.rockefeller.edu>
**Subject:** RE: Lab Reopening, 1.01

Hi Karolina,

Do you have time to talk tomorrow, maybe 4pm or 5pm? Thank you!

Best,

Winrich

**EXHIBIT A:**

**NYSDHR MATERIALS SHOWING RETALIATORY TIMELINE**

**(MAY 29, 2020 – AUGUST 12, 2021)**

- **Page 2: Freiwald's Retaliatory Demand (June 4, 2020 Zoom Meeting Transcript)**

Winrich Freiwald (WF): Hi Karolina.

Karolina Marciniak (KM): Hi Winrich. Can you hear me?

WF: I can hear you, I can see you, under water

KM: Yep, that is my favorite background. Say again?

WF: Are you a diver?

KM: No, unfortunately no.

WF: I didn't figure the background yet. Also, with Zoom, I am still trying to figure stuff out, but, yes, this works. Uh mm… Uh mm, thanks so much for (noise ) and then also the information about fMRI results that you have and your interpretation. So, I have been thinking a lot about you and the worries that you have and the project. So, my conclusion, and I can tell you a bit more why I think that, is that I think your initial instinct was probably right, that it would be the best for you to move to a different place and different environment. So let me …. ….  This is probably not what you expected, but I have been thinking about it quite a bit, and, …, so, the two levels. Here, one is the personal level. I don't want to dive too much what the legal situation is but, again, I don't think you have to fear any … retaliation or things like this but just a fact that you will have to worry about this or you know, what will this be on a personal level, it seems to me that it would probably be better for you hmm u mm to have a change of environment or at least a perspective to have a change of environment, so that whatever you gonna do, you know, it is not gonna be that CBMM affects that. That is sort of my sort of folk psychology echoing on your situation from my personal perspective

(…)

So, that is how I view the current situation, about next phase, second phase. I don't know whether we are in the position to … umm whether we are in the position with lots of knowledge to be launching that phase [not clear], and but if we do it, it would be like a huge gamble on your part. And umm it would also be a gamble for me but you know, I can take a gamble, I can lose now and then but this is not the case for you. And umm. Yeah.

So, this is where I am right now, thinking about this for the last week or so. And, so, I think it would not be responsible of me to encourage you just to continue and you know, when we see how things fall out because I think the risks are very big.

(...)

WF: Yes, I think it would be best way forward. You should think about that, I don't expect you to make a decision now, you should give it some thought and probably it is going to go back and forth a bit more, but this is sort of honestly, what I think right now is the best thing. I didn't talk about what would it mean for me, and the collaboration, and what not … ummm that is not really relevant, but what would it mean for you.

(...)

# EXHIBIT A:
# NYSDHR MATERIALS SHOWING RETALIATORY TIMELINE
# (MAY 29, 2020 – AUGUST 12, 2021)

- Page 3: Freiwald's June 9, 2020 email (continued pressure to resign following protected activity)

**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Monday, June 8, 2020 4:03 PM
**To:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Subject:** Re: Lab Reopening, 1.01

Hi Winrich,

Just a quick question related to what you said about discontinuation of my project last Thursday. You mentioned that your decision is not related to my work per see, so I was wondering if I will be able to count on your good reference letter for my next postdoc.

I should have asked right away, but I was too shocked.

Thanks,

Karolina

**From:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Sent:** Tuesday, June 9, 2020 1:26 AM
**To:** Karolina Marciniak <kmarciniak@mail.rockefeller.edu>
**Subject:** RE: Lab Reopening, 1.01

Hi Karolina,

Of course!
I should also clarify. It took me a couple of days after your email from May 25th to see that it actually makes the most sense for you – both personally and scientifically. We are not in a position to progress to phase II of the project directly. The risk of doing so would be too high for your career, and it would not be responsible for me to suggest doing this to you. It is therefore much better for you to wrap up phase I with a paper and search for that place for a second postdoc you mentioned. I am very sorry that you were shocked by me coming around to your position, though I can see that you were surprised.
Of course I will write you as strong a letter as I have continuously in the past.

Best wishes,

**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Tuesday, June 9, 2020 12:00 PM
**To:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Subject:** Re: Lab Reopening, 1.01

Ohh, now I see that there was a huge misunderstanding in our conversation. I am more relieved now. I think you might have wrongly understood my point. When I broadly mentioned about looking for opportunities in the email from May 25th, I was concerned about project funding and got very happy when you assured me that there is no worry about that. I opened up my personal situation because it is simply better to have the support. Of course I want to stay and finish the project. It is the best for me and my career. I have been totally excited about the large scale recordings guided by fMRI and same as you were convinced seeing the activations in January, I totally believe that the pattern of activation we are getting forms a clear set of the areas to target with the arrays implantation. Still keeping up with our motivation from the beginning, I believe that the intuitive physics approach we are taking will illuminate the core function of the cortical areas previously associated only with motor planning, and it was good to hear your encouraging opinion in January that the ephys result will be surely interesting so our planning proceeded accordingly. After clarifying the misunderstanding, would you still like to discontinue the project?

Karolina

# EXHIBIT A:
# NYSDHR MATERIALS SHOWING RETALIATORY TIMELINE
# (MAY 29, 2020 – AUGUST 12, 2021)

- **Page 4: Freiwald's June 12, 2020 email (explicit threat of career termination)**

**From:** Winrich Freiwald <wfreiwald@mail.rockefeller.edu>
**Sent:** Friday, June 12, 2020 12:06 AM
**To:** Karolina Marciniak <kmarciniak@mail.rockefeller.edu>
**Subject:** RE: Lab Reopening, 1.01

Hi Karolina,

Thank you for sharing your thoughts. I am not sure where the misunderstanding lies. Let me try to explain it another way.
Given the current status of the project and results, it is almost guaranteed that if you continue into phase II on this basis, it will be the end of your career. I explained the reasons in detail before and am happy, if necessary, to do this again in person. The point is that it would be irresponsible to continue. Wrapping things up here and doing a second postdoc in a different lab makes much more sense.

# EXHIBIT A:
# NYSDHR MATERIALS SHOWING RETALIATORY TIMELINE
# (MAY 29, 2020 – AUGUST 12, 2021)

- Page 5: Freiwald's July 30, 2020 email (demotion execution)

**From:** Winrich Freiwald <wfreiwald@rockefeller.edu>
**Sent:** Thursday, July 30, 2020 2:40 PM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Subject:** quick check-in

Hi Karolina,

Following up on our previous conversation, I don't think I have gotten the list of fMRI experiments from you yet that still need to be done. I am sorry if I missed it – could you (re)send? Since your re-appointment is coming up, in the interest of time, I will do this now for half a year, which I am sure will be needed, and we can figure out the rest independently.

Best,

Winrich


**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Wednesday, August 5, 2020 7:23 AM
**To:** Winrich Freiwald <wfreiwald@rockefeller.edu>
**Subject:** Re: quick check-in

Hi Winrich,

Here comes the list:

1. Hobbes, Physical interactions (videos of toys from familiar context): 70 runs, 5-10 scanning days
2. Hobbes, Physical interactions from Julia's experiment, to identify physical interactions overlays: 70 runs, 5-10 scanning days
3. Hobbes, FOB: 15-20 runs, 3-4 scanning days
4. Hobbes, Motion localizer:15-20 runs, 3-4 scanning days
5. Hobbes, Saccade areas LIP & FEF localizer: 15-20 runs, 3-4 scanning days
6. Hobbes, Physical and agent-animated animations: 70 runs, 5-10 scanning days
7. Lefty, Physical and agent-animated animations: 70 runs, 5-10 scanning days

Best,

Karolina

# EXHIBIT A:
# NYSDHR MATERIALS SHOWING RETALIATORY TIMELINE
# (MAY 29, 2020 – AUGUST 12, 2021)

- Page 6: Freiwald's and RU's August 12, 2020 email (Employment Termination)

**From:** Winrich Freiwald <wfreiwald@rockefeller.edu>
**Sent:** Tuesday, August 3, 2021 11:01 AM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Subject:** Analyses and paper

Hi Karolina,

I thought I would check in and ask where things are standing with analyses of your fMRI data for your Intuitive Physics paper. Please let me know.

Thank you.

Best,

Winrich


**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Thursday, August 5, 2021 2:03 PM
**To:** Winrich Freiwald <wfreiwald@rockefeller.edu>
**Subject:** Re: Analyses and paper

Hi Winrich,

My timeline for the preparation of my Intuitive Physics experimental paper has shifted forward since we emailed about it earlier this year. As you proposed in the meantime, I had been working on the Intuitive Physics review paper. I submitted it only a little bit more than one month ago.

I would also ask for your understanding about the number of months I may still need for the work that I have to do.
I am involved in the complaint process about the sexual assault, harassment and retaliation events that happened during my work at Rockefeller University. I have been dealing with legal requirements to prepare and submit the documentation. For example, now I am working against the submission deadline which is due in a couple of days.
Also, in the meantime, I have been helping Alejandra with the margin cleanings, and Sarina with the scanning. For example now for the next couple of days, as soon as the current issue with the scanning machine gets resolved, I am Sarina's second person during the scanning.

Thank you for your understanding,

Best,

Karolina


**From:** Winrich Freiwald <wfreiwald@rockefeller.edu>
**Sent:** Thursday, August 12, 2021 5:38 PM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Subject:** RE: Analyses and paper

Hi Karolina,
The University and I have considered your request to extend your appointment, which is set to expire on November 30, 2021. We are unable to grant your request for another extension. The existing extension through November 30, 2021 should provide you with sufficient time to complete your Intuitive Physics experimental paper.

Best,

Winrich