<u>**EXHIBIT C**</u>

**Postdoctoral Research Proposal for Single-Neuron Coding Research**

**(Undermined by Removal of Electrophysiology)**

- **Aim 2 explicitly requires electrophysiology** (Page 3):

  *"I will probe neural activity within intuitive physics regions using electrophysiology... to search for neural representations... at single-cell level."*
  Cutting ephys destroys this aim's feasibility.

- **Freiwald Lab's ephys expertise is highlighted as essential** (Page 4):

  *"My host laboratory has pioneered fMRI-guided electrophysiology... Chronic microelectrode array recordings are established in my host lab."*
  Removal of ephys contradicts the lab's advertised capabilities and the project's design.

- **Aim 3 (population decoding) depends on ephys data** (Page 5):

  *"I will apply population decoding... to acquired neural data [from ephys]."*
  Without ephys, computational modeling (Aim 3) cannot proceed.

- **Project's significance hinges on ephys** (Page 2):

  *"Unravelling [intuitive physics] will profoundly impact vision neuroscience... and provide neurological understanding of movement disorders."*
  Demoting/cutting ephys undermines the project's scientific value and the Plaintiff's role.

# THE NEURAL COMPUTATIONS OF *INTUITIVE PHYSICS*

## *CURRENT STATE OF RESEARCH*

*Intelligence* requires *causal reasoning* [1]. A case in point is our understanding of the physical world by cause and effect: a massive stone sliding down on the slope *(a cause)* pushing all smaller objects on its way *(an effect)*. Not only do we automatically interpret our percepts in this causal framework, but we can also let it play out in our minds to make predictions: looking at Figure 1, we can not only estimate whether the block tower will remain stable when the transparent piece is removed but also predict which way most of the blocks will fall (see Figure 1). While this seems easy and is, in fact, intuitive (meaning it does not require lessons in physics), these tasks are computationally daunting: we make sense out of an infinite set of highly complex stimuli, make predictions about situations never before encountered such as the one in Figure 1. Further, we do this by taking into account just a small set of physical characteristics from the scene, some of which we can never even directly see, and by natural understanding of their relationships. How the brain implements this amazing capability, termed *intuitive physics*, is the topic of my postdoctoral research project.



**Figure 1.** 'Will the tower fall down if the transparent piece is removed'? 'Which way will most of the blocks fall?'

How can the brain implement *intuitive physics*? An answer to this question requires two components: an understanding of the computational properties of *intuitive physics*, and an understanding of how these properties are implemented in neural tissue. Key insights into the first question come from the field of computational psychology aiming at building an *intuitive physics* model. What kind of features would this model need? First, a model that captures a sense of *intuitive physics* needs to include not only apparent object features like shape and position, but also its latent properties, like mass or friction. Second, it has to use latent properties as the unperceived causes governing object motion and interactions. Third, it has to do so in a generative manner, to interpret new situations and make extrapolations. It has thus been argued that *intuitive physics* requires a causal, generative model, a physics engine, to interpret the outside world [2]. This proposition successfully captures the core characteristics of human performance in a physical task, e.g. only few examples needed for humans to extract physical rules and apply them flexibly in other contexts [2-4], as well as human systematic misconceptions in these tasks [2,5]. Thus, humans may utilize a realistic physics engine (*Intuitive Physics Engine*, IPE) as part of a generative model to simulate how interacting objects behave in time. If correct, this marks a fundamental departure from current wisdom about high level visual processing and would establish *intuitive physics* as a highly accessible model system for the key property of intelligence, inferential reasoning. Yet despite the importance of *intuitive physics*, we still know close to nothing about how it is implemented in neural circuits.

Where and how are the key properties of intuitive physics implemented in neural tissue? We have some clues from the observation that intuitive physics is deeply engrained into perceptual systems, and some clues provided from the analogy of the core property of a physics engine to internal models in motor planning circuits, as well as pointers from the neuroimaging and neurophysiology. A set of brain regions comprised of posterior parietal and premotor cortices is activated when people are solving or simply watching physical scenarios, like the one at Figure 1 [6]. As these are also action planning areas, an online updating mechanism was proposed to integrate both physical inference and motor functions [7]. A cue for possible abstract spatiotemporal coding that might form building blocks of this online mechanism was in fact revealed in ventral premotor neurons responding to goal-directed actions [8]. More so, parietal cortex might be critical as it contains visual representations of the target for grasping action [9] but temporal visual areas come also into play to represent its latent properties [10].These footprints of intuitive physics might suggest its existence, but are still far from providing the underlying mechanism.

 Thus the question I pursue in my proposal, is a new direction for systems neuroscience as a whole. It marks a radical departure from current approaches to the study of sensory and motor systems and from paradigms currently used to study cognition. To achieve my goals, I will combine advanced methodologies from computational psychology, brain imaging, neurophysiology, and machine learning to (i) localize the relevant brain regions supporting intuitive physics, (ii) to understand the neural computations grounding *intuitive physics* at the single cell level, and (iii) to uncover key system operations at the level of its interacting components. The approach as a whole is unprecedented in system neuroscience, is highly innovative in technology and logic, and breaks new ground in uncovering new brain circuits for a key component of intelligence.

*OUTLINE*

*Questions*
1. *What* are relevant *intuitive physics* brain regions and *where* in the functional brain map are they encoded?
2. What is the single-neuron code of *intuitive physics*?
3. What are the neural and computational operations implementing *intuitive physics*?

*Originality & Significance*

*Intuitive physics* play a tremendous role in animals' daily life. The representation of physical, causal relations of the external world has to be learned and stored in internal models in order to properly interpret a physical scene, to plan behaviour, and to execute goal-specific actions in various or new settings. Despite its importance, the rules that the brain uses to compute and implement causal, mechanical relations of *intuitive physics* are unknown. We don't know the neural representations of real world physics and the computations performed over them. It is challenging, because such a system may constitute multiple cortical areas and might use novel, thus so far uncovered, representational formats and computations. My project approaches all of these challenges through close integration of recent theoretical approaches in the field of computational neuroscience and cutting-edge systems neuroscience methods.

The question I am asking is completely novel. The results of my project will be the first discovery of the neural basis of *intuitive physics* and, therefore, of an inferential system – an unprecedented finding in the field of systems neuroscience as a whole. The outcome will provide a new insight into the fundamental principles of how the brain constructs dynamical representations of the external world. *Intuitive physics* is necessary for many brain functions, e.g. action planning. Unravelling its neural mechanism will profoundly impact not only vision neuroscience but also sensorimotor and motor fields and as such, may also provide a neurological understanding of movement disorders associated with physical perception problems, such as appraxia. Finding the biological mechanism of *intuitive physics,* and therefore a causal inferential system, will contribute to developing powerful theoretical paradigms for understanding human cognition and to creating better machine learning algorithms with the aim to bring them closer to the capacities of the brain.

## *Aim 1. Localization of the Neural Circuits of Intuitive Physics*



**Figure 2.** Examples of visual stimuli for fMRI and electrophysiological experiments. **A**: video frames of familiar physical object interactions (with various physical properties); **B**: video frames of simulated simple physical object interactions; **C**: Schematic scenario for physical and social object interactions, used for *physical stimuli* vs.*control condition* contrast; **D**: Schematic scenario for physical events with fixed global motion but varying latent physical object property, i.e. mass. The mass level is depicted in white-black intensity of the ball, the thickness of the arrows depicts the force levels.

In order to get access to the mechanism by which the brain embraces the physical world and links physical cause and effect relationships, I first need to know which brain regions are involved in *intuitive physics* and how are they embedded into the large-scale brain networks. Non-human primates (NHPs) model is the

most suitable one to achieve this goal because it serves as a bridge between low-resolution but commonly used human imaging data and fine-tuned electrophysiological activity available in this model organism. Hence, as the first *objective*, I will localize *intuitive physics* regions in the NHP brain using functional Magnetic Resonance Imaging (fMRI) while NHP subjects observe unfolding of the physical events (see Figure 2) . Using fMRI with NHPs has been firmly established in my host lab where it has recently been used to map the regions coding facial motion [11,12], attention [13] and social cognition [14,15]. While utilizing fMRI to localize *intuitive physics* regions in the NHP brain is entirely new, three arguments pave the way for such approach. First, *intuitive physics* brain regions can be identified by fMRI method in humans [6]. Second, preliminary data from my host lab indicates that fMRI is able to localize NHPs brain regions specifically engaged in social and physical interactions [16]. Finally, we have already gained a considerable amount of knowledge about the functional and structural layout of the NHP brain [17] with successful attempt to combine it with single-cell specialization that is already available for many high-level brain areas, e.g. lateral intraparietal area (LIP), participating in saccade planning and allocation of attention [18]. Successful identification of *intuitive physics* regions relative to well-known visual and motor regions in the same individual brain will allow me to build an unprecedented and detailed image of how intuitive physics is embedded into the broad network of other functional areas. Moreover, the connectivity analysis will unravel how the *intuitive physics* regions work together as the functional network. All these results will be directly transferable to the interpretation of human fMRI studies on *intuitive physics* performed in a collaborating lab (Kanwisher Lab, MIT).

The outcome of the work under this aim is the first precise localization of the brain regions of *intuitive physics* machinery, embedding, and identification of its functional components.

## *Aim 2.Unravelling the Single-Neuron Code of Intuitive Physics*.

To understand the neural mechanism of *intuitive physics*, I will determine how single neurons within the *intuitive physics* regions represent key properties of *intuitive physics*. My host laboratory has pioneered the technology of fMRI-guided electrophysiology [19,20]. Furthermore chronic microelectrode array recordings [9] are also established in my host lab. To determine how real world physics is represented in the single cell activity, especially whether there is a neural code for latent object properties like mass or force, I will test the tuning and invariance response patterns of the cells. For example, a cell tuned to mass or exerted force would show invariant responses towards apparent physical variables like shape or size. This method of testing invariance revealed neurons coding for abstract object identity [21,22], numerosity, and basic mathematical rules [23,24], assuring that the concepts engrained in the structure of the real physical world might be represented on the single-cell level. The neurons I find might not code for abstract physical entities but rather for object shape, size, position, or/and kinematic variables of interacting objects' motion. Cells sensitive to spatiotemporal pattern might compute collisions, e.g. by the time-to-contact estimate [25]. Systematic testing of neuronal responses to stimulus characteristics at question will allow me to define the key variables in the neural code that the *intuitive physics* uses. By analogy, discovering the way the neural system abstracts action kinematics toward action goal or intention representation has substantially transformed the fields of motor and social neuroscience [8,26]. The main outcome of work under this aim is the first description of the key components of the neural code supporting *intuitive physics*, and, more generally, of causal inference.

## *Aim3. Decoding of the Functional Mechanism of Intuitive Physics System.*

To understand the neural code, one needs to know how information from different cells is combined. Here I will take advantage of population decoding approaches and recent computational modelling approaches to elucidate a full functional specification of the *intuitive physics* system. First, by combining the individual response patterns into population codes within the region I will (i) decode the physical variables from multidimensional observations, the approach used to distinguish visual and motor coding of object grasping [9];(ii) find any implicit distributed physical representations that tuning curve approaches can miss; (iii) test for non-overlap of neural codes for latent and apparent object properties and physical events like collisions, pulling, or bursting (iv) test if Newtonian physical entities like force or friction can be decoded from neural populations; and (v) temporally profile population codes with respect to causal collision event. All will inform how the area investigated performs its function. Second, by comparing the population codes across the regions I will infer the functional levels and informational flow in the *intuitive physics* system. Third, I will test computational models about the mechanisms the *intuitive physics* system uses in the brain. Recently, the Computational Psychology group of Josh Tenenbaum at MIT and with whom I will be collaborating, used Deep Neural Network (DNNs) and probabilistic simulation approach to model human

performance in physical inference tasks [2,4,27]. I will test these models of *intuitive physics* against biological ground truth, i.e. what single neurons and/or neuronal populations can encode. If the brain contains neural code for latent physical properties and for collision calculations, the mechanism of a *physics engine* in the brain, that uses latent physics as input and runs them in simulation mode for step-by-step calculations of the complete trajectory of a physical system, would be suggestive. After all I will establish a model of intuitive physics, but based entirely on neuroscience data, with results informing future neuroscience and computational research. <u>The outcome of this aim is the first interpretation of how the computations of an *inferential system* are implemented in the brain.</u>

## ACADEMIC METHODS

The project combines advanced methodologies from computational psychology, brain imaging, neurophysiology, and machine learning to localize and decode key components and system operations of *intuitive physics*. This entirely new approach directly tackles the core conceptual and technological challenges previously preventing the study of *intuitive physics*. In order to access its underlying computations at single-cell level, I will use NHPs as the model organism. While physical reasoning abilities are present widely in the animal kingdom, NHPs, through their highly developed dexterity and common evolutionary history, appreciate the physical world in much the same way as humans do [28-33]. In my project I will use powerful fMRI-guided electrophysiology, in which fMRI (with low resolution, but whole-brain coverage) is initially used to search for regions that respond robustly to a certain stimulus category or cognitive process, and then electrophysiological recordings targeted to these regions are used to study detailed functional properties. I will search for relevant *intuitive physics* regions **(Aim 1)**. In order to get access to the level of the neural tissue performing single functional operations, I will probe neural activity within *intuitive physics* regions using electrophysiology **(Aim 2)**. This will provide an excellent spatial and temporal resolution to search for neural representations of *intuitive physics*. Further, to achieve a dynamic image of the whole system, I will apply advanced population decoding and computational methods to acquired neural data **(Aim 3)**. Taken together, single-cell analyses, population codes approaches, and modelling are expected to provide the most appropriate levels of complexity and explanatory power for uncovering the underlying mechanism by which *intuitive physics* operates in the brain.

### AIM 1: Localization of the Neural Circuits of *Intuitive Physics*

**Research design**. The main goal here is to localize *intuitive physics* brain regions. I will follow the overall strategy of [6], where *intuitive physics* regions are evoked by observing unfolding of physical events [6]. To find relevant areas representing core *intuitive physics* common across diversity of the physical content of the environment, I will present video clips of various complexity and various physical content (*physical stimuli*): moving dots, simulations of causally interacting simple objects and real-world videos of familiar object interactions (see Figure 2). While the last set of stimuli maximizes ecological relevance, the first ones provide best control of low-level apparent physical properties. Using multiple kinds of stimuli and adding a *control condition* will circumvent potential confounds inherent to each individual kind and will successfully eliminate the activation related to low-level visual properties and global motion because the regions of interest will be defined as those engaged in all three kinds of *physical stimuli*. Contrasting brain activity evoked by physical stimuli to the one evoked by *control condition*, i.e. video clips also containing dynamical events but based on other than mechanical physics rules, such as social goals or intentions, will identify regions specifically involved in extracting the underlying, latent rules of physical interactions. The contrast *physical stimuli* vs. their scrambled counterparts (video clips with randomly shuffled frames) will also be performed for broader search of regions selective for all meaningful interactions, abstracting away from low-level visual features and global motion component. **Scanning**. Three rhesus macaques will participate in fMRI experiments. A 3T Prisma scanner will be used for functional and structural imaging. Functional scans will be acquired using an echo-planar imaging pulse sequence (1mm isotropic resolution) and high-resolution anatomical images will be acquired with an MPRAGE pulse sequence, as previously described (ref, ben). I will use MoldayION contrast agent (BioPAL) for functional imaging to substantially increase contrast-to-noise ratio (CNR). Stimuli will be presented in blocked designs to optimize CNR, with 30s-blocks, due to the temporally delayed hemodynamic response resulting from the use of contrast agent. Eye-tracking data will be collected during functional scans using an Oculomatic system, to ensure that NHPs are fixating during viewing experiment. fMRI data will be analysed using both whole-brain voxelwise analyses, comparing responses in physical and nonphysical conditions to search for physically responsive regions across the brain, as well as region-of-interest (ROI)-based analyses, to assess response profiles of functionally defined physical regions across a range of conditions, using split-half analyses to avoid nonindependence errors. **Additional localizers**. In order orient the *intuitive physics system* in the broader functional system, to define known visual regions for anatomical comparison with *intuitive physics* regions and to test sensitivity of *intuitive physics* regions to high-and low-level visual features, I will run additional localizers: retinotopic mapping to define early visual regions V1-V4 [34]; a motion localizer to localize MT and other motion-sensitive regions [35]; a face-object-body category localizer to localize category-sensitive extrastriate regions [11]; an action observation localizer, including a variety of videos of human hand-object interactions, to localize the mirror neuron system [36]; saccade task designed to elicit maximal eye movement-related responses [6] and stereoscopic localizer [37].These additional localizers will provide a rich characterization of the functional and anatomical embodiment of *intuitive physics* brain regions.

**AIM (2). : Unravelling the single- neuron code of *intuitive physics.***
**Research design**. By measuring the activity of cells to a variety of different stimuli, one can work out exactly what each cell codes for [21-24]. First, I will compare the neuronal responses to *physical stimuli* and *control condition* to confirm their specific tuning towards the physical content of the event, (see Figure 2C for example). Second, comparing the neural responses to physical stimuli and shuffled physical stimuli will reveal timing tuning for the causal events. Third, parameterization of the physical variables in my *physical stimuli* will allow me to characterize precisely the response profile of the cells, i.e. what are the properties of the physical stimuli that they code for. Disassociating neuronal representations (i.e. latent and apparent physical object properties) requires highly variable stimuli. Thus, I will use the broad parameter space for latent and apparent physical properties of the object interactions. To identify single neurons that code latent physical properties, like mass, I will search for response profile that abstracts away from apparent variables like size, and which activity level would go with the level of the latent variable. For example, Figure 2D shows the scheme of 3 event scenarios of the effects of 3 different levels of mass, where the amount of global motion stays the same across all examples. Insofar as these responses generalize across superficial physical variables, they will provide the first compelling evidence for coding of abstract latent physical properties at the level of individual neurons. The precise analysis of the timing of the neuronal response with respect to unfolding event stimuli, will further allow me to answer the question if the tuning properties are locked to any time-event that might be locked to the causal structure of the interaction (e.g. the moment of collision). **Recordings**. Two rhesus macaques, which have previously participated in the fMRI experiments described in AIM (1), will take part in electrophysiological experiments. Regions selected for the electrophysiological recordings will have been defined through the prior fMRI experiments. I will employ chronically implanted microelectrode arrays (up to 6 arrays in each animal), because they offer substantial advantages over single electrode recording methods for the goals of AIM (1) and AIM (2): (i) recording simultaneously from a large number of cells allows more efficient data collection, and allows signals from multiple recording sites to be directly compared, both within and across brain regions; (ii) this method can stably record from the same neurons over a period of days and even weeks, a large number of task and stimulus conditions can be tested in the same population; (iii) recording from multiple regions allows an investigation of functional interactions between areas. Specifically, custom-designed 32-channel floating microelectrode array will be implanted in each region [6], with electrode locations validated with a CT scan. Neural data will be amplified, digitized and stored to disk at a sampling rate of 25 kHz (Tucker Davis Technologies). For spike sorting, I will use an enhanced version of Quiroga'sWaveClus [38], yielding an expected 1-1.5 units per electrode.

**AIM (3). : Decoding of the functional mechanism of *intuitive physics* system.**
**Population coding**. I will ask which physical variables can be linearly classified by population responses in *intuitive physics* brain regions. A cross-validated support vector machine applied to spike rates across units will be used to quantify classification performance [39]. For properties that are consistently meaningful across low-level visual features, I will explicitly test for generalization of these codes across stimulus class by training on one class of stimulus, and testing on the other class. Because it is possible that the functional properties of at least some of the regions localized in AIM (1) are not known so far, or that they were not tested earlier with respect to latent vs. apparent physical properties, data-driven dimensionality reduction methods such as principal and independent component analysis and curvilinear distance analysis will additionally be used to identify stimulus features that drive variance in responses across the population. Using both tuning and multidimensional approach will assure maximal success in identifying and separating physical representations. **Across-regions analysis.** The existing experimental evidence in object categorization, face recognition, language processing and action planning suggests that the different layers of an acquired hierarchy tend to be embedded in spatially segregated circuits. *Intuitive physics* regions identified in AIM (1) might be thus situated in physically distant and cytoarchitectonically distinct parts of cortex, indicating that their functional properties can also differ. The results of population coding analyses will be compared across regions, to identify differences in representational content across regions. **Computational modelling**. Computational methods will be applied to the data in order to model neural responses and test predictions imposed in the tested models. The main task will be to test the data across two computational approaches: feed-forward (mainly, deep neural networks, DNNs) and generative model. Here specifically, I will test for generalization capacity of the neurons: a DNNs trained with the neural data in a particular kind of visual stimuli (e.g., scenes that involve rigid bodies) will suffer when is tested on different types of visual stimuli (e.g., scenes that involve soft bodies) whereas the generative model would be able to generalize across these physical conditions. The comparative computational modelling approach was recently applied by my collaborators to the neural data in a different system, a face perception domain [40].

## GENERAL CONCLUSIONS
This entirely novel approach will study *intuitive physics*, a remarkably important problem for neuroscience and cognitive science, with the powerful and ever-expanding repertoire of systems neuroscience methods, enabling understanding of underlying mechanism with an unprecedented level of detail. The results will have the high impact not only to the related fields of system neuroscience, but also to medical and artificial intelligence fields, potentially bringing concrete outcomes to the society. The Laboratory of Neural Systems under the direction of Prof. Dr. Winrich Freiwald is the best environment for me to address such a challenging task and to further develop my scientific profile. The laboratory provides the most outstanding infrastructure allowing me to extend my fMRI and electrophysiological expertise and to learn the most advanced and modern techniques in neuroscience. Moreover, established network of collabor-

ating scientists will broaden my expertise even further towards computational neuroscience and allow more fruitful approach to my scientific question. The knowhow, the scientific connections and the gained experience will be the solid fundament for my scientific career in Europe.

## TIMELINE

I will commence work to accomplish AIM (1) in the first year. The second and third year of the project will be devoted to electrophysiology, data analysis related to AIM (2) and AIM (3), and allow for buffer time. The Feodor Lynen Fellowship is intended to finance the project's first two years whereas The Rockefeller University will entirely cover the final third year.

## REFERENCES

1. Tenenbaum et al. (2011) *Science* *331*(6022), 1279-1285. doi:10.1126/science.1192788
2. Battaglia et al. (2013) *PNAS 110*(45),18327-18332. doi:10.1073/pnas.1306572110
3. Vul et al. (2014). *Cognitive Science* 38, 599-637. doi:dx.doi.org/10.1111/cogs.12101
4. Zhang et al. (2016). doi: arXiv:1605.01138v1
5. McCloskey et al. (1980) *Science* 210(4474):1139–1141. doi:10.1126/science.210.4474.1139
6. Fischer et al. (2016). *PNAS  113*(34) E5072-81. doi:10.1073/pnas.1610344113
7. Schubotz RI (2007) *Trends Cogn Sci* 11(5):211–218. doi:10.1016/j.tics.2007.02.006
8. Caggiano et al. (2016) *Current Biology 26*(22), 3077-3082. doi:10.1016/j.cub.2016.10.007
9. Schaffelhofer &Scherberger (2016) *ELife 5*. doi:10.7554/elife.15278
10. Gallivan et al. (2014) *Current Biology* 24(16), 1866-1873. doi:10.1016/j.cub.2014.06.046
11. Fisher & Freiwald (2015) *Current Bioogy,* 25(2):261-6. doi:10.1016/j.cub.2014.11.038
12. Polosecki et al. (2013) *J Neurosci* 33(29):11768-73. doi:10.1523/JNEUROSCI.5402-11.2013
13. Stemmann & Freiwald (2016) *J Neurosci* 36(47):11918-11928. doi:10.1523/JNEUROSCI.1888-16.2016
14. Fisher & Freiwald (2015) *PNAS* 112(47):14717-22. doi:10.1073/pnas.1512378112.
15. Schwiedrzik et al. (2015) *PLoS Biol* 13(9):e1002245. doi:10.1371/journal.pbio.1002245.
16. Sliwa & Freiwald. From agents to actions to interactions: Uncovering multiple social networks in the primate brain. 2016 Neuroscience Meeting Planner. San Diego, CA: Society for Neuroscience, 2016 Online. 530.07/WW20
17. Vanduffel et al. (2014) *Neuron* 6;83(3):533-50. doi:10.1016/j.neuron.2014.07.015.
18. Goldberg et al. (2016) *Prog Brain Res* 155:157-175. doi:10.1016/S0079-6123(06)55010-1
19. Freiwald et al. (2009) *Nat  Neurosci* 12, 1187-1196. doi:10.1038/nn.2363
20. Freiwald & Tsao (2010) *Science*  330, 845-851. doi: 10.1126/science.1194908
21. Rainer et al.  (1999) Prospective coding for objects in primate prefrontal cortex.  *J Neurosci* 19:5493-5505.
22. Rust & DiCarlo (2010) *J  Neurosci* 30, 12978-12995. doi: 10.1523/JNEUROSCI.0179-10.2010.
23. Bongard & Nieder (2010) *PNAS* 107,5 2277–2282, doi: 10.1073/pnas.0909180107
24. Nieder (2016) *Nat Rev Neurosci* 17(6): 366-82. doi:10.1038/nrn.2016.40.
25. Merchant et al. (2009)  *Adv Exp Med Biol* 629:201-20. doi:10.1007/978-0-387-77064-2_10.
26. Rizzolatti & Fabbri-Destro (2008) *Curr Opin Neurobiol* 18(2):179-84. doi:10.1016/j.conb.2008.08.001.
27. Wu et al. (2015) Galileo: Perceiving physical object properties by integrating a physics engine with deep learning. *NIPS* 2015.
28. Visalberghi et al. (2009) *Curr Biol* 19, 213-217. doi:10.1016/j.cub.2008.11.064.
29. Schloegl et al. (2013) *Anim Cogn 16*, 493-507.  doi:10.1007/s10071-012-0591-x.
30. Fujita et al. (2003) *J Exp Psychol Anim Behav Process* 29(3):233-42.
31. Hauser & Spaulding (2006) *PNAS* 103(18), 7181-7185. doi:10.1073/pnas.0601247103
32. Santos et al. (2006) *Anim. Cogn*. 9:94–109. doi:10.1007/s10071-005-0001-8
33. Gopnik et al. (2004) *Psychol. Rev*. 111:1–31. doi:10.1037/0033-295X.111.1.3
34. Lafer-Sousa et al. (2013) *Nat  Neurosci* 16, 1870-1878 doi:10.1038/nn.3555
35. Vanduffel et al. (2011) Visual motion processing investigated using contrast agent-enhanced fMRI in awake behaving monkeys. *Neuron* 32, 565-577 (2001).
36. Nelissen (2011) *J  Neurosci*  31, 3743-3756. doi:10.1523/JNEUROSCI.4803-10.2011.
37. Tsao et al. (2003) Stereopsis activates V3A and caudal intraparietal areas in macaques and humans. *Neuron* 39, 555–568.
38. www2.le.ac.uk/centres/csn/research-2/spike-sorting
39. Hung et al. (2005) *Science* 310, 863-866 (2005). doi:10.1126/science.1117593
40. Yildirim et al.  (2017) Efficient inverse graphics in biological face processing systems. Computational and systems neuroscience (Cosyne) 2017.