# EXHIBIT E

# EXHIBIT E

# PLAINTIFF'S DOCUMENTATION OF ENGAGEMENT WITH COUNSEL

6/29/25, 8:14 PM                                    Gmail - Karolina Marciniak-Agra at (646) 770-2045, we are referring your matter!

Case 1:22-cv-10959-ALC-SN    Document 183-5    Filed 08/18/25    Page 3 of 16



Karolina Marciniak <marciniak.kar@gmail.com>

# Karolina Marciniak-Agra at (646) 770-2045, we are referring your matter!

**Lydia Baez** <lydia@genieharrisonlaw.com>                                    Fri, Jul 14, 2023 at 4:23 PM
To: "marciniak.kar@gmail.com" <marciniak.kar@gmail.com>
Cc: "mwolfsheimer@shegerianlaw.com" <mwolfsheimer@shegerianlaw.com>, "rvargas@shegerianlaw.com" <rvargas@shegerianlaw.com>, "karolinamarciniakagracasefile@projects.filevine.com" <karolinamarciniakagracasefile@projects.filevine.com>

Dear Karolina,

Thank you for considering The Genie Harrison Law Firm for legal representation. After careful consideration, we have determined that we cannot assist you at this time. Instead, we're referring you to Shegerian & Associates, which we feel is better suited to help with your matter.

Shegerian & Associates
310-860-0770
https://www.shegerianlaw.com/

Please do not interpret our decision not to represent you as any indication of the merits of your matter.

IMPORTANT INFORMATION: You should be aware that there are strict deadlines (sometimes referred to as due dates, response dates, limitations periods, or statutes of limitations) within which to make claims, file lawsuits, or otherwise pursue or defend cases. Once those deadlines pass, your ability to protect your interests is forever barred, and you can lose all of your legal rights. The exact dates those deadlines expire vary from case to case. It is usually best to have an attorney advise you about deadlines and prepare any court papers for you. So, you should continue to seek legal counsel. As an additional referral source, you may contact the Los Angeles County Bar Association for Lawyer Referral Services at 213-243-1525.

Sincerely,

Lydia Baez

Pronouns: She/Her/Hers

Intake Specialist



p: 213.805.5301 Ext. No.106

f: 213.805.5306

a: 523 West 6th Street, Suite 707, Los Angeles, CA 90014

w: www.genieharrisonlaw.com

e: lydia@genieharrisonlaw.com


PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient,

6/23/25, 1:43 PM                        Gmail - Signature requested on "CLIENT FEE CONTRACT (NY) (REFERRAL) - MARCINIAK VS. ROCKEFELLER UNIVERSITY"

Case 1:22-cv-10959-ALC-SN   Document 183-5   Filed 08/18/25   Page 4 of 16



Karolina Marciniak <marciniak.kar@gmail.com>

## Signature requested on "CLIENT FEE CONTRACT (NY) (REFERRAL) - MARCINIAK VS. ROCKEFELLER UNIVERSITY"

**Signup Shegerian** <adobesign@adobesign.com>                                    Wed, Aug 9, 2023 at 8:55 PM
Reply-To: Signup Shegerian <Signup@shegerianlaw.com>
To: "marciniak.kar@gmail.com" <marciniak.kar@gmail.com>



### Signup Shegerian requests your signature on
### CLIENT FEE CONTRACT (NY) (REFERRAL) - MARCINIAK VS. ROCKEFELLER UNIVERSITY

**Review and sign**

Dear Ms. Marciniak:

Enclosed are the firm's Attorney-Client Fee Agreement and sign-up documents. Please review and fill out the enclosed, and submit no later than Friday, August 11th, 2023 at 5pm PST. While filling out the forms, please do not leave any fields blank as Adobe Sign will be unable to register the documents as complete. If you have questions, please give the firm a call.

Upon reviewing the Attorney-Client Fee Agreement and agreeing to the terms, please do the following: (1) Initial the bottom of every page; (2) On the last page, please initial the bottom of the page. Then, sign the document, print your name, and provide us with your address, phone number, email, and the date.
Other documents that need to be returned include the following:
(1) Authorization Form: Please complete by including your social security number and date of birth both at the top and bottom of the document, then sign and date the document;
(2) Verification Form: Please complete by only signing above your name, and leaving the remaining blanks on the document blank;
(3) Next Steps In Your Case: Please initial where indicated after reading the letter in its entirety and agreeing;
(4) Full Disclosure of Pending Litigation: Please complete by initialing the bottom of the letter, printing your name, and signing;
(5) Representation Contingent On Personnel File: Please complete by signing, printing your name, and initialing the bottom of the page;
(6) Representation In Arbitration Proceedings: Please complete by initialing, printing your name, and signing on the bottom of the page;
(7) Worker's Compensation Form: Please complete by indicating whether you have an

**Shegerian & Associates**

Phone: (310) 860-0770  |  Fax: (310) 860-0771  |  shegerianlaw.com

# WRITTEN FEE ATTORNEY-CLIENT RETAINER CONTRACT

This ATTORNEY-CLIENT FEE CONTRACT ("Contract") is entered by and between:

**KAROLINA MARIA MARCINIAK DOMINGUEZ GONCALVES AGRA** ("Client")

and

**SHEGERIAN & ASSOCIATES** ("Attorney" and/or "Attorneys").

1. **GENERAL CONDITIONS:** We welcome you, the Client, and sincerely thank you for considering Shegerian & Associates to represent you. Client understands and acknowledges that unless and until this Retainer Contract (the "Contract") is fully executed (i.e. it is signed by both parties), there is no attorney-client relationship between Attorney and Client and Attorney will have no obligation to provide legal services to Client. Client acknowledges that he or she has entered this Contract of his or her own volition, without any coercion, persuasion, or undue influence from anyone, including Attorney, and that Client and Attorney have freely negotiated the terms of this Contract, including the rates to be paid to Attorney. Client acknowledges that he or she was also given the option of taking this Contract from Attorney's office to review with another attorney and has, in fact, done so if he or she exercised that option.

2. **AGREEMENT'S SCOPE AND DUTIES:** Client hires Attorney Shegerian and Associates to provide legal services in connection with the prosecution of Client's wrongful termination of employment dispute/litigation with ROCKEFELLER UNIVERSITY et. al. (the "Engagement"). Attorney shall provide those legal services reasonably required to represent Client in the Engagement up through and, if necessary, including a trial. Client understands that

**Client Initials:** _KMA_

145 S Spring Street, Suite 400, Los Angeles, California 90012
11520 San Vicente Boulevard, Los Angeles, California 90049
6205 Lusk Boulevard, Suite 200, San Diego, California 92121
650 California Street, Suite 4-137, San Francisco, California 94108
90 Broad Street, Suite 804, New York, New York 10004
3764 Elizabeth Street, Riverside, California 92506

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 2

the Engagement does not include representation in any arbitration proceedings. If Shegerian & Associates reasonably believes that the case will be compelled to arbitration, Shegerian & Associates will notify the Client and reserves the right to withdraw from the Engagement. Furthermore, the Engagement does not include any appeals, post-trial motions, or post-judgment action of any type, including the timely filing of the Notice of Appeal nor does the Engagement include any advice on tax matters, insurance matters, workers' compensation matters, unemployment benefit matters, disability benefits matters, health benefit matters, cross-complaints brought against Client, family law matters, collection matters, estates matters, or any other issue unrelated to the Engagement. Client acknowledges that *if* Attorney undertakes any post trial, post judgment, or appellate work on behalf of Client, Attorney shall be entitled to an additional 10% of the proceeds obtained, if any, in addition to the fees described below in paragraph 3. If Client wishes for Attorney to represent Client on any matter not covered by the Engagement, both Client and Attorney will be required to execute a new retainer agreement or amend this one. Unless and until that happens, Attorney shall have no obligation to provide Client with legal services outside the scope of the Engagement. Client further agrees to be completely truthful and forthcoming with Attorney, disclose *all* relevant information to Attorney, cooperate with Attorney, keep Attorney informed of developments, abide by this Contract, and keep Attorney advised of Client's address, telephone number, and whereabouts at all times.

3. **CONTINGENCY LEGAL FEES:** The general nature of this Contract is that Attorney will receive no recovery unless a recovery is obtained for Client. If no recovery is obtained, Attorney will receive nothing. Recovery means any monetary sums and amounts and nonmonetary benefits, non-cash equivalent property and other things of value obtained in this matter. If successful, Attorney will receive **45%** of any gross recovery obtained (including, but not limited to, settlements, awards, judgments, and any award of interest, attorney's fees and punitive damages) during the course of Attorney's handling of the Engagement (the "Fee"). This basic Fee will stand, regardless of whether the matter is settled, arbitrated, mediated, or tried to verdict. For the avoidance of doubt, the Fee shall also apply to the reasonable value of any nonmonetary recovery, including, but not limited to, health benefits, stock options, and other employment benefits. Client further agrees to pay an additional incentive bonus, also known as a success payment, to Attorney should any settlement or other award be obtained in excess of $50,000.00. If such a settlement or other award is obtained, Attorney will be

**Client Initials:** *KMA*

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 3

entitled to an additional **5%** of the basic recovery. Additionally, as is discussed further in paragraph 4, below, Attorney will be reimbursed for all out-of-pocket costs incurred and/or expended in litigation this case if — and only if — Client obtains a recovery. In the event recovery consists of payments to be made over a period of time, or noncash equivalent property, the contingency fee shall be based on the present cash value of the gross recovery as determined by generally recognized accounting and appraisal standards. Attorney's fee shall be payable in full at the time of recovery even if the recovery is in the form of payments to be received over a period of time. If the initial payments under such settlement are insufficient to pay Attorney's fee in full, Client agrees that future payments shall be paid exclusively to Attorney until the balance of the fee is fully paid. Said payment will be disbursed by the defendant to the Attorney's trust account, and then the Attorney would remit payment to the Client after the attorney's fees are satisfied. Client understands that this provision may result in a delay of any payments of Client's portion of the recovery to Client.

4. **COSTS AND EXPENSES:** At his discretion, Attorney may advance costs incurred in this case. These costs will be paid back from any recovery obtained in this lawsuit to the paying individual. Costs include, but are not limited to, all of the following: court filing fees, sanction fees awarded, expert fees, non-expert witness fees, paralegal fees, law clerk fees, legal assistant fees, overtime fees incurred for any help, contract attorneys' fees, fees for rental of video equipment, process servers' fees (for both in-house and retained messengers), all fees fixed by law or assessed by courts or other agencies, court reporters' fees, clerks' fees, transcription fees, interpreters' fees, mediator fees, arbitrator fees, messenger fees, long-distance telephone calls, delivery fees, postage, Federal Express fees, parking costs, investigator expenses, consultants' fees, expert witness fees, in-office photocopying at $.30 per page (or actual cost), out-service photocopying fees, mileage at $.50 per mile, lodging and meals during trial, lodging and meals for any out-of-town deposition or other hearing, photographic enlargements, legal binders, and all other costs incurred of any type including but not limited to an overall estimate of costs that relate to parking, mileage, postage, and supply fees and telephone costs. Client authorizes Attorney to incur all reasonable costs in Attorney's judgment. Client acknowledges that costs incurred can be substantial and are taken out of his or her percentage of recovery. For example, court reporters' fees for deposition are approximately $1,500.00 per day, depending on the length of the deposition. As well, Client acknowledges that some, but not all, of

**Client Initials:** _KMA_

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 4

these listed costs can potentially be recovered from the other side if the matter proceeds to trial and Client is deemed the prevailing party in the lawsuit. At the conclusion of the case, Attorney will make the determination of what rate to charge for this case, which rate will be based on an estimate of these costs.

5. **STATEMENTS:** Client is entitled to statements for all costs incurred, with the exceptions of the estimated overhead continuity costs. Any request for a statement must be made in writing and faxed or emailed to Attorney. Such statements, upon written request, will be provided within forty-five (45) days by Attorney to Client. In the absence of a written request by Client, no statement will be provided by Attorney to Client automatically at any interval. Client understands that it takes substantial time to calculate costs, both during the course of representation and at the completion of representation. Attorney will not be obligated to keep Client advised of the status of fees and costs incurred unless Client makes such a specific request in writing. Notwithstanding anything in this paragraph, at the conclusion of the Engagement, Attorney will provide Client with a final statement which details the Client's recovery as well as the basis for Attorney's Fee and any related expenses.

6. **DISCHARGE AND WITHDRAWAL:** Client may discharge Attorney at any time. Attorney may withdraw at any time under circumstances permitted by the New York Rules of Professional Conduct, which may include Client's actual or anticipated breach of this Contract as well as Client's refusal to cooperate with Attorney in the Engagement. Attorney may withdraw his representation of Client with Client's consent or without consent by notifying Client by written letter to Client's address listed in this agreement, by facsimile to Client's last known fax address, or by e-mail to Client's last known e-mail address. On providing notice of withdrawal of representation, Attorney is deemed discharged seven days later without any further action by Client or Attorney.

7. **LIEN:** Client acknowledges that Attorney has a lien on any and all claims and causes of action that are the subject of the Engagement as well as any recovery therefrom, whether by arbitration award, by judgment, by settlement, or otherwise. In the event that Attorney is not representing Client at the time Client obtains any award, settlement, judgment, or other compensation from his or her litigation, Attorney will be entitled to a lien based upon the number of hours worked on Client's case. That computation will be based on Attorney's current hourly rate, which vary depending on the experience of the Attorney, and may range based on

**Client Initials:** *KMA*

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 5

the following court-approved rates for the Firm: $325.00 (associate-level); $600.00 (managing attorney); $750.00 (senior-level attorney); $900.00 (Shareholder); $1,100.00 (Founder). Such may be used to calculate the reasonable value of the services rendered by Attorney.

**8. SETTLEMENT BY WAY OF RE-EMPLOYMENT:** If Client accepts a settlement consisting of re-employment with the prior employer in any capacity, he or she shall pay to Attorney an amount equal to 45% of Client's first year gross compensation, payable when received by Client.

**9. DECISIONS REGARDING STRATEGY AND ADVANCE AUTHORITY:** Client understands and acknowledges that Attorney will be required to make certain strategic decisions related to the Engagement, including, but not limited to, decisions whether related to filing motions or pleadings, asserting certain claims and defenses, taking depositions and engaging in other related discovery practice. Client further grants Attorney the ability to negotiate settlement checks, money orders, cash, and other funds on Client's behalf with regard to funds involving the matter for which Client retained Attorney. Further, Client hereby grants to Attorney authority to execute any and all pleadings, verifications, claims, settlements, drafts, checks, compromises, releases, dismissals, deposits, orders, and other documents that Client could properly execute and to receive on Client's behalf monies or other things of value. By signing this agreement, Client acknowledges that such decisions shall be in the sole discretion of Attorney and Attorney will not be obligated to first consult the client before engaging in any such activities.

**10. FAILURE TO DISCLOSE ANY IMPORTANT INFORMATION:** Client understands that the evidence (including, but not limited to, oral and written information) that he or she provides Attorney is important to any success in the handling of his or her case and that Attorney will rely on the information provided by Client in the course of the representation. Should Client fail to disclose any material information relevant to his or her case that could impact the outcome of the case, Attorney retains the right to withdraw from the representation.

**11. RETENTION OF OUTSIDE ATTORNEYS:** Client has been advised and understands that attorney Carney Shegerian, Esq., will not be performing services exclusively for Client. Instead, Client understands that other associate attorneys, contract attorneys, other firms, and/or other counsel will likely be assigned or

**Client Initials:** *KMA*

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 6

Client's case or retained to assist in representing Client's matter and that such assignment and retention is, within Attorney's discretion. Often, other counsel is needed and of great assistance in pursing Client's case. In this matter, Client understands that Shegerian & Associates intends to involve GENIE HARRISON LAW FIRM, an attorney not affiliated with Shegerian & Associates. Client specifically agrees to fee-splitting among Attorney and GENIE HARRISON LAW FIRM, per New York Rule of Professional Conduct 1.5(g) and understands that GENIE HARRISON LAW FIRM, will receive a total of 20% of the recovery that Attorney receives. Client understands that said 20% fee-splitting has not and will not increase the amount of fees Client would otherwise have been responsible for in the absence of fee-splitting. GENIE HARRISON LAW FIRM will receive a fee that is proportional to the services rendered to date, and any future services. Client acknowledges such fees will be shared, consents to the sharing of such fees and expressly agrees that the fees are not unreasonable and/or unconscionable. Additionally, Client acknowledges that fees of outside counsel, excluding GENIE HARRISON LAW FIRM incurred are reimbursable as costs to Shegerian & Associates and that Client is retaining by this agreement only Shegerian & Associates, as is listed above, in paragraph 4. Any assignment or delegation of legal services will not affect Client's obligation to pay attorney's fees as provided for in this Contract.

**12.   DISCLAIMER OF ANY RESULT GUARANTY**: Nothing in this Contract and nothing in Attorney's statements to Client will be construed as a promise or guaranty about the outcome of Client's matter. Attorney makes no such promise or guaranty. On the contrary, Client understands that litigation is an *extremely risky endeavor* that could end in a result adverse to his or her interest, regardless of the underlying merits of claims. Attorney advises Client that, despite Client's extensive damages and immoral or even illegal behavior on the part of the adverse parties, litigation can be unsuccessful because of numerous factors beyond the control of Attorney and Client. These include erroneous perceptions held by Client, evidence uncovered at any stage of the representation period, unavoidable adverse rulings by judges and juries (which rulings occur for many reasons beyond the control of Attorney), adverse decisions by juries, adverse rulings by mediators, arbitrators, and judges, an inability to obtain evidence, and an opposing counsel's underhanded litigation tactics, as well as other factors too numerous to recite here. As well, Client has been advised and acknowledges that he or she potentially can be made responsible for attorneys' fees and costs incurred by the defendant in any

**Client Initials:** *KMA*

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 7

lawsuit brought if the opposing party is successful in prevailing. Attorney may pursue claims that could trigger the recovery of attorneys' fees for the prevailing (winning) party, which could be Client or the adverse party.

13. **ATTORNEY ADVICE AND SETTLEMENT AUTHORITY:** Attorney will not make any settlement or compromise of any nature of any of Client's claims without Client's prior approval. Client retains the right to accept or reject any settlement. Client agrees to consider seriously any settlement offer Attorney recommends before making a decision to accept or reject such offer. Client agrees not to make any settlement or compromise of any nature of any of Client's claims without prior notice to Attorney.

14. **CONCLUSION OF SERVICES:** When Attorney's services for Client conclude for any reason, all unpaid costs shall become immediately due and payable. After Attorney's services conclude, Client will be responsible for requesting in writing from Attorney that his or her file be preserved for him to pick up from Attorney. If Client does make such a request *in writing* within thirty (30) days, Client agrees that Attorney may destroy or otherwise dispose of his or her hard-copy of the file. Attorney will not be responsible for retaining any document unless Client makes such a written request within the 30-day period and arranges to have the file picked up within seven (7) days thereafter.

15. **EARLY TERMINATION OF AGREEMENT:** In the event that the Engagement is terminated before the resolution of the case, either by the Client or Attorney, Client shall be responsible to compensate Attorney for the reasonable value of Attorney's services as well as any expenses actually incurred. Client agrees to measure the value of Attorney's services at the rate of $1,100.00 per hour. Alternatively, in the event Attorney had previously recommended that Client accept a settlement offer that was conveyed in the course of the engagement and Client subsequently accepts that settlement, Attorney shall be entitled to the full contingency fee of 45% of the recommended settlement.

16. **MEDIATION/ARBITRATION OF ANY CLIENT-ATTORNEY DISPUTE:** Should a dispute arise between Attorney and Client regarding fees between $1,000 and $50,000, Client has the right – but is not obligated to – arbitrate the dispute in accordance with the New York State Fee Dispute Resolution Program. A copy of the rules governing that Program is available upon request. For any other dispute, controversy, or claim between Client and Attorney

**Client Initials:** *KMA*

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 8

from or in connection with the Engagement or this Agreement, Client and Attorney agree to submit to binding arbitration before the Judicial Arbitration and Mediation Services ("JAMS"), pursuant to JAMS rules and before a JAMS Arbitrator mutually selected by Attorney and Client or, if Attorney and Client cannot agree, pursuant to JAMS rules.  The arbitration will be before a single arbitrator and the costs shall be shared equally by both Attorney and Client.  The arbitration shall take place no later than *120* days from the date that the demand for arbitration is served by either Client or Attorney.  Client further agrees, prior to initiating any arbitration, to demand mediation and to mediate any dispute with Attorney, the costs of which shall be shared equally by Attorney and Client By executing this agreement, Client confirms that Client has read and understands this provision and voluntarily agrees to both mediation and binding arbitration should any dispute arise with Attorney.  This constitutes a *waiver* of the right to a jury trial of any such action.  In doing so, Client voluntarily gives up important constitutional rights to trial by judge or jury, as well as rights to appeal.  Client is advised that Client has the right to have independent counsel review this arbitration provision and this entire agreement prior to signing this agreement.

**17.  EFFECTIVE DATE OF RETENTION:**  This Contract will take effect when both Client and Attorney have executed it below.  If Attorney has not executed an original or copy of this document, as can occur for various reasons, this Contract will have no effect, despite any alleged oral assurance from Attorney or his firm to the contrary.  Until this Contract takes effect, Attorney will have no obligation to take any action on behalf of Client.

**18.  COMMUNICATIONS WITH ATTORNEY:**  Attorney will keep Client informed of all *critical and/or substantial* occurrences in Client's matter, within Attorney's discretion.  Client understands that Attorney will return phone calls from Client within a reasonable amount of time.  Attorney advises Client to place any question about his or her matter *in writing, by faxed letter or e-mail,* for Attorney to respond to if Client has a *significant* question, comment, or concern about Client's matter or wishes to communicate about any related matter.  Attorney will reply to such communication by e-mail, faxed letter, and/or telephone call, depending upon the nature of the communication.  Client understands that at times his or her presence will be required by Attorney to attend various hearings, including depositions, trials, and settlement conferences, as well as to prepare for the same.  Client understands that this can be a burden on his or her time, but that it

**Client Initials:**  _KMA_

KAROLINA MARIA MARCINIAK
DOMINGUEZ GONCALVES AGRA
August 10, 2023
Page 9

is essential to obtain the best possible result for Client. Client agrees to make all reasonable efforts to aid in this process.

**19. ATTORNEY-CLIENT PRIVILEGE:** The Attorney-Client relationship is one of mutual trust and confidence. Confidential communications about legal matters between Attorney and Client are protected by the Attorney-Client privilege, and Attorney and Client will treat them as confidential. The purpose of this privilege is to encourage Client to speak openly and freely about his or her situation.

**20. COPY RECEIVED BY CLIENT:** Client acknowledges receipt of a copy of this agreement. The original of this agreement will be retained by Attorney.

**21. COMPLETE INTEGRATED AGREEMENT:** Client acknowledges that he or she has had the opportunity to have this agreement explained and/or read to him or her before executing it. Client and Attorney agree that this Contract represents the full and complete agreement between Client and Attorney and supersedes any prior, simultaneous, or subsequent oral representation made by either party to the other. This Contract is meant to be, and is, a fully and totally integrated Contract/agreement that can be modified only by a written modification agreement signed by both parties.

**22. OTHER PROVISIONS:** This Contract is governed by the laws of the State of New York. If any provision of this Contract is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Contract will be severable and will remain in effect.

*SIGNATURES ON NEXT PAGE*

///

///

///

///

///

///

**Client Initials:** _KMA_



Karolina Marciniak <marciniak.kar@gmail.com>

## Typo in the case record
3 messages

**Karolina Marciniak** <marciniak.kar@gmail.com>                              Fri, Nov 17, 2023 at 1:19 PM
To: Olivia Clancy <oclancy@shegerianlaw.com>

Good afternoon Olivia,

I have noticed that the SDNY case headline on the record has a typo (missing "r" in my name: *Maciniak-Domingues Goncalves Agra et al v. Center for Brain, Minds and Machines at Massachusetts Institute of Technology et al*, whereas should be *Marciniak* ...), and I wanted to let you know, in case it requires to have it corrected, for example, to avoid formal problems in the future while I reference to the lawsuit as mine.

I also wanted to follow up on the next steps regarding adding the individual perpetrators with the deadline to file the claims under the Adult Survival Act approaching on Nov 23rd. Please let me know if there is anything needed. I have been in the process of contacting the witnesses to ask for a statement, with ▆▆▆▆▆▆▆▆▆▆▆ being the first one to confirm. I will continue approaching the potential witnesses according to the list - so far, I have sent the message around to 16 individuals. I will keep you posted.

Best regards,

Karolina.

 Virus-free.www.avast.com

**Olivia Clancy** <oclancy@shegerianlaw.com>                                 Fri, Nov 17, 2023 at 1:27 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>

Hi Karolina,

I have begun composing a complaint, which includes the same factual statements alleged in your First Amended Complaint, to bring claims against the individual perpetrators. This new action will be filed Monday or Tuesday ahead of the deadline, and we will motion to consolidate the matter. It's the easiest way to add these two new defendants given the extensive number of defendants and the soon to be filed motions to dismiss. Also, the typo you referenced is trivial to the case.

Thank you for your continued efforts in obtaining witness statements.

Thanks,
Olivia

Olivia Clancy | Associate Attorney

**Shegerian & Associates**

90 Broad Street, Suite 804 | New York, NY 10004
Office: (212) 257-8883 | Facsimile: (212) 804-7299
oclancy@shegerianlaw.com | shegerianlaw.com

Please do not print this e-mail unless absolutely necessary. CONFIDENTIALITY NOTICE: This communication and any accompanying document(s) are privileged and confidential and are intended for the sole use of the addressee(s). If you have received this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon it is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive

6/30/25, 8:12 PM
Case 1:22-cv-10959-ALC-SN    Document 183-5    Filed 08/18/25    Page 15 of 16
Gmail - Marciniak v. RU, et al.



Karolina Marciniak <marciniak.kar@gmail.com>

## Marciniak v. RU, et al.

**Karolina Marciniak** <marciniak.kar@gmail.com>     Wed, Dec 4, 2024 at 2:37 PM
To: Olivia Clancy <oclancy@shegerianlaw.com>

Hi Olivia,

To respond to that specific email in which you were referring to our call yesterday: I do not agree with it and did not give you my authority to proceed with stipulation dismissing Marciniak II in its entirety with prejudice. I did agree with you on dismissing Marciniak II only if that was to be without prejudice, under your argument that you intended to bring the gender based violation claim against the individuals in Marciniak I.

I am terminating our collaboration, and I will proceed Pro Se in both cases with the next court filings on December 11, 2024.

Best,

Karolina

  Virus-free.www.avast.com

[Quoted text hidden]



Karolina Marciniak <marciniak.kar@gmail.com>

## Call Recap & Next Steps

**Clare Heine** <Cheine@nylag.org>  Tue, Mar 14, 2023 at 5:25 PM
To: Karolina Marciniak <marciniak.kar@gmail.com>

Hello Ms. Marciniak,

Thanks for sending me the cases yesterday. Please find a recap of our call below:

1. In your complaint you will have to explain why each Defendant is liable. For Title VII cases, "control over an employee's hiring, firing, training, promotion, discipline, supervision, and handling of records, insurance, and payroll, are relevant" to whether an organization counts as a joint employer.
    a. Additional information on employer liability for harassment can be found here: https://www.eeoc.gov/harassment.
2. Since you have not yet received a right to sue letter from the EEOC for the two cases you filed, you will need to request them in order to be able to sue. You can find information on how to do that at https://www.eeoc.gov/filing-lawsuit under "How to Request a Notice of Right to Sue."
3. Statutes of limitations:
    a. Title VII: within 90 days of receipt of right to sue letter from EEOC as long as the complaint was timely filed with the EEOC
    b. Title IX claims: 3 years
    c. NYSHRL & NYCHRL: 3 years
    d. Negligent hiring/ supervision/ retention: 3 years
4. Claims to consider dropping (if you want to keep them in, I can review them again in your draft, but please send me the names of any cases you are relying on):
    a. FTCA, 42 USC 1985, 18 USC 371, 18 USC 1001, 18 USC 1512, 18 USC 1519, TVPA (keep this claim if there were fraudulent promises of career advancement), 18 USC 1962(c)
4. Advice on how to structure the complaint:
    a. Write the facts of what happened, making clear what each Defendant did
        1. I suggest writing a 1-page bullet point timeline of events, then expanding on that
        2. Remember that you only need to write down the relevant facts to your claims; you don't need to cite to academic articles or provide evidence at this stage

I will be back in the office on March 21st. Looking forward to reviewing your draft!

Best,

Clare

**This email, including any attachments, may contain information that is legally privileged and/or confidential. If you are not the person this email was intended to reach, then do not share, distribute, or copy it. Please notify the person who sent this email immediately and then delete the email, including any attachments.**