

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

MEMO ENDORSED

August 21, 2025

**VIA ECF**

Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Court
40 Foley Square, Courtroom 444
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/22/2025__

Elise M. Bloom
Member of the Firm

d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

      Re:    *Marciniak-Domingues Goncalves Agra v. Rockefeller University et al., No. 22-cv-10959-ALC*

Dear Judge Carter:

We represent The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively, the "RU Defendants") in the above-captioned *pro se* matter, and pursuant to Your Honor's Individual Rules of Practice, we write to request an extension until **October 9, 2025** for the RU Defendants' to file their reply in further support of their Motion to Dismiss the Third Amended Complaint ("TAC"), in response to Plaintiff Dr. Karolina Maria Marciniak-Domingues Goncalves Agra's ("Plaintiff") opposition. (Dkt. 182.)

The Court granted Plaintiff's request for six weeks to file her opposition, setting a deadline of July 1, 2025 and the RU Defendants' reply due on July 31, 2025.[1] (Dkt. 162.) The Court also granted Plaintiff leave to file an opposition of up to forty-five (45) pages.[2] (*Id*.) Plaintiff did not file by the July 1 deadline and later sought an additional sixty (60) days on top of the six weeks she had already received. (Dkt. 181.) The Court denied that request but extended her time to August 18, 2025. (*Id*.) In total, Plaintiff has had ninety (90) days to prepare and file her opposition.

The RU Defendants now require additional time to respond to Plaintiff's 45-page opposition. In addition, several religious holidays fall in September and early October, further supporting this request for an extension. The RU Defendants have conferred with Plaintiff regarding this request and Plaintiff has consented. This will be the first time the RU Defendants have requested an extension for their reply.[3]

---

[1] If the RU Defendants' reply was due in accordance with the Court's original briefing schedule, the reply would be due on or before September 17, 2025.

[2] The Court also granted the RU Defendants *sua sponte* up to 32 pages for their reply. (Dkt. 162.)

[3] The RU Defendants sought and received an extension to file their Motion to Dismiss the TAC as a result of Dr. Freiwald not having been served at the time their response to the TAC would have otherwise been due. (Dkt. 143.)



August 21, 2025
Page 2

We thank the Court for its consideration of this matter.

Sincerely,

*/s/ Elise M. Bloom*

Elise M. Bloom

Enclosures

(cc: Dr. Marciniak-Dominques Goncalves Agra; Mr. Frederico Azevedo)

SO ORDERED:

*[signature]*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 22, 2025