Dr. Karolina Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com



August 21, 2025

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  8/22/2025

      Re:    Marciniak-Domingues Goncalves Agra v. Rockefeller University, Frederico Azevedo and Winrich Freiwald; Case No. 1:22-cv-10959-ALC

Dear Judge Carter:

    Pursuant to Individual Practices Rule 2.B., which states that "[s]ur-reply memoranda will not be accepted without prior permission of the Court," Plaintiff Dr. Karolina Agra respectfully requests leave to file a sur-reply in further opposition to Defendant Frederico Azevedo's ("Azevedo") request for leave to file a motion to dismiss (ECF 172).

    This request is necessary because Azevedo's reply letter (ECF 186) raises new arguments for the first time that were not present in his initial pre-motion letter (ECF 172), preventing Plaintiff from having a fair opportunity to respond.

    In his initial letter, Azevedo argued broadly for dismissal of the entire Third Amended Complaint ("TAC") based on claim-splitting, timeliness, and pleading deficiencies. In his reply, however, he introduces a new, alternative argument specifically targeting the August 2017 assault in Woods Hole, Massachusetts. He now contends for the first time that if the Court is inclined to consider those allegations, Plaintiff should be required to "seek leave to amend—consistent with Rule 16(b) and Rule 15" to plead a "discrete cause of action" with a "specific long-arm theory."

    This is a new and substantive procedural attack that shifts the goalposts. Plaintiff's opposition addressed the arguments as framed in the initial letter. A sur-reply is essential to respond to this new line of argument regarding the Woods Hole assault and to ensure the Court's decision on Azevedo's request for leave is made with the benefit of full briefing.

    The proposed sur-reply will be concise, not to exceed three (3) pages, and will be limited solely to addressing this new issue. It will not reargue points already made in the opposition.

    For the reasons stated above, Plaintiff respectfully requests that the Court grant leave to file this limited sur-reply.

I appreciate the Court's understanding and consideration of this request.

                    Respectfully submitted,

------------------------------------------------
                    Dr. Karolina Agra
                    (Plaintiff *pro se*)
                    500 E. 63rd Street, Apt. 13F
                    New York, New York 10065
                    (646) 770-2045
                    marciniak.kar@gmail.com

Plaintiff's request is GRANTED. Plaintiff must file her sur-reply by August 27, 2025.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 22, 2025