# EXHIBIT 1

# (*Medical Record*)

### SUMMARY TABLE

| Date | Document/Event | Relevant Finding/Diagnosis | Significance to Jurisdiction & Claims |
|---|---|---|---|
| Jan 26, 2017 | Office Visit (Pg. 1) | Blood Pressure: 120/90. Routine well-woman exam (Visit due to allergy) | Establishes baseline of normal health in New York prior to the assault. |
| Sep 5, 2017 | Office Visit & Pap Smear (Pg. 2-4) | **Diagnosis: Low-Grade Squamous Intraepithelial Lesion (LGSIL/CIN1).** HPV DNA Test: Negative. | **Initial injury diagnosis in NY.** Cellular changes highly suggestive of a new, active HPV infection. Negative HPV test confirms no prior infection. |
| Mar 1, 2018 | Office Visit (Pg. 5-7) | **Blood Pressure: 156/103 (Stage 2 Hypertension).** Addressed "LGSL on Pap smear." | **Proof of severe stress-induced injury in NY.** Directly correlates with anticipatory anxiety of defendant's impending return to New York. |
| Mar 1, 2018 | HPV DNA Test (Pg. 24) | **HPV DNA, HIGH RISK: Positive (Abnormal)** | **First confirmed detection of HPV infection in NY.** Timing is medically consistent with incubation period from the August 2017 assault. |
| May 4, 2018 | Surgical Pathology (Pg. 8) | Clinical Info: "Persistent abnormal Pap, lgisl, now ascus, **HPV+**." Diagnosis: Benign. | **Proof of ongoing medical monitoring and enduring harm in NY.** Documents the initiation of invasive procedures to monitor the pre-cancerous condition. |
| Sep 28, 2018<br>Apr 11, 2019<br>Oct 22, 2019 | HPV DNA Tests (Pg. 24) | **HPV DNA, HIGH RISK: Positive (Abnormal)** on all three dates. | **Objective proof of enduring, multi-year harm in NY.** The HPV infection persisted, requiring continuous medical management. |
| Feb 21, 2020 | Surgical Pathology (Pg. 17-18) | Clinical Info: **"Low grade squamous intraepithelial lesion (CIN 1). HPV+."** Diagnosis: Benign. | **Further proof of enduring harm and monitoring in NY.** Continued intervention for the persistent, assault-related condition. |
| Sep 17, 2020 | HPV DNA Test (Pg. 24) | **HPV DNA, HIGH RISK: Negative** | Documents the beginning of the infection's clearance, after **over three years** of persistent positive results and medical treatment in NY. |
| Sep 28, 2021 | Office Visit & HPV Test (Pg. 21-24) | **HPV DNA, HIGH RISK: Negative.** Final Diagnoses: "History of HPV infection," "History of abnormal cervical pap smear." | **Proof of resolution after years of harm.** The medical record conclusively shows the infection, from initial negative baseline to positive result to final clearance, |

was diagnosed, treated, and endured entirely in New York.

Name: [K.M.] | DOB: [    ]/1984 | MRN: [    ] | PCP: [                    ], MD | Legal Name: [    ]

# Office Visit - Jan 26, 2017

with Elizabeth L. Jacobson at Weill Cornell Women's Health Center

## After Visit Summary®

**Important Information About Notes from Care Team** ⌄



### AFTER VISIT SUMMARY

| K.M. | DoB: [ ] 1984 | 📅 1/26/2017  9:00 AM | 📍 Weill Cornell |
| CEID: [        ] | | Women's Health Center | 212-821-0800 |

### Instructions   from Elizabeth L. Jacobson



Your medications have changed today

**See your updated medication list for details.**

### Today's Visit

You saw Elizabeth L. Jacobson on Thursday January 26, 2017. The following issues were addressed: Anaphylaxis, initial encounter and Food allergy.

Blood Pressure
120/90



Name: K.M. | DOB: 1984 | MRN: | PCP: , MD | Legal Name:

## Office Visit - Sep 05, 2017
with Kelly M. Greening at Weill Cornell OBGYN Primary Care

## After Visit Summary®

**Important Information About Notes from Care Team** ⌄



AFTER VISIT SUMMARY                                    **Weill Cornell Medicine**

K.M.                              DoB:        7/1984        📅 9/5/2017  8:45 AM    📍 Weill Cornell
CEID:                                                       OBGYN Primary Care    646-962-7800

### Instructions   from Kelly M. Greening

  Ask your doctor where to pick up these medications
• levonorgestrel-ethinyl estradiol 0.15-30 MG-MCG Tablet

### Today's Visit

You saw Kelly M. Greening on Tuesday September 5, 2017. The following issues were addressed: Dysuria, Vaginal discharge, and LGSIL on Pap smear of cervix.

Blood Pressure  131/85        BMI        Weight        Height

Pulse

### Your Medication List   as of September 5, 2017 11:59 PM

ⓘ Always use your most recent med list.

| | |
|---|---|
| **cephalexin** 500 MG Tablet<br>Commonly known as: KEFTAB | Take 1 Tab by mouth 2 times daily. |
| **EPIPEN 2-PACK IM** | Inject into the muscle area as directed. |
| **levonorgestrel-ethinyl estradiol** 0.15-30 MG-MCG Tablet<br>Commonly known as: Levora 0.15/30 (28) | TKK 1 TABLET BY MOUTH EVERY DAY |
| **oxycodone-acetaminophen** 10-325 MG Tablet<br>Commonly known as: PERCOCET | Take 1 Tab by mouth every 6 hours as needed for pain. |

2

**Cytopathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center**



**New York NY**

**C17-32597**
**Cytopathology Report**
**Date Collected: 9/5/2017**
**Date Received: 9/5/2017 17:34**
**Report Date: 9/7/2017**

**Patient:** K.M. **Submitted by: Kelly M. Greening, M.D.**

**New York, NY**

**NYH-MRN:**          **Telephone:**          **Fax:**
**Encounter #:**
**Location: CLCC**
**Age/Sex: 33/F**

**CLINICAL INFORMATION:**
**ROUTINE Age: 33 LMP: 8/1/17 Grav: 0 Para: 0**

**SOURCE OF SPECIMEN: Cervica**
**l/endocervical ThinPrep**

**SPECIMEN CONSISTS OF:**
**PreservCyt solution vial, 20 ml fluid - 1 cervical/endocervical**
**ThinPrep prepared for Imager assisted analysis.**

**CYTOLOGIC INTERPRETATION:**
**Specimen Adequacy:**

Specimen Adequacy:
**Satisfactory for evaluation; endocervical/transformation
zone component present.**

**Primary Diagnosis:
Low grade squamous intraepithelial lesion (CIN 1).**

**Comment:
The requested HPV test results will be reported separately.**

**\*\* Electronically Signed Out \*\***

███████, **CT (ASCP)**

███████, **M.D. / Attending Pathologist
The attending pathologist whose signature appears on this
report has reviewed the diagnostic slides, and has edited
the gross and microscopic portions of the report in rendering the
final diagnosis.
ICD Codes:** ████████2
**Billing Codes:** |(Private Ambulatory)
**SNOMED:
ABG901 REISSK/reissk**

Authorizing provider: Kelly M. Greening
Collection date: Sep 05, 2017 8:51 AM
Result date: Sep 07, 2017 4:47 PM
Result status: Final
Resulting lab:
NEW YORK HOSPITAL LABORATORIES
████████

NEW YORK NY ████████
████████
████████

4

Name: [REDACTED]    DOB: [REDACTED] 1984 | MRN: [REDACTED]    PCP: [REDACTED], MD | Legal Name: [REDACTED]

# Office Visit - Mar 01, 2018
with Kelly M. Greening at Weill Cornell OBGYN Primary Care

## After Visit Summary®
**Important Information About Notes from Care Team** ⌄



**AFTER VISIT SUMMARY**

**Weill Cornell Medicine**

K.M.    DoB: [REDACTED] 1984
CEID: [REDACTED]

📅 3/1/2018  2:45 PM    📍 Weill Cornell
OBGYN Primary Care [REDACTED]

### Instructions  from Kelly M. Greening

💊 Your medications have changed today
**See your updated medication list for details.**

❓ Ask your doctor where to pick up these medications
• Norethin Ace-Eth Estrad-FE 1-20 MG-MCG(24) Tablet

## Today's Visit

You saw Kelly M. Greening on Thursday March 1, 2018. The following issue was addressed: LGSIL on Pap smear of cervix.

**Blood Pressure**
156/103

**BMI**
[REDACTED]

**Weight**
[REDACTED]

**Height**
[REDACTED]

**Pulse**
[REDACTED]

5

**Cytopathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center
Department of Laboratories**



v York NY

**C18-7680
Cytopathology Report
Date Collected: 3/1/2018
Date Received: 3/1/2018 17:31
Report Date: 3/6/2018**

**Patient:** K.M.                    **Submitted by: Kelly M. Greening,
M.D.**

**New York, NY**

**NYH-MRN:**          **Telephone:**          **Fax:**
**Encounter**
**Location:**
**Age/Sex: 33/F**

**CLINICAL INFORMATION:**
**ROUTINE Age: 33 LMP: 2/18/18 Grav: 0 Para: 0**
**HPV [human papilloma virus]. R87.612 [Low grade squamous
intraepithelial lesion on cytologic smear of cervix (LGSIL)], HPV
[human papilloma virus] anogenital infection A63.0 (Anogenita
l
(venereal) warts)**
**SOURCE OF SPECIMEN: Cervical/endocervical ThinPrep**

**SPECIMEN CONSISTS OF:**
**PreservCyt solution vial, 20 ml fluid - 1 cervical/endocervical
ThinPrep slide prepared for Imager assisted analysis.**

**CYTOLOGIC INTERPRETATION:**

CYTOLOGIC INTERPRETATION:
Specimen Adequacy:
Satisfactory for evaluation; endocervical/transformation
zone component present.
Primary Diagnosis:
Atypical squamous cells of undetermined significance.
Comment:
The requested HPV test results will be reported separately.
Screening with Pap test detects premalignant and malignant
conditions of the uterine cervix. Pap test has an inherent
false-negative rate and regular screening is critical for cancer
prevention (1). Co-testing with Pap test and HPV test for
cervical cancer screening is preferred in women => 30 years (2).
On vaginal pool specimens the sensitivity of HPV testing is
uncertain.

(1) Papanicalaou Society of Cytopathology Practice
Guidelines Task F
orce Recommendation. Diagn Cytopathol,
2003;28:282; (2) American Society for colposcopy and cervical
pathology (ASCCP), The American Cancer Society (ACS) and American
Society for Clinical Pathology (ASCP) Screening Guidelines.
AJCP, 2012;137:516.

** Electronically Signed Out **


██████████, CT (ASCP)


████████████ M.D. / Attending Pathologist
The attending pathologist whose signature appears on this
report has reviewed the diagnostic slides, and has edited
the gross and microscopic portions of the report in rendering the
final diagnosis.
ICD Codes: ████████████
Billing Codes: |(Private Ambulatory)
SNOMED:
JHK REISSK/reissk



Authorizing provider: Kelly M. Greening

**Surgical Pathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center**
**Department of Pathology Surgical Pathology Laboratory**

NY,NY 1

**Surgical PathologyReport S18-15159**

**Specimen Date: 5/4/2018**
**In Lab Date: 5/4/2018 13:10**
**Report Date: 5/8/2018**

**Patient:** K.M.                    **Submitted by:** Kelly M. Greening, M.D.
                                    **Cornell Medical Associates**
                                    t
**New York, NY**
**Telephone:**

**NYH-MRN:**
**Encounter #:**
**Location:**
**Age/Sex: 33 / F**

**CLINICAL INFORMATION:**
**ICD Code: R87.610, R87.810 ASCUS with positive high risk HPV**
**cervical Persistent abnormal Pap, lgsil, now ascus , HPV+**

**DIAGNOSIS:**
**A. Uterus, endocervix (curettage):**
**Scant strips of benign squam**
**ous epithelium.**
**Fragments of benign endocervical glands.**

                    **, M.D./mcnlx 5/4/2018**
**GROSS DESCRIPTION:**
**A. Received in formalin, the specimen is labeled "ECC" and**
**consists of a 0.7 x 0.7 x 0.2 cm aggregate of clear tan mucoid**
**soft tissue fragments. 100% submitted. Summary of sections: A1.**
**(LCM/KAV)**

**** Electronically Signed Out ****

## Cytopathology

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center
Department of Laboratories**



**C18-35048
Cytopathology Report
Date Collected: 9/28/2018
Date Received: 9/28/2018 18:15
Report Date: 10/3/2018**

**Patient:** K.M.                 A Submitted by: Kelly M. Greening,
**M.D.**
                        **Cornell Medical Associates**

**New York, NY**

**NYH-MRN:**            **Telephone:**
**Encounter #:**
**Location:**
**Age/Sex: 34/F**

**CLINICAL INFORMATION:
ROUTINE Age: 34 LMP: 9/13/2018
R87.610, R87.810 [ASCUS (atypical squamous cells of undetermined
significance) with positive high risk HPV (human papilloma virus)
cervical].**

**SOURCE OF SPECIMEN: Cervical/endocervical Thi
nPrep**

**SPECIMEN CONSISTS OF:
PreservCyt solution vial, 20 ml fluid - 1 cervical/endocervical
ThinPrep prepared for Imager assisted analysis.**

**CYTOLOGIC INTERPRETATION:**

CYTOLOGIC INTERPRETATION:
**Specimen Adequacy:**
**Satisfactory for evaluation; endocervical/transformation**
**zone component present.**

**Primary Diagnosis:**

---

**Surgical Pathology**

Value

**New York-Presbyterian Hospital/Weill Cornell Medical Center**
**Department of Pathology Surgical Pathology Laboratory**
**Starr 1028 Inquiry:(212)746-2700**
**525 East 68th Street, NY,NY 10021 Fax:(212)746-8624**

**Surgical PathologyReport S18-41216**

**Specimen Date: 11/30/2018**
**In Lab Date: 11/30/2018 12:57**
**Report Date: 12/6/2018**

**Patient: MARCINIAK, KAROLINA Submitted by:Kelly M. Greening, M.D.**
**504 EAST 63RD STREET Cornell Medical Associates**
**16O 12 West 72nd Street**
**New York, NY 10023**
**Telephone: (646) 962-7800 Fax: 962-0413**

**NYH-MRN: 079577824**
**Encounter #: 62576744**
**Location: CLCC**
**Age/Sex: 34 / F**

CLINICAL INFORMATION:
**LGSIL. HPV + ICD code: R87.612 LGSIL of cervix of undertermined**
**significance A63.0 HPV ( human papilloma virus) anogential**
**i**

**DIAGNOSIS:**
**A. Uterus, endocervix (curettage):**
**Fragments of**
**benign endo**
**Scant superficial benign squamous cells.**
**Mucus and inflammation.**

**B. Uterus, cervix, 2 o'clock (biopsy):**
**Benign cervical mucosa from the transformation zone with**
**acute and chronic inflammation.**

**Amelia Baxter-Stoltzfus, MD/har901 11/30/2018**
**GROSS DESCRIPTION:**
A. Received in formalin, the specimen is labeled "ECC" and



K.M.



A. Received in formalin, the specimen is labeled "LCC" and consists of a 1.0 x 0.8 x 0.2 cm aggregate of pink-red soft tissue fragments. 100% submitted. Summary of sections: A1.

B. Received in formalin, the specimen is labeled "2 o'clock CX BX" and consists of a 0.3 x 0.1 x 0.1 cm piece of tan-white soft tissue with a mucosal surface. 100% submitted. Summary of sections: B1. (HAR/ARB)

** Electronically Signed Out **
[redacted] M.D.
Attending Pathologist
The attending pathologist whose signature appears on this report has reviewed the diagnostic slides, and has edited
the gross and microscopic portions of the report in rendering the final diagnosis.

ICD Codes: [redacted]
Billing Codes: [redacted] (Private Ambulatory)
SNOMED:
[redacted]

Authorizing provider: Kelly M. Greening
Collection date: Nov 30, 2018 11:19 AM
Result date: Dec 06, 2018 11:52 AM
Result status: Final
Resulting lab:
NEW YORK HOSPITAL LABORATORIES
[redacted] ET
NEW YORK NY [redacted]
[redacted] A #)

**Cytopathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center**
**Department of Laboratories**



**New York NY**

**C19-14414**
**Cytopathology Report**
**Date Collected: 4/11/2019**
**Date Received: 4/11/2019 18:49**
**Report Date: 4/17/2019**

**Patient:** K.M.                **Submitted by: Kelly M. Greening, M.D.**

**Cornell Medical Associates**

**New York, NY**

**NYH-MRN:**                **ephone:**              **Fax:**
**Encounter #:**
**Location:**
**Age/Sex: 34/F**

**CLINICAL INFORMATION:**
**ROUTINE Age: 34 LMP: 4/1/2019**
**Z01.419 [Well woman exam with routine gynecological exam], A63.0**
**HPV (human papilloma virus) anogenital infection**
**SOURCE OF SPECIMEN: Cervical/endocervical ThinPrep**

**SPECIMEN CONSISTS OF:**

**PreservCyt solution vial, 20 ml fluid - 1 cervical/endocervical**
**ThinPrep prepared for Imager assisted analysis.**

**CYTOLOGIC INTERPRETATION:**
**Specimen Adequacy:**
**Satisfactory for evaluation**

Satisfactory for evaluation.
Specimen lacks an adequate endocervical/transformation
zone component.

**Primary Diagnosis:**
Low grade squamous intraepithelial lesion (CIN 1).

**Comment:**
The requested HPV test results will be reported separately.
Screening with Pap test detects premalignant and malignant
conditions of the uterine cervix. Pap test has an inherent
false-negative rate and regular screening is critical for cancer
prevention (1). Co-testing with Pap test and HPV test for
cervical cancer screening is preferred in women => 30 years (2).
On vaginal pool specimens the sensitivity of HPV testing is
uncertain.

(1) Papanicalaou Society of Cytopathology Practice
Guidelines Task Force Recommendation. Diagn Cytopathol,
2003;28:282; (2) American Society
for colposcopy and cervical
pathology (ASCCP), The American Cancer Society (ACS) and American
Society for Clinical Pathology (ASCP) Screening Guidelines.
AJCP, 2012;137:516.

** Electronically Signed Out **

CT (ASCP)

D. / Attending Pathologist
The attending pathologist whose signature appears on this
report has reviewed the diagnostic slides, and has edited
the gross and microscopic portions of the report in rendering the
final diagnosis.
**ICD Codes:**
**Billing Codes:** |(Private Ambulatory)
**SNOMED:**

Authorizing provider: Kelly M. Greening
Collection date: Apr 11, 2019 3:30 PM
Specimens: Cervix/Endocervix
Result date: Apr 17, 2019 2:58 PM
Result status: Final
Resulting lab:
NEW YORK HOSPITAL LABORATORIES

NEW YORK NY 10065

8 (CLIA #)

**Cytopathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center**
**Department of Laboratories**

**New York NY 10021 Fax: (212)**

**C19-42098**
**Cytopathology Report**
**Date Collected: 10/22/2019**
**Date Received: 10/22/2019 19:07**
**Report Date: 10/29/2019**

**Patient:** K.M. **, Submitted by: Kelly M. Greening,**
**M.D.**
**) Cornell Medical Associates**

**New York, NY**

**NYH-MRN:** **phone:**
**Encounter #:**
**Location: CLCC**
**Age/Sex: 35/F**

**CLINICAL INFORMATION:**
**ROUTINE Age: 35 LMP: 9/25/2019**
**Low grade squamous intraepithelial lesion on Pap, human papilloma**
**virus positive. R87.612 [LGSIL on Pap smear of cervix]**
**SOURCE OF SPECIMEN: Cervical/endocervical ThinPrep**

**SPECIMEN**
**CONSISTS OF:**
**PreservCyt solution vial, 20 ml fluid - 1 cervical/endocervical**
**ThinPrep prepared for Imager assisted analysis.**

**CYTOLOGIC INTERPRETATION:**
**Specimen Adequacy:**
**Satisfactory for evaluation: endocervical/transformation**

Satisfactory for evaluation, endocervical/transformation
zone component present.

**Primary Diagnosis:**
Low grade squamous intraepithelial lesion (CIN 1).

**Comment:**
The requested HPV test results will be reported separately.
Screening with Pap test detects premalignant and malignant
conditions of the uterine cervix. Pap test has an inherent
false-negative rate and regular screening is critical for cancer
prevention (1). Co-testing with Pap test and HPV test for
cervical cancer screening is preferred in women => 30 years (2).
On vaginal pool specimens the sensitivity of HPV testing is
uncertain.

(1) Papanicalaou Society of Cytopathology Practice
Guidelines Task Force Recommendation. Diagn Cytopathol,
2003;28:282; (2) American Society for colposcopy an
d cervical
pathology (ASCCP), The American Cancer Society (ACS) and American
Society for Clinical Pathology (ASCP) Screening Guidelines.
AJCP, 2012;137:516.

** Electronically Signed Out **

Lucelina Rosado, CT (ASCP)


Jonas Heymann, M.D. / Attending Pathologist
The attending pathologist whose signature appears on this
report has reviewed the diagnostic slides, and has edited
the gross and microscopic portions of the report in rendering the
final diagnosis.
ICD Codes: R87.612
Billing Codes: |(Private Ambulatory)
SNOMED:
JJH700 ROSLU/roslu

Authorizing provider: Kelly M. Greening

Collection date: Oct 22, 2019 1:55 PM
Specimens: Cervix/Endocervix
Result date: Oct 29, 2019 6:11 PM
Result status: Final
Resulting lab:
NEW YORK HOSPITAL LABORATORIES

NEW YORK NY

(CLIA #)

**Surgical Pathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center**
**Department of Pathology Surgical Pathology Laboratory**

**NY,NY 10021 Fax**

**Surgical PathologyReport S20-7223**

**Specimen Date: 2/21/2020**
**In Lab Date: 2/21/2020 14:28**
**Report Date: 2/26/2020**

**Patient:** K.M.                              **Submitted by:Kelly M. Greening, M.D.**
**Cornell Medical Associates**

**New York, NY**
**Telephone:**

**NYH-MRN:**
**Encounter #:**
**Location:**
**Age/Sex: 35 / F**

**CLINICAL INFORMATION:**
**Low grade squamous intraepithelial lesion (CIN 1). HPV+. ICD**
**code: R87.612 low grade squamous intraepithelial lesion on**
**cytologic smear cervix (LGSIL).**

**DIAGNOSIS:**
**A. Uterus, endocervix (curettage):**

**Fragments of benign endocervical glands.**
**Fragments of benign lower uterine segment mucosa.**

**M.D./har901 2/21/2020**
**GROSS DESCRIPTION:**
**A. Received in formalin, the specimen is labeled "ECC" and**
**consists of a 0.5 x 0.1 x 0.1 cm aggregate of clear mucoid soft**
**tissue fragments. 100% submitted. Summary of sections: A1.**
**(HAR/DRB)**

**\*\* Electronically Signed Out \*\***



Electronically Signed Out

**, MD**
**Attending Pathologist**
**The attending pathologist whose signature appears on this**
**report has reviewed the diagnostic slides, and has edited**
**the gross and microscopic portions of the report in rendering the**
**final diagnosis.**

**ICD Codes:**
**Billing Codes:**                 vate Ambulatory)
**SNOMED:**

Authorizing provider: Kelly M. Greening
Collection date: Feb 21, 2020 11:05 AM
Result date: Feb 26, 2020 2:54 PM
Result status: Final
Resulting lab:
NEW YORK HOSPITAL LABORATORIES
 ET
NEW YORK NY

B (CLIA #)

**Cytopathology**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center
Department of Laboratories**



**, New York NY**

**C20-25778
Cytopathology Report
Date Collected: 9/17/2020
Date Received: 9/17/2020 20:36
Report Date: 9/25/2020**

**Patient:** K.M.                    **Submitted by: Kelly M. Greening, M.D.**

**Cornell Medical Associates**

**New York, NY**

**NYH-MRN:          Telephone:              0 Fax:**
**Encounter #:**
**Location:**
**Age/Sex: 36/F**

**CLINICAL INFORMATION:
ROUTINE Age: 36 LMP: 09/08/2020
lgsil, hpv+. R87.612 LGSIL on Pap smear of cervix.
SOURCE OF SPECIMEN: Cervical/endocervical ThinPrep**

**SPECIMEN CONSISTS OF:
PreserveCyt solution vial, 20 ml fluid - 1 cervical/endocervi
cal
ThinPrep prepared for Imager assisted analysis.**

**CYTOLOGIC INTERPRETATION:
Specimen Adequacy:
Satisfactory for evaluation; endocervical/transformation
zone component present**

Lone component present.

**Primary Diagnosis:**
**Negative for intraepithelial lesion or malignancy.**

**Comment:**
**The requested HPV test results will be reported separately.**
**Screening with Pap test detects premalignant and malignant**
**conditions of the uterine cervix. Pap test has an inherent**
**false-negative rate and regular screening is critical for cancer**
**prevention (1). Co-testing with Pap test and HPV test for**
**cervical cancer screening is preferred in women => 30 years (2).**
**On vaginal pool specimens the sensitivity of HPV testing is**
**uncertain.**

**(1) Papanicalaou Society of Cytopathology Practice**
**Guidelines Task Force Recommendation. Diagn Cytopathol,**
**2003;28:282; (2) American Society for colposcopy and cervical**
**pathology (ASCCP), The American Cancer Society (ACS) and Ameri**
**can**
**Society for Clinical Pathology (ASCP) Screening Guidelines.**
**AJCP, 2012;137:516.**

**** Electronically Signed Out ****

, CT (ASCP)
(ASCP)

**Attending Pathologist**
**ICD Codes:**
**Billing Codes: |(Private Ambulatory)**
**SNOMED:**
24

Authorizing provider: Kelly M. Greening
Collection date: Sep 17, 2020 5:13 PM
Specimens: Cervix/Endocervix
Result date: Sep 25, 2020 11:59 AM
Result status: Final

Resulting lab:
NEW YORK HOSPITAL LABORATORIES
EET
NEW YORK NY
IA #)

**Cytology, Gyn-PAP Test (AP)**

Value
**New York-Presbyterian Hospital/Weill Cornell Medical Center**
**Department of Laboratories**

███████████████████████, **New York NY** ████████████████████

**C21-38280**
**Cytopathology Report**
**Date Collected: 9/28/2021**
**Date Received: 9/28/2021 19:10**
**Report Date: 9/30/2021**

**Patient:** K.M. ███████████  **Submitted by: Kelly M. Greening, M.D.**
████████████████  **Cornell Medical Associates**
███████████ ʒt
**New York, NY** ███████████████

**NYH-MRN:** ████████████████████████
**Encounter #:** ██████████████
**Location: WCMC OB/GYN PRIMARY CA**
**Age/Sex: 37/F**

**CLINICAL INFORMATION:**
**ROUTINE Age: 37 LMP: 09/16/2021**
**Gravida Para: None**
**Reproductive History: Normal**
**Infections History: PAP Test/HPV**
**Treatment History: None**
**Neoplastic History: None**

**Z01.419 [Well woman exam with routine gynec**
**ological exam] Z86.19 [History of HPV infection] Z87.42 [History of abnormal**
**cervical pap smear]**
**SOURCE OF SPECIMEN: Cervical/endocervical ThinPrep**

**SPECIMEN CONSISTS OF:**
**PreservCyt solution vial, 20 ml fluid - 1 cervical/endocervical ThinPrep prepared**
**for Imager assisted analysis.**

CYTOLOGIC INTERPRETATION:

CYTOLOGIC INTERPRETATION:
Specimen Adequacy:
Satisfactory for evaluation; endocervical/transformation zone component
present.

Primary Diagnosis:
Negative for intraepithelial lesion or malignancy.

Comment:
The requested HPV test results will be reported separately.
Screening with Pap test detects premalignant and malignant conditions of the
uterine cervix. Pap test has an inherent false-negative rate and regular screening
is critical for cancer prevention (1). Co-testing with Pap test and HPV test for
cervical cancer screening is preferred in women => 30 years (2). On vaginal pool
specimens the sensitivity of HPV testing is uncertain.

(1) Pa
panicalaou Society of Cytopathology Practice Guidelines Task Force
Recommendation. Diagn Cytopathol, 2003;28:282; (2) American Society for
colposcopy and cervical pathology (ASCCP), The American Cancer Society (ACS)
and American Society for Clinical Pathology (ASCP) Screening Guidelines. AJCP,
2012;137:516.

** Electronically Signed Out **

, CT (ASCP)
SCT (ASCP)

Attending Pathologist
ICD Codes:
Billing Codes: |(Epic Private Ambulat)
SNOMED:

Ordering provider: Kelly M. Greening
Collection date: Sep 28, 2021 3:51 PM
Specimens: Cervix/Endocervix

Result date: Sep 30, 2021 10:50 AM
Result status: Final
Resulting lab:
CORNELL PATHOLOGY

# AFTER VISIT SUMMARY



**K.M.**            DoB        1984        📅 9/28/2021  3:00 PM    📍 Weill Cornell Primary Care 646-962-7800

## Instructions    from Kelly M. Greening, MD

### Referrals made today
US Breast Complete - Right
Expires: 9/28/2022 (requested)

Mammogram Diagnostic Digital - Right
Expires: 9/28/2022 (requested)

## What's Next
You currently have no upcoming appointments scheduled.

## Your Medication List   as of September 28, 2021  9:24 PM
You have not been prescribed any medications.

## Allergies                    Date Reviewed: 10/27/2019
Not Specified:

## Today's Visit

You saw Kelly M. Greening, MD on Tuesday September 28, 2021. The following issues were addressed: Well woman exam with routine gynecological exam, History of HPV infection, History of abnormal cervical Pap smear, and Breast lump on right side at 7 o'clock position.



Blood Pressure
110/78

BMI

Weight

Pulse

### ⊕ Done Today
CYTOLOGY, GYN-PAP TEST (CORNELL/QUEENS)

Human Papillomavirus (HPV) w/Rfx to 16, 18

23

## Result Trends

Results limited to those after Sep 28, 2016.

 K.M.    Date of Birth: ▮▮, 1984

| Component | Sep 5, 2017 | Mar 1, 2018 | Sep 28, 2018 | Apr 11, 2019 |
|---|---|---|---|---|
| **HPV DNA, HIGH RISK**<br>Normal Range: Negative | Negative | Positive<br>Abnormal | Positive<br>Abnormal | Positive<br>Abnormal |

| Component | Oct 22, 2019 | Sep 17, 2020 | Sep 28, 2021 |
|---|---|---|---|
| **HPV DNA, HIGH RISK**<br>Normal Range: Negative | Positive<br>Abnormal | Negative | Negative |

**HPV DNA, HIGH RISK**

Normal value: Negative

This type of information cannot be graphed.

Data table ⌃

| Date | Value | | Normal Range |
|---|---|---|---|
| Sep 28, 2021 | **Negative** | | Negative |
| Sep 17, 2020 | **Negative** | | Negative |
| Oct 22, 2019 | Positive | Out of Range | Negative |
| Apr 11, 2019 | Positive | Out of Range | Negative |
| Sep 28, 2018 | Positive | Out of Range | Negative |
| Mar 1, 2018 | Positive | Out of Range | Negative |
| Sep 5, 2017 | **Negative** | | Negative |

24