# EXHIBIT 4
*(Fuhrer Whatsapp Logs)*









