Karolina Agra
500 E 63rd St, Apt 13F
New York, 10065 NY
marciniak.kar@gmail.com
(646) 770 2045
PLAINTIFF PRO SE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
KAROLINA MARCINIAK-DOMINGUES
GONCALVES AGRA,
                       Plaintiff,

  v.                                        Civil Action No: 1:22-cv-10959-ALC
THE ROCKEFELLER UNIVERSITY,
FREDERICO AZEVEDO, WINRICH
FREIWALD
                   Defendants.
----------------------------------------------------------X

## NOTICE OF MOTION AND EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that upon the accompanying Declaration of Karolina Agra, sworn to on September 12, 2025; the Memorandum of Law in Support thereof; the exhibits attached thereto; the entire record in this action, including the Third Amended Complaint (ECF 136); and upon the annexed Proposed Order to Show Cause, Plaintiff Karolina Agra will move this Court, Ex Parte as to Defendant Frederico Azevedo, before the Honorable Andrew L. Carter, Jr., United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, or as soon thereafter as counsel may be heard, for an Order:

1. GRANTING Plaintiff's application for an Order to Show Cause why a preliminary injunction should not issue;

2. ISSUING an immediate Temporary Restraining Order ("TRO") against Defendant Frederico

Azevedo, enjoining him from any contact with or harassment of Plaintiff, and from destroying any relevant evidence;

3. ISSUING a TRO against Defendant The Rockefeller University, compelling it to (a) withdraw its retaliatory 90-day notice of termination and (b) immediately implement a concrete safety plan to protect Plaintiff on its property;

4. Scheduling a hearing on the Order to Show Cause for a preliminary injunction at the Court's earliest convenience; and

5. Granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that this motion is brought ex parte as to Defendant Azevedo pursuant to Federal Rule of Civil Procedure 65(b)(1) because his advance notice would likely result in immediate and irreparable injury through further retaliation, harassment, and potential destruction of evidence, as detailed in the accompanying Declaration.

PLEASE TAKE FURTHER NOTICE that in accordance with Rule 65(b)(1)(B), the accompanying Declaration of Karolina Agra sets forth the specific facts and reasons why notice to Defendant Azevedo should not be required.

PLEASE TAKE FURTHER NOTICE that this motion will be submitted to the Court upon the filed documents.

Dated: New York, New York
September 15, 2025

Respectfully submitted,

_____
Karolina Marciniak-Domingues Goncalves Agra
Plaintiff Pro Se