# EXHIBIT A

Redacted Corroborating Email from Jane Doe 1 (2024) Re: Azevedo's Predatory Behavior at 2017 CBMM Summer School

 

## Witness statement



Jane Doe 1 <​>                                                                                         Tue, Feb 27, 2024 at 4:38 PM
To: Karolina Marciniak <​>

Hi Karolina,

I am deeply sorry to hear about the ordeal you've been through. I do remember you and that Azevedo was saying that you were his old friend from Tuebingen, and that we went with Jane Doe X (I think we had gone biking?) and more people from the group to the cottage, but I don't remember who else was there. I also vaguely recall Azevedo suggesting a threesome, which we never took seriously. Regarding the incident you've shared, I was not aware of its severity, I am so sorry. Unfortunately, I don't have any further recollections.

Thank you for reaching out, and I hope for justice to prevail.

Warm regards,

Jane Doe 1

[Quoted text hidden]