# EXHIBIT B

Defendant Azevedo's Admissions: Rejection of Advance and Retaliatory Threat; Excepts from Position Statement (2019)

## 1. Screenshot of "rejected hug" admission

shoulder. Her reaction was to make a body movement that I interpreted as a rejection to my hug. Since I felt uncomfortable with that rejection, I immediately stood up from the bed, sat on the floor, checked some messages on my mobile phone and left the room. About an hour later, I returned

*(Azevedo's Position Statement, p.2 )*

## 2. Screenshots of "threats" admission

the cause, this is a very serious issue. She is denigrating my personality as well as my professional ethics. This can cause serious consequences to my career and I won't take it lightly.

*(Id. p. 4)*

Spanish can understand it. She also accuses me of having intoxicated and raped other people but she has no proof of that. And her list of absurd accusations go on. Defamation is a crime and I would recommend her to stop it right now.

*(Id. p.5)*