# EXHIBIT C

Redacted Emails Re: Jane Doe 2's Report of Sexual Assault by Defendant Azevedo

**Karolina Marciniak** <​[redacted]​mail.com>　　　　　　　　　　　　　　　Tue, Jan 14, 2020 at 11:50 AM
To: Jane Doe 2 [redacted]mail.com

Hi Jane Doe 2 [redacted]

I am Karolina, [redacted].
I am contacting you because [redacted] the incident that happened to you back in [redacted] happened to me too, here in [redacted] in 2017, in very similar circumstances.
I would really like to talk to you [redacted]

You could contact me [redacted]
([redacted]).

Looking forward to hear back from you,

Karolina Marciniak

---

Jane Doe 2 <[redacted]mail.com>　　　　　　　　　　　　　　　　　　　　　Tue, Jan 14, 2020 at 9:22 PM
To: Karolina Marciniak <[redacted]mail.com>

Hey Karolina,

Good to hear from a fellow [redacted].

Best,
Jane Doe 2

**Karolina Marciniak** <​███████​mail.com>                                                                    Wed, Jan 15, 2020 at 12:47 AM
To: Jane Doe 2  <​███████​mail.com>

Hi Jane Doe 2

███████

During the first year of my postdoc, I participated in the summer school in Massachussets, organized by the institutes collaborating on my project. At the last day of my 3-day stay there I was raped. The person, ███████, groomed me ███████ I had a nap ███████ I was in a state of shock. ███████ It was my work environment, everybody knew everybody and he had the voice there. ███████ I tried to confronted him about the ███ incident to be unconsensual. ███████ he bragged about the situation when he had a girl who after having some alcohol was sleeping in ███ (at the period ███████), whom he started to sexually penetrate. She woke up and was unhappy about what was happening ( 'so that is your way?' she said), 'but then I fucked her anyway' , he said, so 'it does not matter if the girl says no'. ███████ I got scared that I turned from neg to pos HPV, ███████ I filled out complaint at the university and I went to police. ███████ another victims of his sexual predatory behavior, based on information I have heard from him. I can not reveal more details to protect their identity but making the story short, I got to know that you might be the person from ███████ I described earlier who was abused. If this is the truth, please, ███████ report. If you consider to report your incident, or you have already reported, ███████ female students way into his professorship.

To sum up for now, please, if you happened to be this person who, like me had this horrible experience from that person I am describing here, let me know. ███████ I respect if maybe you dont want to open it up again. ███████ t will help to improve the scientific environment and the life of other women.

Best regards,

Karolina

**From:** Jane Doe 2 <████████mail.com>
**Sent:** Monday, February 3, 2020 11:28 AM
**To:** Karolina Marciniak <████████>
**Subject:** ████████

Hi Karolina,

████████. For the moment I can only briefly write to you because of work however you are right. What you told me happened to me as well. ████████ I objectively know what happened is assault, ████████ I wasn't aware of the serial nature of what he's doing. In the prerequisite of anonymity of course, I would have no problem to tell the program coordinator about what happened on the night of question. When it comes to pressing charges with the police, I would have to consult a lawyer beforehand ████████

████████ I really appreciate your efforts in making sure ████ is accountable for their actions. As I mentioned, I would be glad to talk to the coordinators to tell them about my experience ████████ I'll wait for further correspondence from you or the evaluator.

Best,
Jane Doe 2

---

**From:** Jane Doe 2 <████████mail.com>
**Sent:** Monday, July 13, 2020 11:11 AM
**To:** Karolina Marciniak <████████>
**Subject:** ████████

Hi Karolina,

I will email Mr. Loewen and describe him the events of that evening to the best of my memory. I will also be asking for anonymity from him ████████

I hope something that happened in 201█ in ████ can actually help your case. ████████

Best,
Jane Doe 2

**From:** Jane Doe 2 <████████>
**Sent:** Thursday, July 30, 2020 3:12 PM
**To:** Karolina Marciniak <████████>
**Subject:** ████████

Hi Karolina,

I emailed Mr. Loewen 2 weeks ago, ████████████████████████████████
████████. Would my email to the police be included in the anonymity you mentioned with regards to NSF and the title IX process? Because I am assuming the police investigation and these academically conducted processes are separate things. ████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████.

Best,
Jane Doe 2

---

**From:** Jane Doe 2 <████████>
**Sent:** Wednesday, August 5, 2020 6:54 AM
**To:** Karolina Marciniak <████████>
**Subject:** Re: Would you be able to talk to me?

Hi Karolina,

Thank you very much for the detailed explanation! It settled things in my head. ████████████████
████████████████████████████████████████

Best,
Jane Doe 2

---

**From:** Karolina Marciniak <████████>
**Sent:** Tuesday, November 17, 2020 7:56 PM
**To:** ████████ <████████>
**Subject:** Re: Would you be able to talk to me?

Hi ████████

████████████████████████████████████████. I have recently asked the detective about any updates and he informed me that he is about to finish compiling the report from all (anonymous) statements he received and will forward it further.

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████████

████████████,

Karolina