# EXHIBIT D

Falmouth Police Department Correspondence and Incident Report re: Ongoing Investigation of Frederico Azevedo, and NYPD Complaint Report

**Andrew Loewen** &lt;aloewen@falmouthpolice.us&gt;  Mon, May 6, 2019 at 9:43 AM
To: Karolina Marciniak &lt;marciniak.kar@gmail.com&gt;

I've had some contact with MIT, dealing with two police officers. Unfortunately I had to take some time off for family issues. You should not feel any pressure in regards to your visit to MIT tomorrow. I am speaking with Captain Albert Pierce, MIT Police to assure that.

On Fri, Jul 10, 2020 at 8:28 AM Andrew Loewen &lt;andrew.loewen@falmouthpolicema.gov&gt; wrote:
> Sir,
>
> I apologize for the delay in response. Things have been very busy down here and our detective division has been closed due to shortage of officers and Covid-19. As you can imagine things have been delayed. A clerk's magistrate hearing for the suspect was due to happen just prior to Covid turning the world down. I did speak with suspect who denied everything and it was noted. He also provided me with the MIT investigative report done on him. If you give me a specific time I will get the report needed in place and make sure it is ready for pick-up.
>
> I hope this email finds you well during the pandemic.
>
> Andrew Loewen

**Andrew Loewen** &lt;andrew.loewen@falmouthpolicema.gov&gt;  Sun, Jul 12, 2020 at 7:47 AM
To: Pedro Agra &lt;agra13@gmail.com&gt;

Could you please have anyone with knowledge of suspect's actions and/or inappropriate dealings with him email me as soon as possible. Unfortunately we can't email reports, especially those of sexual assault nature. It is very easy to be hacked and we don't want certain information out in cyberspace. And with the addition of possible other victims, I would need to speak to them and add their accounts into the various reports.

1

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Fri, Jul 17, 2020 at 1:39 PM
To: Pedro Agra <agra13@gmail.com>

Two have emailed already. Just awaiting the third.

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Tue, Jul 28, 2020 at 2:12 PM
To: Pedro Agra <agra13@gmail.com>

Ok. I will wait to hear. I have one more to speak with an then I can add their accounts into a separate narrative.

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Thu, Sep 17, 2020 at 8:57 AM
To: Pedro Agra <agra13@gmail.com>

I believe I have just received the last reply from the victims. I will start compiling the list and move forward.

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Mon, Nov 2, 2020 at 9:25 AM
To: Pedro Agra <agra13@gmail.com>

Yes, I'm still putting all the recent reports together so I can submit one big package to the court house. Hopefully I will be done with everything by the end of the week.

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Fri, Mar 5, 2021 at 9:34 AM
To: Pedro Agra <agra13@gmail.com>

Thank you for all the material. I just read the report everything you sent. I'm just awaiting on a call from Ann Egan and then I will put everything you have sent, including the other women, to the courthouse for further review.

2

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Fri, Feb 4, 2022 at 10:05 AM
To: Pedro Agra <agra13@gmail.com>

Due to the ever increasing documents provided. I am going to resubmit the case to be heard in front of the Clerk magistrate in Falmouth District Court against Mr. Azevedo. I will include all documents you have sent me thus far for the court to review. I will let you know when I have a date when he will need to appear.

Detective Andrew Loewen

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Fri, Feb 4, 2022 at 12:16 PM
To: Pedro Agra <agra13@gmail.com>

Have you thought of pursuing this matter in civil court? As well as the criminal proceeding.

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Mon, Dec 12, 2022 at 9:08 AM
To: God <agra13@gmail.com>

I can send it to this one. I'm not back at work until Wednesday. I'll send it then and hopefully would have spoken to the detective by then as well. Hope she is doing better.

Get Outlook for iOS

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Mon, Dec 12, 2022 at 8:58 AM
To: God <agra13@gmail.com>

I can email all documents. Also, I received a call for an NYPD detective about something going on but we have been playing phone tag. I hope to speak with her today.

Get Outlook for iOS

3

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Tue, Dec 20, 2022 at 11:01 AM
To: God <agra13@gmail.com>

Sir

My apologies. I got sent to a training so have not been at the station. I will make every effort to get there this week after hours for the report. I have yet to hear back from the NYPD since we last spoke.

Hope your anniversary went well.

Get Outlook for iOS

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Wed, Dec 21, 2022 at 10:11 AM
To: God <agra13@gmail.com>

Yes as I said I got sent to a training last minute so I have not been there in a week or so. That being said I will go there and sent out the things I have to you before the end of the week. Has she succeeded in her attempt at citizenship or her extension? I believe the last time we spoke she was in the process of getting an extension.

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Wed, Dec 21, 2022 at 10:18 AM
To: God <agra13@gmail.com>

Ok. I was purposely leaving the case open in case she has issues, the document would still say "under investigation" in case she had to check something off.

Get Outlook for iOS

---

**Andrew Loewen** <andrew.loewen@falmouthpolicema.gov>  Mon, Jan 23, 2023 at 12:49 PM
To: God <agra13@gmail.com>

I should be able to send it out but since it's a report of an allegation of a sexual assault I need to get permission. That is what is taking so long. I had also requested MBL's findings and they wanted me to go to court to get a court order.

I believe my chief has to sign off on the report being delivered. That was the only hold up .

I will let you know asap.

4



Falmouth Police Department  
Incident Report

Page: 1  
01/31/2023

**Incident #: 19-7622-OF**  
**Call #: 19-7622**

Date/Time Reported: 04/03/2019 2300  
Report Date/Time: 04/04/2019 0934  
Occurred Between: 08/30/2017 1800-08/30/2017 2359  
Status: Incident Open

Reporting Officer: Detective Andrew Loewen  
Approving Officer: Sergeant Brian Loewen

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | AZEVDEO, FREDERICO<br>NORTH ST<br>FALMOUTH MA 02540 | M | W | 00 | NOT AVAIL | |

Military Active Duty: N  
BODY: NOT AVAIL.               COMPLEXION: NOT AVAIL.  
DOB: NOT AVAIL              PLACE OF BIRTH: NOT AVAIL.  
LICENSE NUMBER: NOT AVAIL.        ETHNICITY: NOT HISPANIC

| # | OFFENSE(S) | ATTEMPTED | TYPE |
|---|---|---|---|

LOCATION TYPE: Government/Public Building    Zone: 4-WEST  
SWOPE BUILDING  
5 NORTH ST  
FALMOUTH MA 02540

1  **RAPE**                                              N        Felony  
   265/22/A                265        22  
         OCCURRED: 08/30/2017   1800  
     SUSPECTED OF USING: Computer Equipment  
     WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc)

2  **INDECENT A&B ON PERSON 14 OR OVER**                 N        Felony  
   265/13H                 265        13H  
         OCCURRED: 08/30/2017   1800  
     SUSPECTED OF USING: Computer Equipment  
     WEAPON/FORCED USED: Personal Weapons (Hands/Feet/Etc)

| # | VICTIM(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | MARCINIAK, KAROLINA<br>505 E 63RD ST Apt. #156<br>NEW YORK NY | F | W | 34 | NOT AVAIL | |

DOB: 07/27/1984  
INJURIES: None  
ETHNICITY: Not of Hispanic Origin  
RESIDENT STATUS: Non Resident  
VICTIM CONNECTED TO OFFENSE NUMBER(S): 1   2  
RELATION TO: AZEVDEO FREDERICO                    Acquaintance



# New York City Police Department
## Omniform System - Complaints

| Report Cmd: 256 | Jurisdiction: N.Y. POLICE DEPT | ICAD#: | Record Status: Final, No Arrests | Public Omni: NO | Complaint #: 2022-019-008886 | No Other Legacy Blue Versions | No Other Complaint Revisions |
|---|---|---|---|---|---|---|---|

| Occurrence Location: INSIDE OF 504 EAST 63 STREET APT: 15M<br>Name Of Premise:<br>Premises Type: RESIDENCE - APT. HOUSE<br>Location Within Premise:<br>Visible By Patrol?: NO | NYC Parks Dept. Property<br>Did this offense occur on NYC Parks Dept. Property? NO<br>Command:<br>NYC Parks Dept. Property Name: | Precinct: 019<br>Sector: A<br>Beat:<br>Post: |
|---|---|---|

Occurrence From: 2018-03-15 00:01 THURSDAY
Occurrence thru: 2018-03-15 23:59
Reported: 2022-10-15 19:00
Complaint Received: PHONE

Aided # 000999999
Accident #
O.C.C.B. #

| Classification: RAPE<br>Attempted/Completed: COMPLETED<br>Most Serious Offense Is: FELONY<br>PD Code: 157  RAPE 1<br>PL Section: 13035<br>Keycode: 104  RAPE | Case Status: OPEN<br>Unit Referred To: SPECIAL VICTIMS<br>Clearance Code:<br>Log/Case #: 0<br>Clearance Arrest Id:<br>Clearance AO Cmd:<br>File #: 4<br>Prints Requested? NO |
|---|---|

**OFFENSES:**

| Order | Offense Desc | Att/Cmplt | PDC Code | PDC Code Desc | PL Section | PL Description | IBR# Class | Alleged Crime | Justified Crime | Criminal Activity |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PL 130 SEXUAL MISCONDUCT | COMPLETED | 157 | RAPE 1 | PL 130.35 01 | RAPE-1ST:FORCIBLE COMPULSION | 11A Felony | | | NONE / UNKNOWN |

Confirmed Shots Fired? NO

Possible Hate Crime? NO

| Is This Related To Stop And Frisk Report NO | SQF Number: 0000-000-00000 | Was The Victim's Personal Information Taken Or Possessed? NO | Was The Victim's Personal Information Used To Commit A Crime? NO |
|---|---|---|---|

| Gang Related? NO | Detective Borough Wheel Log #: | Name Of Gang: | Child Abuse Suspected? NO |
|---|---|---|---|

| DIR Required? NO | Child In Common? NO | Intimate Relationship? NO | Officer Body Worn Camera: NO |
|---|---|---|---|

| **If Burglary:**<br>Forced Entry?<br>Structure:<br>Entry Method:<br>Entry Location: | **Alarm:**<br>Bypassed?<br>Comp Responded?:<br>Company Name/Phone:<br>Crime Prevention Survey Requested?:<br>Complaint/Reporter Present?: | **If Arson:**<br>Structure:<br>Occupied?:<br>Damage by: | **Taxi Robbery:**<br>Partition Present:<br>Amber Stress Light Activated:<br>Method of Conveyance:<br>Location of Pickup: |
|---|---|---|---|

| Supervisor On Scene - Rank / Name / Command: | Canvas Conducted: NO | Translator(if used): |
|---|---|---|

**NARRATIVE:**
THE C/V STATES ON MARCH 15, 2018, THE SUBJECT HELD HER DOWN TO THE BED, REMOVED HER CLOTHES, AND THEN INSERTED HIS PENIS INTO HER VAGINA WITHOUT PERMISSION OR AUTHORITY.

No NYC TRANSIT Data for Complaint # 2022-019-008886

| Total Victims: 1 | Total Witnesses: 0 | Total Reporters: 0 | Total Wanted: 1 |
|---|---|---|---|

| VICTIM: # 1 of 1 | Name: MARCINIAK-AGRA,KAROLINI | Complaint#: 2022-019-008886 |
|---|---|---|
| Nick/AKA/Maiden: <br> UMOS: NO <br> Sex/Type: FEMALE / INDIVIDUAL <br> Race: UNKNOWN <br> Age: 38 <br> Date Of Birth: 07/27/1984 <br> Disabled? NO <br> Is this person not Proficient in English?: NO <br> If Yes, Indicate Language: <br> N.Y.C.H.A Resident? NO <br> Is Victim fearful for their safety / life? YES <br> Escalating violence / abuse by suspect? NO <br> Were prior DIR's prepared for C/V? NO | | Suspected Gang Member: NO <br> Name: <br> Reason for Suspected Gang Member Designation: <br> Will View Photo: YES <br> Will Prosecute: YES <br> Notified Of Crime Victim Comp. Law: NO <br> Other MOS Agency: <br> Type of Officer Activity/Circumstances: <br> Officer Assignment Type: <br> Level of Injury: NOT INJURED <br> Type of Injury: NONE <br> Medical Treatment: NOT APPLICABLE |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM |
|---|---|---|---|---|---|
| HOME-PERMANENT | 504 EAST 63 STREET | MANHATTAN | NEW YORK | 10065 | 13F |

Phone #: HOME: Not Provided/Unavailable CELL: 973-216-7339 BUSINESS:Not Provided/Unavailable BEEPER: Not Provided/Unavailable E-MAIL: MARCINIAK.KAR@GMAIL.COM

| Victim was: | Shot NO | Stabbed NO | Slashed NO |
|---|---|---|---|

Actions Of Victim Prior To Incident: AT CV'S APARTMENT

| Victim Of Similar Incident: YES | If Yes, When And Where MASSACHUSETTS |
|---|---|

| WANTED: # 1 of 1 | Name: CASARSA DEACEVEDO, FREDERECO A | Complaint#: 2022-019-008886 | Arrested: NO |
|---|---|---|---|
| Nick/AKA/Maiden: <br> Sex: MALE <br> Race: <br> Age: <br> Date Of Birth: UNKNOWN <br> U.S. Citizen: <br> Place Of Birth: <br> Is this person not Proficient in English?: <br> If Yes, Indicate Language: <br> Accent: NO | Height: FTIN <br> Weight: 0 <br> Eye Color: <br> Hair Color: <br> Hair Length: <br> Hair Style: UNKNOWN <br> Skin Tone: UNKN <br> Complexion: UNKNOWN <br> Offender Condition: APPARENTLY NORMAL <br> S.S. #: 0 | | Order Of Protection: NO <br> Issuing Court: <br> Docket #: <br> Expiration Date: <br> Order of Protection Violated? <br> Does Suspect abuse Drugs / Alcohol? NO <br> Suspect threatened /attempted suicide? NO <br> Is the suspect Parole / Probation? NO <br> Relation to Victim: ACQUAINTANCE <br> Living together: NO <br> Can be Identified: YES <br> Suspected Gang Member: <br> Name: <br> Reason for Suspected Gang Member Designation: |

| LOCATION | ADDRESS | CITY | STATE/COUNTRY | ZIP | APT/ROOM | HOW LONG? | RES. PCT |
|---|---|---|---|---|---|---|---|

Phone #: HOME: - - CELL: - - BUSINESS: - - BEEPER: - - E-MAIL:

N.Y.C.H.A. Resident: NO   N.Y.C. Housing Employee: On Duty:
Development:   N.Y.C. Transit Employee:

**Weapons:**

| # 1 | Physical Force/Weapon: USED | Firearm Recovered: | Serial Number Defaced: |
|---|---|---|---|
| | Physical Force/Weapon Type: PHYSICAL FORCE | Discharged: NO | Serial Number: |
| | Physical Force/Weapon Sub Type: | Make: | |
| | Specific Physical Force/Weapon Type: | Color: | |
| | Other Weapon Description: | Caliber: | |

Used Transit System:
Station Entered:

| Time Entered: | |
| Metro Card Type: | |
| Metro Card Used/Poses: | |
| Card #: | |

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES -UNK -UNKNOWN COLOR |
| CLOTHING | FOOTWEAR -UNK -UNKNOWN COLOR |
| CLOTHING | HEADGEAR -UNK -UNKNOWN COLOR |
| CLOTHING | OUTERWEAR -UNK -UNKNOWN COLOR |
| CHARACTERISTICS | UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**No IMEI Data for Complaint # 2022-019-008886**

**SCRATCH COPY:**      **Complaint # 2022-019-008886**

Description: 1666143968332_221018214534-4706386.pdf



1666143968332_221018214534-4706386.pdf

**COMPLAINT ASSOCIATIONS:**      **Complaint # 2022-019-008886**

| Victim | Perpetrator/Wanted | Relationship | Interaction | Offense | Weapon/Force | Weapon/Force Type | Weapon/Force Sub Type | Specific Weapon/Force Type | Description |
|---|---|---|---|---|---|---|---|---|---|
| MARCINIAK-AGRA, KAROLINI | CASARSA DEACEVEDO, FREDERECO | ACQUAINTANCE | Yes | PL 130 | USED | PHYSICAL FORCE | | | |

| Reporting/Investigating M.O.S. Name: DT3 CONVERY TARA | Tax #: 956544 | Command: M SVS | Rep.Agency: NYPD |
|---|---|---|---|
| Supervisor Approving Name: SGT CRUZ JONATHAN | Tax #: 934705 | Command: M SVS | Rep.Agency: NYPD |
| Complaint Report Entered By: DT3 CONVERY | Tax #: 956544 | Command: M SVS | Rep.Agency: NYPD |
| Signoff Supervisor Name: LT REEVES | Tax #: 929565 | Command: 019 PCT | Rep.Agency: NYPD |

**END OF COMPLAINT REPORT # 2022-019-008886**