# EXHIBIT E

Transcript of January 15, 2020 Phone Call Between Plaintiff and Jane Doe 3

Re: Defendant Azevedo's Pattern of Predatory Behavior and Sexual Harassment towards students at CBMM Summer School

**Transcript of January 15, 2020 Phone Call Between Plaintiff Karolina Marciniak and Jane Doe 3**

[Jane Doe 3], phone # [REDACTED];

Karolina Marciniak (KM), phone # [REDACTED];

date: January 15, 2020 at 06:31 pm.

[00:00:01.12] [KM] Hello.

[00:00:02.72] [Jane Doe 3] Hi, Karolina. [Jane Doe 3] here, how are you?

[00:00:04.92] [KM] Hi, [Jane Doe 3]. I'm good. How are you?

[00:00:07.72] [Jane Doe 3] Good. Thanks. Is now okay?

[00:00:11.28] [KM] Yes. Yeah. It's perfect.

[00:00:13.96] [Jane Doe 3] Okay, great. So nice to talk with you. Sorry that it's under these circumstances. But I'm happy to talk with you a little bit about what I was referring to. About kind of what happened at [00:00:30.00] the Woods Hole program. Or. I don't know if there were other things you wanted to get to first. If you wanted to fill me in on anything. I'm really happy to do whatever's most helpful.

[00:00:42.20] [KM] Great. Thank you so much. Thank you so much for responding to my email. And I know that it's unusual issue and unusual way to contact somebody, you know, I was not thinking about this for a long time, and just [00:01:00.00] recently, I just realized that it's not that, you know, when I'm reporting that the institute, the University is going to take care of that and collect all the information from witnesses on their own. But it seems that the, the, the structure of the system works pretty different than what I expected. So I just figured out that it is extremely helpful to to talk with other female participants [00:01:30.00] of the Summer School. And I also got in touch with postdocs

from Boston which helped me because, you know, I'm in New York, so I'm kind of detached from this environment. And whatever is happening there, I am not aware of that. So I had to kind of establish this channel to start to kind of introduce my issue and, ask [00:02:00.00] if somebody could seen something or, you know, could be helpful in this process of reporting and really getting to the point of what is the problem and that we can properly address it and, you know, identify people that are involved in those incidents and to move things forward.

[00:02:21.33] [Jane Doe 3] Yeah, absolutely. And, you know, as I said in my email, I'm really sorry that this happened to you, that you're in this situation. But I think that it is really important [00:02:30.00] and courageous that you are taking those steps and hopefully improving the environment with other people. I mean, I know that that's really hard to do. I have a good friend at [the Ivy League school in the area] who once was at MIT for undergrad, was involved in CBMM and unfortunately had an experience that sounds very similar to yours. And it sounds like there's kind of a problematic culture that's been going on for [00:03:00.00] many years with CBMM, and that's that's really not okay. And, you know, that's, you know, me knowing that it happened to two people is two too many. And I hate to think that there could have been more. So I do think it's really important to to take steps towards this that, you know, that can't be allowed to continue. Yeah.

[00:03:26.59] [KM] So it's it's really shocking to hear that what what [00:03:30.00] you just told about your friend. I mean, truly I didn't expect to hear anything like that.

[00:03:40.35] [Jane Doe 3] I know that's hard. And, you know, this happens. I'm not quite sure how many years ago, but at least at least 2 or 3 for her. And she, you know, reported it at the time and went through the whole process. And you know, [00:04:00.00] it's really difficult for her to talk about, but I mentioned I was speaking to someone from CBMM who had a similar issue. And, you know, it's just it's sad that this is still going on. But she she also shares that she's really sorry to hear that that happened to someone else and that it's really great that she's recalling it. But yeah.

[00:04:27.46] [KM] Yeah. So maybe, you know, I will just tell you what happened [00:04:30.00] to me in 2017. And we can go from there.

[00:04:42.30] [Jane Doe 3] Okay. I'm, of course, happy to hear that. And also don't feel, you know, feel free to share whatever's comfortable for you. I know this can be hard to talk about, but, yeah, I'm happy to hear what's been going on.

[00:04:56.36] [KM] So yeah, 2017 was actually my first my [00:05:00.00] first year of there. And I applied to go to the summer school as a student. I didn't really get it to the list of the students. I just made it to the waiting list. And then I immediately before the summer school, I got a welcoming email from Xavier, the senior teaching assistant. And so I thought that I made it to the list, and I contacted him. [00:05:30.00] But instead, as a matter of fact, he told me that his email was not related to that. And probably I got it by being on the list they sent around not to miss anybody. But then he introduced to me the possibility of going there as a listener because I was already, like part of the CBMM with my project. So he told me to to write to the directors, to introduce myself and to ask [00:06:00.00] for the possibility of going there for a couple of days for the lectures and to meet my collaborators. So I did it, and I got an email from from Boris saying that I can come. I mentioned that there might be accommodation for me available, and then he sent me further to Xavier for accommodation. [00:06:30.00] And then, in his email there was this other folks that he introduced in the email that are living in the cottage.

[00:06:47.46] [KM] And so they have like a free room that people are coming and, and going back and forth. So during this period when I was there, this this [00:07:00.00] other person apparently started to be very friendly to me. And was like using this opportunity that he was staying there in a cottage, to show me around. And actually I was dependent on him because I didn't have any keys to this cottage. And also, you know, I've never been to school. So, with those housing arrangements, I was [00:07:30.00] totally dependent on them [Azevedo and Boix]. But you know, he didn't hit on me. He was not romantic. Nothing like that, he was not interested in me this way showing me that he likes me. Anything seemed that was just helpful. To to show me around. And then it was [00:08:00.00] also clear for my site. I went there to attend the lectures, and I, I met Nancy, and Josh. I had a meeting to talk about my project, and also, I was not interested in him at all. And what happened the last day of being there? You know that the programs are pretty long and you know, that day I was running [00:08:30.00] in the morning, and I was pretty tired in the afternoon. Then I went to the lecture, and he proposed me that he can enable the room, because as a CBMM coordinator and Teaching Assistant, he had access to some free bedrooms in SWOPE

building on campus. What I figured out later was that actually what was in the email, that he and Xavier were staying in the cottage permanently, was a lie.

[00:08:52.86] [KM] He stayed in the cottage all around [00:09:00.00] this time when I was there. Apparently there was like a big party called the reunion during the weekend, where they have a lot of people. So I heard he stayed in the cottage because he wanted to provide his place in SWOPE to somebody else. I arrived on Monday, after the reunion. He was still staying in the cottage. [00:09:30.00] That day of the rape, he made available to me the room in SWOPE in the afternoon. I refused, I attended a lecture. Then after the dinner, he asked again, and I thought, okay, I might actually use it to have a rest before the project time. And so he showed me this room. Then [00:10:00.00] he started to make it like he wanted to join me. I told him I really wanted to have a nap. So I lie down in my shirt and have a nap. And then he left the room. So I was sleeping, and then I woke up when somebody entered the room, it was like [00:10:30.00] to pick up something. And then I realized that the person, the perpetrator, he was in my bed.

[00:10:35.68] [KM] And as soon as Vittal left, he started to hug me. I pushed him away. He started over again and again and again. He lean on me. And he forced sex. [00:11:00.00] so this was a situation that was totally unexpected for me. I don't know that he could try something, something like that. All the time I was saying that I don't want, that I don't want anything, no, no, no, but, he was still there and saying it was just the massage, and again, I was saying no to massage. He pushed [00:11:30.00] then he forced. And I think I was in the state of shock. And, and this, this was also not supposed to be happening, and I had no people around, and also was in the situation of being there as somebody from outside and feeling that it is a very important working environment for me. And I took the [00:12:00.00] collaboration very seriously for my project. I kind of feel that yeah, I didn't, I didn't, I, you know, I didn't jump out or I didn't call anybody. I just even didn't know what I could do in this situation. So I did nothing. And yeah, he call it [00:12:30.00] afterwards that it was consensual. But it was definitely, you know, in this manipulative rhetoric from him that, this is the way to get them, the women.

[00:12:50.91] [KM] And then okay, it hurts. And then. [00:13:00.00] It's just I totally didn't know what to do, what I got to do, and accepted a contact with him for a while afterwards, which yeah, I mean, this this thing is still very painful for me that I accepted

a contact with him. But the [00:13:30.00] more I read about such cases and statistics then I am aware that it wasn't a singular reaction but actually, it's pretty normal that the human could do it and suffer because of the environment. So I confronted him about this situation, that it was unconsensual. [00:14:00.00] And then he actually revealed that he had once a women in his room that was under the influence of alcohol. And he felt that, anyway, he's going to have sex [00:14:30.00] with her so he started to penetrate her, and she woke up and protested but he continued and told that consent does not matter. I mean, it seems that he was describing it to me as if it was like, as if he was above the law and it wasn't important for him what other person though, and because he felt that he was anyway priviledged to rape. [00:15:00.00]

[00:15:04.08] [Jane Doe 3] Wow.

[00:15:05.20] [KM] Yeah. So, then he was telling to me about the next Summer school in 2018, when I was accepted to go there as a Teaching Assistant. He was demanding from me to hang with him because, [00:15:30.00] he revealed that he was planning to have sex with other students.

[00:15:39.16] [Jane Doe 3] Oh my God.

[00:15:40.40] [KM] In 2017. I already witnessed that he had his students overnight with him the first night. The two female students that were directly their students. [00:16:00.00] He and Xavier were responsible for their project. So, I mean, yeah, we know that this was a position of power that he had. And like that, you know, it's it's not right to insist on sexual contact with subordinate. And actually, in 2018 we didn't have any training [00:16:30.00] about how to behave and deal with misconduct, but there was a meeting that was organized for us in the first week of the summer school, where Gabriel touched upon those issues. The one issue was a complaint and an instruction not to force the topic of the project to the student and another instruction was not to have sex with students, as if some sort of incident happened. just to remind you that sex is not allowed because of this power asymmetry. [00:17:00.00]

[00:17:05.45] [Jane Doe 3] Yeah, so it sounded like as if something already happened and he had to remind about power asymmetry. And then, he also said that there are other ways I can imagine that if you want, you can have sex, looking around at us as if

he meant that TAs approaching students for sex were [00:17:30.00] supposed to have sex with other teaching assistants. It made me very uncomfortable. It sounded really bad. But it also showed me that there is a lot to do with this CBMM culture, that is, that the people feel that they can do it and they are not stopped. And at that point, there were no regulations that will put [00:18:00.00] those behaviors in boundaries. So I filed a complaint at the beginning of last year. And it was pretty confusing. I contacted the Title IX coordinator at MIT, and I read the procedure description on the MIT website, and the process seemed to be fantastic. They were [00:18:30.00] promising a fast, fair way of dealing with the complaints. So I was encouraged I just wrote everything I remembered all details. But apparently they I didn't want to take the claim because they said that it's very complicated. And the protocols also from Harvard was similar and they said the things happened in Woods Hole. So at the end I heard there was a conference between Harvard, MIT and MBL and it [00:19:00.00] was decided that University of Chicago who owns MBL will do investigation. So I also expected that investigation would be [00:19:30.00] unbiased, about looking for evidence or collecting it. I sent to them all my notes I had. They call it my statement and it was uploaded in the virtual box that this guy had access to, and [00:20:00.00] then he could respond to that and then put the statement on the box. I could not and was not asked any other questions anymore. And they said there were interviews. I provided contact details to around seven people that might have seen something in 2017, but they did not say whether they interviewed them. At the end, those people completed the process pretty fast and said that they don't have enough evidence that it happened. [00:20:30.00] And I was not provided an appeal. So at the end, what I did, I found it very unfair. And so now I have appealed to the NSF. I had a conversation with NSF coordinator, they [00:21:00.00] are working on the initial determination, how they are going to proceed with that. I would really like them to do the unbiased investigation that they could look at the facts and talk with other people and get to know the problem. So so that's why I am also collecting any complaints from others and see [00:21:30.00] if that might be helpful for them to address the issue. Okay.

[00:21:39.89] [Jane Doe 3] Wow. That is. Oh my goodness. That's .. so much...

[00:21:45.81] [KM] That's.

[00:21:47.37] [Jane Doe 3] That's just really terrible. I'm so sorry. That happened. And that. Oh, that's just that really makes me sick. That that happened also. That's incredibly frustrating. [00:22:00.00] That that's done such a terrible saga

[00:22:08.41] [KM] Oh.

[00:22:09.29] [Jane Doe 3] Okay. So yeah, that's and you know, I don't know, I don't know. I have to talk a little bit about the summer program, but I don't know if you're aware. I'm actually from, I'm doing a clinical psychologist, and I'm actually a therapist working with people with post-traumatic stress [00:22:30.00] disorder. And I know that, you know, just recovering from something like that, it is so terrible and so difficult and it just makes me so sad that that happens.

[00:22:48.27] [KM] Yeah. Yeah, just, you know, the reaction to this is like, on my face like nothing happened, I try and I'm going to pretend [00:23:00.00] that I'm okay, but then it's just I'm just worried about other people, I think that it was crucial to report, that you know, the information that I got from him that if if I'm not gonna do anything, then it might happen to somebody else, and he might be the kind of person that feels [00:23:30.00] privileged and it can happen again. So I though that in the future I will never forgive myself if I didn't do anything. And I'm also talking with other people that got affected. I also [00:24:00.00] feel that it's a good support from the community, for me, you know, from from the women in the environment. And we know that, that, that men are talking between each other about these issues. And I know that it's probably we don't do. And I just figure out that it's so helpful for this topic. And I got so much [00:24:30.00] support from colleagues and friends.

[00:24:38.76] [Jane Doe 3] I'm glad you've been getting support, that other people are supportive.

[00:24:45.68] [KM] Okay, so with that in mind I think, would you like me to kind of tell you what my experience was? To just kind of have that context here. [00:25:00.00]

[00:25:00.88] [KM] Yeah, that'll be very helpful.

[00:25:02.84] [Jane Doe 3] Okay. So, I mean, let me just say, first of all, the whole summer program just felt like a very sexually charged space in a way that I kind of noticed right from the beginning. It was kind of odd. But the reason [00:25:30.00] for this is one person in particular. I just I mean, you don't have to tell me who it was. I just really feel like it was probably the same one, Fred. And basically you know, they were kind of joking comments about body image. Just [00:26:00.00] kind of like, you know, just comments about women or women's bodies or sex, or kind of joking with me, like kind of jokes about that, about like doing that or just bringing that up. And then towards the end of the program like with a few days left Fred had [00:26:30.00] talked about. You know, he's from Brazil and he talks about drinking caipirinha or whatever that drink is called. And, and so we've been texting back and forth about other things [facilitation of his mobility around the area] and so I just texted him with a friendly text, just like, you know, hey, you mentioned that you were going to make those drinks, like, you know, [00:27:00.00] me and a couple other people were interested, like, if you wanted to make them.

[00:27:07.05] [Jane Doe] And he kind of quickly turned this into, like, trying to get me alone with him, like, drinking these drinks. And at first, you know, I'm a very non-confrontational person. And at first I tried to really deflect with, like, oh, no, I don't want to. I don't want to go alone, other people want too. [00:27:30.00] Like other people want to join too. Like you can get a group and, like, have drinks. And he just kept kind of responding about like no, I want it to be just you and me, and, like, we can go alone together at night to the beach, the secret beach and have a picnic. And I just kind of handled it by saying, like, no, I have to work tonight. No, [00:28:00.00] I'm busy. Like, no, whatever. And just kind of avoided this. And then during the last day of the program, he kept sending me more and more like, direct messages about, like, come over, like, leave the, like, leave the presentation and come over and, like, you can hang out and I'll make you a drink. And again, I was trying to say like, no, let's do it when we all can be there, trying [00:28:30.00] to make it.

[00:28:31.14] [Jane Doe 3] Like, like, no, I'm not trying to come alone to you. And finally he kind of said something along the lines of like, otherwise. Oh, like, I think you'll want to be alone for our meeting. Like, with a winky face and then like, some comments about like, oh, you're like, it's so cute how hesitant you are or how shy you are about this. And then at that point, I felt like [00:29:00.00] I couldn't just deflect or try to, you know, be

casual anymore. So I said to him, this is over text. I said to him like, look, I'm sorry. I think he's misinterpreted. Like, I, I just want to be your friend. Like, I have a boyfriend. I'm not interested in anything more than that. At which point, it was WhatsApp, so he then deleted a few of his [00:29:30.00] messages, like the more very explicit, like flirtatious messages about having me come over and being alone and having this like meeting just one on one. He deleted them from WhatsApp and he just responded like, oh, okay, okay, no problem. See you tonight and he stopped engaging. And then he was very, very strange when I saw him in person. So I was pretty [00:30:00.00] close with [Teaching Assistant 1] the other day, and.

[00:30:06.96] [KM] Um. Okay.

[00:30:11.32] [Jane Doe 3] Yeah. So I was pretty close with him. Um, we kind of stayed friends. And. So. [Teaching Assistant 1] the other day, and [Teaching Assistant 1] is a whole other story. Um, but I did not find him to be problematic for me personally. Um, but [Teaching Assistant 1] kind of made a joke to Fred [00:30:30.00] in front of, like, I was like, oh, like like Fred has to take all this stuff back with him to Boston. Like, he's wanted to drive him back. And it was just incredibly uncomfortable. Like, it was clear he knew that. Like, he fucked up. Like he was just so uncomfortable and, like, basically, like, walked away. Um, and then at the party, you know, he had dinner that night and then a party at the house. Um, where, sure enough, [00:31:00.00] he was making this drink that he kept talking about to everyone. Um, and he just, like, wouldn't talk to me, like, when he look at me like. Um, and then as I was leaving, I was saying goodnight to everyone, and he was sitting with a few, like he was sitting with a few women and, uh, [Teaching Assistant 2] and I forgot who else was there. Um, And I was saying goodbye to everyone, giving everyone hugs. Um, and someone, maybe [Teaching Assistant 1] [00:31:30.00] or someone might have said, just like, oh, aren't you going to give her a hug goodbye? And he [Fred] just looked at me and it was kind of like, "no", like, "it's not worth giving it" or something. And it was like, pretty rude. Um, and I just kind of, like, nodded to him and walked away. Um, and then ended up running into him in the morning as I was packing up and leaving in the dining hall. And he was again, very, very like, [00:32:00.00] just very much did not want to talk to me. Like it was clear he like, was avoiding me and just felt very awkward and uncomfortable. Um, so it just struck me as like he was very embarrassed at how he'd behaved or like, worried that I was going

to say or do something like, I think the fact that he deleted made me believed how bad those messages were.

[00:32:24.75] [KM] Deleting the evidence.

[00:32:27.03] [Jane Doe 3] Yeah. It was like deleting that. And I'm kicking [00:32:30.00] myself because I. I usually do situations like I take screenshots of things and I haven't taken a screenshot when you just come in. Yes.

[00:32:41.87] [KM] I cut the interactions with him after he assaulted me again, then at CBMM retreat he approached me unwelcomed on the corridor at MIT. I said no to his demand to break up with my boyfriend and to hang around with him during the Summer School because he said it would make easier for him to chase female students for sex [00:33:00.00], and the before the summer, he sent me a message , "I hope that you're thinking about me and not about your stupid boyfriend".

[00:33:07.27] [Jane Doe 3] So, yeah, I mean.

[00:33:09.15] [KM] I just wrote back that it's too much and he behaved like a kid, and, I'm not going to tolerate any offense like that anymore. And then afterwards, I blocked him. My boyfriend, he is my husband, you know, and from the respect to him, I did this. So. Yeah. So don't [00:33:30.00] blame yourself. And we can just not predict, right?

[00:33:35.42] [Jane Doe 3] Yeah. I'm just like, oh, I would have been so good because the evidence would have been right there. You know, when it's in text, it's like so obvious. Um, but, you know, I'd and as it was happening, I talked about it to a couple people. Like [fellow CBMM female student] was one of the people who was originally with me when, you know, she was kind of like, oh, won't he [00:34:00.00] make us the Brazilian drinks. And I was like, oh, okay. And then I kind of told her, like, when his messages got weird and it was making it clear he didn't want her to come and he didn't want other people to come. Um, and I had a couple of male friends as well, who I kind of shared this with and showed the messages to as they were coming in. And I [00:34:30.00] was like, this is really weird. Like, and they both agreed that it was like incredibly inappropriate or just like, you want, like, do you want to go talk to him with us

there? And I was like, again, I'm just very like, I just try to avoid conflict when at all possible.

[00:34:49.00] [Jane Doe 3] And like, I mean, unfortunately, like being a young woman in a science field, like, these things happen quite a bit. Like I just deal with inappropriate [00:35:00.00] flirtation or inappropriate comments quite often. And, um, you know, like at first, before the whole conversation about the drinks and being consistent about it, like, you know, I'm just like, oh, this is. This is harmless. This is fine. Like, this is just a summer program. Like, he's an attractive person. Like, whatever he wants to, like, say things like, that's harmless. And [00:35:30.00] so I feel like it's kind of hard to draw that line between, like, this is just harmless flirtation. That might be inappropriate, but it doesn't really bother me to all of a sudden like, oh, this is really uncomfortable, and I want this to stop. Um, yeah. So I mean, God, like, I just feel, you know, I feel incredibly fortunate and happy that I did not [00:36:00.00] go over there that day to, you know, meet with him and have the drink, because I would really hate to think what could have happened, but, I mean, it's really not okay.

[00:36:13.14] [KM] Yeah. Yeah, it just makes sense together. I don't want you to think that [00:36:30.00] you don't have any proof because your voice and your story description is totally valid, from a person other than me, same context. And, you know, it's incredibly valid, um, against him. Yeah. So because, yeah, I totally get that. He's, uh, he's not stupid. Right. So, uh, he knows what kind of consequences [00:37:00.00] he can have. And, um, I felt in 2017, you know, that he was deceiving others, you know, doing kind of show that the situation, that everything was going ok. So he lied to others that I was his old friend from the city in Germany where he did his PhD. I did not know him, we've never met before that Summer School. We did PhD in the same city in Germany, but [00:37:30.00] we never talked to each other. We weren't in the same workplace, he was in a separate institute, and we had a separate group of friends, so we did not interact. And then nevertheless, he felt like a powerful enough and privileged to organize the situation and to make this context that nobody will just get suspicious about what was happening. He felt comfortable, you know, to to be around [00:38:00.00] me and to, um, to be to not have any, uh, comments of inappropriate behavior from other guys.

[00:38:11.91] [Jane Doe 3] So, yeah.

[00:38:13.43] [KM] I can just imagine what I think he could tell them afterwards, you know, to make it look like everything is consensual, which also makes me, like, helpless afterwards because I thought, oh my God, I don't have any other [00:38:30.00] evidence apart from my story about what happened. There were no cameras in the room. So who's going to believe me? Right?

[00:38:39.42] [Jane Doe 3] Right. He's just so screwed up that you have to try to prove something like, you know, like that it would neven need that much. But. Yeah, I know what you mean.

[00:38:51.34] [KM] Um, so also, I was fighting against myself with reporting because I knew how bad [00:39:00.00] it looks for my side. And I knew that maybe I would not be believed. In this investigation, it [00:39:30.00] appears to be so that they believe him, that there was a consensual contact, which was pretty depressing for me, because there is no way how I could bring the message that I could be seen credible as a person. Because he had told me afterwards about other person, [00:40:00.00] I figured out who was the person that he was referring to and now I have another woman that is going to help, she experienced emotionally abusive behavior from him, and she saw him harassing other women, and she was [00:40:30.00] willing to help and also provided information to this investigation. And, um, so this is this is pretty encouraging. I also I just recently I found out the, the woman that he was bragging about, the one that he started to have intercourse when she was sleeping. And I really hope that she can also help, because together and those [00:41:00.00] those things in the US together, we really have a strong voice to come, to do someting so that he won't do it again.

[00:41:15.25] [Jane Doe 3] Yeah. Needs to be out of. I mean, he should be in jail, but he needs to be out of the program. That's that's ridiculous that he's been allowed to continue on as he has.

[00:41:28.73] [KM] And that this is happening. [00:41:30.00] And so, just to be sure, your friend had her own experience with him or was it another person?

[00:41:43.57] [Jane Doe 3] I don't know, it's like very upsetting for her to talk about. So I tried to not ask her too many details. I oh yeah, I can ask her if [00:42:00.00] she

wouldn't mind sharing like the first letter of the name or something like that, just to be sure. Um, just two. Or I can tell her the first letter of his name and just like, ask her just to be sure that that's not the same person. I don't think it would be. This was a few years ago, but, um, I mean, I, I want I want to know that. Sure. Um, but [00:42:30.00] she's filed with the title IX, and he should be in that court. Um, I'll ask her. I'll. I'll do that up for sure.

[00:42:40.51] [KM] Yeah. I mean, it's not super crucial. It was just, uh, you know, like a certain question, but.

[00:42:46.11] [Jane Doe 3] Yeah.

[00:42:47.07] [KM] I believe you with your story. And everything is so much stronger right now against him. And it's it's extremely valuable. And also because, [00:43:00.00] um, he was told that it's not allowed in 2018, he was told by his Supervisor. This program offered financial help and nevertheless, he could not control himself. Right? Right. Yeah.

[00:43:20.02] [Jane Doe 3] So. Yeah. So I'm happy to. I'm happy to help however I can. Um, I'm just for the sake of time, because [00:43:30.00] I'm going to have to go in about ten minutes. Um, yeah. So what? What are you thinking? Like, are you thinking that someone from title nine will contact me for a statement? Will they want, like, my name attached to it? What? What they'll want from me or what that process will look like?

[00:43:52.62] [KM] I don't know yet. With the other women, I just relied that information that I mean, there is a person that is willing to provide [00:44:00.00] this information. And they they did not ask me for any other details saying that, uh, We are going to get back to you soon with the initial determination, but what I can do right now is just I will do the same. I will get in touch with that person this is, uh, Robert Cosgrove, and I will tell him that there is, uh, a student from the summer school, [00:44:30.00] 2017, that experienced his, uh, pushing behavior. I don't know, how would you name it? Um, how how much you can tell without..

[00:44:40.88] [Jane Doe 3] Yeah, I would say, like, um, who experienced uncomfortable, like, uncomfortable requests to be alone. Like, in a sexual way. Yeah. How you want to,

however you want to phrase it. Or just, like, pushy behavior [00:45:00.00] or behavior that made her uncomfortable like that felt overly flirtatious. However, that's how I know I would really do it. However you want to let it go.

[00:45:18.14] [KM] Uh, ok I'm going to update you about the progress, and I'm not going to provide [00:45:30.00] any of your details at that point. Um, yeah. Um. Hopefully it's going to work in a sense, because if you do the investigation, it's going to be very powerful. Um, so that'll help over. Mit and Harvard and MBL. So, um, I hope that their [NSF] voice is going to be, like, superior to any other institutions. And, [00:46:00.00] um. Uh, yeah. Let's let's stay in touch and. Okay. Thank you so much. I really, really appreciate your help. And, uh, yeah, I'm so happy that, uh, nothing happened. But, uh, and also thank you for, um. Yeah, for being sensitive and listen to me and, um.

[00:46:26.65] [Jane Doe 3] Of course. And I will say [00:46:30.00] again, I wish I could do more and, um, you know.

[00:46:35.93] [KM] You just gave me such a huge, uh, gift with your story? And it's really. It helped me so much. Uh, yeah, I, I don't know how I could, uh, express myself, and I really appreciate your help a lot.

[00:46:57.69] [Jane Doe 3] I'm glad. I'm really happy. I'm [00:47:00.00] happy to support you wherever you can. Um, yeah, but I think that that sounds like a great plan. You know, if I ultimately need to share my name. Um, I can do that. But I do agree that it would be helpful to just kind of have it anonymous for as long as possible. I would appreciate that. Um, and I think if it comes to it, you never know if he will remain, but I'm positive that I showed the messages [00:47:30.00] and showed that he deleted the messages to someone in the program. Um, who I think would be supportive was very supportive at the time. And, um, he's at a university in the U.S. So should be easy to contact. And I think I have his cell phone number and stuff. So if it comes to that, I think I mean, I never you never know what people will or won't agree to, but, um, I [00:48:00.00] could see if he would be willing to, like, speak to the fact that those messages existed and that he saw them and that they were inappropriate. Um, so that would be helpful.

[00:48:13.10] [KM] Extremely helpful. Yeah, great.

[00:48:17.58] [Jane Doe 3] Um, but that sounds like a good plan now. But you have my email. You have my phone number. Um. Feel free to email and text. Um, whenever we can set up a call. [00:48:30.00] Um, and I will. This semester is absolutely crazy, but I'll try to get back to you for email in a couple of days if and when you reach out. Um, so best of luck with that and keep me posted and I'm sure we can touch you soon.

[00:48:49.22] [KM] Yes, definitely. I'll be updating you. And you understand that. Thank you so much. Thank you so much.

[00:48:56.06] [Jane Doe 3] Okay. Thank you.

[00:48:57.86] [KM] You too.

[00:48:58.54] [Jane Doe 3] Thank you. Bye bye.

[00:48:59.70] [KM] Bye bye. [00:49:00.00]