# EXHIBIT G

# Medical Documentation

Re: Plaintiff's Medical Decline Following Lifting of MBL No-Contact Order (May 21, 2025)

# Summary of Plaintiff's Medical Decline Following Lifting of MBL No-Contact Order (May 21, 2025)

| Date | Weight (lbs) | BMI | Clinical Diagnoses & Notes | BP | Link to Stressor |
|---|---|---|---|---|---|
| 11/18/2024 | 143 | 21.12 (Normal) | PTSD; Chronic Depression; Chronic Migraine | 124/80 | Baseline (Protected) |
| 06/04/2025 | 122.24 | **18.05 (Underweight)** | **"Severe episode of recurrent major depressive disorder"; "Intractable chronic migraine"; "Anxiety"** | 122/81 | **2 weeks post-order lift** |
| 06/28/2025 | 116.84 | **17.77 (Underweight)** | ER visit for corneal abrasion (often stress-related). **Hypertensive Crisis.** | **170/108** | **~5 weeks post-order lift** |

# Ewa Kozikowska M.D.
*Diplomate of American Board of Psychiatry and Neurology*



New York, NY

08.12.2025

Re: Karolina Marciniak
DOB: 07.27.1984

To Whom It May Concern:

Mrs. Karolina Marciniak was under my treatment since 10.04.2022 until 10.24.2023 for Posttraumatic Stress Disorder, Major Depressive Disorder Recurrent. She was prescribed ▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇.

Sincerely,

*[signature: Ewa Kozikowska, M.D.]*
New York, NY
Ewa Kozikowska, M.D.

THE FLOATING HOSPITAL • 2101 41ST AVE, LONG ISLAND CITY NY 11101-4801
MARCINIAK-DOMINGU, Karolina M (id #188592, dob: 07/27/1984)



**The Floating Hospital**
**CHC**
**2101 41ST AVE**
**LONG ISLAND CITY**
**NY11101-4801**

08/12/2025

To Whom it May Concern:

The Floating Hospital provides healthcare to diverse and underserved communities. Our providers are licensed behavioral health professionals who provide individualized treatment to address a multitude of clinical issues. This letter is to certify that **Karolina Marciniak-Domingu** has been a patient of the Behavioral Health Team at The Floating Hospital since **11/14/2023**

They are currently being treated for **Posttraumatic Stress Disorder**

They have been consistent in attending their bi-weekly appointments with ▮▮▮▮▮▮▮▮▮▮▮, **LMSW**

They have been consistent in attending their monthly appointments with ▮▮▮▮▮▮▮▮, **PMHNP**

They report having good adherence with their medications ▮▮▮▮▮▮▮▮▮▮▮

If you need further information, please feel free to contact our medical records department 718-784-2240 ext. 103.

Sincerely,

Electronically Signed by: ▮▮▮▮▮▮▮▮▮▮▮, LMSW
▮▮▮▮▮▮▮▮▮

# AFTER VISIT SUMMARY



**Karolina Marciniak**  DoB: 7/27/1984

📅 11/18/2024  4:30 PM   📍 Weill Cornell Internal Medicine Associates

## Instructions  from Alice Sichen Zhao

💊 **Your medications have changed today**
See your updated medication list for details.

🛒 **Pick up these medications at WALGREENS DRUG STORE #01214 |         NEW YORK, NY**

Address:         NEW YORK NY
Phone:

## What's Next
You currently have no upcoming appointments scheduled.

## Today's Visit

You saw Alice Sichen Zhao on Monday November 18, 2024. The following issues were addressed:         ; Chronic migraine without aura without status migrainosus, not intractable; PTSD (post-traumatic stress disorder); and Chronic depression.

| | | | |
|---|---|---|---|
|  | Blood Pressure<br>124/80 |  | BMI<br>21.12 |
|  | Weight<br>143 lb<br>(64.9 kg) |  | Height<br>5' 9"<br>(1.753 m) |
|  | Temperature (Oral)<br>98.4 °F |  | Pulse<br>65 |
|  | Respiration<br>14 |  | Oxygen Saturation<br>97% |

### 🛡 Immunizations Given

SARS-CoV-2 Vaccination and Influenza (MDCK), preservative free, trivalent

### Connect

View your After Visit Summary and more online at **https://www.myconnectnyc.org/MyChart/**.

# Your Medication List <span style="color:gray">as of November 18, 2024 11:59 PM</span>

ⓘ Always use your most recent med list.



## Allergies

Date Reviewed: 7/17/2024

**High:** ▓▓▓▓▓▓▓▓▓▓
**Not Specified:** ▓▓▓▓▓▓▓▓▓▓

# AFTER VISIT SUMMARY



**Karolina Marciniak**  DoB: 7/27/1984  CEID: ▮

📅 6/4/2025 11:30 AM   📍 Weill Cornell Internal Medicine Associates ▮

## Instructions  from Mouhammad Jassesm Alawad

**Your medications have changed today**
See your updated medication list for details.

**Pick up these medications at CVS/pharmacy #2144**
▮
NEW YORK, NY ▮
▮
Address: ▮ NEW YORK NY ▮
Phone: ▮

**Referrals made today**
Referral to ▮
Where: ▮
Phone: ▮
Expires: ▮

Referral to ▮
Where: ▮
Phone: ▮
Expires: ▮

## Today's Visit

You saw Mouhammad Jassesm Alawad on Wednesday June 4, 2025. The following issues were addressed:

- Severe episode of recurrent major depressive disorder, without psychotic features
- ▮
- Intractable chronic migraine without aura and without status migrainosus
- ▮
- Anxiety

| | |
|---|---|
| **Blood Pressure** 122/81 | **BMI** 18.05 |
| **Weight** 122 lb 3.9 oz (55.4 kg) | **Height** 5' 9" (1.753 m) |
| **Temperature (Oral)** 98.4 °F | **Pulse** 91 |
| **Respiration** 16 | **Oxygen Saturation** 96% |

## What's Next

You currently have no upcoming appointments scheduled.

## Connect

View your After Visit Summary and more online at https://www.myconnectnyc.org/MyChart/.

# Your Medication List <span style="color:red">as of June 4, 2025 11:59 PM</span>

ⓘ Always use your most recent med list.



## Allergies

Date Reviewed: 7/17/2024

**High:** ▮▮▮▮▮▮▮▮▮▮
**Not Specified:** ▮▮▮▮▮▮▮▮▮▮

# AFTER VISIT SUMMARY

**NewYork-Presbyterian**

**Karolina Marciniak**  MRN: 1102932122 CEID: WMC-C58S-1JMF-V5GD

📅 6/28/2025   📍 GBG ADULT EMERGENCY

## Instructions

You were seen in the New York Presbyterian Emergency Deparment for eye discomfort. You have a small scratch to your eye (corneal abrasion):

1. Avoid contacts if you wear them until your eyes feel better
2. You should apply ▇▇▇▇▇▇ exactly as directed.
3. Avoid direct sunlight to the eye and keep it covered unless otherwise advised.
4. Start the ▇▇▇▇▇▇▇▇ tomorrow.

Even if you feel better, please follow up with your primary care doctor , as well as ophthalmology (eye doctor) clinic(s) to see how well you are improving. You may need additional treatment or testing.

We feel that you are stable for discharge home. However, things can change. Please return to the Emergency Department immediately if you develop:

1. worsened headache or eye pain
2. decreased vision
3. new visual obscuration
4. flashes, floaters, or curtain over your vision
5. any new symptoms that you feel requires urgent evaluation by a doctor

### Your medications have changed

➡ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Review your updated medication list below.**

### Pick up these medications at WALGREENS DRUG STORE #01214 | ▇▇▇▇▇▇ NEW YORK, NY

Address: ▇▇▇▇▇▇ NEW YORK NY ▇▇▇▇▇▇
Phone: ▇▇▇▇▇▇

### Call Weill Cornell ▇▇▇▇▇▇

Specialty: ▇▇▇▇▇▇
Contact: ▇▇▇▇▇▇
New York New York ▇▇▇▇▇▇

## Today's Visit

You were seen by Vinodh Chandra

**Reason for Visit**
Retained Contact lens

**Diagnosis**
Corneal abrasion due to contact lens, left

### 💊 Medications Given
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

| Blood Pressure | BMI |
|---|---|
| 170/108 | 17.77 |

| Weight | Height |
|---|---|
| 116 lb 13.5 oz | 5' 8" |

| Temperature (Oral) | Pulse |
|---|---|
| 97.9 °F | 89 |

| Respiration | Oxygen Saturation |
|---|---|
| 16 | 98% |

## Your Next Steps

👍 **Do**

☐ Pick up these medications from WALGREENS DRUG STORE #01214 | ▇▇▇▇▇▇ NEW YORK, NY
▇▇▇▇▇▇
- ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

## Connect

View your After Visit Summary and more online at https://www.myconnectnyc.org/MyChart/.

---

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| ██████████ | |

## Antibiotic Information

## NYP Virtual Urgent Care

## ED Providers for your hospitalization

| Provider | ED Prov | Service | Role | Specialty |
|---|---|---|---|---|
| Chandra, Vinodh, MD | Yes | — | Attending | Emergency Medicine |
| Ting, Helen, NP | Yes | — | ED Nurse Practitioner | Emergency Medicine |

## Additional Contact Information

## Additional Contact Information (continued)



## Discharge Medications Safety Steps

**IMPORTANT - Medication Safety Steps for You to Follow**



## Your Belongings

█████████████████████ .



# Your Medication List

## TAKE these medications

  

## ASK your doctor about these medications

 

 

  

  





