# EXHIBIT M

Rockefeller University's Notice of Termination of Tenancy

# 90-DAY TERMINATION NOTICE

September 10, 2025

## VIA PERSONAL SERVICE and CERTIFIED MAIL, RRR

To: Karolina Maria Marciniak-Domingues Goncalves Agra (a/k/a Karolina Agra a/k/a Karolina Marciniak) and Pedro Henrique Marciniak-Domingues Goncalves Agra (collectively, the "Tenant" or "you")
500 East 63rd Street, Apt. 13F
New York, New York 10065

Re: **NOTICE OF TERMINATION OF TENANCY:** termination of month-to-month tenancy for the premises known as Apartment 13F (the "Premises") in the building located at 500 East 63rd Street, New York, New York 10065

**PLEASE TAKE NOTICE**, that the undersigned, as Landlord, hereby elects to terminate, as of **January 6, 2026 at 5:00 PM** (the "Termination Date") your month-to-month tenancy covering the Premises occupied by you and all other persons occupying the Premises.

**PLEASE TAKE FURTHER NOTICE,** that Tenant and all other persons occupying the Premises are hereby notified that you and all other persons are required to quit the same and surrender possession thereof to the undersigned on or before the Termination Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event of failure or refusal of Tenant and all other persons occupying the Premises to quit and remove from the Premises on or before the Termination Date, the undersigned will commence summary proceedings against you and all other persons under Article 7 of the Real Property Actions and Proceedings Law of the State of New York to remove you therefrom and for holding over after the expiration of your term, and may demand the value of your and other persons' use and occupancy of the Premises during such holdover period.

This notice is written without prejudice to and with full reservation of Landlord's rights and remedies.

Please direct all responses to this Notice to Kempshall C. McAndrew, Esq., Cuddy & Feder, LLP, 445 Hamilton Avenue, 14th Floor, White Plains, New York 10601, PH: (914) 761-1300; EMAIL: kmcandrew@cuddyfeder.com.

**LANDLORD,**

THE ROCKEFELLER UNIVERSITY

By: _____
Name: Alex Kogan
Title: Associate Vice President, Plant Operations & Housing