UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
KAROLINA MARIA, MARCINIAK-DOMINGUES :
AGRA, and PEDRO MARCINIAK-DOMINGUES :
GONCALVES AGRA, :
: 1:22-cv-10959 (ALC) (SN)
*Plaintiff*, :
: **ORDER**
-against- :
:
MASSACHUSETTS INSTITUTE OF TECHNOLOGY, :
PRESIDENT AND FELLOWS OF HARVARD :
COLLEGE, BOSTON CHILDREN'S HOSPITAL, :
MARINE BIOLOGICAL LABORATORY, :
UNIVERSITY OF CHICAGO, :
ROCKEFELLER UNIVERSITY, and :
NATIONAL SCIENCE FOUNDATION (NSF)— :
CENTERS FOR BRAINS, MINDS :
& MACHINES COOPERATIVE AGREEMENT, :
:
*Defendants*. :
:
------------------------------------------------------------------ :
x

**ANDREW L. CARTER, JR., District Judge:**

Plaintiff's Motion for a Temporary Restraining Order (Dkt. No. 195) is **DENIED**. Defendants Frederico Azevedo ("Azevedo") and The Rockefeller University ("Rockefeller") (together, "Defendants") are each ORDERED to SHOW CAUSE in writing on or before **September 24, 2025,** as to why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure. It is further **ORDERED** that reply papers from Plaintiff, if any, shall be filed no later than **October 2, 2025**. It is further **ORDERED** that the above-named Defendants show cause before this Court in a telephonic hearing on **Tuesday, October 7, 2025** at **12:00 PM Eastern Time**. Plaintiff and Defendants shall appear and should contact the Court at 1-855-244-8681 (access code: 2316 857 6557#). It is further **ORDERED** that Defendant

1

Rockefeller ensure Defendant Azevedo receives a copy of this Order and all supporting papers, on or before **10:00 a.m., September 16, 2025**.

**SO ORDERED.**

**Dated:**     **September 15, 2025**
                **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**