



September 3, 2017

No place to sleep, no tongue job 😬 9:18 PM ✓✓

Your negotiation skills will meet harder wall on Manhattan:p 9:23 PM

Will meet harder wall? 9:23 PM ✓✓

= wont work? 9:24 PM ✓✓

Nope 😣 9:32 PM

Why? 9:32 PM ✓✓

Because Woods hole was already on the boarder of my emotional endurance. 9:35 PM

I understand and respect that. Dont worry. ;) 9:36 PM ✓✓

I dont want to cause any emotional stress to you. 9:36 PM ✓✓

But we can still hang out as innocent friends in NY, right? ;) 9:37 PM ✓✓

Oh yes ;) 9:38 PM

Cool! 9:38 PM ✓✓

And how are you dealing with the situation? 9:39 PM ✓✓

I still have a blue spot from the wolf bite on my thigh 😬 9.41 PM

Hahaha 9:42 PM ✓✓

But i mean emotionally 9:42 PM ✓✓

How are you dealing with it? 9:43 PM ✓✓

I feel very good. I am trying not to overintelectualize the reasons why it happened. I am still thinking about your



I feel very good. I am try September 3, 2017 electualize the reasons why it happened. I am still thinking about your idea that usually it is because there is something missing in the relationship. 9:50 PM

But it's kind of wrong. Think if this relationship is really worth it. 9:52 PM

But, it's not my job to opine on it 9:55 PM

Are you really typing or is it s bug of whatsapp? 10:04 PM

I think I can deal with it. I know it is wrong. I have been always an idealistic angel. 10:04 PM

:) 10:05 PM

Typing. .but I am slow :p 10:05 PM

Send me a nice photo of you 10:05 PM

So that I can remember every detail of you 10:06 PM

Such as the gorgeous but useless legs 10:06 PM

But no posting on CBMM page please 😛 10:09 PM

⬇ 293 kB

10:33 PM

September 4, 2017



September 3, 2017

Beautiful! 7:49 AM

;) 7:49 AM

🙂 9:56 AM

But. . now I am asking for your photo: your favourite. The one that you like a lot ;) 9:58 AM

10:01 AM

:) 10:01 AM

This is the beat 10:01 AM

Best 10:01 AM

Haha I like it a lot ;) 10:03 AM









September 6, 2017

8:33 AM ✓✓

You are missing here! 8:34 AM ✓✓

;) 8:34 AM ✓✓

That is a nice place! 8:36 AM

And peope looks nice too 😜 8:36 AM

yeah, only me missing 8:37 AM

Where is it? 8:37 AM

Is the guy on your left your brother? :) 8:39 AM

It was in woodshole. 8:43 AM ✓✓

This guybis a post-doc at Desimone's lab 8:43 AM ✓✓

Diego 8:43 AM ✓✓

Super nice guy 8:43 AM ✓✓

I should have come back on Friday night to Woods Hole 😌 I had' nt gone for kayaking that weekend as planned because the guys were leaving too early for me 😣 8:51 AM

Tsc! 8:51 AM ✓✓

btw. . did you have to bike back to Cambridge? 😜 9:01 AM

No 9:02 AM ✓✓

It was raining as hell and Gabriel also didnt bike 9:02 AM

:) 9:02 AM ✓✓



September 6, 2017

:) 9:02 AM ✓✓

Lucky you! 9:03 AM

:) 9:28 AM ✓✓

**Alexander von Humboldt-Foundation - Feodor Lynen Research Fellowship**

humboldt-foundation.de

This is the german fellowship I got. https://www.humboldt-foundation.de/web/lynen-fellowship.html Here the host PI should be a member of Humboldt Network (Winrich was and most German scientists around the world are). DFG is open however for any host PI. http://www.dfg.de/en/research_funding/programmes/individual/research_fellowships/in_brief/index.html 5:51 PM

If Vishal wants to do a postdoc in US, availability of the german funds is his advantage as the candidate ;) 5:52 PM

Cool! 6:20 PM ✓✓

Thanks a lot 6:20 PM ✓✓

I will check it. 6:20 PM ✓✓

And how are you doing? 6:21 PM ✓✓

No problem ;) 6:25 PM

I am good! Trying to adjust to my new default state as it is not possible to come back to old normal ;) 6:26 PM

And how are you? 6:26 PM

What is old normal? 6:37 PM ✓✓

old normal=~2 weeks ago 6:45 PM

I still have a blue spot on my thigh 😡 6:50 PM

9



I still have a blue spot c  September 6, 2017  ):50 PM

Hahaha  6:53 PM ✓✓

Do you want another one?  6:53 PM ✓✓

I can make it  6:53 PM ✓✓

But do you mean psychologically you cant go to old normal?  6:54 PM ✓✓

Munique tem bastante coisa p ver  6:54 PM ✓✓

Sorry. I was writing to someone else  6:54 PM ✓✓

You
But do you mean psychologically you cant go to old normal?

But this was for you  6:58 PM ✓✓

Haha yes, i changed psychologically and it is not so easy to get back to my relationship as I thought  7:01 PM

Do you want to skype to talk about it?  7:03 PM ✓✓

I am not sure.  7:12 PM

I know your opinion already  7:12 PM

But I dont need to talk to mcuj  7:13 PM ✓✓

Much  7:13 PM ✓✓

I can basically hear it  7:14 PM ✓✓

And try to understand your side  7:14 PM ✓✓

I imagine you dont want to talk to many people about it  7:14 PM ✓✓

ok, then you can replace my roommate ;)  7:15 PM

;)  7:15 PM ✓✓



September 6, 2017

;) 7:15 PM ✓✓

Which is your skype address 7:15 PM ✓✓

? 7:15 PM ✓✓

W8 either karolina.marciniak or marciniak.karolina 7:17 PM

Which is the best one? 7:17 PM ✓✓

Let me check and get headphones 7:18 PM

Ok 7:18 PM ✓✓

I have only one: marciniak.karolina 7:34 PM

i just dint remember the login 7:35 PM

Are you online? 7:36 PM ✓✓

I added you 7:37 PM

I think you are offline 8:26 PM ✓✓

I am restarting skype 8:27 PM

Ok 8:28 PM ✓✓

It is only beta version for linux 8:28 PM

patience is needed;) 8:28 PM

No prob 8:28 PM ✓✓

I dont know why, but I look at you and I want to tear your clothes apart and bite you 8:29 PM ✓✓

only the sound does not work? 8:42 PM

Or camera too? 8:42 PM



Or camera too? 8:42 P... September 6, 2017

Camera froze 8:43 PM ✓✓

No sound 8:43 PM ✓✓

September 7, 2017

If I come in the next weekend, not this one, would it be still ok? 12:08 PM ✓✓

I am thinking on my brother 12:08 PM ✓✓

If it's not ok, I will come in this weekend anyway. 12:08 PM ✓✓

And you are always invited to come to Boston 12:09 PM ✓✓

;) 12:09 PM ✓✓

Next weekend will be fine but more limited than this one: 12:11 PM

I will be coming back super late from postdoc retreat next Friday. . 12:11 PM

And my roommate will be here 12:11 PM

Hm... 12:12 PM ✓✓

I will talk to my brother then 12:12 PM ✓✓

Ok ;) 12:12 PM

And I will be able to walk you through the lab facilities if you are TB negative ;) 12:19 PM

Cool! I am negative. 12:42 PM ✓✓

Good, so it wasnt you who infected the monkey colony in Max Planck 😏 12:45 PM



September 7, 2017

12:45 PM

Nope ;)  1:10 PM ✓✓

And if you come to boston this weekend?  7:16 PM ✓✓

I pay your ticket  7:16 PM ✓✓

And in the next I go to NY  7:17 PM ✓✓

My brother cant go to NY  7:17 PM ✓✓

Hmm but I wanted to train my monkey this weekend, I am stucked in NY
7:20 PM

I understand it  7:22 PM ✓✓

:(  7:22 PM ✓✓

I will retalk to my brother but my mother just told me to stay thisnweekend with him because he is a bit sad with his life
7:22 PM ✓✓

But it is fine if you come next weekend;)  7:23 PM

We still talk  7:23 PM ✓✓

Yep! You should support him;)  7:23 PM

But I want to jet ski!  7:29 PM ✓✓

Why your brother can't come to NY? I have an extra matress;)
7:30 PM

He flies already on Sunday  7:32 PM ✓✓

From Boston?  7:33 PM

What time?  7:33 PM

We can try to do jet ski on Saturday!  7:34 PM

From here  7:34 PM ✓✓



September 7, 2017 | From here 7:34 PM ✓✓

I will ask him 7:34 PM ✓✓

I am going home now 7:34 PM ✓✓

Ok ;) 7:35 PM

😘 8:04 PM ✓✓

There are two jetskis left for 1hour tour at 5 pm on Saturday. . 8:06 PM

Stooooop! 8:06 PM ✓✓

:) 8:06 PM ✓✓

And one left for 2-2.5 manhattan circle tour at 12 ;) 8:06 PM

No pressure ;) 8:07 PM

And for the next weekend? 8:14 PM ✓✓

Manhattan circle saturday 4 left, and plenty left for one hour tour;) 8:16 PM

My brother wanta me to stay 8:38 PM ✓✓

Are you sure you dont want to come? 8:38 PM ✓✓

I miss you! 8:38 PM ✓✓

😜 8:38 PM ✓✓

I could come on Saturday and leave on Sunday midday .. 8:44 PM

But how many crime members would have to be involved? 😳 8:44 PM

14



involved? 🙃                    September 7, 2017              8:44 PM

And it is probable that you will be skyping with your ex girlfriend on Saturday because of the flowers;)     8:46 PM

My ex wont be home in the weekend and the flowers will arrive on Tuesday     9:00 PM

:) 9:00 PM

Come on Friday night 9:01 PM

;) 9:01 PM

I cant, my monkey is on the water restriction :(   9:06 PM

:( 9:06 PM

⬇ 40 kB

9:10 PM

Next weekend ;)   9:10 PM

(This is the random picture from the internet ;) )   9:11 PM

Yes! I promise! 9:11 PM

Sorry for not being able to come  this weekend :(
9:12 PM

But I would love to have you here. 9:13 PM

I miss you too 😊   9:16 PM

But if I dont keep my monkey on the working schedule for the weekend I would be not able to run my experiments next week :(     9:17 PM

15



next week :(                    September 7, 2017            9:17 PM

I understand you. Monkeys are always more important! :)
9:18 PM ✓✓

But next week he has a free weekend;)    9:19 PM

Yay! 9:19 PM ✓✓

Saturday and Sunday just for us then 9:20 PM ✓✓

:) 9:20 PM ✓✓

And have you talked to.daniel? 9:20 PM ✓✓

Superficially only. . I think I avoid talking to him    9:22 PM

What are you doing now? 9:22 PM ✓✓

Going to the shower;)    9:23 PM

Bring the computer 9:23 PM ✓✓

And let's skype! 9:23 PM ✓✓

9:23 PM

Biiiiitteeeee! 9:23 PM ✓✓

I wont look at anything 9:24 PM ✓✓

I promise 9:24 PM ✓✓

I dont believe you    9:24 PM

That will be a quick shower    9:25 PM

anyway    9:25 PM

Noooooo!!!! 9:25 PM ✓✓

16





need to go to Bra                    September 8, 2017                    8:14 AM ✓✓

I am so sorry Fred!!!    8:14 AM

My condolescence    8:15 AM

No problem. It was expected already    8:15 AM ✓✓

She was 104    8:15 AM ✓✓

And was dying slowly    8:15 AM ✓✓

When do you wanna fly?    8:17 AM

I asked my mother whether I shouldml fly on Saturday or Sunday.    8:17 AM ✓✓

This weekend?    8:18 AM

Yes    8:18 AM ✓✓

I need to comfort my mother    8:18 AM ✓✓

She is said    8:19 AM ✓✓

Yes, I understand    8:19 AM

I wish the connection from NY was better;)    8:20 AM

I tried to see it but the connection to NY is worse    8:24 AM ✓✓

Normally it's cheaper    8:25 AM ✓✓

I dont know what happened    8:25 AM ✓✓

Either way?    8:26 AM

?    8:26 AM ✓✓

What does it mean?    8:34 AM ✓✓

Is it worse also flying back to NY?    8:35 AM



Is it worse also flying b: September 8, 2017 AM

Yes but there's a flight today returning on Thursday
8:40 AM ✓✓

Maybe I will be back for the weekend. 8:40 AM ✓✓

hurray! 8:41 AM

;) 8:43 AM ✓✓

I think the hurricane is making it more expensive to fly
8:52 AM ✓✓

I hope they use this money to navigate well away from it
8:58 AM

Hahaha 8:58 AM ✓✓

Me too 8:58 AM ✓✓

Otherwise my mother will have to bury me and my
brother also
8:58 AM ✓✓

Stooop it! 8:59 AM

Now I am scarred😫 9:00 AM

;) 9:00 AM ✓✓

Watch a Delta flight race Hurricane Irma into and out of
Puerto Rico

Talk about cutting it fine.

qz.com

https://qz.com/1071134/watch-delta-air-lines-dal-431
-and-302-beat-hurricane-irma-into-and-out-of-puerto-rico/
9:00 AM ✓✓

Do you really have to fly now????!!!!!! 9:02 AM



September 8, 2017

9:03 AM

No, really, I would prefer to see you again alive    9:34 AM

And it looks that Irma is on the 5 level and will hit Florida
tomorrow evening                                        9:34 AM

You will have to find direct Concorde flight not to hit into
it                                                      9:35 AM

Hihi. It's going to be an adventure.    9:39 AM

Yeah, more advebturous than jet skiing    10:07 AM

But you dont even have the waterproof camera !;)
                                        10:08 AM

Hahaha    10:21 AM

In the airport right now!    12:48 PM

Damn it    12:48 PM

Can you at least send me the flight number?    12:48 PM

Hahahah    12:49 PM

HELL666    12:49 PM

hate you    12:49 PM

12:49 PM

See you in the hell    12:49 PM

12:50 PM

Are you also coming?    12:50 PM

20



September 8, 2017

o coming? 12:50 PM ✓✓

Take a good pictures 12:50 PM

How are you going to die? 12:50 PM ✓✓

From heart attack 12:51 PM

Boooooring 12:51 PM ✓✓

Do sth more dramatic 12:51 PM ✓✓

I can jump from the Empire State Building 12:51 PM

Or take a jet skiing and try to jump through the Brooklyn Bridge! 12:52 PM

Yes. It's becoming more interesting 12:55 PM ✓✓

:) 12:55 PM ✓✓

Put some sort of explosion now 12:55 PM ✓✓

I will steal a jet pack, put the explosion inside and will fly towards the sunset 12:56 PM

It will look almost like the flying witch ;) 12:57 PM

I will be a moder witch flying to the hell ;) 12:57 PM

*modern 12:57 PM

And I will be screaming ' beware Fred, I am coming! ' 12:59 PM

I like it 1:01 PM ✓✓

Flying to hell is so poetic 1:01 PM ✓✓

Do you like metal by the way? 1:01 PM ✓✓

Yes, i like 1:03 PM



Yes, I like   1:03 PM

September 8, 2017

Mainly because of poetic hell lyrics;)   1:04 PM

I like metal too, witch   1:06 PM ✓✓

We have to go to some concerts   1:06 PM ✓✓

:)   1:06 PM ✓✓

I am in ;)   1:10 PM

🤘😜🤘   1:16 PM ✓✓

Houston we have a problem   6:10 PM ✓✓

I am here now   6:10 PM ✓✓

Where?   6:10 PM

Give me your coordinates   6:11 PM

Houston   6:11 PM ✓✓

Waiting for the Marciniak hurricane   6:11 PM ✓✓

I knew that instead of hurricane you would be taking pictires of the random airport   6:12 PM

Damn it, when are you going to get out of there?   6:12 PM

We are waiting for the hurricane   6:13 PM ✓✓

To get some extra propulsion and spare in fuel   6:14 PM ✓✓

We will try a hurricane slingshot acceleration   6:14 PM ✓✓

:)   6:14 PM ✓✓

Do you know anybody from Houston to get you out of the airport?   6:14 PM

Or is it too late now?   6:15 PM

22



Or is it too late now? September 8, 2017 6:15 PM

No. But I brought my stuff to work 6:15 PM

Do you know Johannes? 6:15 PM

And I can bother you also 6:15 PM

Maybe 6:15 PM

Reinig? 6:15 PM

But it's just 5 ours 6:15 PM

He is in Houston 6:16 PM

When is the hurricane going to hit? 6:17 PM

As soon as I get into the plane 6:23 PM

🤘 6:23 PM

Be aware, Irma might spin you in the bad direction and you will land in NY at the end 6:25 PM

Hahahaha 6:29 PM

Come to Brazil with me. 6:29 PM

I am packing right away, I love funerals 😳 6:30 PM

You are a witch 6:30 PM

Revive her 6:30 PM

I am still under testing of my witchcraft 6:31 PM

Meanwhile I have just put out paper club pofessor under the spell so that he said he definitely understands brain better when I start to talk about it 😎

23



the spell so that he said ___ erstands brain
better when I start to talk about it

September 8, 2017

6:33 PM

Hahaha 6:34 PM ✓✓

And Kris Brewer was here to photoshoot me for CBMM
webside. I have a damn good witch picture;)
6:35 PM

I want it! 6:36 PM ✓✓

Sitting in the monkey setup with the witch ball in my
hand ;)
6:38 PM

Can I attack you in the lab? 6:45 PM ✓✓

You've just hit one of my phantasies 😜 6:53 PM

I will do all of them 6:54 PM ✓✓

;) 6:54 PM ✓✓

But. . you are not allowed to enter the lab without PPE 😜
6:54 PM

Hahaha 6:54 PM ✓✓

I still remember you licking me. It was super cool. I want
it again!
6:55 PM ✓✓

Now that I am not numb 6:55 PM ✓✓

;) 6:55 PM ✓✓

I regret I was in the hurry then ;) 6:59 PM

I like better when there's more time 7:00 PM ✓✓

Afe you going to treat me even better? ;) 7:00 PM ✓✓

*Are 7:02 PM















September 11, 2017

Nooo, no video from there :( Sometimes I have only live version ;)
7:51 AM

No, no videos from there:(  7:51 AM

Sometimes I come only in live version ;)  7:52 AM

You are too shy!  8:58 AM ✓✓

How are things going?  8:59 AM ✓✓

I miss you!  8:59 AM ✓✓

I am just a little bit shy;)  12:40 PM

I am going through the break up with Daniel right now
12:43 PM

Lucklly my roommate is here to talk to me so it is ok ;)
12:47 PM

Really?  12:49 PM ✓✓

Do you want to skype?  12:49 PM ✓✓

I need to go to work finally today ;)  12:51 PM

Making the story short, things got clear when I talked to Daniel directly.
12:52 PM

Are you sad?  12:53 PM ✓✓

There is no way we can make it.  12:53 PM

And it is a good moment to break up.  12:53 PM

Let's do a 5 min video call?  12:54 PM ✓✓

I am. . . forced to be sad because obviously he is broke. .
12:54 PM

Ok





September 11, 2017    Love it!  6:20 PM ✓✓

I was a pretty good trainer  6:20 PM ✓✓

Are you still in the lab?  6:22 PM ✓✓

I trained my boys also well  6:23 PM

I am still in the lab, need to prepare some stimuli for tomorrow  6:23 PM

You can go running with me, I might need less stops now;)  8:10 PM

But do you have better memories from running or swimming? ;)  8:10 PM

From napping  9:02 PM ✓✓

;)  9:02 PM ✓✓

Aaa, the one without me ? 😜  9:45 PM

The one with you  9:45 PM ✓✓

Did you go running or did you just complain again while running?  9:46 PM ✓✓

😘  9:46 PM ✓✓

I went running  9:46 PM

5 miles  9:46 PM

No complains ;)  9:48 PM

5 miles? Cool!  9:50 PM ✓✓

When did you arrive?  9:50 PM ✓✓

It is not a marathon speed, it took me one hour, but I am getting there;)  10:19 PM

33



getting there;)

September 11, 2017    10:19 PM

And when did you arrive? 10:28 PM ✓✓

21:30 10:31 PM

Why? 10:31 PM

Because I wanted a photo of you sweat! 10:32 PM ✓✓

Haha 10:33 PM

next time I take the photo for you;) 10:34 PM

Now you can only get the photo of something muddy on my face 😜
10:34 PM

Yeah! 10:35 PM ✓✓

I want it! 10:35 PM ✓✓

Witch sourcery! 10:35 PM ✓✓

⤓ 211 kB



September 11, 2017

10:38 PM

Hahahaha 10:38 PM ✓✓

What's that, witch? 10:39 PM ✓✓

Witch mask! 10:40 PM

Hahahaha 10:40 PM ✓✓

To recharge you black powers? 10:41 PM ✓✓

Psst, it is a witch secret how does it work! 10:42 PM

Any news about the international diplomacy? 10:43 PM ✓✓

Or conflict? 10:43 PM ✓✓

Well, I dont know if you are bothered because of me asking that much about it. Please tell me so. 10:44 PM ✓✓

I am just scientifically curious to analyze and understand relationships. 10:44 PM ✓✓

Sth that I've never done before. 10:45 PM ✓✓

I would also like to finally analyze and understand relationships! 10:47 PM

I was reading books and reports and statistics. 10:47 PM

We scientists normally neglect personal relationships 10:47 PM ✓✓

And we shouldn't 10:48 PM ✓✓

Some scientists neglect some not. 10:48 PM

I dont 10:48 PM

I did. 10:48 PM



I did. 10:48 PM ✓✓

September 11, 2017

I regret about it. 10:48 PM ✓✓

But I hopefully learned. 10:48 PM ✓✓

But I see many frustrated scientists around who do
10:48 PM

(And I am still learning) 10:49 PM ✓✓

I can repeat wise people saying that communication is
super important. 10:52 PM

Moreover, healthy communication. 10:52 PM

Yes. I never wanted to talk 10:52 PM ✓✓

I lacked healthy communication in my 8 year relationship,
but it improved a lot with time. 10:53 PM

About "trivial" stuff such as our relationship 10:53 PM ✓✓

Big mistake! 10:53 PM ✓✓

Have you talked to him again? 10:53 PM ✓✓

No news from the morning. 10:54 PM

Time difference makes it difficult to coordinate on a daily
basis 10:55 PM

But I am talking to him tomorrow again. 10:55 PM

I dont think he could sleep well 10:55 PM ✓✓

Maybe he went out with friends to get drunl 10:55 PM ✓✓

Drunl 10:56 PM ✓✓

Drunk 10:56 PM ✓✓

And if he took the plane to come to the us? What would ⌄
you do? 10:56 PM ✓✓

36



you do?    September 11, 2017    10:56 PM ✓✓

Oh, by the way, this could be a possibility    10:57 PM ✓✓

He did not.    10:57 PM

And if I am there, it would be very bad    10:57 PM ✓✓

So, be sure he doesnt come    10:57 PM ✓✓

I can also give you time    10:57 PM ✓✓

If you need it    10:57 PM ✓✓

Nothing will change among us from my part    10:58 PM ✓✓

But maybe you need time to think    10:58 PM ✓✓

I will make sure that I fix my issues before you come    10:59 PM

Dont worry    10:59 PM

But I dont want to be an external pressure to you during this difficult moment    11:00 PM ✓✓

Take your time    11:00 PM ✓✓

Just tell me a little bit before so that I can plan better    11:01 PM ✓✓

Tell me until Thursday    11:01 PM ✓✓

If I should come or not    11:01 PM ✓✓

Ok?    11:01 PM ✓✓

Ok    11:01 PM

:)    11:01 PM ✓✓

I am going for the post doc retreat on Thursday and I am planning to have my mind cleared before Thursday ;)    11:03 PM



planning to have my mir                    Thursday ;)
                    September 11, 2017                    11:03 PM

                                                    :)  11:03 PM ✓✓

I hate the fact that you and he are going through this
situation                                           11:04 PM ✓✓

        If he had heard you attentively before...  11:04 PM ✓✓

                                                    :(  11:04 PM ✓✓

                        Why we men never do it?  11:05 PM ✓✓

                    September 12, 2017

Maybe you guys need to be pushed against the wall at the
end to make up your mind
                                                    3:20 AM

                            Hahahaha  5:28 AM ✓✓

            Does it mean to have our gfs to break with us?
                                                    5:29 AM ✓✓

Break up is a very strong event. It involves taking the
consequences of the fact that 'we might never be
together anymore'. It happens when there is no other
choice on the horizon and the things are already
broken. Unless sayinig 'I break up with you' is a part of a
manipulative game.
                                                    7:54 AM

I had my ex several times already packing himself and
being ready to go, causing a big drama and splendid
reunion at the end. And he was completely broken when I
broke up with him.
                                                    7:59 AM

Fred, you are too good with the girls not to be able to
check if you still have the open doors ;)
                                                    8:26 AM

    Karolina Marciniak
    Fred, you are too good with the girls not to be able to
    check if you still have the open doors ;)

    What do you mean by that?
                                                    11:08 AM

I mean that you can probably infer what is it all is about :)

38





September 12, 2017 · 11:19 AM

Have you talked to him again today? 11:20 AM ✓✓

Yep. 11:23 AM

And? 11:23 AM ✓✓

How did it go? 11:23 AM ✓✓

Well he is fighting 11:23 AM

Are you working now? 11:23 AM ✓✓

Yes. I have bought the popcorn and watch this movie from outside now. 11:24 AM

Hahaha 11:25 AM ✓✓

Good life 11:25 AM ✓✓

Do you prefer to write or video normally? I never know. 11:25 AM ✓✓

Depends. Video yesterday was good option 11:26 AM

To write now is better? 11:28 AM ✓✓

Yes, so Bobby (my monkey) is not distracted 11:29 AM

Would you mind then briefly explaining how he is fighting and what is your reaction to it? 11:29 AM ✓✓

Well, he is looking for solutions to the problem and is willing to change. 11:31 AM

Cool! 11:31 AM ✓✓

German way 11:31 AM

And are you convinced by it? 11:31 AM ✓✓



September 12, 2017    iced by it?    11:31 AM ✓✓

My point is more broader however because it involves this gut feeling that it might be too late because I already cheated on him.    11:33 AM

Are you going to do the comparison ?    11:33 AM

Always.    11:34 AM ✓✓

It's never too late.    11:34 AM ✓✓

Well, take into consideration that I am pro couples understanding each other at this moment    11:35 AM ✓✓

So, even if I really enjoyed going out with you and I would love to.do it again    11:35 AM ✓✓

If you believe in Daniel, you should go for it    11:36 AM ✓✓

You did a mistake, it's true, but it's never too late.    11:36 AM ✓✓

You learned with it.    11:36 AM ✓✓

However, give him at least more 1 or 2 weeks of suffering    11:37 AM ✓✓

So that he really internalizes that feeling    11:37 AM ✓✓

And he will care much more about you    11:37 AM ✓✓

And make him come to the us    11:39 AM ✓✓

So that you have a fresh new start eye to eye    11:39 AM ✓✓

:)    11:39 AM ✓✓

Hmm sounds like something similar to what I told you in Woodshole ;)    11:39 AM

See, I learned with you    11:40 AM ✓✓

:)    11:40 AM  ⌄

But in my case it's probably late

41



September 12, 2017

But in my case it's probably late  11:40 AM

For you, it isn't!  11:40 AM

Why it is late for you?  11:41 AM

'It is never to late' Fred 2017  11:41 AM

I was very hurt. Now I am healing. I am happy again.
However, a scar remained...  11:42 AM

Anyway...  11:42 AM

And you broke up with him a few days after you've
committed a mistake.  11:43 AM

You are clean  11:43 AM

You did the right thing  11:43 AM

I think that cheating would have been to continue with
him after having committed a mistake  11:44 AM

*if you had continued  11:44 AM

I dont get it  11:45 AM

What would have been to continue?  11:45 AM

If you had just ignored the fact that you've went out
with someone else and kept your relationship as
normal.as.always  11:46 AM

This didnt happen  11:46 AM

It would have been the same to have broken up with him
and then going out with someone else in the other day
11:47 AM

You are clean  11:47 AM

Just promise yourself never to do it again  11:48 AM

That's it  11:48 AM



September 12, 2017        That's it  11:48 AM ✓✓

I need to put Bobby back, will write you later  11.57 AM

:)  11:57 AM ✓✓

I know that I would feel very very bad to dump him like that right now  1:15 PM

He asked for this chance.  1:19 PM

The problem is that the decision I made to break up with him costs a lot.  1:24 PM

It rearranges all the thinking.  1:25 PM

And it will be very hard to positively start again.  1:25 PM

And, yes, scarves remain.  1:28 PM

And scars. They remain.  1:33 PM

On the other hand right now it would be a really good moment to give it a try as we would be seing each other often.  1:44 PM

And he already asked at his job about possibilities to move to NY.  1:45 PM

Even if all of that does not work, I would have the enclosure that I tried.  1:46 PM

I learned already a lot during the last 2 weeks and more learning will follow  1:53 PM

Anyway, you are always welcome to New York, especially that you have my sock 😜  2:14 PM

There is always a lot to do here  2:14 PM

And I promise to keep you away from my bed ;)  2:15 PM

So, did you come back together already?  3:06 PM ·

No, we didnt  3:55 PM

43



No, we didnt  3:55 PM    September 12, 2017

I hesitate to give him a hope if I dont feel confident that I can make it  3:56 PM

Wait until Monday!  3:56 PM ✓✓

So I get a Saturday and Sunday with you  3:57 PM ✓✓

;)  3:57 PM ✓✓

O, so you are coming?:)  3:58 PM

I am happy, I miss you  3:59 PM

Well, if you allow me, I come  3:59 PM ✓✓

I dont want to interfere in your relationship  3:59 PM ✓✓

You did already the right thing and cleared you mistake  4:00 PM ✓✓

*your  4:00 PM ✓✓

But I miss you!  4:01 PM ✓✓

I want that you come  4:01 PM

We will have a great time;)  4:02 PM

The I will come!  4:02 PM ✓✓

Just navigate between the hurricanes;)  4:03 PM

So, dont come back to him until Monday!  4:17 PM ✓✓

Got you, I will give him a call right when you are in the returning bus 😜  4:26 PM

Hahahha  4:29 PM ✓✓

Excellent  4:29 PM ✓✓

44





It will come, dont worry    September 12, 2017

When? 7:37 PM ✓✓

;) 7:38 PM ✓✓

I know you lijevthe things slowly 😜 7:38 PM

Is that polish? 7:38 PM ✓✓

Lijevthe 7:38 PM ✓✓

;) 7:38 PM ✓✓

Like the 7:38 PM

I know 7:38 PM ✓✓

Just joking 7:38 PM ✓✓

Maybe it is polish ;) 7:39 PM

And it means: - Yes, my love, the photo is here 7:40 PM ✓✓

And the you send the photo 7:40 PM ✓✓

Right? 7:40 PM ✓✓

Haha you are too much used to the female monkeys ;)
7:45 PM

Hahaha 7:45 PM ✓✓

And our jet ski? 7:45 PM ✓✓

Saturday  Manhattan cirle at 12? 7:46 PM

Later 7:46 PM ✓✓

I dont knw the time of the first bus yet 7:46 PM ✓✓

I have to plan it 7:46 PM ✓✓

46



September 12, 2017 've to plan it 7:46 PM

16? 7:46 PM

Let me check what is there 7:47 PM

Any time after 14 is fine I would say 7:51 PM

On Sunday, any time before 14 7:51 PM

You choose it 7:51 PM

Tomorrow morning I will call to ask for the sunset tour on Saturday 8:20 PM

If not, Saturday 2pm seems to be still there ;) 8:21 PM

I am working on Saturday sunset tour ;) 10:00 PM

(And other backup options too) 10:00 PM

⬇ 249 kB

10:05 PM

Woooowww! 11:50 PM



September 12, 2017

..booowww! 11:50 PM ✓✓

I will dream of you 11:50 PM ✓✓

September 13, 2017

see ypu in your deams then 😘 12:04 AM

I really like your photo 10:21 AM ✓✓

And it looks like professional 10:21 AM ✓✓

Why did you do it? 10:21 AM ✓✓

For playboy? 10:22 AM ✓✓

;) 10:22 AM ✓✓

Haha 10:22 AM

I just like beauty ;) 10:22 AM

No, it is not a commercial photo 10:23 AM

Who did take it? 10:24 AM ✓✓

a person who knows how to use the camera 10:28 AM

Why do you ask? 10:29 AM

But for hobby 10:29 AM ✓✓

Not a professional 10:29 AM ✓✓

Like, you didnt go to an agency for thay 10:29 AM ✓✓

(The person really doesnt matter) 10:31 AM ✓✓

Just the job 10:31 AM ✓✓

Hobby 10:34 AM

Cool! 10:34 AM ✓✓

48



September 13, 2017

Cool! 10:34 AM ✓✓

Nice job. 10:34 AM ✓✓

But I have some portraits that maybe one day end up in Vogue 10:34 AM

;) 10:34 AM

Since a long time I want to learn the hobby of taking sensual pictures of women 10:34 AM ✓✓

Like this one you showed me 10:35 AM ✓✓

I find it really cool 10:35 AM ✓✓

Do you take a lot of pictures? 10:35 AM

Nope 10:36 AM ✓✓

I know nothing about it 10:36 AM ✓✓

Absolutely 0 10:36 AM ✓✓

I think you have a good eye though 10:36 AM

Because I find you beuatiful? 10:37 AM ✓✓

;) 10:37 AM ✓✓

Which is the most important 10:37 AM

haha 10:37 AM

Any interesting news about your relationship? 10:38 AM ✓✓

Yes. I am not in the relationship. And I will not come back. 10:39 AM

??? 10:39 AM ⌄

Yesterday you seemed to want to give him a chance



September 13, 2017

Yesterday you seemed to want to give him a chance
10:39 AM ✓✓

I did a loot of thinking yesterday    10:40 AM

What did happen? 10:40 AM ✓✓

Hard to explain but I will try.    10:41 AM

By text? 10:42 AM ✓✓

Are you willing to write that much? 10:42 AM ✓✓

I am at work. I can only write now.    10:43 AM

And I should be able to make the long story short.
10:43 AM

Ok 10:43 AM ✓✓

So, I browsed through my life story and the events that make me my the best. And I imagined myself when Daniel is reallocating to NY and we have the life together. I didnt want to have this life. As simple as that.    10:48 AM

It is not the matter of improving communication or changing the behavior.    10:48 AM

Why cant he offer you the life that you've dreamed of?
10:49 AM ✓✓

He can not change to make me happy because he does not have it.    10:50 AM

Hm. 10:51 AM ✓✓

How are you so sure of it? 10:51 AM ✓✓

Even when you were together, wasnt it great? 10:52 AM ✓✓

It got clear when I took the bigger picture of my life.

50



It got clear when I took  September 13, 2017  of my life.
10:53 AM

It was great but it was not enough.  10:53 AM

I feel you.  10:56 AM ✓✓

I am just sad for him.  10:57 AM ✓✓

I am sad for him too.  10:57 AM

What would he need to become your perfect man?
10:59 AM ✓✓

Haha  11:00 AM

Now it becomes too much writing  11:00 AM

;)  11:00 AM

Hahahaha  11:00 AM ✓✓

Are 100% sure of it?  11:01 AM ✓✓

*you  11:01 AM ✓✓

Don't you really want to give him a chance?  11:01 AM ✓✓

I am 100% sure  11:02 AM

:(  11:02 AM ✓✓

I can give him a chance but I already know the outcome.
11:03 AM

Hm.  11:03 AM ✓✓

Aren't you creating a little bit of anger towards him and
therefore biasing your judgement?  11:04 AM ✓✓

I considered the anger as a reason also.  11:05 AM

But I dont have a lot of anger inside.  11:05 AM



September 13, 2017

But I dont have a lot of ⏳  11:05 AM

Well, it's also not fair to you if you gave him a chance just to make him happy  11:07 AM ✓✓

And not you  11:07 AM ✓✓

I would say I am anger- free towards people  11:07 AM

Yes. It will be a false hope.  11:07 AM

Oh, I have to work on that. People become very easily angry towards me  11:07 AM ✓✓

You will alsl  11:07 AM ✓✓

Also ;)  11:08 AM ✓✓

😘  11:08 AM ✓✓

I will deal with it, I have some experience with angry primates;)  11:09 AM

Hahaha. Let's see.  11:09 AM ✓✓

Quite a lot actually  11:09 AM

I am the alpha of the alphas  11:10 AM ✓✓

I want to smell you again  11:10 AM ✓✓

Your smell is very intense and attractive  11:11 AM ✓✓

It remained in my bed in woods whole for at least 3 days  11:11 AM ✓✓

The manual how to deal which such guys is in The Game of Thrones S01E02 ;)  11:11 AM

Dont remember by heart  11:11 AM

So many episodes  11:11 AM ✓✓

52



September 13, 2017

So many episodes 11:11 AM

Haha 11:11 AM

It is the first time when the blonde character is not raped by her new alpha male husband ;) 11:12 AM

Hahaha 11:13 AM

Have you read "The perfum"? 11:14 AM

How can you smell anything else apart from your own perfumes in your bed??;) 11:14 AM

"Perfume" is the name in english 11:15 AM

I am used to all my smells and I can detect easily foreign smells 11:15 AM

Yes, i have read it ;) 11:15 AM

I will kill you to make my most perfect essence 11:16 AM

I want the odor of your most powerful orgasm 11:16 AM

Of course, caused by me ;) 11:16 AM

And the death part is just to add a bit of drama 11:17 AM

Ok, this death will be more interesting that car accident or anaphylactic shock ;) 11:17 AM

And to be sure no one else has this essence 11:17 AM

And I want to bite the back of your neck again 11:20 AM

And breath on your ears 11:20 AM

(Too much sexting for a working time?) Hahaha



September 13, 2017

(Too m... ...working time?) Hahaha
11:21 AM ✓✓

I cant write with you like that because I think my monkey smells I get excited and he is distracted from work!
11:21 AM

;) 11:21 AM

Hahahahaha 11:21 AM ✓✓

I will have you on your lab 11:22 AM ✓✓

Maybe without monkey though 11:22 AM ✓✓

;) 11:22 AM ✓✓

Yes, two alpha males will not fit here;) 11:24 AM

I wont do a mmf threesome 11:24 AM ✓✓

Forget it! 11:24 AM ✓✓

And m doesnt mean monkey 11:24 AM ✓✓

But I am open to ffm. 11:25 AM ✓✓

You? 11:25 AM ✓✓

;) 11:25 AM ✓✓

Yes, that is usually the end of emancipation if people talk about freedom in sex
11:25 AM

I am not telling you shouldnt do it 11:26 AM ✓✓

In my opinion, every woman should try it at least once
11:26 AM ✓✓

I am just not the right guy for that 11:26 AM ✓✓

(The mmf) 11:26 AM

I mean 11:26 AM ✓✓





September 13, 2017

So, you would ~~be up for each kind~~ of sexual adventures
11:33 AM ✓✓

With me? 11:33 AM ✓✓

I am. . . very open minded ;) 11:35 AM

Very nice to know ;) 11:35 AM ✓✓

But I wont bring any girl to you 11:35 AM ✓✓

The thing with me is that I feel hurt when I dont feel special anymore
11:35 AM

Exactly 11:36 AM ✓✓

You choose if and who you want to 11:36 AM ✓✓

My idea of ffm is that I am a sexual toy of the girls
11:36 AM ✓✓

I am not the main player 11:37 AM ✓✓

First the girls should enjoy themselves 11:37 AM ✓✓

If they need sth else, then I am there to serve 11:37 AM ✓✓

;) 11:37 AM ✓✓

That is also my idea;) 11:39 AM

You get every day more interesting 11:39 AM ✓✓

I am happy I've met you 11:40 AM ✓✓

Smelly girl! 11:40 AM ✓✓

;) 11:40 AM ✓✓

All right! Enough for today 😍 11:44 AM

I go back to work ;) 11:44 AM



I go back to work ;)

September 13, 2017

😛  12:01 PM ✓✓

For the whole day? Hahaha  12:01 PM ✓✓

I can keep sending you sexy pictures and talk about sex every hour 24/7  12:06 PM

But I dont want that you get overwhelmed ;)  12:06 PM

Hahahaha  12:07 PM ✓✓

I think we will get along pretty well  12:07 PM ✓✓

I am never overwhelmed by such intersting themes  12:07 PM ✓✓

· interesting  12:08 PM ✓✓

'Even sex is getting boring' Fred 2017  12:08 PM

Make me swallow my words  12:09 PM ✓✓

Well, if you can.  12:09 PM ✓✓

;)  12:09 PM ✓✓

Then you have to trust my witchcraft ;)  12:10 PM

Let's see if you deserved to be saved from the fire.  12:12 PM ✓✓

Where are my new photos?  12:28 PM ✓✓

You've told me 24/7  12:28 PM ✓✓

You will get one in the evening  1:26 PM

So that you have nice dreams ;)  1:26 PM

😘  1:52 PM ✓✓

57





Booked!    5:52 PM        September 13, 2017

that means that we dont anything to do on Saturday
5:53 PM

No prob  5:53 PM ✓✓

;) 5:53 PM ✓✓

Sunset than?  6:00 PM ✓✓

I mean there are no free places for jet ski sunset    6:02 PM

There is the Oktoberfest in NY starting this weekend. . But probably it would be too boring for you if you are going to Germany soon    6:06 PM

And. . . luck again. . . my roommate is not there for the whole weekend ;)    6:15 PM

I have just got the jet ski for Saturday sunset :) yupiii    6:23 PM

⬇ 239 kB

10:14 PM



September 13, 2017

September 14, 2017

Really? Cool!! 10:37 AM ✓✓

And wtf? Your photos are amazing! 10:37 AM ✓✓

I want to rip your dress apart and have you on this tabke right now! 10:37 AM ✓✓

Haha 10:37 AM

I warned you. . 10:38 AM

It would be too much to get them in higher frequency tjan one per day 😜 10:38 AM

hahaha 10:38 AM ✓✓

Do you think I would get bored of them? 10:39 AM ✓✓

Overwhelmed ;) 10:39 AM

I can handle it 10:43 AM ✓✓

You are a gorgeous woman but I know how to tame witches 10:43 AM ✓✓

If I can't, I burn them 10:43 AM ✓✓

What I like in pictures is that there are infinitive possibilities of taking a new one 10:44 AM

And then every one is unique 10:44 AM

Really? Can you tame witches? 10:44 AM

So, this is your smart way of asking me to take more pictures of you? 10:45 AM ✓✓

Are you going to be my witch model? 10:45 AM ✓✓

Hmm you are smart ;) 10:45 AM

60



Hmm you are smart ;)    September 14, 2017

May I use the model afterwards for my own interest?    10:46 AM ✓✓

As reward?    10:46 AM ✓✓

· interests    10:46 AM ✓✓

Depends on the quality of your work    10:47 AM

I am not a cheap model 😜    10:47 AM

High quality polish material?    10:49 AM ✓✓

I am a poor postdoc. I cant afford it    10:49 AM ✓✓

😘    10:52 AM ✓✓

I dont go to bed with photographers. . .    10:53 AM

Other skills are required ;)    10:53 AM

Fortunately I have no idea of how to photograph    11:10 AM ✓✓

;)    11:10 AM ✓✓

Hahaha    11:10 AM

And how is the international conflict?    11:11 AM ✓✓

The German side is hurt    11:12 AM

And the Polish side feels sorry. .    11:13 AM

But no other way to resolve this conflict    11:13 AM

It is the best solution.    11:14 AM

Are you still 100% sure?    11:17 AM ✓✓



September 14, 2017  00% sure?  11:17 AM ✓✓

Are you still talking to each other?  11:18 AM ✓✓

I feel so sad for you two. :(  11:18 AM ✓✓

I am 100% sure  11:23 AM

We talk less  11:29 AM

He is dealing with the shock now  11:30 AM

:(  1:08 PM ✓✓

I know exactly what he is feeling  1:08 PM ✓✓

Are you still sad?  1:46 PM

Sad isn't the word  1:56 PM ✓✓

But disappointed  1:56 PM ✓✓

I know that she did the right thing but I feel a little bit betrayed  2:02 PM ✓✓

I know what you mean. It hurts.  2:05 PM

But dont you feel hurt?  2:06 PM ✓✓

Now?  2:08 PM

Now I dont  2:08 PM

But I felt hurt many times  2:08 PM

But at the end it always got me to the strong motivation to stay away from the source  2:10 PM

So it was good for learning, for navigation.  2:15 PM

But didnt you like him a lot?  2:16 PM ✓✓

I still like him.  2:20 PM

I still like him.  2:20 PM.  September 14, 2017

It is just that when I got together with him I perceive everything as being perfect, because I got the contrast to what I had before.  2:22 PM

*perceived  2:22 PM

And I had a lot of hope.  2:22 PM

But why is the hope gone?  2:23 PM ✓✓

At the end I got disappointed because there were crucial things for me that we lacked.  2:24 PM

It is sometimes hard to predict if the relationship would work or not.  2:26 PM

I am happy I tried, it was worth it. I learned a lot.  2:27 PM

It helped me to be even more aware of what is really important for me.  2:28 PM

I feel happy for you but sad for the situation.  2:29 PM ✓✓

Can you explain in a few words what lacked?  2:31 PM ✓✓

It wont be a few words  2:37 PM

Well, I dont want to make you write a huge text  2:38 PM ✓✓

So, if you feel like, do it. If not, we talk more in the weekend.  2:39 PM ✓✓

I want to be with somebody that fascinates me and I want to feel the same back. It just feels amazing, gives me a huge kick. I am not a lunatic, these are realistic things and at the end it is just intuitive atraction. My problem is that I just cant stand to be with someone not being able to get his shit together.  2:44 PM

I know it might sound cruel  2:44 PM

But I tried really hard. With sample nr 2



September 14, 2017

But I tried really hard. With sample nr 2.  2:45 PM

I just feel helpless with such people. I am trying to control every single world to be motivating but not hurting. .
2:47 PM

To lift them up   2:47 PM

And at the end I ended up not caring too much and enjoy the good things.
2.48 PM

But then the problem got solved by the second side of the coin.
2:49 PM

I undestand you.  4:06 PM ✓✓

And how is your day going?  4:06 PM ✓✓

I am having my last meal in Brazil  4:06 PM ✓✓

I didnt feel special anymore. First guy found somebody else and with the other I felt like one of the four open windows with porn movie on the screen.
2:52 PM

There is a very subtle boarder that I react to in that matter.
2:53 PM

That is it.   2:54 PM

Sorry for not answering before  4:18 PM ✓✓

I didnt have ibterbet  4:18 PM ✓✓

Internet  4:18 PM ✓✓

It is ok ;)   4:19 PM

I   4:20 PM

I am in the posh castle at the lake in the mountains.
4:20 PM

Just had a nap on the sofa   4:20 PM

(Post doc retreat 😎)



> (Post doc retreat 😎)
> September 14, 2017
> 4:20 PM

> Excellent life! 4:53 PM ✓✓

> Have a nice trip! 4:53 PM ✓✓

> Flight between hurricanes! 4:57 PM

> Try to fly between the hurricanes;) 6:16 PM

> Problem! 7:31 PM ✓✓

> I lost my flight today 7:31 PM ✓✓

> I will go tomorrow 7:31 PM ✓✓

> There was a huuuge traffic jam 7:32 PM ✓✓

> So I wont be able to make for te sunset on saturday 7:32 PM ✓✓

> I will most probably arrive Saturday night 7:33 PM ✓✓

> Would it be ok to reschedule it to sunday? 7:33 PM ✓✓

> I am really sorry 7:33 PM ✓✓

> I will take the bus to NY straight away. I think I wont even go home 7:53 PM ✓✓

> (Or flight) 9:21 PM ✓✓

> September 15, 2017

> Ok, I will reschedule the jet ski to sunday 12:52 AM

> Let me know when you will be in NY, I am looking forward to see you! 1:20 AM

> Me too! I hate the fact that I lost my flight! 4:51 AM ✓✓

> At least I didnt have to pay any tax to reschedule my flig' 5:18 AM ✓

65



September 15, 2017                                    5:18 AM ✓✓

I actually arrived 30 min before the plane departed but it
was already too latr                                 5:19 AM ✓✓

Damn it, same happened to me once. I arrived 30 minutes
before the flight because of the traffic jam and it was
too late. I stayed 2 days at the airport to wait for the free
place on the plane because it was before Christmas and
the flights were all full.                           10:35 AM

Good luck with your second flight ;)    10:35 AM

2 days?    11:01 AM ✓✓

My God!    11:01 AM ✓✓

My flight is today at 20:40 but I will leave at 15 to the
airport.                                             11:02 AM ✓✓

Or even earlier.    11:02 AM ✓✓

Enough of delayd    11:02 AM ✓✓

Delays    11:02 AM ✓✓

The problem is that today starts Rock in Rio    11:02 AM ✓✓

I will fly to NY. Should I go to Rockfeller or JFK?
                                                     11:16 AM ✓✓

I checked the wrong dates    11:24 AM ✓✓

For tomorrow it's too expensive :(    11:24 AM ✓✓

I will take the bus    11:24 AM ✓✓

So, I will arrive in Boston at 3:11 pm and I will take the
bus at 6:00 in another station. I will arrive in NY at 10:45
pm.                                                  11:39 AM ✓✓

From there I will pick up an uber and go to your place.
                                                     11:40 AM ✓✓

And then we can spend 24 hs together. Let's make it
valuable!                                            11:40 AM ✓✓





September 15, 2017

Let's see! 3:48 PM ✓✓

First thing I will need is a shower! 3:48 PM ✓✓

I will be very stinky ;) 3:48 PM ✓✓

You will get the shower first then ;) 3:54 PM

I am just having the sauna afternoon and realized I am missing your massage ;) 3:54 PM

With happy ending? 4:12 PM ✓✓

;) 4:12 PM ✓✓

Hahaha ;) 5.49 PM

But also how you touched my back and neck so that I felt shivering in whole of my body. . 5:50 PM

Is it not normal for you? 5:50 PM ✓✓

Normal, but you did something different. . 6:16 PM

I hope I can do it again ;) 6:17 PM ✓✓

Soon I will finally enter in the plane 6:17 PM ✓✓

FINALLY! 6:17 PM ✓✓

I am happy you made it !!! 6:19 PM

I have a good flight! 6:19 PM

But still almost 30 hours of uninterrupted trip until I am at your place (and stinking like hell) 6:20 PM ✓✓

Sulfur... 6:20 PM ✓✓

I am looking forward to meet you in this state 😚 6:28 PM









i have a skype call with  September 16, 2017  AM

Otherwise you would have to call me to wake me up. .

7:42 AM

Skype call now??? 7:42 AM

On a Saturday? 7:42 AM

Hahahhaa 7:43 AM

Are you going to call japan? 7:43 AM

Edinburgh 7:44 AM

But why so early? 7:44 AM

She does not have time later 7:45 AM

You have 5 minutes whatsapp call to wake me up fully! ;)

7:46 AM

When are you going to start? 7:47 AM



September 16, 2017

7:47 AM ✓✓

This is my sexy photo  7:47 AM ✓✓

Super sexy, right?  7:47 AM ✓✓

The sexiest photo I have ever  seen!! ;)  7:48 AM

😎  7:48 AM ✓✓

I knew it.  7:48 AM ✓✓

And I can assure you it's not photoshopped!  7:49 AM ✓✓

I know it's hard to believe on that  7:49 AM ✓✓

But accept it  7:49 AM ✓✓

Still hard to believe!  7:50 AM

And if reality is even better than the photo??  7:50 AM

Technique, my dear. Ony technique.  7:50 AM ✓✓

Oh my  7:51 AM

Reality is fatter than your imagination.  7:51 AM ✓✓

Hahaha  7:51 AM

Brazil was very gastrorgasmatic.  7:52 AM ✓✓

Uff, then I will buy only broccoli  7:52 AM

I am happy in having you as desert  7:52 AM ✓✓

No other meal is required.  7:52 AM ✓✓

Let see how much dessert hungry you are  7:54 AM



Let see how much dess September 16, 2017    7:54 AM

You should not bite any desserts though    7:54 AM

Now you are putting lots of pressure!    7:55 AM ✓✓

Probably I will take a shower, jump on your bed    7:56 AM ✓✓

And snore    7:56 AM ✓✓

;)    7:56 AM ✓✓

Pleasure not pressure    7:56 AM

No way you will do it.    7:56 AM

Sleep? Of course!    7:56 AM ✓✓

Like an angel    7:56 AM ✓✓

Forget about sleeping    7:56 AM

😘    7:56 AM ✓✓

I am afraid of your sexual hunger now!    7:57 AM ✓✓

Hahaha    7:57 AM ✓✓

Heeeeeeeellp!    7:57 AM ✓✓

I am going to be raped!    7:57 AM ✓✓

You should be afraid    7:57 AM

Heeeeeeeeeelllppp!    7:58 AM ✓✓

I want to sleeeeep    7:58 AM ✓✓

Just 5 min...    7:58 AM ✓✓

;)    7:58 AM ⌄

74





September 16, 2017

seems you wanted the ... 8:03 AM

So the face seems to be useless ;) 8:03 AM

Body pic for me and face pic for whatsapp 8:06 AM ✓✓

In my opinion, the best angle for your face is from above. 😌 8:07 AM ✓✓

While I pull your hair. 8:08 AM ✓✓

Wonder how well will it present irself on whatsapp ;) 8:10 AM

Hahaha 8:10 AM ✓✓

That one is going to be privatr 8:10 AM ✓✓

No whatsapp 8:10 AM ✓✓

But I am happy in having a memory of that. 8:11 AM ✓✓

No hard recordings. ;) 8:11 AM ✓✓

Still skyping or sleeping again? 9:19 AM ✓✓

Was skyping till now 10:43 AM

Haha, good if you have a good memory, dont have to be a good photographer ;) 10:44 AM

By the way...what kind of bus did you look at? 2:10 PM

Megabus departures today from Boston every hour and it takes 4 h 15 min 2:11 PM

For 20$ 2:12 PM

Daniel wants to talk to me 3:05 PM ✓✓

Daniel Brauchle 3:05 PM ✓✓

Why? 3:05 PM ✓✓

I don't like it. 3:07 PM ✓✓

76



September 16, 2017  don't like it.  3:07 PM ✓✓

Enough of Drama for my life.  3:09 PM ✓✓

What?  3:10 PM

?  3:11 PM

Hey Fred!
Como vai, amigo? Quanto tempo?
Preciso conversar com vc.
Pudia me mandar o seu número de telefone, por favor?
3:11 PM ✓✓

Basically he wants to call me  3:11 PM ✓✓

I did not tell him anything.  3:12 PM

We need to think strategy on this  3:12 PM ✓✓

I dont want drama in Tuebingen  3:12 PM ✓✓

Xavier knows for sure  3:13 PM ✓✓

I have not been in touch with Daniel for a couple of days.
3:13 PM

Vittal also  3:13 PM ✓✓

But I dont think they would gossip  3:13 PM ✓✓

I did not plan to inform him about anything.  3:14 PM

It doesnt mean that he knows  3:14 PM ✓✓

But we should think on a strategy  3:14 PM ✓✓

For now, let's just think  3:15 PM ✓✓

We shouldn't act by impulsivity  3:15 PM ✓✓

Did you tell him that you were going to the BMM
3:16 PM



September 16, 2017    3:16 PM ✓✓

And that I was there? 3:16 PM ✓✓

This I told him. 3:16 PM

Maybe this is the only connection 3:17 PM ✓✓

I am the only person in common with you and hin
3:18 PM ✓✓

Him 3:18 PM ✓✓

Maybe he wants to ask if I saw sth 3:18 PM ✓✓

Yeah, I think he might ask you something like that.
3:19 PM

Which is super weird. 3:19 PM

We need to have a solid story 3:19 PM ✓✓

I will text him, not call 3:20 PM ✓✓

Because he does not have any argument towards you
3:20 PM

Yeah, you can always say that you dont have a working
phone
3:21 PM

You are not oblidged to give away your phone nr 3:21 PM

I will try to get in NY one hour earlier 3:35 PM ✓✓

I am heading to the bus station already 3:35 PM ✓✓

Ok!! 3:36 PM

Let's see 3:36 PM ✓✓

I answered him: 3:39 PM ✓✓

Man, to call is not ideal because I am inbetween flights.
My grandmother passed away last week and I had to

78



My grandmother September 16, 2017 week and I had to return to Brazil. But I can try to answer text messages. Tell me. 3:39 PM ✓✓

Good job ;) 3:40 PM

So, first thing we have to decide is how much I know about you 2 3:40 PM ✓✓

What do you prefer? 3:41 PM ✓✓

Is it possible that he spied yiur whatsapp? 3:42 PM ✓✓

' You know that Daniel is my boyfriend but I did not mentioned anything more' 3:43 PM

No, completely impossible. 3.44 PM

You never used whatsapp web 3:44 PM ✓✓

No 3:44 PM

In his pc? 3:44 PM ✓✓

Ok 3:44 PM ✓✓

So, should I act as if I dodnt know.that you broke up? 3:44 PM ✓✓

*didnt 3:45 PM ✓✓

Or should.I mention that you've told me that? 3:45 PM ✓✓

Maybe the latter is better 3:45 PM ✓✓

It sounds more genuine 3:45 PM ✓✓

Ok, lets assume you tell him you know . 3.47 PM

That I wrote you. 3:47 PM

Then he would ask what exactly I told you. 3:47 PM

So depending on how it goes, I may tell him that we

September 16, 2017

So depending on how it goes, I may tell him that we talked about relationships in the BMM and I told you about my break up    3:48 PM ✓✓

Now, should I mention that you told me that the situation among you two wasnt easy also?    3:49 PM ✓✓

(That you've told me that)    3:49 PM ✓✓

The thing is that before bmm we werent really near to each other    3:50 PM ✓✓

And this theme is kind of private; therefore, somehow we should have talked more than superficially    3:51 PM ✓✓

Yes, so any story that we extensively talked about relatipnship issue will be suspicious    3:52 PM

Ok but why then would you have written me about your break up?    3:52 PM ✓✓

I dont have net now. I am in a tunnel.    3:53 PM ✓✓

And he is not so stupid    3.52 PM

So, better to say that I mentioned something about problems of long distance relationship. .    3:53 PM

And. . . then you went to Brazil and you did not know that I broke up with Daniel    3:54 PM

This will avoid the time correlation between our near contact and my break up woth Daniel.    3:58 PM

I think Daniel might have an idea that I broke up with him because of somebody else I met despite I was talking to him always about our relationships problems as the reasons.    4:01 PM

He wants to check it up.    4:01 PM

Which is stupid of him.    4:01 PM

So, either you admit that we talked a lot and you know about problems and be able to deal with questions like 'did you hit on Karolina'

80

So, either you admit that about problems and be September 16, 2017 questions like 'did you hit on Karolina'. . .                    4:04 PM

Or you say that you dont know too much about what was my problem with Daniel exactly and you will be saved from further questions.                    4:05 PM

Dont know too much sounds better    4:08 PM ✓✓

For 3.min I lost the connection at 4!    4:08 PM ✓✓

I would habe been there 2 hours later    4:08 PM ✓✓

*earlier    4:09 PM ✓✓

Oh no!!!    4:10 PM

But at least i am having a proper lunch    4:11 PM ✓✓

Mcdonalds    4:11 PM ✓✓

;)    4:11 PM ✓✓

😳    4:13 PM

Poor you    4:13 PM

Why? I actually like it    4:14 PM ✓✓

They charged me 20 extra dollars to change my time.    4:21 PM ✓✓

Is one extra hour with you worth it?    4:22 PM ✓✓

Totaly worth it ;)    4:23 PM

I hope so!    4:23 PM ✓✓

I should arrive in NY at 21:30    4:23 PM ✓✓

Then I will take an uber. At app 22 I should be ther    4:24 PM

81







September 16, 2017

And my Brocolli? 6:06 PM ✓✓

I need to do a diet! 6:06 PM ✓✓

I have some dietary options ;) 6:21 PM

Sex, sex and sex? 6:22 PM ✓✓

exactly, plenty of sport ;) 6:22 PM

And here again how to find me: address: 504 E 63 rd str
6:23 PM

I am scared! 6:24 PM ✓✓

which is the York Av and 63rd str corner 6:24 PM

How do I put this in uber? 6:24 PM ✓✓

Isnt there just a number 6:24 PM ✓✓

You enter the 504 building, saying hi to nice reception
guys. . 6:24 PM

And a street name? 6:25 PM ✓✓

504 is the building number 6:25 PM

Street name is E 63rd str 6:25 PM

I see 6:25 PM ✓✓

( east ) 6:25 PM

If they ask at the reception, you say you visit me 6:26 PM

Google found it 6:26 PM ✓✓

It should be fine 6:26 PM . ''

Left turn at the reception, all the way down to elevators to

84



September 16, 2017

Left turn at the receptic..., ....... n to elevators to 15 th floor
6:27 PM

I am in 15L   6:27 PM

Shouldn't I tell the reception?   6:27 PM ✓✓

What about you meet me at the entrance?   6:27 PM ✓✓

Are you going to be too sexy for that?   6:34 PM ✓✓

;)   6:34 PM ✓✓

Too sexy ;)   6:39 PM

Yes, you can tell the reception   6:41 PM

I will meet you at the entrance if I find something to put on the top ;)
6:42 PM

Hahaha   6:42 PM ✓✓

I can find my way in   6:42 PM ✓✓

Dont worry   6:42 PM ✓✓

And dont get scared with my unsexyness   6:42 PM ✓✓

Be happy with my effort!   6:43 PM ✓✓

😘   6:43 PM ✓✓

And I just realized that I am very happy to be going to NY
7:13 PM ✓✓

(Also because I am going to see you but in a way lesser scale!)
7:13 PM ✓✓

Hahahahaha   7:13 PM ✓✓

Just kidding   7:14 PM ✓✓

Hahaha :)   7:15 PM

85



Hahaha :) 7:15 PM        September 16, 2017

I am happy you are coming ;) 7:16 PM

Hey Fred! I'm very sorry for your grandmother! For how long will you stay in Brazil? 7:18 PM ✓✓

"Daniel" 7:18 PM ✓✓

But, dont blame him 7:19 PM ✓✓

He is trying to fight for you because this is the right thing to do 7:19 PM ✓✓

No. What he does is not the right thing to do. 7:19 PM

It's definetely not wrong. 7:20 PM ✓✓

He wants to gather more info about you 7:20 PM ✓✓

I am just loosing the remaining of respect towards him. 7:20 PM

No+ 7:20 PM ✓✓

No! 7:20 PM ✓✓

Stop that. 7:20 PM ✓✓

I must say it veemently. 7:21 PM ✓✓

We are just speculating abiut the reason he wants to talk to me. 7:21 PM ✓✓

He didn't even speak yet 7:21 PM ✓✓

He just wrote me asking if he can talk to me. 7:21 PM

He doesnt want to lose you and he is most probably desperate. 7:22 PM ✓✓

And then when I said I am busy he said that the post doc retreat was ended yesterday, . 7:22 PM



retreat was ended yesff

September 16, 2017                                    7:22 PM

There is nothing to do with respect    7:22 PM ✓✓

And sent me the dates from rockefeller university
                                            7:22 PM

He NEVER been on its website    7:23 PM

Ok, I will relax    7:23 PM

He is suffering    7:23 PM ✓✓

He doesnt know what to do    7:24 PM ✓✓

And very probably he isnt used to such pain    7:24 PM ✓✓

No. He is just checking whether I will meet somebody.
                                            7:24 PM

That is why he is asking you about your return date. .and
currently trying to figure out where I am now.    7:25 PM

I also tried to convince Katalin not choose the break up
but nowadays I know when it's better to stop    7:25 PM ✓✓

*not to choose    7:25 PM ✓✓

To get desperate is the worst thing to do    7:26 PM ✓✓

With experience you learn how to control that    7:26 PM ✓✓

Ok, I got it. But I am just afraid of desperate guys.
                                            7:30 PM

I bet you had desperate feelings with your ex that time
                                            7:31 PM ✓✓

Because of his bullshit    7:32 PM ✓✓

Hadn't you?    7:32 PM ✓✓

When I told my ex ex boyfriend that I break up with him he
did not want to.    7:33 PM



did not want to.

September 16, 2017    7:33 PM

But before that  7:33 PM ✓✓

I bet you were very hurt  7:33 PM ✓✓

And lost  7:34 PM ✓✓

In your feelings  7:34 PM ✓✓

And at that very moment he hit me in the face so that I felt my teeth loose.
7:34 PM

But I talked to him and not to his new girlfriend  7:36 PM

This is the point  7:41 PM ✓✓

We dont know of Daniel suspects anything about ua
7:41 PM ✓✓

Us  7:41 PM ✓✓

He isn't talking to me as if I were his substitute
7:42 PM ✓✓

It may be a coincidence  7:42 PM ✓✓

I am the only one he knows that is near to you at this moment
7:42 PM ✓✓

Dont crucify him without the full story  7:43 PM ✓✓

· of = if  7:43 PM ✓✓

Ok, I will relax  7:44 PM

2 hours!  7:44 PM ✓✓

And then I will make you relax  7:45 PM ✓✓

Lucky me!  7:46 PM

I hope not to be very numb this time  7:47 PM �× 

My finger is better but not 100%



September 16, 2017

My finger.is better but not 100%  7:47 PM ✓✓

Hahaha  7:47 PM ✓✓

Were you biking again?  7:47 PM

Nope  7:47 PM ✓✓

But a bit of the numbness is still there  7:48 PM ✓✓

I talked to andrei's gf and she had a numbness.for 6 months!  7:48 PM ✓✓

She or he ?  7:48 PM

She  7:49 PM ✓✓

Andrei's gf  7:49 PM ✓✓

Numbness where?  7:49 PM

Her finger was numb  7:49 PM ✓✓

Now I realize how important sensory inputs are  7:49 PM ✓✓

Maybe more stimulation is needed ;)  7:49 PM

Your job. Literally  7:50 PM ✓✓

;)  7:50 PM ✓✓

Are you already clean?  8:04 PM ✓✓

It's boooooooring here!  8:04 PM ✓✓

Clean? I was bathing in the mud sauna yesterday and hasnt taken shower since then so that we are equally stinky ;)  8:13 PM

Hahahaha  8:19 PM ✓



September 16, 2017

Hahahaha  8:19 PM ✓✓

Excellent@  8:19 PM ✓✓

Let the flies attack!  8:19 PM ✓✓

🐷 🐽 🐷  8:19 PM ✓✓

Haha  8:42 PM

Ok, just kidding  8:42 PM

We can do pig sex  8:43 PM ✓✓

I have just bathed in some witchcraft solution ;)  8:43 PM

I am fat and stinky anyway  8:43 PM ✓✓

But I dont mind the pig sex too ;)  8:43 PM

Hahaha  8:43 PM ✓✓

I am afraid with the amount of psychological pressure!
Should I buy Viagra?  8:44 PM ✓✓

Hahahah  8:44 PM ✓✓

You dont have to buy, I got some ;)  8:48 PM

I see now why you want so badly to cook for me
8:48 PM ✓✓

Ok, just kidding ;)  8:48 PM

Your secret spice!  8:48 PM ✓✓

· Karolina, what's this blue powder on my broccoli?
8:49 PM ✓✓

· Just polish blue salt. A tradition!  8:50 PM ✓✓

Right?  8:50 PM ✓✓



September 16, 2017

Right? 8:50 PM ✓✓

Yeah, Baltic Sea salt ;) 8:50 PM

Hahahha 8:50 PM ✓✓

I am like a homeless 9:14 PM ✓✓

Are you ready? 9:14 PM ✓✓

Where are you? 9:23 PM

Still.in the bus 9:23 PM ✓✓

The beauty meets the beast 9:23 PM ✓✓

Yesss 9:24 PM

I will use my witch hat to cover my nose;) 9:25 PM

😘 9:26 PM ✓✓

Are you there? 9:37 PM ✓✓

Still there 9:38 PM

Shall I consider running away? :) 9:38 PM

Which is the best place to get an uber? 9:38 PM ✓✓

There's a big traffic jam here in front of the station 9:39 PM ✓✓

Damn it 9:39 PM

What if you go to the other side? 9:40 PM

I came to one side 9:40 PM ✓✓

Let.me try 9:40 PM

I think it workes 9:43 PM ✓✓

91



September 16, 2017

k it workes 9:43 PM ✓✓

Worked 9:43 PM ✓✓

Great! 9:44 PM

Are you on the way? 9:52 PM

Not yet 9:56 PM ✓✓

Now it should work 10:03 PM ✓✓

If not, take a taxi. It wouldnt be super expensive 10:04 PM

It is not far away ;) 10:04 PM

In the uber now 10:06 PM ✓✓

It worked 10:06 PM ✓✓

Hurray! 10:06 PM

I think that my gps needs to be calibrated 10:06 PM ✓✓

Enjoy the Saturday night trip in NY ! 10:07 PM

Ready to receive a homeless? 10:07 PM ✓✓

;) 10:07 PM ✓✓

Now I regret I did not pivk up the homeless from the station 10:07 PM

Dont! 10:07 PM ✓✓

I know how to survive 10:08 PM ✓✓

:) 10:08 PM ✓✓

haha 10:08 PM

It is just because of this Saturday night trip ;) 10:08 PM



September 16, 2017

It is just because of this ~~...~~ .p ;)   10:08 PM

I am here!   10:30 PM ✓✓

September 18, 2017

Hi, sexy lady. I loved our time together. It was super cool. The uber left me innthe wrong place! I had to walk 12 min to the right one. Evth is fine now but the bus will be super full.   6:09 AM ✓✓

Last thing, please try to talk to Daniel today. He is still insisting to stay at my place in Boston. This would be awkward. Let me know afterwards so that I can answer sth properly.   6:11 AM ✓✓

I already miss you!   10:19 AM ✓✓

Nymphomaniac!   10:19 AM ✓✓

Hey my Latino Lover ;)   10:21 AM

I also loved our time! And this bed feels already empty without you ;)   10:22 AM

The scanning got postponed for tomorrow so I had time to sleep longer. Hurray!   10:23 AM

Hahaha   10:23 AM ✓✓

Lazy!   10:23 AM ✓✓

I am still in the bus   10:23 AM ✓✓

93



September 18, 2017

± 168 kB

10:23 AM

Cool! 10:23 AM ✓✓

I am so much taller than you 10:24 AM ✓✓

And fatter 10:24 AM ✓✓

Hahaha 10:25 AM

Are you on the lab right now? 10:26 AM ✓✓

I am getting ready to go 10:56 AM

:) 11:10 AM ✓✓

Arrived! 11:10 AM ✓✓

4 hours! Not bad! 11:42 AM

I forgot to bring your sock to you! 1:19 PM ✓✓

Now I need to return once more to NY ;) 1:19 PM ✓✓

Your smart strategy ;) 2:30 PM

Or you come to Boston to pick it up ;) 2:41 PM ✓✓

And to visit your collaborators primarily! 2:41 PM

I know. . I have too many reasons to come to Boston to





but by the fact th    September 18, 2017    / stuff.    3:08 PM ✓✓

It seems that we arent coming back neither.    3:08 PM ✓✓

;)    3:08 PM ✓✓

Dont forget to get the jet-ski photos!    3:09 PM ✓✓

I requested but they havnt responded yet!    3:10 PM

Let's skype later?    3:15 PM ✓✓

Do you know any paper in which monkeys play a videogame?    4:02 PM ✓✓

I know the Neuron 2015 paper by Haroush where the monkeys play a Prisoner's Dilema game.    4:36 PM

Other than that I was also searching through and have not came across anything else.    4:38 PM

I will ask Ben Deen.    4:39 PM

Skype yes but later later ;)    4:40 PM

I will try to sleep kind of early today. I need it. Later later is after 10?    4:42 PM ✓✓

If yes, we do it in another time.    4:43 PM ✓✓

I agree you need a rest ;)    4:44 PM

I have a hell of stuff to do today    4:46 PM

Dont worry.    4:46 PM ✓✓

I dont want to disturb your time.    4:46 PM ✓✓

If I dont manage to finish earlier we skype anotjer time;)    4:46 PM

Don't worry. Really. I was just asking because unexpectedly I got uncomfortable with my break up whe I arrived home.    4:47 PM ✓✓



unexpectedly I g... ...with my break up when
I arrived home.    September 18, 2017    4:47 PM ✓✓

And I dont like to talk about it with too many people.
4:48 PM ✓✓

But I can manage it.    4:48 PM ✓✓

Hopefully hahaha    4:48 PM ✓✓

Have a nice working day.    4:49 PM ✓✓

*workday    4:49 PM ✓✓

Sounds like SOS    4:50 PM

Are you at home already?    4:50 PM

No. It isnt that bad    4:50 PM ✓✓

I am trying to work in the library right now    4:51 PM ✓✓

All right ;)    4:51 PM

:)    4:51 PM ✓✓

Thanks anyway.    4:51 PM ✓✓

Let me know later how you feel, we skype then    4:51 PM

It's really ok. Dont worry. :)    4:52 PM ✓✓

I hate emotions! I want to be a robot.    4:53 PM ✓✓

Good luck    4:53 PM

;)    4:53 PM

The haroush paper is a cell, not neuron, right?    6:26 PM ✓✓

http://www.sciencedirect.com/science/article/pii
/S0092867415001233    6:28 PM ✓✓

True!    6:37 PM



True! 6:37 PM     September 18, 2017

How do you feel? 6:37 PM

Better. 6:37 PM ✓✓

Emotions are interesting. 6:38 PM ✓✓

Fucking neurotransmitters 6:38 PM ✓✓

😁 6:39 PM

It is interesting also how do they interact with cognitive system. I heard from Daniel that hearing that I met somebody else would be easier to bear because it will remove his resposibility. 6:40 PM

Well, I would like to know the truth also but it wouldnt be easier to me. 6:42 PM ✓✓

However, the truth is the truth. 6:42 PM ✓✓

Facts shouldnt be changed. 6:43 PM ✓✓

Btw, yesterday was the last nice day here before the hurricane is coming. 6:49 PM

We were lucky! 6:49 PM

Then my 32 hours trip was worth it 6:56 PM ✓✓

Even if I got raped 6:56 PM ✓✓

;) 6:57 PM ✓✓

Hahaha 7:06 PM

Poor you ;) 7:06 PM

Lucky me! 7:12 PM ✓✓

You may rape me again! 7:12 PM ✓✓



September 18, 2017    e me again! 7:12 PM ✓✓

Thanks for permission but I wouldnt ask you anyway ;)
7:21 PM

Rapist! 7:23 PM ✓✓

To come home is very weird. 7:23 PM ✓✓

I dont know why this fucking neurotransmitters in my
amygdala get so crazy.
7:24 PM ✓✓

Do you have some extra muscimol there? 7:24 PM ✓✓

I will inactivate my both amygdalas 7:25 PM ✓✓

Bitches 7:25 PM ✓✓

It is normal that you miss her. 7:27 PM

But it has been 1 month or more already 7:28 PM ✓✓

Enough is enough 7:28 PM ✓✓

And my weekend was perfect. 7:28 PM ✓✓

Why do those feelings still manifest? 7:28 PM ✓✓

I am angry with my brain 7:29 PM ✓✓

;) 7:29 PM ✓✓

You need to go through it. 7:29 PM

And it's unconscious! 7:29 PM ✓✓

No other option. 7:29 PM

Sorry for involving you in this mess 7:29 PM ✓✓

It's really unconscious 7:30 PM ✓✓

And when I am in your side, you manage to inhibit ev  ≫
7:30 PM ✓✓



And when I al...                    manage to inhibit evth

September 18, 2017

                                          7:30 PM ✓✓

                              *at your side   7:30 PM ✓✓

                    I think I will kindnap you   7:30 PM ✓✓

                        You are my muscimol   7:30 PM ✓✓

                                          7:32 PM ✓✓

                                    Broccoli?   7:32 PM ✓✓

hahaha 😘   7.32 PM

You need to confront all the emotion, aparently there is
no way to escape
                                          7:33 PM

                    But why are you not sad?   7:33 PM ✓✓

I went through it. I was already sad too. I am just trying to
use my cognitive control ability to explain myself that it is
the right decision.
                                          7:36 PM



the right decision.    September 18, 2017    7:36 PM

It works. 7:36 PM

Hm. 7:36 PM ✓✓

And I learned a lot. 7:37 PM

I am happy with it. 7:37 PM

When you hold the key of the door, it's easy to accept that the door should remain shut. 7:37 PM ✓✓

It's maybe similar to phobic stimuli 7:38 PM ✓✓

You think you cant escape and this makes it unbearable 7:38 PM ✓✓

But if you hold the escape button, you can deal with it 7:39 PM ✓✓

Holding many buttons and having possibilities make it unbearable too. 7:40 PM

I dont think so 7:41 PM ✓✓

You have the power to make a choice 7:41 PM ✓✓

And there's no really right one 7:41 PM ✓✓

It is true. 7:41 PM

And I know how you must feel with this lack of control. 7:42 PM

I remember that I felt always the worst when I was helpless in the situation. 7:42 PM

Yes. 7:43 PM ✓✓

It's a phobic thing. 7:43 PM ✓✓

But then. . I discovered that I have a choice of the way I react and perceive what happened. 7:43 PM



But then. . I discovered   September 18, 2017   e of the way I react and perceive wha... .......  7:43 PM

It took a while though  7:43 PM

I had also a choice to revert the game (I think)  7:44 PM ✓✓

I saw it coming and I almost broke up before she did  7:44 PM ✓✓

It would be strategical  7:44 PM ✓✓

But I wouldn't bear making her suffer or to manipulate her for my purpose.  7:45 PM ✓✓

I explicetely gave her total power in the decision  7:45 PM ✓✓

And I know that from her perspective, this is the right decision.  7:46 PM ✓✓

Actually probabilistically this is the right decision  7:47 PM ✓✓

The probability that I will change after all those years is very low.  7:47 PM ✓✓

BUT, I will go against the odds.  7:48 PM ✓✓

;)  7:48 PM ✓✓

It is the most probable ;)  7:49 PM

I always challenged probabilities in my life  7:50 PM ✓✓

I can do it once more  7:50 PM ✓✓

And sorry for bother you with all this shit  7:50 PM ✓✓

*bothering  7:51 PM ✓✓

When I start complaining, just grab my hair and pull my head between your legs  7:52 PM

So I will shut up  7:52 PM ⌄



September 18, 2017

hahaha  7:52 PM

even better idea than raping ;)  7:52 PM

;)  7:53 PM

I have just got the link to the jetski pictures. . but not from our trip though! haha  8:31 PM

Hahaha  8:55 PM

Find this person in facebook and sell to them  8:55 PM

;)  8:55 PM

I could sell it to the random advertisement company ;)  9:16 PM

;)  9:17 PM

And what are you doing now, sexy witch?  9:18 PM

I am going running and then straight to bed  9:19 PM

You? Running?  9:19 PM

What a new lifestyle  9:19 PM

;)  9:19 PM

I have a good memories from running  9:20 PM

From your postdoc retreat?  9:20 PM

It is a perfect excuse to start to make my legs useful again ;)  9:20 PM

;)  9:20 PM

If I ever write sexy bitch to you, it's surely a typ  9:21 PM



If I eve[...] you, it's surely a typo.
September 18, 2017                    9:21 PM ✓✓

I meant sexy witch    9:21 PM ✓✓

;)    9:21 PM ✓✓

Hahaha    9:23 PM

Do you run in the gym or st the street?    9:23 PM ✓✓

Gym.    9:24 PM

now it is too late for the street    9:25 PM

Cool. Make a selfie when you are sweat    9:25 PM ✓✓

I would lick evth    9:25 PM ✓✓

😂😂😂    9:25 PM ✓✓

And everywhere    9:25 PM ✓✓

Deal!    9:26 PM

Dont forget to give me your bank account    9:43 PM ✓✓

⬇ 198 kB

10:27 PM

Cool!0    10:27 PM ✓





September 18, 2017

I have a fight tickets for thanksgiving. . 10:33 PM

But I can cancel it 10:34 PM

Nowdays would be perfect 10:34 PM

Flight tickets to where? 10:34 PM ✓✓

To Las Vegas 10:34 PM

Alone or with friends? 10:35 PM ✓✓

My friends got the hiking permit 10:35 PM

That would be 'friends' option 10:36 PM

Is there a relationship between vegas and grand canyon? 10:37 PM ✓✓

Car rental 10:37 PM

Is the gran canyon near to vegas? 10:38 PM ✓✓

Las Vegas is the closest city to fly to 10:38 PM

I see. 10:38 PM ✓✓

And friends is a group of friends or one specific special friend? 10:38 PM ✓✓

Group 10:39 PM

Well, if there's a place for a nice Brazilian, I can join you guys. 10:39 PM ✓✓

Cool! 10:40 PM

Ask them and give me the details of what to buy 10:40 PM ⌄









September 18, 2017

I am going to sleep 11:08 PM

See you tomorrow, my b...witch! 11:08 PM

Sleep good my (s)latin lover 11:09 PM

11:12 PM

You too! 11:12 PM

(Lisp=ceceia, not pronouncing 's' correctly, what Portuguese do) 11:21 PM

September 19, 2017

Hey Latino! How are you doing today? 9:36 AM

What hppened to your new profile picture ? ;) 9:36 AM

My mother complained! 10:04 AM

She said it was too ugly 10:05 AM

Hahaha 10:05 AM

I have still a bit of crazy neurotransmitters but it's getting better 10:06 AM

And which are your plans for today? 10:09 AM

Haha, you have an aesthetic censor ;) 11:09 AM

I am in the scanner now. 11:10 AM

My mother is cool. 11:11 AM

Good experiment for you. 11:12 AM

And I miss you already. 11:12 AM

But in the evening there is a lecture of psychiatry proffesor with dinner afterwards







September 19, 2017

:) 12:39 PM ✓✓

**Karolina Marciniak**
It is not my experiment so I dont care;)

Do you consider yourself normally altruistic or more self-centered? 12:41 PM ✓✓

I am not judging. Just asking. There's no right answer. 12:43 PM ✓✓

Both approaches have advantages and disadvantages. 12:43 PM ✓✓

Normally altruistic;) 12:47 PM

I helped with scanning and gave suggestions but at the end it was not planned by me. 12:48 PM

:) 12:48 PM ✓✓

I understand it. 12:49 PM ✓✓

And I hate earl miller. His paradigms are amazing! 12:49 PM ✓✓

I am summarizing them now. 12:49 PM ✓✓

For the sake of my project. 12:49 PM ✓✓

Evth that I've thought, the guy did already 12:50 PM ✓✓

So that is why I am emotionally detached from the outcome 12:49 PM

Bitch. 12:50 PM ✓✓

But altruism is egocentric at the end. By helping I learn for myself ;) 12:50 PM

This is just a bonus 12:50 PM ✓✓

Well, altruism pays off at the end in the long-term

113



Well, altruism pays off    September 19, 2017    ng·term perspective.    12:58 PM

So it is . . . egoistic ;)    12.58 PM

It's uncertain that it will pay off    1:11 PM ✓✓

It's normally a bet    1.11 PM ✓✓

But the other person can be an asshole and you get fucked    1:11 PM ✓✓

However, what's really interesting is true altruism, when you dont gain anything.    1:12 PM ✓✓

For instance, blind donation for sth that brings absolutely no benefits to the donnor.    1:12 PM ✓✓

But it is beneficial for the other member of the same social group.    1:16 PM

Scientist usually are motivated to work for 'humanity'    1:17 PM

It is just a matter of the level of abstraction from immediate gene relatives to other group members or the society.    1:20 PM

Would you sacrifice yourself for the society?    1:26 PM ✓✓

It's not that simple    1:26 PM ✓✓

Depends on whether it would be for the benefit or for the survival.    1:33 PM

And how specific to me this sacrification would have to be.    1:33 PM

If there is a meteorite going towards the Earth and nobody from the earth can see it and I am just by accident flying there on the broom with detonation box. . .    1:35 PM

I would help and be ready to blow myself up.    1:36 PM

Otherwise I doubt there would be any benefit for society

114



September 19, 2017

Otherwise I doubt there would be any benefit for society coming from sacrification of just one person. 1:38 PM

Depends on how big is your society 1:39 PM

I would just blow myself if my directly family would be affected 1:40 PM

And if I could survive and reproduce even without earth 1:40 PM

(If another planet would be colonized, for instance) 1:40 PM

And without survival option? 1:44 PM

If you drive fast and you see your brother passing the street. . would you turn the wheels and hit the tree? 1:46 PM

Yes because I would think I would survive 1:47 PM

Haha you have the superpower ;) 1:48 PM

Now, just one person will survive. There's enough air for 2 days, when the chamber opens but just for 1 person. You and your brother are in the chamber. 1:49 PM

One has to die or both die. 1:49 PM

There's a gun in the chamber. 1:50 PM

How would you choose it? 1:50 PM

Depends on his behavior. 1:51 PM

Agree. 1:51 PM

If he has a strong willingness to survive for his family. . 1:52 PM

So, you cant hear or see him 1:52 PM

115



September 19, 2017    or see him    1:52 PM ✓✓

But you can kill him    1:52 PM ✓✓

Or yourself    1:52 PM ✓✓

Let's consider that your brother is your friend    1:53 PM ✓✓

You love him.    1:53 PM ✓✓

I would not be able to live further knowing that I killed him.    1:54 PM

So probably I would shoot myself    1:54 PM

Let's say now that one has to die, only one, otherwise the mother also dies.    1:55 PM ✓✓

You have to kill him or he has to kill you.    1:55 PM ✓✓

You cant kill yourself.    1:55 PM ✓✓

If he kills you, he will also suffer because of it.    1:56 PM ✓✓

The same applies to you.    1:56 PM ✓✓

And now?    1:56 PM ✓✓

Do you let him kill you?    1:56 PM ✓✓

So we would probably have to sacrifice the mother and we both live.    1:58 PM

what would you do?    1:59 PM

No. You both die in the end, also the mother    1:59 PM ✓✓

After 5 min.    1:59 PM ✓✓

If no one chooses    1:59 PM ✓✓

In this scenario, I would kill.    1:59 PM ✓✓

I would toss the coin    2:00 PM

116



I would toss the coin

September 19, 2017

:) 2:00 PM

I still would kill. 2:01 PM

Probably I would try to justify my choice somehow
2:01 PM

But in the end I would kill 2:01 PM

Hmm I wonder if brother-sister vs brother-brother scenario matters
2:04 PM

And the family status of your sibling 2:05 PM

The amount of love also matters. 2:19 PM

Btw, is love a discrete or continuous variable? 2:20 PM

;) 2:20 PM

Haha tricky! 2:26 PM

Sometimes I am sure that the romantic love is very discrete
2:27 PM

Why? 2:28 PM

Dont you start liking more and more a person 0
2:28 PM

? 2:28 PM

There's no day in which you say: I dont love and today I love.
2:29 PM

· I didnt love yesterday but today I love. 2:29 PM

Because sometimes it goes very fast from love to no love. If somebody is hurt.
2:30 PM

But in general I think literature tends to distinguish different types of love.
2:30 PM



different types of love.

September 19, 2017                    2:30 PM

Really? Never read about it.  2:31 PM ✓✓

Categories of love?  2:31 PM ✓✓

Or stages? And your example with liking more and more would fit to the early stages of falling in love.  2:37 PM

Each stage is necessarily a category no?  2:37 PM ✓✓

Stages = ordered categories  2:37 PM ✓✓

Hmm categories would be parental, romantic and so on.  2:40 PM

and stages would be the steps in romantic love.  2:40 PM

This is just the labels you use  2:41 PM ✓✓

I dont know if this is mathematically correct but I would say that set = category  2:42 PM ✓✓

I guess at least with the stages of romantic love there is enough arguments to relate them with diffeerences in the level and balance of neurotransmitters.  2:50 PM

↓ 180 kB

2:57 PM

Where are we?  3:02 PM ✓✓

Stage 2 already?  3:02 PM ✓✓

;)  3:02 PM ✓✓ ⌄

118



September 19, 2017

**Love, Actually: The science behind lust, attraction, and ...**
by Katherine Wu figures by Tito A...
sitn.hms.harvard.edu

http://sitn.hms.harvard.edu/flash/2017/love-actually-science-behind-lust-attraction-companionship/
3:03 PM

My dopamine, norepinephrine and serotonine systems are crazy for sure ;)
3:05 PM

And estrogen? 3:06 PM ✓✓

Cool stuff. I will read more about it later! 3:07 PM ✓✓

Thanks! 3:07 PM ✓✓

I am afraid to speculate about its level ;) 3:08 PM

But lust is obvious, no? 3:09 PM ✓✓

;) 3:09 PM ✓✓

You rape me all the time! 3:09 PM ✓✓

Damn it, too obvious 3:43 PM

😝😝😝 8:43 PM ✓✓

Do you already have your picture baccking up this gif? ;)
9:27 PM

Not yet 9:27 PM ✓✓

I need your useless legs for that 9:28 PM ✓✓

I am just coming back from obscene good dinner
9:28 PM

I am spoiled here! 9:28 PM





September 19, 2017    ning to end    9:38 PM

I ate some polish sausage from your plate, so I am full fledged fake vegetarian now ;)    9:43 PM

Everything on you is fake.    9:55 PM

For example?    9:58 PM

Red hair    10:00 PM

You dye it.    10:00 PM

Strong legs.    10:01 PM

Completely weak.    10:01 PM

Nice person-> rapist    10:01 PM

Hahaha    10:07 PM

Have a good night    10:07 PM

I need to wake up tomorrow at 5 to fight    10:08 PM

Good night 😘    10:08 PM

September 20, 2017

Hey you the Fighter, how are you?    11:27 AM

Missing you!    11:44 AM

And hungry    11:44 AM

;)    11:44 AM

And I have one idea for a monkey videogame    11:46 AM

I want to discuss it with you later    11:51 AM

But you have to promise not to steal my ide    11:51 AM





on the good mood;)

September 20, 2017          4:37 PM

I am still working on the hiking permitt for Grand Canyon
4:38 PM

Ok. No rush. 4:39 PM ✓✓

Today I went fighting. 4:39 PM ✓✓

Finally I returned to my training 4:39 PM ✓✓

Cool!:) 4:39 PM

Where is the sweating picture?;) 4:40 PM

Dont have it 4:40 PM ✓✓

But I sweat a lot! 4:40 PM ✓✓

First day is always the worst day! 4:42 PM ✓✓

Alice Cooper - Poison
Alice Cooper's official music vide...
youtu.be

https://youtu.be/Qq4j1LtCdww 5:20 PM ✓✓

This is you singing to me. 5:21 PM ✓✓

😘 5:21 PM ✓✓

I like the song ;) 5:58 PM

This is a good pole dancing song;) 5:58 PM

Have you payed attention to the lyrics 5:59 PM ✓✓

? 5:59 PM ✓✓

If today is your first day of training. .does it mean that you
would be more vulnerable to get raped 5:59 PM



September 20, 2017

Yes. Come! 5:59 PM ✓✓

I payed attention to the lyrics 6:01 PM

What is your recovery time?:) 6:02 PM

You make it be 30 s 6:04 PM ✓✓

Last time I barely finished and you started kissing me down again! 6:04 PM ✓✓

Rapist! 6:04 PM ✓✓

And? Will you sing this song to me? ;) 6:05 PM ✓✓

You sing and I dance!;) 6:07 PM

You sing while dancing in the pole. Much more sexy. 6:10 PM ✓✓

My friend answered: Psychtoolbox and some c-compiled code 6:25 PM ✓✓

'I wanna kiss you but I want it too much'! 7:16 PM

7:17 PM ✓✓

Hmm thanks! Looks I will have to resolve to Psychtoolbox as well 7:18 PM

There is Oktoberfest beer in our bar today. .but nobody is dressed up! 7:19 PM

Your life is so great! 7:19 PM ✓✓

But in NY they organize it during the following weekends in a proper style. 7:19 PM

Is there Oktoberfest in Boston? 7:20 PM

I even have my dirndl ;) 7:21 PM

124



September 20, 2017

I even have my dirndl ;)    7:21 PM

Do you have one?    7:22 PM ✓✓

I dont know    7:22 PM ✓✓

Have to check it    7:22 PM ✓✓

But you would.be more sexy with a feminine Lederhose    7:22 PM ✓✓

I gave one to Katalin    7:22 PM ✓✓

I have lederhose set too ;)    7:23 PM

And miniskirt dirndl    7:23 PM

Hahaha    7:23 PM ✓✓

I dont like the traditional length    7:23 PM

**Pole Grooves @ Body Electric Pole Dance Studio - Poison ...**
Classic 80s rock in this week's P...
youtu.be

https://youtu.be/O5kIJZTIIBo    7:27 PM ✓✓

Are you going to train it for me?    7:27 PM ✓✓

And sing it at the same time?    7:27 PM ✓✓

I am ;)    7:49 PM

And what are you doing now?    7:49 PM ✓✓

Eating an apple in my bed    7:49 PM

May I lick you while you eat the apple?    7:50 PM ✓✓

You are very welcome ;)    7:51 PM



You are very welcome ;

September 20, 2017

😝😝😝  7:52 PM ✓✓

And besides that? Just relaxingm  7:52 PM ✓✓

?  7:53 PM ✓✓

I want the picture of this gif!;)  7:53 PM

You have to make it  7:53 PM ✓✓

While I lick you  7:53 PM ✓✓

I know  7:53 PM

I will  7:53 PM

I just came back home. .dont know yet what I am gonna do. .  7:55 PM

I want to fuck you again  7:55 PM ✓✓

Now  7:55 PM ✓✓

Yess right aftef you lick me...  7:56 PM

So you cum at least twice in a row?  7:57 PM ✓✓

your mouth, so hot. .  7:58 PM

your web, I am caught  7:58 PM

I want to hurt you just to hear you screaming my name
Don't want to touch you but you're under my skin (deep in)
I want to kiss you but your lips are venomous poison
You're poison, running through my veins  7:59 PM ✓✓

I wanna taste you, but your lips are venomous poison

8:02 PM

I want to fuck you but you are not here in





September 20, 2017    their album    8:13 PM ✓✓

They are super good    8:13 PM ✓✓

I knew only this song    8:15 PM

Checking the album on spotify now    8:15 PM

**Wintergatan live at Debaser Strand**
Wintergatan live at Debaser Stran...
youtu.be

https://youtu.be/UBl3XcWWHE8    8:17 PM ✓✓

They have lots of live shows    8:18 PM ✓✓

In youtube    8:18 PM ✓✓

All their songs are great    8:18 PM ✓✓

They play a lot in Germany amd Sweden. Let's go to a concert of them?    8:19 PM ✓✓

I am just checking. .    8:20 PM

Only Sweden this year    8:20 PM

Stockolm?    8:20 PM ✓✓

I have a friend there    8:20 PM ✓✓

Ah noo that was the last year. .    8:21 PM

They dont play concerts this year    8:21 PM

They are building the new machine    8:22 PM ✓✓

Haha    8:22 PM

It's true    8:22 PM ✓✓

I am not kidding    8:22 PM ✓✓





Even better for the rapi    September 20, 2017

September 21, 2017

I couldn't wake up at 5! :(    7:46 AM ✓✓

Haha    7:50 AM

But it seems I have serotonine/dopamine induced
insomnia and I could't sleep from 5:30 ;)    7:51 AM

I just came back from running    7:52 AM

Hahaha. How much more disciplined you are!    7:52 AM ✓✓

If with bad conditioning you are sexually insatiable, with
good conditioning... Heeeeeeeeelp!    7:53 AM ✓✓

Poor you ;)    7:55 AM

I am going to pick up my sock, so be prepared ;)    8:27 AM

You are most welcome but I think on Monday I will go to
Germany.    9:31 AM ✓✓

Ah,ok    10:14 AM

Then it is definitely bad timing    10:15 AM

Yes. Katalin told me that she went out with someone.
12:34 PM ✓✓

I am not sad but it's a weird sensation.    12:34 PM ✓✓

I would like to have your opinion about it.    12:35 PM ✓✓

Or to talk a bit...    12:37 PM ✓✓

I know you feel bad    12:52 PM

I can totaly understand it    12:52 PM

Nobody likes to be cheated on    12:52 PM



Nobody likes to be che     September 21, 2017

No. 12:52 PM ✓✓

She didnt cheat on me. 12:52 PM ✓✓

(I think) 12:52 PM ✓✓

She is going out now with him. 12:53 PM ✓✓

And you are surprised how smooth she changed, rigjt?
12:54 PM

(Changed her feelings) 12:54 PM

Yes 12:55 PM ✓✓

It was kind of fast 12:55 PM ✓✓

And probably you are jealous 12:55 PM

The feeling is not jealousy because I am not angry
12:56 PM ✓✓

It's a kind of pity of the situation 12:56 PM ✓✓

It's hard to believe that 5 years can be overwritten in 1
month 12:57 PM ✓✓

You are dissapointed that she could stop loving you so
easily, right? 12:58 PM

I know, I totally get it. 12:58 PM

But that is what I mentioned to you with the love being
discrete from loving to not-loving 1:00 PM

When somebody feels hurt in the relationship and get
to the point to decide to break up, I guess there is a
mechanism to keep the mind healthy and to overwrite the
love faster 1:03 PM

Yes. Maybe. 1:04 PM ⌄

Or maybe it wasnt true love. 1:04 PM ✓✓

131



September 21, 2017

Or maybe it wasnt true love. 1:04 PM ✓✓

What makes it difficult is that even though we were having Problems, I would have never abandoned her. I wanted to break up with her before, but I didnt do because I believed on her. 1:05 PM ✓✓

I understand you 1:06 PM

And love for me should be unnafected by proximity 1:07 PM ✓✓

If I am distant or not, it shouldnt matter 1:07 PM ✓✓

It was the same reason I stayed in 8 year relationship 1:07 PM

:( 1:07 PM ✓✓

True. 1:07 PM ✓✓

But if I had stayed there, this wouldnt have happened. 1:08 PM ✓✓

This is the sad part. 1:08 PM ✓✓

Our relationship was dependent on physicsl presence. 1:08 PM ✓✓

I believed that there is a true love that withstand all tje problems. 1:08 PM

I was waiting for my boyfriend to finish his phd in order to start in NY 1:09 PM

Even when it was obvious that he is not convinced to come 1:09 PM

When I found out that he is spending a weekend with somebody else I felt that I am going to die 1:10 PM

I understand that. 1:10 PM ✓

Shit situation 1:10 PM ✓✓



September 21, 2017

...hit situation  1:10 PM ✓✓

So then I understood that there are two people needed in order to believe in this true love in the relationship
1:11 PM

Otherwise one perspn is not enough  1:11 PM

Yes.  1:11 PM ✓✓

But if I need to be truth with myself, I was with her mainly because of her beauty.  1:12 PM ✓✓

I fooled myself in thinking that her personality was the best one for me  1:12 PM ✓✓

But it wasnt  1:12 PM ✓✓

She is an extremely nice person. Dont get me wrong.
1:13 PM ✓✓

But she wasn't as exciting as I would have expected in terms of way of thinking.  1:13 PM ✓✓

And thanks for supporting me in this shit moment.
1:19 PM ✓✓

You shouldnt be the one hearing all of this.  1:20 PM ✓✓

It is ok, I just had to pick up my food in the line  1:21 PM

Ok, I am back  1:21 PM

Hahaha  1:21 PM ✓✓

I just ate also  1:21 PM ✓✓

So, I have to say that the world nowdays is full of superficial relationships  1:21 PM

How much time did you need to start a relationship with Daniel after you broke up?  1:22 PM

1.5 month



September 21, 2017

1.5 month  1:23 PM

Only that?  1:23 PM ✓✓

I was cured quite fast from Artur.  1:23 PM

And how much time did you need to start realizing that he wasn't the man of your life?  1:24 PM ✓✓

Hmmm  1:24 PM

This is tricky  1:24 PM

I guess the secureness that he is the one I got only because it felt so normal with comparison to my ex boyfriend  1:25 PM

But I still believed  1:25 PM

I would say. .half a year  1:26 PM

And then half an year to break up?  1:27 PM ✓✓

something like that  1:27 PM

I would say it could have been faster. .  1:28 PM

But I am happy with myself I managed to realize it and to make decision  1:30 PM

:)  1:30 PM ✓✓

I am convinced it is good to be honest with oneself.  1:32 PM

Yes.  1:32 PM ✓✓

Sorry for complaining with you.  1:32 PM ✓✓

No problem  1:33 PM

Crazy neurotransmitters!  1:37 PM ✓✓



September 21, 2017

Crazy neurotransmitters! 1:37 PM ✓✓

They are cool at the end ;) 1:42 PM

I have just got the text from Daniel. He is on the way to NY. 1:43 PM

He booked the hotel. 1:44 PM

It is silly what he is doing but I understand him somehow. 1:45 PM

I am not afraid to repeat all what I think straight into his face. 1:46 PM

:) 1:48 PM ✓✓

I dont want to lose the cool thing we are having but I have to admit that I admire his effort. 1:49 PM ✓✓

And that I wish you two could understand each other with true love. 1:50 PM ✓✓

Haha 1:51 PM

:) 1:51 PM ✓✓

Dont worry 1:51 PM

He is doing exactly everything to make me feel I made a good decision ;) 1:52 PM

Would it have made any difference if he had acted in another way? 1:53 PM ✓✓

I told him I dont want him to come and that it will make me feel angry and pressed. 1:53 PM

So he was warned 1:53 PM

No, it would not actually 1:54 PM

Tell him that you have someone already 1:54 PM ✓✓

135



September 21, 2017

Tell him th[...] one already  1:54 PM ✓✓

I am clear in my mind.  1:54 PM

It was the best thing I could have heard from Katalin  1:54 PM ✓✓

Really?  1:54 PM

I wish she had told me that before  1:54 PM ✓✓

Yes. Now the hope is completely gone.  1:55 PM ✓✓

I will see.  1:55 PM

Even if she wanted to come back, I wouldnt be able to do it.  1:55 PM ✓✓

She is dead.  1:55 PM ✓✓

It is still hard to believe that other arguments would not be enough  1:55 PM

We always hope...  1:56 PM ✓✓

But at the end it is the issue who should bear the guiltiness and be the asshole  1:56 PM

There's no guilty.  1:56 PM ✓✓

If I tell him all the time what was wrong in the relationship he would feel guilty.  1:56 PM

If I tell him that I have somebody already he would feel relieved  1:57 PM

A relationship should be desired from both parts.  1:57 PM ✓✓

Tell him both  1:57 PM



September 21, 2017

Maybe that would make him having this closure faster
1:59 PM

By analyzing my situation, I think so. 2:01 PM ✓✓

When is he coming? I wanted to see you hahaha!
2:07 PM ✓✓

Today 2:11 PM

I wanted to make him wait and meet him tomorrow
2:11 PM

Tonight there is NY academy of science annual meeting
2:12 PM

But on the other side. . the sooner the better 2:13 PM

He is coming today???? 2:15 PM ✓✓

Yes. He wrote me when he was already on the way. This
freaked me out.
2:16 PM

:) 2:16 PM ✓✓

Drama drama! 2:16 PM ✓✓

I have enough of drama. 2:17 PM

After freaking out I promised myself that it is the last
breakup in my life!
2:18 PM

Did you decide to be single for the rest of your life?
2:21 PM ✓✓

Hahahaha 2:21 PM ✓✓

I will do the same. 2:21 PM ✓✓

No more relationships! 2:21 PM ✓✓

Hahaha 2:22 PM

137





It is ok. It used to be w( September 21, 2017

Really? 2:45 PM ✓✓

When I told Artur I am breaking up he hit me so that I had to go to tje dentist because my teeth was loose. 2:46 PM

He did not want to move out. 2:46 PM

My God. 2:46 PM ✓✓

Polish people are dangerous 2:46 PM ✓✓

He started violence from nowhere? 2:47 PM ✓✓

When I made him move out I was having a phone calls from his mew girlfriend that he wants to come back and she will bring him back to me. 2:47 PM

Then, from his mom. 2:47 PM

Hahahaha I really like you! 2:47 PM ✓✓

Then, he came back from Poland to Germany with his suitcases and rang the doorbell 2:48 PM

(But be aware of latinos! They always say that!) 2:48 PM ✓✓

And was waiting in the garten till the evening. 2:48 PM

Then I called the police. 2:48 PM

HAHAHAHA 2:49 PM ✓✓

Really? 2:49 PM ✓✓

At least I acknowledge when I lose. 2:49 PM ✓✓

And I dont do drama. 2:49 PM ✓✓

Ah, and of course he threathened me that he would commit a suicide. 2:51 PM

140



An, and of course he th                he would
commit a suicide.         September 21, 2017
                                              2:51 PM

Do any of this things actually help?    2:51 PM ✓✓

NO !!!   2:52 PM

They DON'T help ;)    2:52 PM

What would have been the best attitude in oder to get you back?
                                              2:52 PM ✓✓

Was there anything you woukd have secretely liked?
                                              2:52 PM ✓✓

Make me not willing to go away    2:53 PM

;)   2:53 PM

But after you broke up    2:53 PM ✓✓

What would have helped?    2:53 PM ✓✓

Hmm maybe the biking trip from Poland to Germany with 'I love you' banner?
                                              2:55 PM

Never tested though ;)    2:55 PM

Seriously.    2:55 PM ✓✓

What would have helped?    2:55 PM ✓✓

I dont know    2:57 PM

Depends what was the reason ;)    2:57 PM

Anything you would have secretly desired?    2:57 PM ✓✓

Your ex, I mean.    2:58 PM ✓✓

What could he have done to reveet the situation
                                              2:58 PM

?   2:58 PM ✓✓



September 21, 2017

? 2:58 PM ✓✓

*revert 2:58 PM ✓✓

Nothing to revert. He entered with the certain attitudes and that is it. 3:00 PM

That is how he was. 3:00 PM

And Daniel? 3:00 PM ✓✓

Nothing to revert? 3:01 PM ✓✓

That was about Daniel. 3:01 PM

Artur just hurt me too much. 3:01 PM

Oh, I juat have 5% battery 3:03 PM ✓✓

I am in the bib now 3:03 PM ✓✓

Soon I will need to go to the lab 3:03 PM ✓✓

Am I disturbing you by talking too much? 3:04 PM ✓✓

I am also going to the lab. 3:05 PM

I need to hide for a while ;) 3:05 PM

Why? 3:05 PM ✓✓

But it was veery good to talk to you! 3:05 PM

Because of Daniel? 3:06 PM ✓✓

Yeah. .but i am joking. .i dont think he will ne chasing me ;) 3:07 PM

I just need to cut off from this drama stress for a while. 3:08 PM

:) 3:08 PM ✓✓

142





September 22, 2017

I miss you too!! 10:58 AM

Dont worry, I wont disappear ;) 10:59 AM

Who knows? Last time we were jet-skiing, at some point you disappeared! 11:00 AM

But then you had found me! ;) 11:01 AM

You were trying to escape, weren't you? 11:02 AM

I was holding you tight 11:06 AM

It was the wind 11:07 AM

Or a hurricane Jose already ;) 11:07 AM

:) 11:07 AM

And what are your plans for today? 11:08 AM

I in the lab with Bobby 11:11 AM

In the evening there is a goodbye BBQ for the student from the lab 11:12 AM

(What I am gonna eat??:/) 11:12 AM

⬇ 266 kB

11:22 AM



September 22, 2017    11:22 AM

You pushed me away    11:23 AM

Bad boy!    11.23 AM

Hahaha    11:29 AM ✓✓

But is the quality that poor??    11:29 AM ✓✓

Yeah, I have just asked him for 'normal' pictures
11:35 AM

I think he just wanted to know if these are our pictures
11:36 AM

I see.    11:42 AM ✓✓

You look like very sexy in this one    11:42 AM ✓✓

Put in your facebook    11:42 AM ✓✓

Hahaha 😜    11:49 AM

And the plans for tonight? Trip to Boston? ;)    3:33 PM ✓✓

I would jump into the bus anytime to get this hug    3.39 PM

Believe me ;)    3:39 PM

Come then!    3:40 PM ✓✓

My flight is just on Monday night    3:40 PM ✓✓

I have the weekend for you    3:40 PM ✓✓

:)    3:40 PM ✓✓

I want to smell youm    3:41 PM ✓✓

I miss your smell and your body    3:41 PM ✓✓

I miss your classy way of moving    3:41 PM

I miss your legs!    3:42 PM ✓✓

145



September 22, 2017

I miss your legs! 3:42 PM ✓✓

Useless but beautiful! 3:42 PM ✓✓

I miss you too 3:43 PM

But look, it looks like it is really not a good timing 3:44 PM

I know it. Dont worry. 3:45 PM ✓✓

I just had a nap 3:46 PM

Do you say it because of Daniel? 3:46 PM ✓✓

I was super tired 3:46 PM

You are going to meet Katalin 3:46 PM

Because of this the timing is bad?? 3:47 PM ✓✓

Nooooo!! 3:47 PM ✓✓

You understood evth wrong. 3:47 PM ✓✓

I am sad but she is not meant to be. 3:47 PM ✓✓

I've realized that I was with her mainly because of her pretty face. It's sad to say but it's true. 3:48 PM ✓✓

Today I talked to my mother and she summarized it very well. 3:49 PM ✓✓

I am sad not because of love but because I dont like to lose. 3:49 PM ✓✓

And she is kind of right. 3:49 PM ✓✓

I am stupid. 3:49 PM ✓✓

But I truly enjoy the time we spend together. 3:50 PM ✓✓

(Me and you) 3:50 PM

146



September 22, 2017    le and you) 3:50 PM ✓✓

I enjoy your personality as well as your beauty 3:51 PM ✓✓

I like to talk to you, to know you. 3:51 PM ✓✓

I didnt like to talk to Katalin. I didnt find her opinions very exciting. 3:52 PM ✓✓

And she realized that. She is a very nice person but we dont belong together. 3:52 PM ✓✓

We are simply too different. 3:52 PM ✓✓

I got it. It is just that if we had another wonderful weekend and then by any chance you guys get together, it would be very difficult to bear for me 3:55 PM

We wont get together but if you prefer to wait to be sure, I understand you. 3:56 PM ✓✓

I will come back from Germany running to your arms :) 3:56 PM ✓✓

😘 3:57 PM ✓✓

Haha 3:57 PM

And legs! 3:57 PM ✓✓

I would feel better to wait until you are back! 3:58 PM

And I still need to do the virtual paintball thing with my friend Daniel ;) 3:59 PM

Hahahaha 4:02 PM ✓✓

I like you. 4:04 PM ✓✓

I like you too 4:05 PM

I feel I know you already for a long time 4:05 PM

w8 that is what you hear very often, right?

147



September 22, 2017

w8, that is what you hear very often, right? 4:06 PM

Hahahaha 4:06 PM ✓✓

Or was it about feeling comfortable with you? 4:06 PM

But coming from you is dicferent 4:06 PM ✓✓

Different 4:06 PM ✓✓

I dont like people very easily but I like you. 4:07 PM ✓✓

We match in every aspect. 4:07 PM ✓✓

EXCEPT your vegetarianism! 4:07 PM ✓✓

But we can work on that. 4:07 PM ✓✓

Haha 4:08 PM

I need to rethink this idea 4:09 PM

But are the brazilian steaks really wirth it?? 4:09 PM

Yes! 4:10 PM ✓✓

(I know already from last Sunday that polish sausage was gooood ) 4:10 PM

I will bring you to a churrascaria. 4:11 PM ✓✓

But, I have to be sincere with you that even though I like you immensely, my heart is not ready for a relationship right now. 4:12 PM ✓✓

Is it still acceptable? 4:12 PM ✓✓

Understandable 4:12 PM

And acceptable? 4:14 PM ✓✓

I am ready to discuss terms involving exclusivity. I dont mind about it. But defensively I dont want to give myself

148