



March 12, 2018

It's not romanticism. It's the truth   10:28 PM ✓✓

I am happier when we are together :)   10:29 PM ✓✓

I am happy to hear it   10:36 PM

I miss you 😘   10:36 PM

You arent hearing   10:36 PM ✓✓

You are reading   10:36 PM ✓✓

Haha I hear it in my head   10:36 PM

Maybe   10:37 PM ✓✓

Good point   10:37 PM ✓✓

It feels good to hear you from reading   10:37 PM

I would never say that   10:37 PM ✓✓

Only write that   10:37 PM ✓✓

Hahaha   10:37 PM ✓✓

I met a new polish couple at Rockefeller   10:40 PM

Tomorrow there's a snow storm here   10:41 PM ✓✓

There is a real polish mafia here now! :)   10:41 PM

MIT will be closed   10:41 PM ✓✓

:)   10:41 PM ✓✓

Really???   10:41 PM

Nice people?   10:41 PM ⌄

But it wont be that huge   10:41 PM ✓✓

2



March 12, 2018

But it wont be that huge  10:41 PM ✓✓

They exaggerate a bit  10:41 PM ✓✓

It is only raining here  10:41 PM

Hahaha it sounds like the last year day when they closed Rocjefeller  10:42 PM

Ah, did you write the blonde bitch?  10:42 PM ✓✓

The whole snow melted after 3 hours:)  10:42 PM

Just remembered that  10:42 PM ✓✓

Hahaha  10:42 PM ✓✓

The snow here will be 10 inches I think  10:42 PM ✓✓

I wrote her. At the beginning she was confused who was it. She said she changed her phone recwntly.  10:42 PM

And today isnt that cold  10:42 PM ✓✓

And they I wrote her ... and she did not answer 😂  10:43 PM

She is lying about her phone  10:43 PM ✓✓

Hahahahahaha  10:43 PM ✓✓

I think I will torture her more  10:43 PM

What did you write her?  10:43 PM ✓✓

Asking 'dont you remember?'  10:43 PM

Why not? Hahaha  10:44 PM ✓✓

It's a joke already  10:44 PM ✓

3



joke already 10:44 PM ✓✓

March 12, 2018

We dont lose anything by doing that 10:44 PM ✓✓

And how satisfied with life are you currently? 10:46 PM ✓✓

Are you happy? 10:46 PM ✓✓

I hope so :) 10:46 PM ✓✓

You must be. We are talking again! 10:46 PM ✓✓

I am always happy with my life! Apart from the dark time when I thought we wont see each other anymore ;)
10:47 PM

You are such lier! "Apart from the ..." 10:47 PM ✓✓

Bullshit! 10:47 PM ✓✓

It is true 10:47 PM

*liar 10:48 PM ✓✓

No kidding 10:48 PM

Our connection is strong 10:48 PM ✓✓

And it happened very fast 10:48 PM ✓✓

It's curious 10:48 PM ✓✓

What else did you expect to have with Karolina Marciniak?:)
10:50 PM

To fuck and to forget her 10:50 PM ✓✓

Only another girl 10:50 PM ✓✓

😘 10:50 PM ✓✓

Sorry, not with me 🥺 10:51 PM

4



Sorry, not with me 😘    March 12, 2018

⬇ 155 kB

10:52 PM

I could stare at them for hours!    10:52 PM

They remind me how little it is needed to live.    10:53 PM

Soon you will buy a bigger one    10:53 PM ✓✓

You get addicted to Aquariums    10:53 PM ✓✓

Did you remove the shell?    10:53 PM ✓✓

Yes. All of them.    10:53 PM

Why do you have new balloons???    10:54 PM ✓✓

I want a rock now:)    10:54 PM

Bitch    10:54 PM ✓✓

Did you darw to prepare MY caipirinha in your party?    10:54 PM ✓✓

I planned to do it...    10:55 PM

But at the end I did not have time    10:55 PM

I missed my brazilian barman    10:55 PM

:)

5





117    March 12, 2018

11:03 PM

The bitch responded!    11:03 PM

Hahaha    11:03 PM

Pretend that nothing happened    11:04 PM

Say: "Yes, it was super fun"    11:04 PM

And make her comfortable again hahaha    11:05 PM

Let's squeeze her until she breaks    11:06 PM

Hahaha    11:06 PM

116 kB



March 12, 2018

11:14 PM

I would say 'what the fuck' if I didnt see the profiles of the arizona girls with the guns on the pictures my friend showed me once hahaha
11:16 PM

Really? 11:17 PM ✓✓

Do they have such profiles? 11:17 PM ✓✓

Yes, posing with the guns! 11:17 PM

Hahaha 11:18 PM ✓✓

Whyyyyy? 11:18 PM ✓✓

Arizona:) 11:18 PM

Are we going to eat vegetarian sushi? 11:19 PM ✓✓

:) 11:19 PM ✓✓

I want to eat meat with you first, after a month!
11:19 PM ✓✓

We have to see each other on April 1st 11:20 PM ✓✓

Easter 11:20 PM

And Prima Aprilis! 11:20 PM

All in one day! 11:20 PM

Easter is on 1st of April 11:23 PM ✓✓

Isnt it? 11:23 PM ✓✓

It is! 11:26 PM

8



It is! 11:26 PM

March 12, 2018

March 13, 2018

https://www.cbsnews.com/news/pilot-tells-police-what-caused-new-york-city-helicopter-crash-that-killed-5/ 8:59 AM ✓✓

Did you see it? 8:59 AM ✓✓

""Since I don't drink or smoke, every show's an aerobic workout for me," he added. "I come off the tour in better shape than when I went on the tour. I lose like two inches off my waist. It's good for me to be on tour, physically." Alice Cooper 9:02 AM ✓✓

He is 70!! 9:03 AM ✓✓

Amazing! 9:03 AM ✓✓

I havent seen the crash. It was on the other side of the Roosvelt Island than mine. 9:10 AM

But scary it was a tourist helicopter. 9:10 AM

Yes! 9:10 AM ✓✓

I was thinking about doing it. 9:11 AM

They drowned! 9:11 AM ✓✓

And they didnt know how to remove the harness 9:11 AM

It was very stupid 9:12 AM ✓✓

Nobody was teaching it. 9:12 AM

Non reliable Americans! 9:12 AM ✓✓

And if it is true about the cause, that the stripe from the harness cut off the fuel supply, it is even more stupid. 9:14 AM

9



March 13, 2018    9:14 AM

Yes  9:14 AM ✓✓

Very stupid!  9:14 AM ✓✓

I know that accidents happen.  9:16 AM

But I think majority of them could have been avoided.
9:16 AM

Amazing what Alice Cooper says!!  9:16 AM

He is 70!  9:17 AM ✓✓

Chippendales are constantly on drugs on the stage
9:17 AM

Why are you so impressed with Chippendales?
9:17 AM ✓✓

I am not impressed. I compare.  9:18 AM

There are some swing resorts  9:18 AM ✓✓

I read about one in cancun  9:19 AM ✓✓

We should try it  9:19 AM ✓✓

They also do a lot of physical workout during the show.
They are younger. And on hi.
9:19 AM

I read about it in a Brazilian webpage  9:19 AM ✓✓

Swing resorts sound good  9:19 AM

A normal couple went there  9:19 AM ✓✓

They were both scared  9:19 AM ✓✓

But they enjoyed a lot  9:19 AM

They told that sex isnt an obligation  9:20 AM ✓✓

10



They to [March 13, 2018] an obligation  9:20 AM ✓✓

It's just a possibility  9:20 AM ✓✓

If you dont want to do it, you can live as if nothi g was happening  9:20 AM ✓✓

Well, obviously;)  9:20 AM

But sometimes there's external pressure for some stuff even though officially it isnt an obligation  9:21 AM ✓✓

Social pressure  9:21 AM ✓✓

Social pressure is a bullshit in that case.  9:21 AM

Apparently it doesnt happen in swing places  9:21 AM ✓✓

Even in swing clubs it's finw  9:22 AM ✓✓

Always there is a consent moment.  9:22 AM

You can enjoy it normally  9:22 AM ✓✓

Almost every gayclub is like a swing club  9:22 AM ✓✓

They have those sex areas  9:22 AM ✓✓

Technically we've been to sex clubs also hahaha  9:23 AM ✓✓

That is how I was reading about them in NY and was describing to you.  9:23 AM

We should try them  9:23 AM ✓✓

But I need better clothes  9:23 AM ✓✓

No free fliating cocks around.  9:23 AM

I dont have nightclub clothes  9:24 AM

I need your help  9:24 AM ✓✓





March 13, 2018

9:29 AM ✓✓

I need a bed and evth now  9:29 AM ✓✓

The place for the bed is definitely against fen shui rules..
9:30 AM

But I know the bed- tv relationship is important;)  9:30 AM

*feng  9:30 AM

Which are those rules for bed?  9:39 AM ✓✓

Placed against the wall  9:39 AM

With the access from both sides of  the bad  9:39 AM

I was thinking in buying a sofa bed  9:40 AM ✓✓

But the good ones are very expensive  9:40 AM ✓✓

www.snctm.com  9:42 AM



March 13, 2018

9:43 AM ✓✓

Not very nice though  9:43 AM ✓✓

It is super expensive but I want to apply  9:43 AM

We apply!  9:44 AM ✓✓

Not you!  9:44 AM ✓✓

How much is it?  9:44 AM ✓✓

Well, in the review they say that it is 1500 per event per couple  9:45 AM

But it is definitely sth I want to experience  9:45 AM

Top class luxury erotic masquerade party  9:45 AM

Did you see Eyes Wide Shut with Tom Cruise and Nicole Kidman?  9:46 AM

No  9:46 AM ✓✓

1500 per event???  9:46 AM ✓✓

Too much :(  9:46 AM ✓✓

Once.  9:46 AM

Let's work on our inveatment first  9:46 AM ✓✓

I am thinking about negotiating the price with them.  9:47 AM

Scientists. We can contribute to the community.  9:48 AM

And there are not so many good looking scientists.  9:48 AM

14



March 13, 2018

Agrees  9:48 AM ✓✓

Agreed  9:48 AM ✓✓

We bring intelligence :)  9:48 AM ✓✓

We should be VIP  9:48 AM ✓✓

There is an application process. With sending photos, descriptions etc.  9:49 AM

We should do it.  9:49 AM

Agreed  9:51 AM ✓✓

:)  9:51 AM ✓✓

I have a name for our blog  9:53 AM ✓✓

"Sex on the road"  9:53 AM ✓✓

Sounds very hippie:)  9:54 AM

But it's not!  9:54 AM ✓✓

It's about healthy sex tripa  9:55 AM ✓✓

Trips  9:55 AM ✓✓

And after some time, we can invite one of our readers to come to one trip with us  9:55 AM ✓✓

They would die to come  9:55 AM ✓✓

And we can select the best onea  9:56 AM ✓✓

Ones  9:56 AM ✓✓

:)  9:56 AM ✓✓

I know the idea already;)  9:58 AM

It is a long-term project idea  9:59 AM

15



It is a long-term project i⟨

March 13, 2018

Let's plan how to start it   10:00 AM ✓✓

Or we can focus on the money plan   10:00 AM ✓✓

Maybe money is more important, no?   10:00 AM ✓✓

For you?   10:02 AM

*for you in general I guess. That was your plan for this
year. Science and money, right?   10:03 AM

Isnt it for you?   10:12 AM ✓✓

You've just seen that money can pay cool memberships
to cool places   10:12 AM ✓✓

Plus cool restaurants   10:12 AM ✓✓

Cool triips   10:12 AM ✓✓

Trips   10:12 AM ✓✓

And cool adventures   10:12 AM ✓✓

Cool parties   10:13 AM ✓✓

Wouldnt you want to enjoy all of this?   10:13 AM ✓✓

It isnt only about how to accumulate money   10:13 AM ✓✓

But how to spend it   10:14 AM ✓✓

I would like to learn how to properly invest my money and
to optimize spending my money.   10:43 AM

I forgave myself stupid mistakes and I know it wont
happen again.   10:44 AM

But I dont want to wait to enjoy cool adventurous and
cool places.   10:44 AM

Many of them are already accessible.   10:44 AM

And many of them are not expensive at all when thinking

16



March 13, 2018

By the way, being wise also means staying healthy. But this is not a conversation for whatsapp. 3:11 PM

? 3:11 PM

And why arebt we being healthy? 3:12 PM

*aren't 3:12 PM

I am not this month because I am vegetarian 3:12 PM

I mean sex. 3:13 PM

But dont want to talk about it on whatsapp 3:13 PM

Ok 3:13 PM

My phobe screen has a crack! :( 3:14 PM

*phone 3:14 PM

It fell down in the floor while it was opened 3:14 PM

It isnt big but I am pissed! 3:14 PM

With your robus case? 3:14 PM

Yeah, welcome to the club of being pissed today. 3:15 PM

Why are you pissed? 3:15 PM

Multiple reasons. 3:15 PM

This case iant good because it's too heavy 3:15 PM

Then it drags the phone down 3:15 PM

Why are you pissed? 3:16 PM

I dont want to talk about it now. 3:17 PM

Talk! 3:17 PM

18



March 13, 2018

**Talk!** 3:17 PM ✓✓

I am going to get calm with my new monkeys. 3:17 PM

**Talk a bit** 3:17 PM ✓✓

No. 3:17 PM

**What's thw problem?** 3:17 PM ✓✓

**Were you rejected? ;)** 3:18 PM ✓✓

**Hahaha** 3:18 PM ✓✓

I dont have these problems. 3:18 PM

😘 3:18 PM ✓✓

**I am in a bad mood also** 3:19 PM ✓✓

**Not because of female rejection** 3:19 PM ✓✓

**I am pissed with myself** 3:19 PM ✓✓

**My life isnt organized enougb** 3:19 PM ✓✓

**I am not productive enough** 3:20 PM ✓✓

Well, you need to set up.priorities and cut the activities that are not on priority list. 3:21 PM

**I know** 3:21 PM ✓✓

**Easy to say, difficult to do** 3:21 PM ✓✓

**Why are you pissed?** 3:21 PM ✓✓

Easy to do. 3:22 PM

Once you know your priorities. 3:23 PM

**Easy to explain me why you are pissed** 3:23 PM ✓✓

19



March 13, 2018

Easy to explain ~~me why~~ you are pissed   3:23 PM ✓✓

You are right   3:25 PM ✓✓

Time to start my 1 month (at least) without dating apps
3:25 PM ✓✓

Deleted all of them   3:25 PM ✓✓

It starts now!   3:26 PM ✓✓

How are you gonna survive without a new meat???
3:26 PM

**Shiiiiiiit (Kieeeeerwaaaa) - The Wire**
Comment for every opportunity :)...
youtu.be

https://youtu.be/I5LHpUJSvSs   3:27 PM ✓✓

I always survive :)   3:27 PM ✓✓

Good you came to this conclusion.   3:27 PM

What doesnt kill me, makes me stronger   3:27 PM ✓✓

That is the first step to fight with additions ;)   3:28 PM

I am fighting addictions since 1st of January   3:28 PM ✓✓

:)   3:28 PM ✓✓

I succeeded in all of them   3:28 PM ✓✓

I wont give up now   3:28 PM ✓✓

Because I NEVER GIVE UP!   3:29 PM ✓✓

I deleted even "The league"   3:29 PM ✓✓

Why are you pissed?   3:29 PM

Let's see how it works this time



March 13, 2018

Lets see how it works this time. 3:41 PM

I remember you deleted your apps already once. 3:42 PM

I am addicted to them 3:42 PM

I am trying to free myself of them 3:42 PM

But it isn't easy 3:43 PM

Nobody said the lige is easy 3:43 PM

They are my main ego feeders and main way to escape life 3:43 PM

*life 3:43 PM

To face myself is extremely difficult 3:44 PM

I am trying to 3:44 PM

Well, you can use your resolutions time to face yourself. 3:44 PM

Yes 3:45 PM

It is the best wht you can do for youself 3:45 PM

This is why I am doing those month cyclea 3:45 PM

Cyclea 3:45 PM

Cycles 3:45 PM

And your ego 3:45 PM

I am trying 3:45 PM

I will succeed 3:45 PM

But it's long process 3:46 PM



March 13, 2018  long process  3:46 PM ✓✓

Why are you pissed?  3:46 PM ✓✓

Because of me?  3:46 PM ✓✓

Well, I am less pissed now.  4:23 PM

I was pissed with Artur as we exchanged some intense messages.  4:23 PM

:)  4:24 PM ✓✓

And then with some test results.  4:24 PM

Drama!  4:24 PM ✓✓

Test of what?  4:24 PM ✓✓

But I am not pissed, it looks not bad.  4:24 PM

Test of what?  4:24 PM ✓✓

I dont want to talk about it now. It is too early.  4:26 PM

Tell me  4:26 PM ✓✓

I am you friend  4:26 PM ✓✓

Damn it, dont push it.  4:26 PM

Before evth else  4:26 PM ✓✓

I dont want to talk about it.  4:27 PM

Ok. I will take a nap then  4:27 PM ✓✓

I bet it's about sexual diseases  4:28 PM ✓✓

You were talking about staying healthy sexuall'  4:28 PM

22



March 13, 2018    4:28 PM ✓✓

:) 4:28 PM ✓✓

It is not 4:29 PM

Good night 4:29 PM

Bye 4:29 PM ✓✓

Which tests? 5:15 PM ✓✓

I am awake again:) 5:15 PM ✓✓

Not impprtant anymore 5:36 PM

Now I am.gonna take a nap:) 5:36 PM

It is importabt to me 5:36 PM ✓✓

Can you please say it? 5:37 PM ✓✓

First, i am.not talking about it here. 5:38 PM

Second, i dont have all results yet so nothing to tall about.
5:38 PM

Well, cant we not talk about the process? 5:55 PM ✓✓

*can't we talk about the process 5:55 PM ✓✓

I want to know what are you thinking 5:56 PM ✓✓

Dont worry, I am fine. We will talk about it during the
weekend;)
6:01 PM

Skype! 6:59 PM ✓✓

As soon as I get home :) 7:00 PM ✓✓

Skype!! 8:11 PM ✓✓

I am home+ 8:11 PM ⌄

I prepared a veggie carbonara



March 13, 2018

I prepared a veggie carbonara  8:13 PM ✓✓

The bacon is missing but evth else is perfect  8:13 PM ✓✓

Where??  8:50 PM ✓✓

Bitch  10:41 PM ✓✓

I hope you can't sleep tonight!  10:41 PM ✓✓

I was on the show:((((  10:49 PM

I missed your carbonara!! :((  10:49 PM

March 14, 2018

Which show?  6:41 AM ✓✓

Escape to Margaritaville  6:50 AM

I think that the tofu cut in the small cubes and fried might replace bacon :)  6:51 AM

Stephen Hawking has died. It is funny how short-sighted the human mind is. We think that people that are around or even further away but we still amirable, will live forever..  7:18 AM

Just saw it!  8:29 AM ✓✓

Was the musical good?  9:39 AM ✓✓

It was a pleasant one  10:10 AM

Did you sleep good after wishing me a bad sleep?:)  10:10 AM

Yes  10:11 AM ✓✓

I took a diazepam  10:12 AM ✓✓

:)  10:12 AM ⌄



March 14, 2018

How are you and how is your productivity today, Fred?
4:32 PM

Not bad  4:41 PM ✓✓

I had to solve some problema with germany  4:41 PM ✓✓

I was pissed but now evth is fibe  4:41 PM ✓✓

I am still paying internet  4:42 PM ✓✓

And how are you?  4:47 PM ✓✓

Shit, these companies usually need a proof of leaving/
unregistering from Germany.
4:48 PM

Yes  4:48 PM ✓✓

How did you solve it?  4:49 PM

I paid  4:49 PM ✓✓

Oh fuck  4:49 PM

About 300 euros thrown in the tras  4:50 PM ✓✓

Trash  4:50 PM ✓✓

What else do you have there? Health insurance?  4:50 PM

Also paid a 1000 for nothing  4:50 PM ✓✓

Fred!!!!  4:50 PM

Now i have a cheap one  4:50 PM ✓✓

Mobile phone is still not solved  4:51 PM ✓✓

Mohammad also paid AOK becauae he did not know he
was supposed to talk to them before
4:51 PM

25



was supposed to talk to

March 14, 2018   4:51 PM

*leaving   4:51 PM

Exactly   4:51 PM ✓✓

Well, I knew it   4:52 PM ✓✓

At least use your tax treaty to compensate!   4:52 PM

But I am obliged to have an insurance   4:52 PM ✓✓

I am still registered there   4:52 PM ✓✓

Luckily I.could get mawista   4:52 PM ✓✓

It's very cheap   4:52 PM ✓✓

I had Mawista at the beginning in Germany   4:53 PM

And they agreed for it?   4:53 PM

So why did you pay 1000?   4:54 PM

I consider my day fruitful and I am almost done for today. I talked to Winrich and he seems to be on my page with respect to the next steps. All good:)   5:02 PM

:)   5:07 PM ✓✓

Now I regret that this lab does not function like in Germany!   5:52 PM

We have a Herpes B monkey in the building. It is sinus, not directly connected to us, but the vets just released this information recently.   5:54 PM

Such a stupidity.   5:54 PM

In Nikos lab we had also   7:06 PM ✓✓

I even got scratched by one :)   7:06 PM ✓✓

Was your skin surface broken?   7:27 PM





March 15, 2018

Ok  1:12 PM ✓✓

When are you home?  2:09 PM ✓✓

My megabus is scheduled to arrive at 10:15  2:09 PM ✓✓

I have a buffett  2:50 PM

We will stay in touch;)  2:50 PM

When does it end?  3:12 PM ✓✓

Leave the key for me outside then  3:12 PM ✓✓

I left the key on the lamp  5:44 PM

Have a good trip!  5:45 PM

When will you return?  5:45 PM ✓✓

I should be bacj until then  5:45 PM

Ok  5:45 PM ✓✓

The key is just in case  5:45 PM

Good dinner  5:46 PM ✓✓

What is it about?  5:46 PM ✓✓

Science diplomacy  5:46 PM

I am on the Bus  5:57 PM ✓✓

:)  5:57 PM ✓✓

Still fighting with Arthur?  6:00 PM ✓✓

Nope!  9:54 PM

Where are you??



March 15, 2018

Where are you?? 9:55 PM

Are you home? 9:59 PM ✓✓

See me on Google Maps! https://maps.app.goo.gl/vNvLArcE93V4oBrR2
10:00 PM ✓✓

On the way! 10:00 PM

I am in Manhattan already 10:00 PM ✓✓

Great!:) 10:01 PM

How was the dinner? 10:02 PM ✓✓

It was good! 10:05 PM

Full of people? 10:07 PM ✓✓

Tomorrow morning we have to train! 10:09 PM ✓✓

Well, our group is around 20 people 10:11 PM

But was there only 20 in total? 10:13 PM ✓✓

Plus UN guy 10:15 PM

What was the reason for the meeting? 10:16 PM ✓✓

I am slightly hungry 10:19 PM ✓✓

Do you have veggie stuff there? 10:19 PM ✓✓

:) 10:19 PM

More 15 days to finish this stupidity 10:19 PM ✓✓

I can defrost some of pierogi 10:29 PM

Veggie? 10:29 PM



March 15, 2018

Veggie? 10:29 PM ✓✓

Yes, please! 10:29 PM ✓✓

I missed NYC :) 10:31 PM ✓✓

It's good to be back 10:31 PM ✓✓

Very good 10:31 PM ✓✓

Where are you? 11:13 PM

Almost there 11:14 PM ✓✓

Under the bridfe 11:14 PM ✓✓

Bridge 11:14 PM ✓✓

See me on Google Maps! https://maps.app.goo.gl/baARDP7u2WemZ7673
11:17 PM ✓✓

March 16, 2018

Andrei is still talking!! 5:26 PM

Hahaha 5:26 PM ✓✓

:) 5:26 PM ✓✓

Is it good? 5:26 PM ✓✓

He has a lot of new stuff with respect to what I have known. 5:38 PM

We might meet outside already, I wouldnt have time to come back home. 5:39 PM

64th street and York 5:39 PM

Can you take my sweather scarf (black and brown) from the right shelf in the corridor wardrobe?? 5:48 PM

I will look for ir 6:00 PM

It 6:00 PM ✓✓

30



March 16, 2018

It   6:00 PM ✓✓

Let me.lnow   6:00 PM

Lets meet in 15 minutes   6:00 PM

Already?   6:01 PM ✓✓

Ok   6:01 PM ✓✓

Cant find it   6:01 PM ✓✓

Are
You there?   6:18 PM

Where should we meet?   6:21 PM ✓✓

March 17, 2018

Where are you?   4:04 PM ✓✓

Rrstroom que   4:06 PM

I am.in the conference room at the wall. Having a nap
4:23 PM

The key is on the lamp   6:45 PM ✓✓

Come back fast because I miss you already :)   6:45 PM ✓✓

What do I do without dating apps?   6:57 PM ✓✓

On the way!!!   7:08 PM

Read the book:P   7:09 PM

Without dating apps I have to talk to my male friends!
7:09 PM ✓✓

March 18, 2018

Restroom   12:48 PM

31



Restroom  12:48 PM                    March 18, 2018

                                      Miss you already!  3:19 PM ✓✓

Avicii - Addicted To You

Download Avicii's album "True" including "Addicted To
You" now on: iTunes: http://smarturl.it/itrue Amazon:
http://smarturl.it/atrue Google Play: http://goo....

youtu.be

https://youtu.be/Qc9c12q3mrc              3:20 PM ✓✓

😘 3:21 PM

                                      March 19, 2018

                                      Will we go to the library?  3:46 PM ✓✓

I am on  the way back from cornell  3:47 PM

Buying falafel  3:47 PM

                                                  :)  3:47 PM ✓✓

Yes, we will  3:47 PM

                                      I just woke up  3:47 PM ✓✓

                                      I will take a shower now  3:47 PM ✓✓

                                                  :)  3:47 PM ✓✓

Ok!  3:49 PM

                                      March 20, 2018

                                      Almost lost the bus  7:55 AM ✓✓

                                                  !  7:55 AM ⌄

The driver left me in port authority but in a completely



March 20, 2018

The driver left me in port authority but in a completely differebt side   7:56 AM ✓✓

No dating apps!   7:57 AM ✓✓

What do I do now?   7:57 AM ✓✓

:)   7:57 AM ✓✓

And why are you awake??   8:01 AM ✓✓

You almost did not leave New York!   8:01 AM

You would have to stay:)   8:02 AM

I miss you...   8:02 AM

😘   8:02 AM

No dating apps tuned to men!   8:02 AM ✓✓

😘   8:02 AM ✓✓

Dating apps are booring!   8:02 AM

I am going to do my buttock training now   8:03 AM

Then change the paid tinder to our profile!   8:03 AM ✓✓

And then go to the tax workshop   8:03 AM

:)   8:06 AM ✓✓

Get notes for me!   8:07 AM ✓✓

Fred, your tax homework: 1. ask for Glacier Tax prep software, 2. Make sure you have W2 and 1042-s form.   10:14 AM

3. If possible, get advise if you wanna pay taxes here or in Germany. (Compare rates etc.)   10:16 AM



3. If possible, get advis ~~March 20, 2018~~ pay taxes here or in Germany. (Compa~~re rates etc.~~)    10:16 AM

(Important for tax treaty)    10:16 AM

Ok!    10:43 AM ✓✓

Thanks!    10:43 AM ✓✓

No dating apps for me! And now!    10:46 AM ✓✓

?    10:46 AM ✓✓

11 days to eat meat again!    10:47 AM ✓✓

Miss you!    11:38 AM ✓✓

The ex gf of Vinicius removed her stuff from his house today    11:38 AM ✓✓

He is angry! Hahaha    11:38 AM ✓✓

What did he expected????    11:48 AM

*expect    11:48 AM

Hahaha    11:51 AM ✓✓

It's normal    11:52 AM ✓✓

I am in Boston!    11:52 AM ✓✓

Let me recap: he broke up, and now he wants to come back. Right?    11:52 AM

Yes    11:52 AM ✓✓

And she doesnt want anymore    11:53 AM ✓✓

She has the right to do it    11:53 AM

And he already invested in whore services.    11:53 AM

Yes    11:53 AM ✓



March 20, 2018

Yes  11:53 AM ✓✓

And now is surprised that she wants he stuff back?
11:54 AM

It's just funny that I was in such a position not long ago
11:54 AM ✓✓

Hahahha  11:54 AM ✓✓

No. They lived together  11:54 AM ✓✓

She is just removing her stuff  11:54 AM ✓✓

And this is hard to face  11:54 AM ✓✓

Ehat dod he think???  11:54 AM

Because it's a strong symbol for  the end  11:55 AM ✓✓

There's always a hope that she will come back
11:55 AM ✓✓

You guys are soo good in not predicting even the
short-term consequences of your own actions!  11:55 AM

But there is a risk as well.  11:55 AM

That she will.not come back.  11:55 AM

That is the risk always associated with breaking up with
somebody or doing stupid things.  11:56 AM

Hahaha  12:08 PM ✓✓

Men and women are similarly bad in their own ways
12:08 PM ✓✓

You made me think yesterday afyer commenting about
my ' incongruent thinking'.  1:09 PM

Think about what?  1:28 PM

In the ways I deal with my personal life.  1:28 PM

35



March 20, 2018

In the ways I deal with my personal life. 1:28 PM

Was the result good or bad? 1:29 PM ✓✓

I am still thinking. 1:29 PM

I dont think you need to take it that serious 1:30 PM ✓✓

There is nothing wrong with you, in my opinion
1:30 PM ✓✓

On the opposite, I think you are truly amazing 1:30 PM ✓✓

Except your bad taste for movies 1:30 PM ✓✓

:) 1:31 PM ✓✓

😜 1:31 PM

One thing you have to change though is your bitchy way of dealing with other people
1:31 PM ✓✓

I am practicing ;) 1:32 PM

:) 1:32 PM ✓✓

https://mobile.nytimes.com/2018/02/06/smarter-living/how-to-stop-rushing-into-love.html?em_pos=medium&emc=edit_ed_20180212&nl=the-edit&nl_art=1&nlid=79507359&ref=headline&te=1&mc=aud_dev&mcid=fb-nytimes&mccr=MarLLAPP&mcdt=2018-03&subid=MarLLAPP&ad-keywords=AudDevGate&referer=http://m.facebook.com/
1:34 PM

This article feels like receiving a bucket of a cold water on my head.
1:35 PM

Exercising restraint and applying sensible structure to something that feels great requires using the logical parts of our brain to override the pleasure-seeking parts of our brain. But
1:47 PM ✓✓



of our brain. But    March 20, 2018                1:47 PM ✓✓

I like that! 😘  1:47 PM ✓✓

Exercising restraint and applying sensible structure to something that feels great requires using the logical parts of our brain to override the pleasure-seeking parts of our brain. But it's possible, and you can still fully embrace a promising romantic partner without letting the fire in your heart burn your life down.    1:47 PM ✓✓

**Kaoma - Lambada lyrics + English translation (Version #2)**

Translation of 'Lambada' by Kaoma from Portuguese to English (Version #2)

lyricstranslate.com

http://lyricstranslate.com/en/lambada-lambada.html-8
2:35 PM

I lijed this song so much as a kid without any clue about the lyrics!
2:36 PM

Now I like it even more:)    2:36 PM

Hahahhaa  3:02 PM ✓✓

Are you threatening me?  3:03 PM ✓✓

😘  3:03 PM ✓✓

Well, I am only referring you to my femme fatale history
3:09 PM

😘  3:09 PM

Femm incoherent history?  3:21 PM ✓✓

*Femme  3:21 PM ✓✓

https://www.merriam-webster.com/dictionary/femme

37



March 20, 2018

https://www.merriam-we........onary/femme%20fatale    3:23 PM

I know what it is    3:24 PM ✓✓

But you are "femme incoherent"!    3:24 PM ✓✓

😘    3:25 PM ✓✓

Hahaha    3:27 PM

We dont have CBMM meeting on April 30th.    7:29 PM ✓✓

Should I come to your party?    7:29 PM ✓✓

which party?    7:30 PM

Apr 30th??    7:31 PM

Yes    7:31 PM ✓✓

March I mean    7:31 PM ✓✓

will send you the link    7:31 PM

I dont want a link    7:32 PM ✓✓

I want to know whether you want me to come    7:32 PM ✓✓

Be honest    7:34 PM ✓✓

in the gym now!!!    7:36 PM

I have a weird story with the guy that wants to buy a table    7:37 PM

Will let you know later    7:37 PM

I dont want to go with any date of yours    8:17 PM ✓✓

And please dont invite me for events I shouldnt con    8:43 PM ✓✓



And please do [March 20, 2018] r events I shouldnt come
8:43 PM ✓✓

It is not a matter of a party itself    9:11 PM

It is a matter of what kind of contact we should have
9:12 PM

Seeing each other every second week is gonna be intense.    9:12 PM

And will limit my other possibilities.    9:13 PM

Well, you decide it.    9:14 PM ✓✓

Just tell me what you want    9:14 PM ✓✓

I am sad that you want to impose such a limit    9:16 PM ✓✓

I dont want to. I already miss you.    9:16 PM

And I dont have any dating plans yet for the Eastern weekend.    9:17 PM

It is just a question of how we define our contact.
9:17 PM

Can we establish that no other date can have priority over us?    9:18 PM ✓✓

Well, this is going in the direction of relationship.
9:18 PM

I always gave you absolute priority    9:19 PM ✓✓

Tell me one day that someone interfered with you
9:19 PM ✓✓

You had the absolute priority so far.    9:19 PM

Let's keep it like this then    9:20 PM ✓✓

What would it serve then?    9:20 PM



What would it serve then    March 20, 2018

Lets be honest. You are not sure what you want.    9:21 PM

But I like you    9:22 PM ✓✓

A lot    9:22 PM ✓✓

I like you too a lot.    9:22 PM

So let's keep like that    9:22 PM ✓✓

No need to hurry in looming for people    9:23 PM ✓✓

*looking    9:23 PM ✓✓

But I hope you understand in what a bad position I am.in this scenario.    9:24 PM

Yes, I do    9:24 PM ✓✓

Why did you invite me for the party then?    9:25 PM ✓✓

You shouldnt do that    9:25 PM ✓✓

Because it is natural to think about spending time with somebody that I like. Our status is the only stoper of this urge. I dont want to be a fool.    9:27 PM

I deleted the fucking apps because of you    9:28 PM ✓✓

Boolshit.    9:28 PM

Right. Ok then    9:28 PM ✓✓

You deleted it because you are playing around with your resolutions.    9:28 PM

And why do I have sucha resolution?    9:28 PM ✓✓

Without you it doesnt make any sense not to have ap'    9:29 PM ✓



March 20, 2018    9:29 PM ✓✓

You did not delete them when you really saw it dusturbs me a lot.    9:29 PM

You deleted it and you came back to them.    9:29 PM

Because I was weak    9:29 PM ✓✓

I couldnt fight my addiction    9:30 PM ✓✓

Now I can    9:30 PM ✓✓

I get the idea that the resolutions that help you help also us.    9:31 PM

But according to your line of reasoning you are not 'ready' to commit in any way.    9:32 PM

So the argument of deleting the apps because of me does not work.    9:32 PM

I did it because I knew you would be happier    9:33 PM ✓✓

You did it because you knew you were addicted.    9:33 PM

And ypu have noticed you dont have fun anymore.    9:34 PM

I am indeed happy for you.    9:34 PM

You've played a major role on that    9:34 PM ✓✓

And it is a pleasure to see you getting healthier.    9:35 PM

But why did you invite me then?    9:35 PM ✓✓

?    9:38 PM ✓✓

Because it is hard to control the natural way of thinking about seeing you again and again.    9:39 PM

Anyway, decide what you want and tell me    9:41 PM ✓✓



Anyway, decid [March 20, 2018] it and tell me  9:41 PM ✓✓

I will sleep now  9:41 PM ✓✓

Took a diazepam  9:41 PM ✓✓

Good night!  9:41 PM

I was so tired that I couldnt go training  9:41 PM ✓✓

I did a cool leg training and stretching today!  9:41 PM

I cant pretend I am happy. Sorry for that  9:42 PM ✓✓

And I jave a weird situation with the guy that wants to but a table from.is.  9:42 PM

I thought we were again in good term  9:42 PM ✓✓

From or for?  9:42 PM ✓✓

From craigslist asd I posted. He said he would send a check, i verify it and he would artange a transpprt.  9:43 PM

Ah, I see.  9:43 PM ✓✓

What's the situation?  9:43 PM ✓✓

And today he is insisting, sending further instructions and being very annoying.  9:43 PM

I got a check for 1700, and I am.supppsed yo arrange a transport.  9:44 PM

And he was pushing me to do it today. Sending weird messages all day long.  9:44 PM

But I am still waiting to verify the check.  9:45 PM

Very weird situation.  9:45 PM

Tell him that the check is being verified  9:45 PM ✓✓

42





44



March 20, 2018      9:51 PM

I was also  9:51 PM ✓✓

Now that you started again with your bs  9:51 PM ✓✓

I am not anymore  9:51 PM ✓✓

We even started planning new stuff... Anyway, I dont neednto repeat that you arw incoherent  9:52 PM ✓✓

I warned you you are not gonna like it ;)  9:52 PM

Can you stop making fun of it  9:53 PM ✓✓

Dont start with this shit again  9:53 PM ✓✓

And that it is gonna be a weird situation with a lot of conflicts.  9:53 PM

Ok, I wont.  9:53 PM

I am happy with what we have and I hope you can appreciate it as well.  9:54 PM

Please, dont ever do jokes when we are talking about us again  9:54 PM ✓✓

I wont tolerate that  9:55 PM ✓✓

I dont want to joke.  9:55 PM

Ok. Please remember that.  9:55 PM ✓✓

No jokes  9:55 PM ✓✓

It is true. I knew what kind of problems to expect.  9:55 PM

Dont put an smiley then  9:56 PM ✓✓

And I am sorry that I am in.kind of helpless point.  9:56 PM



March 20, 2018     9:56 PM

I cant move on although I would like to.     9:56 PM

As long as you arent joking, we can always talk about it
9:57 PM ✓✓

Have a good night.     9:57 PM ✓✓

And I miss you     9:57 PM ✓✓

Miss you too. Have a good dreams!     9:58 PM

March 21, 2018

I wish you a good morning 🌹     9:36 AM ✓✓

Morning! :*     10:07 AM

⬇ 101 kB

10:08 AM

There is NYC somewhere there ;)     10:08 AM

:)     10:52 AM ✓✓

I have a frauder!!!!     12:44 PM

Soo clear!     12:44 PM

I am gonna report him.     12:44 PM



I am gonna report him.

March 21, 2018

Never deposit unknown checks on your account!!!!
12:45 PM

You will be charged a fee, I have just found out. 12:45 PM

? 1:09 PM ✓✓

Karolina Marciniak
You will be charged a fee, I have just found out.

What?
1:09 PM ✓✓

I mean, not you:) 1:10 PM

A person depositing a check without coverage 1:10 PM

How does it work? 1:10 PM ✓✓

You are guilty for that? 1:10 PM ✓✓

I will try to avoid mine. Will have to go to the bank and explain the fraud.
1:10 PM

And to the police!:) 1:10 PM

But why are you guilty? 1:11 PM ✓✓

Well, theoretically the bank may charge me 35$ of transaction fee (for returning the check)
1:12 PM

This is weird 1:12 PM ✓✓

The guy was very aggressive today!! 1:12 PM

Why are you guilty 1:13 PM ✓✓

Asking to send the money! 1:13 PM

Asshole 1:13 PM

Good I had doubts 1:13 PM



Good I had doubts  1:13  March 21, 2018

Send the money?  1:13 PM ✓✓

And then I google a bit and saw that it is a classic fraud.
1:13 PM

Why do you have to send any money?  1:14 PM ✓✓

1:14 PM        1:14 PM

+ 2

1:15 PM

Dont understand anythong  1:15 PM ✓✓

You told him that the funds were available  1:16 PM ✓✓

So, what's the problem?  1:16 PM ✓✓

Ha!  1:16 PM

But if the check bounces, eg there is no money on the
account of the sender, it takes a couple of says for banks
to figure it out!
1:17 PM

I also got relieved by seing the.money on my account.
1:17 PM

You are being completely incoherent  1:18 PM ✓✓

48



March 21, 2018

You are being completely incoherent  1:18 PM ✓✓

But aparently the US system allows it! Money on account from the check does not automatically mean that the check is good.  1:18 PM

Every message contradicts the previus one  1:19 PM ✓✓

If you want to explain it to me, please write a summary of it linearly  1:19 PM ✓✓

I cant read your thoughts  1:19 PM ✓✓

I electronically deposited a xheck yesterday that the guy sent me by UPS. I thought that the check is ok because I saw the money on my account today.  1:20 PM

I asked him about a pick up details.  1:20 PM

And then he wanted me to make a transfer 'to pay for the mover'.  1:21 PM

I got suspicious. I googled how the checks are processed in US.  1:21 PM

And aparently it was clear at once that the guy is using this time window when the check gets deposited till the banks check it is wrong, to convince people to transfer the money.  1:22 PM

Btw, I got a check for 1700  1:23 PM

This guy commited a ceiminal act.  1:23 PM

I am gonna report it.  1:23 PM

Hahahaa  1:28 PM ✓✓

Interesting  1:28 PM ✓✓

And doesnt he get a punishment for sending an empty check?  1:35 PM ✓✓

Miss you again!  3:52 PM ✓✓

49







March 22, 2018

⬇ 482 KB

12:35 AM

😂  12:36 AM

I know! This dog is perfect!  12:36 AM

Good morning  10:18 AM ✓✓

Morgen! How are you?  10:45 AM

Did you sleep well?  10:45 AM

Actually yes  11:37 AM ✓✓

But I also woke up early  11:37 AM ✓✓

Then I went straight away to the monkey  11:42 AM ✓✓

Abd the table problem?  12:24 PM ✓✓

?  12:24 PM ✓✓

I didnt go to the bank and pilice yet  12:33 PM

But the  guy is still writing insisting messages  12:33 PM

'How are you Karolina'  12:34 PM

first time he used my name  12:34 PM

As if he wanted to show ne that he knows who I am
12:34 PM

I am waiting when he starts to threaten me  12:34 PM

52



I am waiting when he sta. March 22, 2018 me   12:34 PM

Hahaha Enjoy your game   12:39 PM

Decide whether I should come to NYC   1:05 PM

Tomorrow I will have a haircut :)   5:27 PM

1 week without dating apps!   5:28 PM

I am so proud of you!:)   6:46 PM

You are doing well:)   6:46 PM

I want a haircut picture;)   6:46 PM

So, you want that I come to NYC, right? :)   6:48 PM

I havent decided yet how much I am gonna miss you😘
6:57 PM

You miss me a lot already   7:18 PM

Dont bt too harsh on you   7:19 PM

And we can go to an all you can eat sushi   7:19 PM

It will be easter   7:20 PM

My first meat day   7:20 PM

😘   7:32 PM

I am trying to copy.your amazing indian food   10:04 PM

I bought tumeric and garam masala   10:04 PM

Your food was better   10:55 PM

But mine isnt that bad   10:55 PM

March 23, 2018

53



March 23, 2018

Coconut milk, ginger and garlic should be there as well:)
12:30 AM

I am happy you got some variations in your diet!!:)
12:31 AM

I went climbing yesterday and now my body hurts like never before even though I feel I am fit!:)
8:35 AM

But it feels good! 8:35 AM

I am waiting for the haircut picture:) 8:36 AM

:) 9:25 AM ✓✓

Only if you invite me to NYC 9:25 AM ✓✓

Are you going to ignore it? 10:15 AM ✓✓

I am in the bank. 11:02 AM

I dont want to ignore you, Fred. I already told you what kind of concerns I have.
11:03 AM

I hope you can understand it. 11:03 AM

Well, ideally if I go to NYC, I would like to know a week before. I have to plan the trip
11:54 AM ✓✓

You invite me 11:59 AM ✓✓

Then de-invite me 11:59 AM ✓✓

You are weird 11:59 AM ✓✓

And the table problem? 12:11 PM ✓✓

I just came back from the bank and the police department.
12:11 PM

The check is fake. 12:12 PM

And? 12:12 PM ✓✓



March 23, 2018

**And?** 12:12 PM ✓✓

It will take tjem until Tuesday to return.it. 12:12 PM

**Do you have to pay anything?** 12:12 PM ✓✓

If they charge me the fee I am supposed to call and wave it 12:12 PM

**I see** 12:12 PM ✓✓

The police cant take a report from me because there was.no.monetary loss. 12:13 PM

**And will the police track the guy?** 12:13 PM ✓✓

And they cant blame him.for the attempt. 12:13 PM

If he harasses me with texts I am.supposed to block him to avoid harassment. 12:14 PM

That is how they work. 12:14 PM

I guess they have more serious issues here than the police in Germany:) 12:14 PM

**So, it's worthy for them to try the scam** 12:17 PM ✓✓

**Weird** 12:17 PM ✓✓

**About NYC, is it a yes, no or are you still thinking?** 12:19 PM ✓✓

**I deleted my dating apps because of you. If you dont want to see me anymore, I will reconsider it** 12:19 PM ✓✓

I am still thinking. I appreciate your effort Fred, but seeing each other every second week is dating. Which you reject, right? 12:45 PM

**I am still thinking. I appreciate your effort, beacth!** 12:48 PM ✓✓



March 23, 2018                                    12:48 PM ✓✓

Seriously speaking, short-time dating wouldnt be a problem. The problem is that I cant predict long term dating. And in my opinion it would be worse for you to break up after 2 years for instance.                    12:51 PM ✓✓

Logically, it's better for you not to see me anymore. Emotionally though, it would be very sad for me.
12:52 PM ✓✓

Do you understand that?    12:52 PM ✓✓

We spoke about the options.    1:23 PM

We know not seeing each other would not work.    1:24 PM

We can stay friends and see spontaneously what we can do best for each other's happiness.    1:24 PM

I am concern about you coming every second week because it would be too intense for that friendship situation.    1:25 PM

But I am still in the middle of arranging my time.    1:25 PM

If I still have time, I will let you know, it would be very cool to spend Eastern together 😘    1:27 PM

Let's retalk in Eastern then    1:59 PM ✓✓

After that we see what we do    2:00 PM ✓✓

2 weekends per Month isnt intense    2:02 PM ✓✓

Intense is almost every day    2:02 PM ✓✓

I need to see if I am in NYC that time then.    5:28 PM









March 25, 2018

Did you instal your furniture. 9:45 PM

It was cool 9:51 PM

I put the tv back in my room 9:52 PM

Finished some paintibg details 9:52 PM

And how are you? 9:57 PM

http://www.nydailynews.com/entertainment/gossip/confidential/alice-cooper-religion-saved-article-1.3895181 9:58 PM

I am good but tired! 9:58 PM

I did a lot of yraining this weekend and I hit my knee on the ice. Trying to recover. 9:59 PM

Plus, I had some friends from visiting NYC so it was busy. 10:00 PM

:) 10:02 PM

I am happy because you had a nice weekend 10:03 PM

April 1, 2018

Happy Easter Fred! 7:45 AM

👍 7:46 AM

Enjoy your first meat day with good food and joy! 7:46 AM

April 25, 2018



April 25, 2018

8:58 PM ✓✓

Huuuuuuuuulk! 8:58 PM ✓✓

I see a nice background there! 8:59 PM

April 26, 2018

Cutting phase started 6:02 PM ✓✓

Down 1 kg already 6:02 PM ✓✓

And training more than never 6:02 PM ✓✓

By the way, you should subscribe to the AFNI course. It will be useful for you
6:03 PM ✓✓

I still hasnt decided. 6:06 PM

*havent! 6:06 PM ✓✓

Winrich thinks I dont need it. 6:06 PM

It's going to be super cool 6:07 PM ⌄

You will come back with many ideas 6:07 PM ✓✓



April 26, 2018

You will come back with many ideas 6:07 PM ✓✓

And I will be probably in the middle of the scanning flow that time. 6:07 PM

And you can bring you data for them to analyze 6:07 PM ✓✓

I can set up a meeting with you and them 6:07 PM ✓✓

*your 6:08 PM ✓✓

But we have a pretty good fMRI pipeline here. Of course, it would be very good to see what is new... 6:08 PM

But it is a 5 day bootcamp. 6:08 PM

The whole week. 6:08 PM

It's worth it 6:08 PM ✓✓

Work during the weekends to compensatw 6:09 PM ✓✓

I've done this bootcamp before and it was super good 6:09 PM ✓✓

Unfortunately scanning would be possible only during the week that time. 6:09 PM

Oh, so you have done it? 6:09 PM

Yes 6:10 PM ✓✓

Because of it I am bringing them here 6:10 PM ✓✓

Because I really liked it 6:10 PM ✓✓

We dont have many spots left 6:10 PM ✓✓

You should come 6:10 PM ✓✓

And I've discovered a super nice Brazilian restaura 6:11 PM ✓



April 26, 2018    6:11 PM ✓✓

Is there gonna be something new with respect to analysis?    6:11 PM

All you can eat    6:11 PM ✓✓

I can bring you there    6:11 PM ✓✓

:)    6:11 PM ✓✓

Because we use already afni for realignment.    6:11 PM

They are going to show the mo key atlas    6:12 PM ✓✓

DTI    6:12 PM ✓✓

Why the results of AFNI for normal fmri analysis are more trustworthy    6:12 PM ✓✓

How to map your results into the 3d brain    6:13 PM ✓✓

And many other stuff    6:13 PM ✓✓

Well, we have a nice fMRI pipeline.    6:13 PM

Everything integrated nicely inbthe scripts.    6:13 PM

Ok. If your pipeline is better than what they will show, you dont  eed to change it    6:13 PM ✓✓

I was talling with fMRI people here if it is worth to touch it...    6:13 PM

And obviously it would be nice to send one person from the lab for the couse to see what is new.    6:14 PM

But to know if it's better, you have to see what AFNI can do    6:14 PM ✓✓

I am just not sure if I can affort going there for a week now.    6:14 PM

Only one week



April 26, 2018

Only one week  6:15 PM ✓✓

And Winrich aparently dont see it as the advantage.
6:15 PM

Has he decided where to go?  6:15 PM ✓✓

He doesnt say no. But I need to do my experiments.
6:15 PM

Why dont you come and if it's bad, you return in the other day?
6:16 PM ✓✓

If there was one day that would be super useful for monkey model maybe I would come only for one day or something like that...
6:16 PM

Cant someone scan your monkeys for you and then you do the same for this person later?
6:16 PM ✓✓

He decided to stay here.  6:17 PM

Really?  6:17 PM ✓✓

He denied an MPI directorship?  6:17 PM ✓✓

Cool  6:17 PM ✓✓

I know. I would also take the Max Planck directorship.
6:17 PM

Me too  6:17 PM ✓✓

But aparently he feels good in US.  6:18 PM

Hahaha  6:18 PM ✓✓

Will he get as much money?  6:18 PM ✓✓

Well, lets see. Now he is negotiating additional lab space here. Obviously it is not gonna be as nice as the whole



Well, lets see. Now he is r  April 26, 2018  ditional lab space here. Obviously it is not gonna be as nice as the whole building... 6:19 PM

But it is Manhattan. The space is tight. 6:19 PM

:) 6:19 PM ✓✓

The Brazilian restaurant is cool. You should come 😜 6:20 PM ✓✓

I will be around for sure. I am.just not sure about the afni thing. 6:21 PM

There is also McGovern symposium. 6:21 PM

In the same week? 6:21 PM ✓✓

One week before. 6:21 PM

I see 6:21 PM ✓✓

Come to the afni instead of the mcgovern then! 6:21 PM ✓✓

If I wouldnt be able to come because of the experiments... 6:23 PM

Is there any way to get the slides or any materials or update on what is new? 6:24 PM

No! 6:24 PM ✓✓

But if you come, maybe 6:25 PM ✓✓

I wont be able to decide today or tomorrow. 6:29 PM

Need to see how things go. 6:29 PM

Ok 6:30 PM ✓✓

Take your time 6:30 PM



ake your time  6:30 PM ✓✓

April 26, 2018

:)  6:30 PM ✓✓

April 30, 2018

And how are you?  7:15 PM ✓✓

I am great, thank you! Just got back my phone from repair and I am happy like a little kid with the new toy haha.
8:36 PM

What about you?  8:36 PM

What did happen to it?  8:47 PM ✓✓

Logic board got broken.  9:07 PM

May 1, 2018

:)  6:13 AM ✓✓

Let's go tp the gym  6:13 AM ✓✓

Wake up!  6:13 AM ✓✓

I a  6:30 AM

I go running in a sec haha  6:30 AM

:)  7:58 AM ✓✓

I am tired!  7:59 AM ✓✓

And when will you come to Boston?  12:43 PM ✓✓

I dont know yet.  12:59 PM

I am still trying to push forward my experiment.  12:59 PM

Come in any weekens  1:00 PM ✓✓

Weekend  1:00 PM ✓



May 1, 2018

Weekend  1:00 PM ✓✓

Just to have a break :)  1:00 PM ✓✓

Looks like somebody misses me.  1:06 PM

Always!  1:09 PM ✓✓

:)  1:09 PM ✓✓

May 2, 2018

Gym+  7:43 AM ✓✓

!  7:43 AM ✓✓

Already finishing though  7:43 AM ✓✓

:)  7:44 AM ✓✓

What is the May's resolution?  7:50 AM

Should be diet  7:51 AM ✓✓

Transitioning to 6 packs June  7:51 AM ✓✓

:)  7:51 AM ✓✓

But I will keep the no dating apps resolution  7:52 AM ✓✓

I liked it :)  7:52 AM ✓✓

Diet? To lose the weight?  7:56 AM

And what was there in April?  7:56 AM

Yes  8:00 AM ✓✓

In April was no dating app + no mobile phone after 9  8:01 AM ✓✓

I will keep this 2  8:01 AM ✓✓

Do you want to come to Boston in 2 weekends? We can go Manchester by the sea



Do you want to com `May 2, 2018` in 2 weekends? We can go Manchester by the sea  10:19 AM ✓✓

*to  10:19 AM ✓✓

Fred, it is very nice of you that you are inviting me. I appreciate it. But you have to know that I am meeting somebody here in New York.  5:16 PM

So?  6:56 PM ✓✓

:)  6:56 PM ✓✓

I just want to bring you to the beach :)  7:02 PM ✓✓

That's it  7:02 PM ✓✓

I just wanted to make the things clear:)  7:24 PM

I appreciate your intentions!  7:24 PM

If you are happy, I am happy :)  7:24 PM ✓✓

Beach then? Hahaha  7:25 PM ✓✓

Just passed the driving licence written exam.  7:25 PM

Congrats!  7:25 PM ✓✓

On the way to be a driver here!  7:25 PM

Thank you!  7:25 PM

Hahaha  7:25 PM ✓✓

Great!  7:25 PM ✓✓

Are you in a serious relationship?  7:26 PM ✓✓

Yes!  7:27 PM

Cool!  7:28 PM ✓





May 2, 2018

Hahaha 7:40 PM

So, how did you meet him 7:40 PM ✓✓

Tell me 7:40 PM ✓✓

You want it to happen so it happens. 7:40 PM

All I want is you to be happy 7:40 PM ✓✓

I genuinely like you 7:41 PM ✓✓

So, why the mystery about him? 7:42 PM ✓✓

No mystery! 7:42 PM

Then tell 7:42 PM ✓✓

I just like to eat with small bites. 7:42 PM

I am going out to hear about sexual harassment journalism. 7:43 PM

Intense stuff! 7:43 PM

Wish me luck! 7:43 PM

Well, are you going to ignore my question? 7:44 PM ✓✓

You know that I dont like that 7:44 PM ✓✓

Only for now. 7:44 PM

Treat it as a training. 7:44 PM

Nope 7:44 PM ✓✓

It will affect our friendship 7:44 PM ✓✓

You know that 7:45 PM ✓✓

You dont have to have the full control overy everything



You dont have to have the    May 2, 2018    overy everything around!
7:45 PM

What are you gonna do? Stop writing to me as it happened around Easter?
7:45 PM

Fred, relax.    7:45 PM

I dont have full control. I just want a true friendship.
7:45 PM ✓✓

Whatvis a true friendship?    7:46 PM

Where everything goes with your rules?    7:46 PM

A friend shares the most important things    7:47 PM ✓✓

If you dont want to share, why would I keep writing you? I just give up
7:47 PM ✓✓

I shared.    7:48 PM

No. You havent    7:48 PM ✓✓

Now I wont say anything just because you insist.    7:49 PM

Let it stay like that for a while.    7:49 PM

I shared the most important thing for me.    7:49 PM

The rest is your pure curiosity.    7:49 PM

Yes, it is curiosity. And what's the problem with that?
7:50 PM ✓✓

I lost my interest in my friendship with Vishal for the same reason
7:51 PM ✓✓

Real friends dont keep secrets    7:51 PM ✓✓

Anyway, I am happy for you in any case.    7:52 PM ✓✓

May 14, 2018



May 14, 2018

Hi. I bcc'ed you an email I sent to Freiwald. If he doesn't answer, can I ask you to ask him personally? I need to get an answer to it very soon. 12:51 PM ✓✓

Thanks! 12:51 PM ✓✓

Hi Fred, thanks! 12:52 PM

Winrich is not around now, he will be back during the weekend as far as I heard. 12:53 PM

He is in Israel now so e-mail would be the only way to contact him. 12:54 PM

Try ti send the e-mail again early tomorrow if he doesnt respond today marking URGENT in the title. 12:55 PM

Ok. Thanks :) 12:58 PM ✓✓

I just wrote to Jean this morning that I wanna come. 12:59 PM

Julia and Farid would come as well. 12:59 PM

Ok. If you need a place to stay, you can stay at my place. I won't touch you (potentially hahaha) 1:04 PM ✓✓

Btw, do yoy want to give a 5 min flash presentation? 1:04 PM ✓✓

We need people 1:05 PM ✓✓

Winrich already answered the email 1:05 PM ✓✓

He cant do it 1:05 PM ✓✓

Pity he cant! Always so busy. 1:06 PM

Thanks for offering your place and being so kind :) 1:07 PM

We plan to ask Kathleen about the overnight, lets see what she says. 1:07 PM



We plan to ask Kathleen a ~~~ night, lets see what she says. *May 14, 2018*                    1:07 PM

Are you giving the flash presentation?    1:08 PM

It would be a good idea to do it, especially for us, so that people know us.                    1:08 PM

When do you have to have it confirmed?    1:09 PM

Tomorrow would be ideal    1:09 PM ✓✓

Can you ask your friends who wants to do it with you?    1:09 PM ✓✓

I will ask them.    1:09 PM

But we still didnt get the confirmation from Jean.    1:10 PM

You should stay at my place. My new bed will arrive on Saturday. It will be much mire comfortable than any hotel    1:10 PM ✓✓

*more    1:10 PM ✓✓

What do you need from Jean?    1:10 PM ✓✓

I can ask her    1:10 PM ✓✓

Confirmation that we are on the list.    1:11 PM

I am organizing the retreat also    1:12 PM ✓✓

I can put you    1:12 PM ✓✓

In any case, can you give me the names of the people to out in the list?    1:12 PM

I will write her and forward you    1:12 PM ✓✓

*to put    1:13 PM ✓✓

I have just forwarded you the e-mail. Julia's and Farid's e-mails are there.    1:16 PM

73



I have just forwarded you ....... Julia and Farid's
e-mails are there.                May 14, 2018              1:16 PM

If you have any information with the program and flash
presentation tips, please send them around as well. We
dont have any program yet.                              1:18 PM

I will send you now the tentative schedule   1:19 PM ✓✓

I've sent it to you   1:22 PM ✓✓

I cant see the emails of julia and farid   1:29 PM ✓✓

Can you write them explicitely?   1:29 PM ✓✓

jsliwa@mail.rockefeller.edu   1:31 PM

faboharb@rockefeller.edu   1:31 PM

Enjoy the honours of the organizer ;)   1:31 PM

More work for nothing?   1:32 PM ✓✓

For science!   1:34 PM

The email of sliwa is.wrong   1:46 PM ✓✓

I think the word mail.doesnt exist   1:47 PM ✓✓

Right?   1:47 PM ✓✓

Try without mail word then.   1:47 PM

Sorry   1:47 PM ✓✓

I think I made a mistake   1:47 PM ✓✓

It's rockefeller and not rockfeller   1:48 PM ✓✓

Haha   1:48 PM

Farid diesbt have mail in his email?   1:50 PM ✓✓

*doesnt?   1:50 PM ✓✓

74





May 17, 2018

8:12 PM ✓✓

New haircut for you! Hahahaha  8:12 PM ✓✓

👍 9:29 PM

😘 10:39 PM ✓✓

Hahahaha Love to tease you :)  10:39 PM ✓✓

May 18, 2018

Do you want to help us come out with an assassins game for the retreat?  4:09 PM ✓✓

Similar to what you had in your lab?  4:09 PM ✓✓

But we had actors for that  4:13 PM

And scenario from them ;)  4:13 PM

I see. Is it too complicated?  4:28 PM ✓✓

We need to come up with ideas for group dynamics on Thursday evening  4:28 PM ✓✓

After the reception  4:28 PM ✓✓

Google for mystery murder dinners companies in Boston.  4:31 PM

Or indeed having some good people involved  4:32 PM

I sent you the scenario once. Have a look at that.

76



May 18, 2018

I sent you the scenario once. Have a look at that.
4:32 PM

Thanks! 5:51 PM

May 22, 2018

Do you want to help us guide the "escavenger hunt" dynamic on Thursday?
9:20 AM

We will split the people in 5 groups 9:30 AM

And they will need to find some clues 9:30 AM

There will be one conductor oer group 9:30 AM

*per 9:30 AM

We have already 3 9:31 AM

Do you want to be one? 9:31 AM

I can be the conductor 9:31 AM

Cool! Thanks :) 9:31 AM

But who goes to which group should be assigned randomly
9:32 AM

What is the goal? 9:32 AM

Yes 9:37 AM

We are defining now 9:37 AM

I will add you to the whatsapp group 9:38 AM

Ok 9:38 AM

We did a scavenger hunt lab party in the Museum of National History...
9:40 AM

But the goal was to fill out the questionaire with questions



But the goal was to fill ou  May 22, 2018  aire with questions.
9:40 AM

The group was suposed to.find the answers.  9:40 AM

And at the end the group that collected the most points won.
9:41 AM

But the bigger or more interesting goal or narratibe would be better.
9:41 AM

Write this idea in the group  9:55 AM ✓✓

We still havent anything decided  9:55 AM ✓✓

What time does the program starts on Thursday?
9:46 PM

Is there a dinner first and then the game?  9:46 PM

We are planning to arrange the travel time here..  9:47 PM

Ye  11:05 PM ✓✓

Yea  11:05 PM ✓✓

Yea  11:05 PM ✓✓

Yes  11:05 PM ✓✓

Sorry for not answering before  11:05 PM ✓✓

I am preparing a presentation for tomorrow  11:05 PM ✓✓

The dinner starts at 5  11:06 PM ✓✓

And the game immediately afterwards?  11:10 PM

Yes  11:10 PM ✓✓

Come to the dinnwr  11:10 PM ✓✓

Dinner  11:10 PM

Leave at 10 am  11:10 PM ✓✓







Fred! Can you make two [...] for hungry people from New York before the [...] ears? :)    5:25 PM

May 24, 2018

No!    5:34 PM ✓✓

I will ask Kathleen!    5:34 PM ✓✓

Thank you !!!    5:36 PM

When will you be here?    5:38 PM ✓✓

Google shows 57 minutes but I think we will be earlier, only 28 miles left.    5:43 PM

The food will bw here until 7    5:58 PM ✓✓

Ueber here    5:58 PM ✓✓

There's enough f9od    5:58 PM ✓✓

We are going by car!    6:03 PM

Great!!    6:03 PM

The entrance is from Vassar Str, right?    6:13 PM

Yes    6:14 PM ✓✓

It was nice to see you. Thank you for coming :)    8:43 PM ✓✓

You are welcome :)    8:45 PM

May 25, 2018

**Oliveira's Steak House - Google Search**
g.co

Oliveira's Steak House

120 Washington St, Somerville, MA 02143
(617) 764-0455







After that we never talked again