Marciniak I – Civil Action No. 1:22-cv-10959-ALC-SN

## HSV

74. In February 2019, Azevedo demanded from Marciniak another CBMM collegiate behavior by enabling him the accommodation for the March neuroscience conference in New York, threatening about cutting off her CBMM opportunities if Marciniak hadn't agreed. Under pressure, in mid-March Marciniak enabled him access to the 2-room apartment in RU housing, which she shared with another female postdoc from Rockefeller University. Upon his arrival, Marciniak instructed him to stay in the living room, but Azevedo insisted to first *refresh himself* using her suit bathroom, as the apartment did not have a guest shower. On his way out, Azevedo involved her in the conversation over *something [Marciniak] wanted to tell him*. Marciniak planned, and then told him that as a result of his rape on her in Woods Hole, Azevedo contracted to her a HSV infection, which Marciniak discovered at her recent standard gynecological test. Marciniak was terrified, since the infection increased chances for women to develop cervical cancer, and asked Azevedo to stop sexually harassing women since it caused them harm. Azevedo laughed at her saying *welcome to the population of people with sexually transmitted disease*, and then violently forced her into sexual intercourse with him without condom, while Marciniak verbally and non-verbally was saying no. Devastated, confused, helpless and ashamed, in fear of Azevedo[16], she did not manage to throw him out of her apartment immediately afterwards, and only while the conference was over and Azevedo left, Marciniak opposed to his subsequent request for another personal contact in New York, and cut off the contact with him. Marciniak reported the incident to NYPD, Manhattan Special Victims Squad, in 2022, after the initial

Marciniak II – Civil Action No. 1:23-cv-10307-JPC

## HSV

56. On or about March 15, 2018, succumbing to pressure, Plaintiff allowed Azevedo to stay on the living room sofa in her shared two-room apartment at Defendant RU. Upon his arrival, Plaintiff directed him to the living room, yet Azevedo insisted on using Plaintiff's private bathroom, claiming a lack of guest shower. Exiting the bathroom, he initiated a conversation, shutting the door, during which Plaintiff disclosed her contraction of an HSV infection because of Azevedo's assault on another woman in Woods Hole. Expressing her fear of the infection's

<u>Third Amended Complaint – Civil Action No. 1:22-cv-10959-ALC</u>

**HPV**

58. After using the bathroom, Azevedo attempted to enter and remain in the Plaintiff's bedroom without her consent. Recognizing that Azevedo was likely intending to initiate unwanted sexual advances, Plaintiff became visibly distressed and broke down in tears. She explicitly confronted him, stating that he could no longer assault women and revealing that, as a result of his prior sexual assault in Woods Hole, she had contracted human papillomavirus (HPV). Plaintiff expressed deep concern about the link between

## Results HSV



# No HPV test for males





1   Frederico Augusto Casarsa De Azevedo

Messaging

**Inbox**

Sent

Trash

Some types of HPV cause genital warts. But many people do not have any symptoms. Often, the infection gets better on its own. But in some people, the infection doesn't go away. If this happens, it can lead to problems.

What are the risks of HPV infection?

People with long-lasting HPV infection have a higher chance of getting other health problems. Different types of HPV can cause different problems, some of which can be serious. For example:

 An HPV infection in the genitals can cause cancer of the cervix (cervical cancer), vagina (vaginal cancer), or penis (penile cancer). Other types of HPV can cause genital warts.

 An HPV infection around the anus can cause cancer of the anus (anal cancer).

 An HPV infection in the mouth and throat can cause cancer of the mouth and throat.

These problems usually happen many years after a person is first infected.

Is there a test for HPV?

There are tests for some types, but not others. If your doctor confirms you have genital warts, this means you have an HPV infection. This is not the same type of HPV that can lead to cancer.

Doctors recommend females be screened for cervical cancer. This usually involves getting regular Pap tests (sometimes called "Pap smears") starting at age 21. They can also test for HPV at this time. Sometimes, HPV testing alone is used to screen for cervical cancer.

Some experts recommend certain people also be screened for anal cancer. When to start and how often to get these tests depend on several things. Talk to your doctor or nurse about whether you should be screened for anal cancer.

There are no tests to check for genital HPV infection in males, or for HPV infection in the mouth or throat.

How is HPV infection treated?

Once you have HPV, it cannot be cured.

If HPV infection leads to a more serious problem, your doctor can talk to you about your treatment options.

Can HPV be prevented?

Yes. For most people, the best way to protect against HPV is to get the HPV vaccine. It only works if it is given before you get infected with HPV. This is why doctors suggest getting it at a young age. Doctors recommend children aged 11 to 12 get the vaccine. But it can be given as early as age 9 and up to age 26. In some cases, the vaccine might help older people, too.

The vaccine is very good at preventing the types of HPV infection that can cause cervical and vaginal cancer. It might lower the risk of other types of cancer, too. The vaccine is also very good at preventing the types of HPV that cause genital warts.



🔔 1    Frederico Augusto Casarsa De Azevedo

◁ Messaging

**Inbox**

Sent

Trash

The vaccine is not perfect. In some cases, people who get it can still get an HPV infection. But it is still the best way to lower the risk of HPV.

Condoms and dental dams do not completely protect against HPV. That's because the virus can live on skin that is not covered by a condom or dental dam. But these are still important ways to protect yourself against other diseases that can be spread through sex.

When should I call the doctor?

Call your doctor or nurse if:

You have certain symptoms on your lips or tongue, inside your mouth, or in your genital area. (The genital area includes the vagina, penis, scrotum, anus, butt, and thighs.) These include:

New or unusual bleeding, including bleeding after sex

A bump or ulcer

A rash, white patch, or itchiness

You have ear or throat pain that does not go away.

You have a lump in your neck.

Your voice or hearing changes – This includes having a hoarse voice, hearing loss, or ringing in the ears.

You have trouble swallowing.

All topics are updated as new evidence becomes available and our peer review process is complete.

This topic retrieved from UpToDate on: Feb 12, 2025.

Topic 120642 Version 7.0

Release: 32.10.4 - C33.42

© 2025 UpToDate, Inc. and/or its affiliates. All rights reserved.

Consumer Information Use and Disclaimer

Disclaimer: This generalized information is a limited summary of diagnosis, treatment, and/or medication information. It is not meant to be comprehensive and should be used as a tool to help the user understand and/or assess potential diagnostic and treatment options. It does NOT include all information about conditions, treatments, medications, side effects, or risks that may apply to a specific patient. It is not intended to be medical advice or a substitute for the medical advice, diagnosis, or treatment of a health care provider based on the health care provider's examination and assessment of a patient's specific and unique circumstances. Patients must speak with a health



🔔 1   Frederico Augusto Casarsa De Azevedo

‹ Messaging

**Inbox**

Sent

Trash

care provider for complete information about their health, medical questions, and treatment options, including any risks or benefits regarding use of medications. This information does not endorse any treatments or medications as safe, effective, or approved for treating a specific patient. UpToDate, Inc. and its affiliates disclaim any warranty or liability relating to this information or the use thereof.The use of this information is governed by the Terms of Use, available at https://www.wolterskluwer.com/en/know/clinical-effectiveness-terms. 2025© UpToDate, Inc. and its affiliates and/or licensors. All rights reserved.

Copyright

© 2025 UpToDate, Inc. and/or its affiliates. All rights reserved.

---------------------
From: FREDERICO AU CASARSA DE AZEVEDO
To: Nurse Team Amherst
Sent: 07/01/2025 12:49 p.m. EDT
Subject: RE: FW: Nursing visit

Hi Darla,

tomorrow at 1 pm is good.

I don't have any wart but one person that I was seeing was diagnosed with HPV so I would like to get tested. There is no way to test it males? My exposition was more than a month ago.

Best.

**Addendum by Vitale RN, Darla on July 01, 2025 12:38:24 PM EDT**
---------------------
From: Vitale RN, Darla (Office Pool (2159_MA) - Nurse Team Amherst)
To: CASARSA DE AZEVEDO, FREDERICO AU
Sent: 7/1/2025 12:38:24 PM EDT
Subject: FW: Nursing visit
Entered by Vitale RN, Darla on July 01, 2025 12:38:21 PM EDT
Hi Frederico,

There actually isn't any standard testing for HPV in males. If you do have it, most of the time the infection resolves itself. Do you have any symptoms or warts? Also, for the vaccine I booked you in for tomorrow at 1PM. Please let me know if this doesn't work for you.

Best,
Darla



🔔 1   Frederico Augusto Casarsa De Azevedo

< Messaging

**Inbox**

Sent

Trash

---------------------
From: FREDERICO AU CASARSA DE AZEVEDO
To: Nurse Team Amherst
Sent: 06/30/2025 03:51 p.m. EDT
Subject: RE: Nursing visit

Hi Darla,
thank you very much for your help.
Anytime for me is great.
I got the HPV vaccine already but I wanted to get tested for it as well. Would it necessarily return positive because of the vaccine? If not, could you please schedule it for me as well?
Best.


**Addendum by Vitale RN, Darla on June 30, 2025 2:36:56 PM EDT**
---------------------
From: Vitale RN, Darla (Office Pool (2159_MA) - Nurse Team Amherst)
To: CASARSA DE AZEVEDO, FREDERICO AU
Sent: 6/30/2025 2:36:56 PM EDT
Subject: Nursing visit
Entered by Vitale RN, Darla on June 30, 2025 2:36:45 PM EDT
Hi Frederico,

This is Darla, one of the nurses in Primary Care working with Dr. Obionwu. We can reschedule your polio vaccine. For the HPV, do you mean HPV testing or vaccination?

Best,
Darla


---------------------
From: FREDERICO AU CASARSA DE AZEVEDO
To: Nurse Team Amherst
Sent: 06/30/2025 02:15 p.m. EDT
Subject: RE: plz confirm appt

Hi,
I am sorry for the delay in my response. I had to go to Brazil to solve urgent family matters. I am available anytime to get the rest of the polio vaccines.
Another thing, I would like to have an HPV test. Would that be possible? Ideally in the same time slot as the polio vaccine.
Best.