**Email pattern**



**Transcription**

Hi _____,

How are you? It has been a while since we talk during the SFN Conference in 2017 in Washington. I did PhD with Peter Thier on gaze following in monkeys using fMRI. How are your perspectives for the next career steps?

I am reconnecting because I wanted to share with you my uneasy postdoc story and ask for help. As you may recall, I moved to New York for my postdoc with Winrich Freiwald, in collaboration with Josh Tenenbaum and Nancy Kanwisher from MIT. It happened that I felt a victim of sexual assault from Frederico Azevedo, and sexual harassment from Winrich Freiwald. When I opposed it and filed a complaint, I got retaliated. I reported Azevedo to the

police and 4 other women who fell his victims provided their testimony to the police as well. The police investigation is ongoing.

Following the New York State Division of Human Rights investigation, which resulted in probable cause determination, and upon obtaining the right to sue from the Division and EEOC, I am filing the court in New York against Azevedo et al. My lawyer, Olivia Clancy from Shegerian and Associates, asked me to connect with witnesses to ask for a written statement in the case- basically the knowledge you have about Frederico Azevedo.

Frederico Azevedo raped me in August 2017, during the 2017 CBMM summer school, when he was chasing women for sex after his girlfriend Katalin broke up with him. To get closer to me, he took advantage of that Xavier Boix, his senior CBMM colleague, was assigned by the CBMM school directors to provide accommodation for my stay. He forced himself on me under the disguise of enabling me a room for a nap in the SWOPE building. The event happened in disguise because Frederico Azevedo put other Teaching Assistants' guards down by falsely stating that I was his old friend from Tuebingen. In contrast, as you know, we were in different institutes, having different friends, and never talking to each other before that fatal CBMM Summer School 2017. I was naive in CBMM and did not have any support to fight back. I seek justice to prevent those incidents from happening again and again in academia.

I am contacting you because Frederico Azevedo told me after the rape that he commented on my buttocks to you when you and him went to see Artin Atabaki's and mine talk regarding our PhD project, the talk which took place in the radiology department at the University Klinik, the campus I worked on. Frederico Azevedo also told me that he bragged to you afterwards that he *** me. Would you be able to corroborate any of this?

I know that it has been a while, but we are all intelligent people with good memory. Please consider that witnesses are protected from retaliation, and can be subpoenaed by the court if needed. I have been through a very difficult time because I did not receive the institutional support I counted on, and I was retaliated. I filed a complaint to fulfill my duty, supported by my lawyer, my therapist, and my husband, and as the process goes forward, we count on people like you to fulfill their civil obligations too. Please, get back to me – I am counting on your help.

All the best,

Karolina Marciniak-Agra

**Damage to Dr. Azevedo's reputation and career:** Following Plaintiff's allegations, the annual CBMM Summer School—where Dr. Azevedo previously taught—declined his requests to continue serving as a teaching assistant (TA), and he lost his role as a CBMM organizer. As detailed below, Plaintiff circulated disparaging statements to senior, influential academics—including Profs. Nancy Kanwisher, Joshua Tenenbaum, Tomaso Poggio (CBMM Director), Robert Desimone (McGovern Institute Director), and Gabriel Kreiman—which culminated in Professor Kreiman, then Dr. Azevedo's supervisor, declining to renew Dr. Azevedo's job contract at Children's Hospital Boston/Harvard Medical School.

Marciniak I – Civil Action No. 1:22-cv-10959-ALC-SN

106. In early January 2020, Kanwisher learned about Marciniak's complaint from her lab member and on 1/6/2020 emailed Marciniak to be *very very sorry to hear what [Marciniak] have been through ... and further devastated that apparently no one has been of any help.* Kanwisher asked Marciniak's permission to discuss the situation with her female CBMM colleague, and for the copy of her 5/14/2019 letter to Poggio. With her other permission, Kanwisher then shared it also with Lizanne DeStefano, CBMM external evaluator ("DeStefano"). On 1/16/2020, Kanwisher reported that DiStefano was *"shocked"* that Poggio never replied, and that *meanwhile as far as [she] can tell, Azevedo was a TA last summer and [was] scheduled to be a TA th[at] summer, which [was] beyond belief.* Kanwisher wrote that *[her] goals are to debar hium from teh CBMM summer school (and hopefully from CBMM altogether), to insist on a more serious sexual harassment training th[at] summer that all faculty attend (to underline its seriousness), and if [she] can determine that Tommy read [my] email and did nothing, to have him removed as head of CBMM.*

107. On 1/17/2020, Kanwisher reported she had learned from MIT officials that only *one witness [was] interviewed* during MBL/U of Chicago investigation[23], and that Azevedo's MIT supervisor *was about to talk to Azevedo*. Kanwisher asked for Marciniak's further permissions to share her letter to Poggio, since Kanwisher *[thought] it will help Bob understand how serious this is, and it [would] immunize him against what are sure to be excuses Axevedo will try to make*. On 1/18/2020, Kanwisher followed-up about her goals, including *either cancel the summer school for this summer or make major changes* and to *address the broader toxic culture of the summer school as run by men only, and men who range from insensitive or oblivious to criminal* asking my permission to share information with Tenenbaum, since "*[Tenenbaum] will be taken more seriously than [Kanwisher would] by Tommy [Poggio] and Gabriel [Kreiman]*".

108. Throughout the email exchange and phone call, Marciniak expressed that her only wish was thorough and impartial investigation into her complaint, given the procedural errors of the previous one and that since the investigative outcome, other victims of the same perpetrator were willing to corroborate her complaint. At the end, Kanwisher reported that CBMM management was refusing to reopen the investigation against Azevedo, considering the MBL/U of Chicago outcome as the final one in their determination, but Kanwisher asked her who *the NSF person who you are speaking with* was. On 1/19/2020, Kanwisher asked her to connect DeStefano with other victims, since it *would help us enormously in getting Tommy et al to understand why these TAs cannot come back to the summer school and why serious fixes are required. Marciniak* did connect the women with DeStefano, and while discussing

**Damage to Dr. Azevedo's personal and professional reputation:**

ECF 196-5:

[00:41:15.25] [Jane Doe 3] Yeah. Needs to be out of. I mean, he should be in jail, but he needs to be out of the program. That's that's ridiculous that he's been allowed to continue on as he has.