UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DR. KAROLINA MARCINIAK-DOMINGUES GONCALVES AGRA,<br><br>Plaintiff,<br><br>-against-<br><br>ROCKEFELLER UNIVERSITY, FREDERICO AZEVEDO and WINRICH FREIWALD,<br><br>Defendants. | Index No.: 1:22-cv-10959-ALC<br><br>**DECLARATION OF TOMASZ MARCINIAK** |

1. I, Tomasz Marciniak, hereby declare under penalty of perjury that the following statements are true and correct to the best of my knowledge, information and belief:

2. I am the biological brother of Plaintiff Dr. Karolina Marciniak-Domingues Goncalves Agra, one year her junior. We grew up together in the village of Wrzaca Wielka, Poland, raised primarily by our mother after our father emigrated to the U.S. in 1992 when Karolina was 8 and I was 7. He started a new family there, and we had no contact with him until 2005. His absence created profound instability, financial hardship, and emotional trauma, leaving Karolina vulnerable to exploitation.

3. On or about March 30, 1997 (immediately preceding Easter Sunday), while we were in our yard chopping firewood and our mother was away, a village man, whom we did not recognize, approached under the guise of renting wedding dishware—a service our mother managed, to gain entry. Karolina went alone into the house to retrieve the rental ledger. Moments later, I heard her piercing screams. Despite having a broken arm in a cast. I ran inside.

4. I found Karolina in our living room, struggling against the man who had her pinned to the floor. The carpet was wrinkled, and furniture was displaced. The man had his pants and underwear down, exposing his penis, and was trying to remove Karolina's clothes. I screamed, and the man fled. The attempted rape left Karolina traumatized. That same day, our mother and uncles reported the incident to the police in Koło. However, due to shame and to spare Karolina a medical examination, our mother decided not to press charges. Our family never spoke of the incident again, which I believe compounded Karolina's trauma.

*Marciniak*

5. During our teenage years, Karolina was active in the local church. She confided in me and our mother that the parish priest had asked her to tell him she loved him and had inappropriately touched her. After the priest's death, Karolina reiterated this to our mother, who dismissed it, saying it was not nice to speak ill of the dead. I believe that this experience reinforced my sister's tendency to suffer in silence.

6. In the summer of 2005, Karolina and I visited our father in Willow Springs, Chicago, to earn money for our studies. Karolina worked at a local bakery. One night, she returned home late, visibly distressed and crying. She told me the bakery owner had sexually attacked her, but she managed to escape. She felt too humiliated to report it. She told me that the owner withheld her wages and I witnessed she received her unpaid wages, in form of a laptop sent to our residence in Poland 6 months afterwards

7. In July 2017, Karolina visited Poland for the baptism of my daughter, Laura, as she was to be the godmother. She was recovering from kidney surgery and caught the flu during the visit. Despite her physical weakness, she expressed excitement about her new position at Rockefeller University (RU). She returned to the U.S. shortly after to attend the CBMM Summer School.

8. I did not see Karolina again until Christmas 2017. She initially had not planned to visit due to work, but our mother insisted. I observed that Karolina was under severe emotional strain. During this visit, she confided in me that she had been sexually assaulted by a man named Frederico Azevedo at the CBMM Summer School in Woods Hole, Massachusetts, in August 2017. She felt powerless to report it because she feared losing her job and jeopardizing her career.

9. Based on my lifelong relationship with Karolina, I have observed that her history of childhood and adolescent abuse has made her particularly vulnerable to predators. Despite her resilience and professional success, she internalizes trauma, which was evident in her demeanor during the Christmas 2017 visit. Her disclosure about Azevedo was made in a state of distress, and I believe it was truthful.

10. Over the past six years, I have witnessed Karolina's profound struggle with the trauma inflicted by Azevedo, her direct supervisor, Winrich Freiwald, and the institutional failures to support her at Rockefeller University. The vibrant, emotionally warm sister I once knew has withdrawn significantly. Our family has lost the closeness we shared, and her resilience has been overshadowed by persistent anxiety and emotional exhaustion—a direct consequence of the abuse she endured and the retaliation she faced for speaking out.

*Marnich*

I declare under penalty of perjury that the foregoing is true and correct.

NR ID DGZ 229043

Dated: August 18, 2025
Dopiewiec, Poland

*Tomasz Marciniak*
_____
Tomasz Marciniak