**From:** Sharisse Brown <browns@rockefeller.edu>
**Sent:** Wednesday, March 3, 2021 4:02 PM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Cc:** Michael Glaster <mglaster@rockefeller.edu>
**Subject:** Outstanding Balance

Dear Dr. Marciniak

Our records show you have not paid rent since September 2020. Please remit full payment in the amount of **$24,650.28** immediately to clear this outstanding balance.

If you have any questions regarding this matter please feel free to contact me.

Best regards
Sharisse

---

**From:** Sharisse Brown <browns@rockefeller.edu>
**Sent:** Thursday, March 18, 2021 11:13 AM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Subject:** Rent abatement

Dear Karolina,

Thank you for your email and sorry for the delayed response. Please note, any complaints regarding your unit must pertain to your current apartment and does not span within the lifetime of your residency within university housing. In respect to your request for an abatement please refer to section 24 of your lease, wherein it states….

    24. *No Abatement, etc. Interruption or curtailment of any service given by Landlord under this Lease or required by law, or the failure of Landlord to make any repairs, alterations, or improvements required by law, the effect of which interferes with Tenant's occupancy or renders the Apartment unusable, if caused by strikes or other labor troubles, mechanical difficulties, or causes beyond Landlord's reasonable control whether similar or dissimilar to those listed,* **shall not entitle Tenant to any claim against Landlord or to any abatement in rent**, *nor shall the same constitute constructive or partial eviction unless Landlord fails to take such measures as may be reasonable under the circumstances to restore the service without undue delay or make such repairs, alterations, or improvements.*

In regards to claims of work that has not been addressed, I've spoken with Joe and Vito regarding your dishwasher tickets and their records show that a mechanic checked your dishwasher and submitted a request for a replacement. Due to COVID, there has been a substantial delivery delay on all appliances. Please keep in mind that a dishwasher is a luxury and not a necessity and your apartment is considered operational until a replacement can be installed.

Upon review, payment for your outstanding balance is expected to be paid in full. If you wish to set up a payment plan for the remaining amount of your outstanding balance please feel free to contact me.

Best regards
Sharisse

**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Thursday, March 25, 2021 12:24 PM
**To:** Sharisse Brown <browns@rockefeller.edu>
**Subject:** Re: Rent abatement

Hi Sharisse,

Thank you for information.

Regarding the payment for the remaining amount of our outstanding balance, as I mentioned in my previous email, the outstanding balance is due to COVID pandemic. I am going to apply for hardship fund soon and will be able to give more update as the situation unfolds.

On a side note of this issue, the pre-pandemic conditions substantially shook mine and my family's financial situation thus our lack of sufficient financial comfort in case of emergency such as covid. I suffered sexual assault at my workplace while working at RU (the university already knows about it). The situation drained our personal finances for recovery and reporting costs.  I ask for understanding.


Best regards,

Karolina


**From:** Jordan Sese <jsese@rockefeller.edu>
**Sent:** Friday, July 2, 2021 11:51 AM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Subject:** RE: Hardship fund opportunity

Dear Karolina,

The scholarship committee would like to inform you that, upon reviewing your request, they have made a one time exception and have approved a $10,000 scholarship. This amount will appear in full in your next paycheck. As I mentioned previously, all scholarships are subject to tax.

Please feel free to contact me if you have any questions or concerns.

Best regards,
Jordan

**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Thursday, September 2, 2021 9:02 AM
**To:** Alexander Kogan <kogana@rockefeller.edu>
**Cc:** Sharisse Brown <browns@rockefeller.edu>; Michael Glaster <mglaster@rockefeller.edu>
**Subject:** Re: apartment transfer

Mr. Kogan,

I am reaching out because my household is eligible to apply for **NEW YORK STATE EMERGENCY RENTAL ASSISTANCE PROGRAM (ERAP)** to help cover my outstanding rent balance arrears. Since the funds received from the program are paid directly to the landlord, some information for my application needs to be uploaded by the landlord directly through the online portal. I was wondering whether you or a person of your referral may assist me with this.

Please find the details below:

- Documents can be uploaded through the portal https://nysrenthelp.otda.ny.gov/en/ ('Upload Owner Documents')
  and should be indicated as associated with my application confirmation number which is **Q1(number one)UEB** (I have already submitted all required Tenant Documents)
- The list of Owner Documents required to submit is attached to this email (NYS_ERAP_Documentation_List_for_Landlords_Final_en)

  In short, the requirements are:
  - **W9**
  - **Direct deposit (bank account information)**
  - Executed lease with tenant applicant (TENANT HAS ALREADY PROVIDED, attached here FYI)
  - **Proof of Arrears** (either ledger showing month by month or the Landlord Monthly Rent Confirmation Form for this purpose, attached to this email: LandlordMonthlyRentConfirmation_en)

  I have prefilled the form (attached to this email: LandlordMonthlyRentConfirmation_en_filled_Karolina_Marciniak), based on the invoices received.
  FYI, I attach the invoices ( Rockefeller_University_Housing_Invoices_Karolina_Marciniak_March2020_Aug2021), and my calculations (Excel_rent_arreas_2020_2021_Karolina_Marciniak).


  - upon request, the landlord may be required to submit:
  Proof of Ownership
  Proof of being an authorized payment entity

As per the Program description, *applications* for all eligible households will be processed on a first come, first serve basis, as long as funds remain available.
To process the application, submitting all required documents as soon as possible is recommended.

Please let me know if you have any questions.

Thank you in advance for your help, and wish you and your families all the best,

Sincerely,

Karolina Marciniak

**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Tuesday, September 14, 2021 11:38 AM
**To:** Alexander Kogan <kogana@rockefeller.edu>
**Cc:** Sharisse Brown <browns@rockefeller.edu>; Michael Glaster <mglaster@rockefeller.edu>
**Subject:** Re: apartment transfer

Dear Alex,

I would like to follow up on my last email. Could you please confirm its receipt? I just wanted to make sure you received it.

Sincerely,

Karolina

On Sep 23, 2021, at 8:29 AM, Karolina Marciniak <kmarciniak@rockefeller.edu> wrote:

Hi Sharisse,

A while ago I sent an email to Alex ( ccing you), but I haven't got a reply yet. I was wondering whether you got this email at all. Please, let me know,

Karolina

**From:** Sharisse Brown <browns@rockefeller.edu>
**Sent:** Thursday, September 23, 2021 8:41 AM
**To:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Subject:** Re: apartment transfer

Hi Karolina

If you're referring to the email regarding the financial payment program, I did see the email but I don't know anything about it. That would solely be Alex's domain.

Sorry I cannot be of assistance in this matter.

Best
Sharisse

**From:** Karolina Marciniak <kmarciniak@rockefeller.edu>
**Sent:** Thursday, September 23, 2021 1:08 PM
**To:** Sharisse Brown <browns@rockefeller.edu>
**Subject:** Re: apartment transfer

Hi Sharisse,

Thank you so much for letting me know. Could you please, forward my reminder to Alex then? I haven't heard back from him yet (neither from Mr. Glaster, who was cced to that email).

Thank you in advance for your help,

Karolina

In reply to Housing Termination letter from December 8, 2021

## Housing

1 message

**Karolina Marciniak** <marciniak.kar@gmail.com>  Thu, Dec 16, 2021 at 12:16 PM
To: browns@rockefeller.edu

Hi Sharisse and To Whom It May Concern,

I am writing in response to your letter from Dec 8th, which I received via post (copy attached to this email).

Since the end of my employment at The Rockefeller University results from wrongful termination by The Rockefeller University, my husband and I intend to stay at The Rockefeller University housing until the ongoing litigation process concerning this matter concludes.

However, considering the fact that the location of the current apartment we live in may benefit more The Rockefeller University's employees with active duties on the campus, we are willing to accept the transfer to an apartment of similar standard and in a close neighborhood, for example on Roosevelt Island, given that the rent and moving expenses would be covered by The Rockefeller University.

Sincerely,

Karolina Marciniak


Letter_Sharisse_Brown_12_8_2021.pdf
676K



# THE ROCKEFELLER UNIVERSITY

HOUSING DEPARTMENT
504 EAST 63RD STREET, NEW YORK, NY 10021-7919

Carlos Quispe
Housing Assistant

Box 229
212-327-8500
(Fax) 212-327-7357
cquispe@rockefeller.edu

March 20, 2023

Karolina Marciniak
500 East 63rd Street
Apt. 13F
New York, NY 10065

Dear Karolina:

I have been informed by the Controller's Office that you are in arrears more than Two years of rent and electricity pending charges.
Your outstanding total is **$79,155.63** and this amount includes the current month's charges.

- If you have not yet paid the arrears, please remit payment for the total amount, payable to The Rockefeller University, to the Accounting Office as soon as possible.
- If you have already submitted payment, please disregard this letter.
- **If there is a discrepancy between the Controller's records and yours, please contact Michael Glaster at the Financial Department where this report is originated.**

Please call me if you have any other questions or comments.

Sincerely,

Carlos Quispe
Housing Assistant

Cc: Tenant File

z:\arrears letters 2023\arrears march 2023\karolina marciniak - #1.doc

## RE: The Rockefeller University Housing Department Letter, March 20, 2023
1 message

**Karolina Marciniak** <marciniak.kar@gmail.com>  Wed, Apr 12, 2023 at 9:30 AM
To: Carlos Quispe <cquispe@rockefeller.edu>, Michael Glaster <mglaster@rockefeller.edu>

Mr. Quispe, Mr. Glaster:

We are in receipt of Mr. Quispe's letter from March 20, 2023 (attached). Please note that a rental payment in the total amount of $37,426.00 from the NYS Emergency Rental Assistance Program (ERAP) in relation to our approved ERAP application was paid to Rockefeller University in January 2023 (attached).

We intend to submit the payment of the remaining arrears as soon as we schedule for moving out. For that:

(i) Please note that we will be requesting an abatement of the remaining arrears due to the fact that we have been living without the basic kitchen amenities in the apartment for around 2 years (please see our oven Repair Request submitted to Joe Alonzo and related communication);

(ii) We have already started to see the apartment rent offers in New York and will be able to update you on the expected moving-out timeline at the end of this month, as we will be finalizing a major project then;

(iii) In the process of moving out, we may request a positive letter of recommendation from Rockefeller University Housing as per the requirement of our future tenant.

Sincerely,

Karolina Marciniak & Pedro Agra

Sharisse

**2 attachments**

 **The Rockefeller University Housing Department Letter March 20 2023.pdf**
434K

 **NYS Emergency Rental Assistance Program (ERAP) Application Approval Notice Jan 9, 2023.pdf**
1557K

## Letter from Landlord needed

2 messages

**Karolina Marciniak** <marciniak.kar@gmail.com>  Fri, Jan 5, 2024 at 12:48 PM
To: Carlos Quispe <cquispe@rockefeller.edu>
Cc: kogana@rockefeller.edu, browns@rockefeller.edu

Good afternoon,

My husband and I are eligible for the New York City Human Resources Administration supportive program, and we were asked for a letter from the Rockefeller University housing department stating our address of residence, the rent and utilities bills, whether it is paid or unpaid (rent arrears), or, alternatively, the current lease.

Would you be, please, able to issue one of them?

Sincerely,

Karolina and Pedro Marciniak-Agra
500 E 63rd St, Apt 13F
New York, NY 10065
marciniak.kar@gmail.com
(646) 770 2045

 Virus-free.www.avast.com

**Karolina Marciniak** <marciniak.kar@gmail.com>  Tue, Jan 16, 2024 at 10:46 AM
To: Carlos Quispe <cquispe@rockefeller.edu>
Cc: kogana@rockefeller.edu, browns@rockefeller.edu

Good morning,

This is a friendly reminder about our request from the last week. Please note that our application for the program can not proceed without the above-mentioned letter from the landlord. Our benefits depend on it and further delay in issuing the letter will cause us significant hardship.

Please let us know if you have further questions or concerns.

Sincerely,

Karolina and Pedro Marciniak-Agra
500 E 63rd St, Apt 13F
New York, NY 10065
marciniak.kar@gmail.com
(646) 770 2045

## RU Landlord letter request

**Olivia Clancy** <oclancy@shegerianlaw.com>  Thu, Jan 18, 2024 at 2:08 PM
To: "marciniak.kar@gmail.com" <marciniak.kar@gmail.com>

Hi Karolina,

RU's attorneys recently emailed me concerning your letter request in support of an application for rental assistance from the NYC Human Resources Administration. Since we're in the midst of litigation, RU's counsel requested we either forwarding an official request from NYCHRA asking for this landlord letter to RU's legal team explaining the rationale for the request or, alternatively, ask that NYCHRA make a written request directly to RU's counsel's law office. I think it'd be best if NYCHRA makes the written request directly. Please let me know. RU's attorneys also advised if any future requests need to be made that I can reach out to them on your behalf. Thanks!

Best,
Olivia

Olivia Clancy | Associate Attorney

**Shegerian & Associates**

90 Broad Street, Suite 804 | New York, NY 10004
Office: (212) 257-8883 | Facsimile: (212) 804-7299
oclancy@shegerianlaw.com | shegerianlaw.com

---

**Karolina Marciniak** <marciniak.kar@gmail.com>  Tue, Feb 20, 2024 at 3:10 PM
To: Olivia Clancy <oclancy@shegerianlaw.com>

Hi Olivia,

I am following up on request to RU's counsel for landlord documents. Can you remind them about this? We are due to submit them by Friday, February 23.

Best regards,

Karolina

**Olivia Clancy** <oclancy@shegerianlaw.com>  
To: Karolina Marciniak <marciniak.kar@gmail.com>
<span style="float:right">Tue, Feb 20, 2024 at 3:31 PM</span>

Hi Karolina,

Yes, I will send them a reminder follow up email right now.

Olivia Clancy | Associate Attorney

**Shegerian & Associates**

90 Broad Street, Suite 804 | New York, NY 10004  
Office: (212) 257-8883 | Facsimile: (212) 804-7299  
oclancy@shegerianlaw.com | shegerianlaw.com

---

**Olivia Clancy** <oclancy@shegerianlaw.com>  
To: Karolina Marciniak <marciniak.kar@gmail.com>
<span style="float:right">Thu, Feb 22, 2024 at 3:59 PM</span>

Hi Karolina,

I received the below responds from RU's counsel:

"My client will not be providing the documents Dr. Marciniak requested be sent to the New York City Human Resource Administration as there is presently no landlord-tenant relationship between her and the University."

Is it possible that's accurate?

Thanks,  
Olivia

Olivia Clancy | Associate Attorney

**Shegerian & Associates**

90 Broad Street, Suite 804 | New York, NY 10004  
Office: (212) 257-8883 | Facsimile: (212) 804-7299  
oclancy@shegerianlaw.com | shegerianlaw.com

**Karolina Marciniak** <marciniak.kar@gmail.com>  Thu, Feb 22, 2024 at 10:06 PM
To: Olivia Clancy <oclancy@shegerianlaw.com>

Hi Olivia,

It is accurate to the extent that they did not issue me a new lease back in June 2022 when the previous one expired (see attached "2021 Lease"). My lease has been renewed annually by the Rockefeller Housing staff during my employment with RU. On December 8, 2021, immediately after my untimely termination became effective, I received the notice asking us to move (see attached "2021 12 08 Rockefeller Housing Termination Notice "). We subsequently informed them that we intended to stay until the end of the litigation (see attached "2021 12 16 Response to Rockefeller Housing Termination Notice"). In the meantime, we applied for the NYS Emergency Rental Assistance Program (ERAP), and in January 2023 our application was approved, and Rockefeller University received over $37,000 to cover our rental arrears (see "2023 01 09 NYS Emergency Rental Assistance Program (ERAP) Application Approval Notice"). In March 2023, we received a letter to request immediate payment of the arrears with the amount that did not include the ERAP transfer, so we updated them about ERAP (see "2023 04 12 Email in Response to RU's letter").

Now, the Cash Assistance benefits we applied to the New York City Human Resource Administration could be only issued if we have a residence confirmed by the Landlord. The benefits would also include assistance in paying rent arrears if we demonstrate the bills from the landlord. However, it seems that RU, like before, is never willing to answer any of our requests, so we will have to do without those benefits. Thank you so much for trying.

Best regards,

Karolina

 Virus-free.www.avast.com

[Quoted text hidden]

**9 attachments**

- 2021 12 16 Response to Rockefeller Housing Termination Notice.pdf
  131K
- 2021 12 08 Rockefeller Housing Termination Notice.pdf
  676K
- 2023 03 20 The Rockefeller University Housing Department Letter.pdf
  434K
- 2023 04 12 Email in Response to RU's letter.pdf
  370K
- 2021 Lease.pdf
  4498K
- 2021 12 09 About Landlord's letter for ERAP application EMAIL EXCHANGE.pdf
  934K
- 2024 01 05 Request for Landlord Letter.pdf
  188K

### The incident with managers at RU housing this evening

**Karolina Marciniak** <marciniak.kar@gmail.com>  
To: Olivia Clancy <oclancy@shegerianlaw.com>

Wed, Oct 9, 2024 at 10:46 PM

Hi Olivia,

When we talked last time, you encouraged me to report any incident with the RU housing. I wanted to report to you the incident my husband had with the RU housing managers this evening.

While waiting at the elevator in the basement, he encountered the two male individuals who we recognise as the housing building managers. When they passed near him, Pedro heard "you gotta pay the rent, you gotta pay the rent", while there was nobody, only him there. They passed a few times, each time repeating "You gotta pay the rent", clearly directed to Pedro.

Then they stopped, and while waiting for the elevator with Pedro nearby, one started to tell a story about the woman, supposedly me, because the housing contract is on my name: "You gotta send the checks every month. She didn't pay the rent and ended up on the streets. Have to go through court and pay for lawyers. She did not even save to pay for a house for herself. " Then my husband entered with them in the elevator and the younger one said during the ride "We will get a bag to train punches and kicks, I am brown belt"

I wanted to ask how we should react to this situation, which we consider the intimidation? This was a huge confrontation for us, and because this is the first time, we believe that they might have received a green light to harass us. Also, it happens that the maintenance requests are unanswered for about one week (I will update you about the new request which I put in today).

Best regards,

Karolina

**Olivia Clancy** <oclancy@shegerianlaw.com>  
To: Karolina Marciniak <marciniak.kar@gmail.com>

Thu, Oct 10, 2024 at 7:39 AM

Hi Karolina,

I would report these comments to the appropriate housing administrator so they're documented as well as any other future harassment by RU staff.

Thanks,  
Olivia

## harassment from building managers

**Pedro Agra** <agra13@gmail.com>  Thu, Oct 10, 2024 at 9:32 AM
To: Joe Alonzo <alonzoj@rockefeller.edu>

Good morning Mr. Alonzo.

I hope you are well.

Unfortunately I write to you today to report an incident with the two building managers/supervisors. After reporting this incident to my lawyer I was advised to first speak with someone from the building.

While waiting at the elevator in the basement, I encountered the two male individuals who we recognise as the housing building managers. When they passed near me, I heard "you gotta pay the rent, you gotta pay the rent", while there was nobody, only me there. They passed a few times, each time repeating "You gotta pay the rent", clearly directed to me.

Then they stopped, and while waiting for the elevator with me nearby, one started to tell a story about the woman, supposedly my wife, because the housing contract is in her name: "You gotta send the checks every month. She didn't pay the rent and ended up on the streets. Have to go through court and pay for lawyers. She did not even save to pay for a house for herself. " Then I entered with them in the elevator and the younger one said during the ride "We will get a bag to train punches and kicks, I am brown belt" They also made comments about going to play tennis in the backyard, a clear reference to me and my wife.

I really hope this was the first and last time this happened and if it continues we gonna get police involved. I'll never tolerate something against my wife and I'll do everything to protect her.

Another issue is about the maintenance, we wanna keep the flat in proper conditions. Not having any seems to me a clear retaliation.

Respectfully,

Very truly yours,

Pedro.

**Pedro Agra** <agra13@gmail.com>  
To: Sharisse Brown <browns@mail.rockefeller.edu>

Thu, Oct 10, 2024 at 1:09 PM

---------- Forwarded message ---------  
From: **Pedro Agra** <agra13@gmail.com>  
Date: Thu, 10 Oct 2024 at 09:32  
Subject: harassment from building managers  
To: Joe Alonzo <alonzoj@rockefeller.edu>

Good morning Mr. Alonzo.

I hope you are well.

Unfortunately I write to you today to report an incident with the two building managers/supervisors. After reporting this incident to my lawyer I was advised to first speak with someone from the building.

While waiting at the elevator in the basement, I encountered the two male individuals who we recognise as the housing building managers. When they passed near me, I heard "you gotta pay the rent, you gotta pay the rent", while there was nobody, only me there. They passed a few times, each time repeating "You gotta pay the rent", clearly directed to me.

Then they stopped, and while waiting for the elevator with me nearby, one started to tell a story about the woman, supposedly my wife, because the housing contract is in her name: "You gotta send the checks every month. She didn't pay the rent and ended up on the streets. Have to go through court and pay for lawyers. She did not even save to pay for a house for herself. " Then I entered with them in the elevator and the younger one said during the ride "We will get a bag to train punches and kicks, I am brown belt" They also made comments about going to play tennis in the backyard, a clear reference to me and my wife.

I really hope this was the first and last time this happened and if it continues we gonna get police involved. I'll never tolerate something against my wife and I'll do everything to protect her.

Another issue is about the maintenance, we wanna keep the flat in proper conditions. Not having any seems to me a clear retaliation.

Respectfully,

Very truly yours,

Pedro.