**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

KAROLINA MARCINIAK-DOMINGUES
GONCALVES AGRA,

                         Plaintiff,

    v.

THE ROCKEFELLER UNIVERSITY,
FREDERICO AZEVEDO, WINRICH
FREIWALD

                       Defendants.

------------------------------------------------------------X

Civil Action No: 1:22-cv-10959-ALC

**NOTICE OF MOTION AND EMERGENCY ORDER TO SHOW CAUSE**

TO: THE CLERK OF THE COURT, ALL COUNSEL OF RECORD (VIA ECF), AND DEFENDANTS THE ROCKEFELLER UNIVERSITY, WINRICH FREIWALD, FREDERICO AZEVEDO

PLEASE TAKE NOTICE that upon the accompanying Plaintiff's Declaration, sworn to on October 6, 2025; the Memorandum of Law in Support thereof; the exhibits attached thereto; the entire record in this action, including the Third Amended Complaint (ECF 136); and upon the annexed Proposed Order to Show Cause, Plaintiff KAROLINA MARCINIAK-DOMINGUES GONCALVES AGRA ("Plaintiff") will hereby move this Court, pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Civil Rule 87.1, for an Order to Show Cause why an Order should not be issued, on an emergency basis:

(A) TEMPORARILY RESTRAINING Defendant Frederico Azevedo from using, citing, or referring to the Marine Biological Laboratory (MBL) "Outcome of the Title IX Investigation" (ECF 178, Exhibit F, the "MBL Report") in any subsequent filing, hearing, or proceeding in this action, pending the Court's full determination of this motion; and

(B) AFTER A FULL DETERMINATION OF THIS MOTION, GRANTING Plaintiff's Motion In Limine to:

- Permanently STRIKE the MBL Report (Exhibit F to ECF 178) from the docket; and
- Permanently PRECLUDE Defendant Frederico Azevedo and all other parties from using, citing, referring to, or offering into evidence at any hearing, motion, or at trial the MBL Report or any of its findings.

THE GROUNDS FOR THIS EMERGENCY APPLICATION ARE: Defendant Azevedo has now affirmatively used the inadmissible and highly prejudicial MBL Report in his Opposition (ECF No. 198, Pg. 9) to Plaintiff's Motion for a Restraining Order. A hearing on Plaintiff's request for protective relief is imminent, scheduled for October 7, 2025, at 12:00 PM. The integrity of that hearing and the Court's decision-making process will be irreparably compromised if the Court considers this fundamentally flawed and unreliable report. Immediate, temporary relief is necessary to preserve the status quo and prevent further prejudice. A full briefing schedule on the permanent relief sought is proposed herein.

PROPOSED ORDER & BRIEFING SCHEDULE

Plaintiff respectfully requests that this Court issue the attached Proposed Order to Show Cause, which:

1. TEMPORARILY RESTRAINS Defendant Azevedo from using, citing, or referring to the MBL Report in connection with the October 7, 2025 hearing on Plaintiff's Motion for a Restraining Order, pending the Court's determination of this motion.
2. Sets a return date for October 7, 2025, making this Motion returnable immediately prior to or in conjunction with the hearing on Plaintiff's Motion for a Restraining Order already scheduled for that date.
3. Directs service of this motion package upon Defendant Azevedo by ELECTRONIC FILING (ECF) today, October 6, 2025 on or before 11:59 P.M.
4. Sets a briefing schedule requiring any opposition to be filed by 10:00 A.M. on October 7, 2025,

with any reply due by 11:00 A.M. on October 7, 2025.

Dated: October 6, 2025

    Respectfully submitted,

*Karolina Agra*

-----------------------------------

Karolina Marciniak-Domingues Goncalves Agra

500 E 63rd St, Apt 13F

New York, 10065 NY

marciniak.kar@gmail.com

(646) 770-2045

PLAINTIFF PRO SE

## Certificate of Service

I, Karolina Marciniak-Domingues Goncalves Agra, hereby certify that a true and correct copy of NOTICE OF EMERGENCY MOTION was served by ECF on this 6th Day of October, 2025 on all parties in this action.

Dated as of October 6, 2025
New York, New York

*Karolina Agra*

Karolina Marciniak-Domingues Goncalves Agra
500 E 63rd St, Apt 13F
New York, 10065 NY
marciniak.kar@gmail.com
(646) 770 2045
PLAINTIFF PRO SE