*Submitted via email to ALCarterNYSDChambers@nysd.uscourts.gov & prose@nysd.uscourts.gov*

*Defendant, pro se*
Frederico Augusto Casarsa de Azevedo
10 Emerson Place, apt. 21D
Boston, Massachusetts 02114
Tel. 857.999.1396
fazevedo@mit.edu

February 9, 2026

Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Marciniak-Domingues Goncalves Agra v. Rockefeller University, et al.*, No. 1:22-cv-10959-ALC

Dear Judge Carter:

I am Defendant Frederico Azevedo, proceeding pro se.

Pursuant to the Court's January 23, 2026 Order (ECF No. 223), I respectfully submit this letter to advise the Court that I do intend to move to dismiss Plaintiff's Fourth Amended Complaint (ECF No. 227), filed on January 30, 2026; however, on Monday, February 2, 2026, I forwarded the Fourth Amended Complaint to the Claims Department of Boston Children's Hospital for evaluation of whether the amended pleading triggers institutional defense coverage, and that coverage determination remains pending.

Because the availability of institutional legal representation will materially affect my ability to prepare and present a motion to dismiss, I respectfully request that, should coverage be

denied, the Court grant me **three weeks** to prepare and file a motion to dismiss on a pro se basis.

This request is made in good faith and solely to ensure that any motion practice proceeds in an orderly and efficient manner, without prejudice to any party.

Thank you for the Court's consideration.


Respectfully submitted,

/s/ Frederico A. C. de Azevedo
Frederico Augusto Casarsa de Azevedo
*Defendant, pro se*