

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

February 10, 2026

**Via ECF and Email**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Re:   ***Marciniak-Domingues Goncalves Agra v. Rockefeller University et al., No. 22-cv-10959-ALC***

Dear Judge Carter:

    We represent The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively, the "RU Defendants") in the above-captioned matter. Pursuant to the Court's Order entered on January 23, 2026 (Dkt. No. 223), the RU Defendants respectfully submit this letter to advise the Court of their intent to move to dismiss Plaintiff's Fourth Amended Complaint, filed on January 30, 2026 (Dkt. No. 227).

    The RU Defendants respectfully request thirty (30) days, until March 12, 2026, to file their motion to dismiss.

    In addition, the RU Defendants are mindful of Your Honor's Individual Practice Rule 2.B, which sets a 25-page limit for memoranda of law in support of motions. In light of the new claims and allegations asserted in the Fourth Amended Complaint, the RU Defendants respectfully request a modest five-page extension of the page limit to thirty (30) pages to permit a full and orderly presentation of their arguments.

    We appreciate the Court's attention to these matters.

Respectfully Submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

(cc: Dr. Karolina Marciniak-Domingues Goncalves Agra (via ECF and email); Mr. Frederico Azevedo (via ECF and email))