Dr. Karolina Marciniak-Domingues Goncalves Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

February 17, 2026

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

Re:   URGENT SUPPLEMENTAL LETTER REGARDING IMMINENT IRREPARABLE HARM FROM ROCKEFELLER UNIVERSITY'S INITIATION OF STATE EVICTION PROCEEDING AND REQUEST FOR EXPEDITED RULING
Marciniak-Domingues Goncalves Agra, et al. v. The Rockefeller University, et al.
Case No. 1:22-cv-10959-ALC

I, Plaintiff Karolina Agra proceeding *pro se*, respectfully submit this letter in connection with the accompanying **Renewed Motion for a Temporary Restraining Order and Preliminary Injunction**, Memorandum of Law, Declaration, and exhibits.

As documented in the moving papers, the circumstances have materially worsened since the Court's prior consideration. On January 29, 2026, Defendant Rockefeller University filed a formal eviction proceeding against me in the Civil Court of the City of New York (Index No. LT-301654-25/NY), with a first court appearance scheduled for **February 24, 2026**. That filing renders the harm imminent and concrete. Moreover, my health has deteriorated severely—documented by hospital records and a new psychiatric medication—directly as a result of this retaliatory eviction campaign.

Given the irreparable harm I face—the loss of my home of nine years, documented medical crises, and increased vulnerability to a known predator—I respectfully request that the Court take the following emergency actions:

1. **Grant an immediate Temporary Restraining Order *ex parte***, enjoining Defendant Rockefeller University from prosecuting the state eviction proceeding and from taking any steps to remove me from my residence, pending a hearing on the Order to Show Cause. The urgency of the February 24 court date and the documented deterioration of my health make *ex parte* relief necessary to prevent irreparable harm.

2. **In the alternative**, issue an **Order to Show Cause** with the following expedited briefing schedule, which will allow for full consideration while ensuring the Court can rule before the February 24 eviction hearing:

- **Opposition due: February 20, 2026**
- **Reply due: February 23, 2026, by 12:00 noon**
- **Hearing (if the Court desires): February 23, 2026, afternoon.**

I respectfully request that the Court grant the requested *ex parte* Temporary Restraining Order or, in the alternative, issue an Order to Show Cause with the expedited briefing schedule proposed above, to ensure that the Court may rule before the February 24, 2026 state court eviction hearing and prevent the imminent, irreparable harm detailed in the accompanying papers.

Respectfully submitted,

Dr. Karolina Marciniak-Domingues Goncalves Agra
*Pro Se Plaintiff*

_Karolina Agra_
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770-2045
marciniak.kar@gmail.com

Attachments:

- Notice of Renewed Motion
- Memorandum of Law
- Declaration of Karolina Agra
- Exhibits A–C