**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X
KAROLINA MARCINIAK-DOMINGUES
GONCALVES AGRA,

                 Plaintiff,

   v.                                                                              Civil Action No: 1:22-cv-10959-ALC

THE ROCKEFELLER UNIVERSITY,
FREDERICO AZEVEDO, WINRICH
FREIWALD

                 Defendants.
---------------------------------------------------------X

## NOTICE OF RENEWED MOTION FOR A PRELIMINARY INJUNCTION ENJOINING ROCKEFELLER UNIVERSITY'S RETALIATORY EVICTION UNDER THE FAIR HOUSING ACT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Renewed Motion for a Temporary Restraining Order and Preliminary Injunction, the accompanying Declaration of Karolina Marciniak-Domingues Goncalves Agra, and the exhibits attached thereto, Plaintiff Karolina Marciniak-Domingues Goncalves Agra will move this Court for the following relief:

1. **For an immediate Temporary Restraining Order (TRO)**, without prior notice to Defendants, enjoining and staying Defendant Rockefeller University ("RU") from prosecuting the state eviction proceeding (Index No. LT-301654-25/NY) now pending in the Civil Court of the City of New York, and from taking any steps to remove Plaintiff from her residence at 500 E 63rd Street, Apt. 13F, New York, NY 10065, pending the hearing on the Order to Show Cause for a Preliminary Injunction; and

2. **For an Order to Show Cause** why a Preliminary Injunction should not issue during the pendency of this litigation granting the following relief:

a. Enjoining and staying Defendant Rockefeller University from prosecuting the state eviction proceeding (Index No. LT-301654-25/NY);

b. Enjoining Defendant from taking any steps to remove Plaintiff from her residence;

c. Ordering Defendant to maintain the status quo by accepting Plaintiff's rental payments and providing standard landlord documentation necessary for public assistance applications; and

d. Granting such other and further relief as this Court deems just and proper.

Plaintiff requests that any injunction remain in effect through the final resolution of her Fair Housing Act retaliation claim and all other federal claims asserted in the Fourth Amended Complaint.

Dated: New York, New York
February 17, 2026

          Respectfully submitted,

          By:

          */s/ Karolina Agra*
          Dr. Karolina Marciniak-Domingues Goncalves Agra
          500 E 63rd St, Apt 13F
          New York, 10065 NY
          marciniak.kar@gmail.com
          (646) 770 2045
          <u>PLAINTIFF *PRO SE*</u>

**CERTIFICATE OF SERVICE**

I, Karolina Marciniak-Domingues Goncalves Agra, hereby certify that on February 16, 2026, I caused a true and correct copy of the foregoing Notice of Renewed Motion for a Temporary Restraining Order and Preliminary Injunction, along with the Memorandum of Law in Support and the supporting Declaration and exhibits, to be served upon all counsel of record by electronically uploading the documents to the Court's CM/ECF system, which will send a Notice of Electronic Filing (NEF) to all registered participants in this action.

DATED: New York, New York
February 17, 2026

By: _/s/ Karolina Agra_

Dr. Karolina Marciniak-Domingues Goncalves Agra

500 E 63rd St, Apt 13F
New York, 10065 NY
marciniak.kar@gmail.com
(646) 770 2045
PLAINTIFF *PRO SE*

3