UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
KAROLINA MARIA, MARCINIAK-DOMINGUES
AGRA, and PEDRO MARCINIAK-DOMINGUES
GONCALVES AGRA,

                          1:22-cv-10959 (ALC) (SN)

              *Plaintiff*,

                          **ORDER**

     -against-

MASSACHUSETTS INSTITUTE OF TECHNOLOGY,
PRESIDENT AND FELLOWS OF HARVARD
COLLEGE, BOSTON CHILDREN'S HOSPITAL,
MARINE BIOLOGICAL LABORATORY,
UNIVERSITY OF CHICAGO,
ROCKEFELLER UNIVERSITY, and
NATIONAL SCIENCE FOUNDATION (NSF)—
CENTERS FOR BRAINS, MINDS
& MACHINES COOPERATIVE AGREEMENT,

             *Defendants*.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff's Motion for a Temporary Restraining Order (Dkt. No. 232) is **DENIED**. Defendant Rockefeller University ("Rockefeller") is ORDERED to SHOW CAUSE in writing on or before **February 25, 2026,** as to why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure. It is further **ORDERED** that reply papers from Plaintiff, if any, shall be filed no later than **March 4, 2026**.

**SO ORDERED.**

**Dated:    February 18, 2026**
           **New York, New York**                        **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**