

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

March 2, 2026

**Via ECF**

Hon. Andrew L. Carter Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom 444
New York, NY 10007

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

Re: *Marciniak-Domingues Goncalves Agra v. Rockefeller University et al.*, No. 22-cv-10959-ALC

Dear Judge Carter:

We represent The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively, the "RU Defendants") in the above-captioned matter. We write regarding the briefing schedule for the RU Defendants' anticipated motion to dismiss Plaintiff's Fourth Amended Complaint, filed on January 30, 2026.

On February 10, 2026, the RU Defendants requested that the Court set a briefing schedule for their motion to dismiss and proposed March 12, 2026 for the RU Defendants' filing date. (Dkt. 230.) Before a schedule could be set, on February 17, 2026, Plaintiff filed a Renewed Motion for a Preliminary Injunction (the "Renewed PI Motion"). RU therefore devoted substantial time and resources to preparing its opposition to the Renewed PI Motion, which was due on February 25, 2026. To avoid prejudice from having to oppose Plaintiff's Renewed PI Motion while simultaneously preparing a motion to dismiss, the RU Defendants requested by letter dated February 18, 2026 that the Court set March 31, 2026 as the filing date for the RU Defendants' motion to dismiss. (Dkt. 235.) The Court has not yet ruled on that request or otherwise set a briefing schedule.

Accordingly, the RU Defendants respectfully request that the Court enter a briefing schedule providing for the RU Defendants to file their motion to dismiss by March 31, 2026. This request is warranted in light of the significant resources required to address Plaintiff's Renewed PI Motion and existing scheduling constraints.

In addition, the RU Defendants respectfully request a modest enlargement of the page limit for their opening memorandum of law in support of the motion to dismiss from 25 pages to 30 pages. Given the length of Plaintiff's Fourth Amended Complaint, the new claims asserted, and the need to address issues specific to RU and Dr. Freiwald, the RU Defendants believe that a five-page enlargement is necessary for a full presentation of the relevant legal arguments.

We appreciate the Court's consideration of this matter.



March 2, 2026
Page 2

Sincerely,

*/s/ Elise M. Bloom*

Elise M. Bloom

(cc: Dr. Marciniak-Domingues Goncalves Agra (via ECF); Mr. Frederico Azevedo (via ECF))