**PROSKAUER ROSE LLP**
Elise M. Bloom
Patrick J. Lamparello
Noa M. Baddish
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
plamparello@proskauer.com
nbaddish@proskauer.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAROLINA MARIA MARCINIAK-DOMINGUES GONCALVES AGRA, <br><br> Plaintiff, <br><br> -against- <br><br> ROCKEFELLER UNIVERSITY; FREDERICO AZEVEDO and WINRICH FREIWALD, <br><br> Defendants. | No. 22-cv-10959 (ALC) <br><br> **DEFENDANTS THE ROCKEFELLER UNIVERSITY AND DR. WINRICH FREIWALD'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S FOURTH AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Elise M. Bloom, Esq. with the exhibit annexed thereto, and all of the prior pleadings and proceedings in this action, Defendants The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively the "RU Defendants"), through their undersigned counsel, will move this Court before the Honorable Andrew L. Carter, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007 on such a date and time as the Court may direct, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing with prejudice all claims against the RU Defendants in Plaintiff's Fourth Amended Complaint (Dkt. 227); or alternatively, dismissing (i) Plaintiff's *quid pro quo*

claims (First Cause of Action), with prejudice; (ii) Plaintiff's hostile work environment claims (Second Cause of Action), with prejudice; (iii) Plaintiff's retaliation claim (Third Cause of Action), except for that relating to her November 30, 2021 termination of employment, with prejudice; (iv) Plaintiff's FHA claim (Fifth Cause of Action), with prejudice; (v) all claims against Dr. Freiwald (First-Fourth Causes of Action), with prejudice; and granting such other and further relief as the Court deems just and proper.

Dated: March 31, 2026
New York, New York

Respectfully submitted,

/s/ Elise M. Bloom
Elise M. Bloom
Patrick J. Lamparello
Noa M. Baddish
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
plamparello@proskauer.com
nbaddish@proskauer.com

*Attorneys for Defendants*
*The Rockefeller University and*
*Dr. Winrich Freiwald*

2