MEMO ENDORSED

**Proskauer》**  Proskauer Rose LLP  Eleven Times Square  New York, I

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   5/8/2026

May 4, 2026

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**Via ECF and Email**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

Re:     ***Marciniak-Domingues Goncalves Agra v. Rockefeller University, et al.*, No. 22-cv-10959-ALC**

Dear Judge Carter:

We represent The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively, the "RU Defendants") in the above-captioned matter. We write, in accordance with Rule 1.D of Your Honor's Individual Practices, to request an extension of time to file the RU Defendants' reply in further support of their motion to dismiss Plaintiff's Fourth Amended Complaint.

On March 30, 2026, the Court granted the RU Defendants' request for a briefing schedule setting March 31, 2026 as the deadline for the RU Defendants' motion to dismiss. (Dkt. 245.) The briefing schedule further provided that Plaintiff's opposition would be due by May 1, 2026, and the RU Defendants' reply would be due by May 8, 2026. (*Id.*)

In accordance with the Court-ordered briefing schedule, the RU Defendants filed their moving papers on March 31 (Dkts. 247-249), and Plaintiff, who is *pro se*, filed her opposition on May 1. (Dkts. 258 and 259.) Given the length of Plaintiff's opposition, the number of issues raised therein, and counsel's preexisting professional commitments, the RU Defendants respectfully request that the deadline for their reply be adjourned to **May 29, 2026**.[1]

We appreciate the Court's attention to this matter.

Respectfully Submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

---

[1] This is the RU Defendants' first request for an extension of time to file their reply in support of their motion to dismiss Plaintiff's Fourth Amended Complaint.

2

cc:   All Counsel of Record (via ECF); Dr. Karolina Marciniak-Domingues Goncalves Agra
(via ECF and email); Mr. Frederico Azevedo (via ECF and email)

Defendant's request for extension of time to reply is GRANTED.
Defendant will file their reply on or before May 29, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

May 8, 2026

2