**PROSKAUER ROSE LLP**
Elise M. Bloom
Patrick J. Lamparello
Noa M. Baddish
Eleven Times Square
New York, New York 10036-8299
Tel. 212.969.3000
Fax 212.969.2900
ebloom@proskauer.com
plamparello@proskauer.com
nbaddish@proskauer.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAROLINA MARIA MARCINIAK-DOMINGUES GONCALVES AGRA,<br><br>       Plaintiff,<br><br>   -against-<br><br>ROCKEFELLER UNIVERSITY; FREDERICO AZEVEDO and WINRICH FREIWALD,<br><br>       Defendants. | No. 22-cv-10959 (ALC)<br><br>**DECLARATION OF**<br>**ELISE M. BLOOM, ESQ.** |

I, Elise M. Bloom, Esq., declare, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am a member of the law firm Proskauer Rose LLP, attorneys for Defendants The Rockefeller University and Dr. Winrich Freiwald (together, the "RU Defendants") in the above-captioned action. I am fully familiar with the facts set forth herein. I submit this declaration in further support of the RU Defendants' motion to dismiss Plaintiff's Fourth Amended Complaint, in its entirety, with prejudice.

2

2.      Attached hereto as Exhibit A is a true and correct copy of a May 20, 2026 court order issued by the Honorable Judge Eleanora Ofshtein, J.S.C. in *The Rockefeller University v. Karolina Maria Marciniak-Domingues Goncalves Agra; Pedro Henrique Marciniak-Domingues Goncalves Agra; "John" "Doe"; "Jane" "Doe"*, Index No. LT-301654-26/NY, NYSCEF Dkt. No. 15.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: New York, New York
       May 29, 2026                        */s/ Elise M. Bloom*
                                           Elise M. Bloom