Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

June 29, 2026

Elise M. Bloom
Member of the Firm

d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**<u>Via ECF and Email</u>**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

> Re: ***Marciniak-Domingues Goncalves Agra v. Rockefeller University, et al.*, No. 22-cv-10959-ALC**

Dear Judge Carter:

We represent The Rockefeller University ("RU") and Dr. Winrich Freiwald ("Dr. Freiwald") (collectively, the "RU Defendants") in the above-captioned matter.  The RU Defendants respectfully submit this notice of supplemental authority to advise the Court of the Appellate Division, First Department's recent decision in *Taslakian v. Taslakian*, No. 157861/24, 2026 WL 1791424 (1st Dep't June 23, 2026),[1] which reversed a trial court's denial of a motion to dismiss a Gender-Motivated Violence Act ("GMVA") claim because the plaintiff failed to plead facts giving rise to an inference of gender-based animus.

In *Taslakian*, the First Department held that "conclusory assertions . . . without concrete facts or statements" supporting an inference of gender-based animus are insufficient to survive a motion to dismiss.  *Id*.

*Taslakian* lends further support to the RU Defendants' pending motion to dismiss Plaintiff's GMVA claim against Dr. Freiwald here.  (*See* ECF Nos. 248 § VIII.D, 263 § VII.D.)

We appreciate the Court's attention to this matter.


Respectfully Submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc:    All Counsel of Record (via ECF); Dr. Karolina Marciniak-Domingues Goncalves Agra (via ECF and email); Mr. Frederico Azevedo (via ECF and email)

---

[1] A copy of *Taslakian* is attached hereto as Exhibit A.