Dr. Karolina Marciniak-Domingues Goncalves Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

September 2, 2026

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

**Re: Marciniak-Domingues Goncalves Agra v. The Rockefeller University et al.; Case No. 1:22-cv-10959-ALC PLAINTIFF'S STATUS REPORT**

Dear Judge Carter:

I write to update the Court on the status of the related housing court proceeding (Index No. LT-301654-26/NY) and my pending motion for a preliminary injunction in this case (Dkt. 232).

**I. RETENTION OF COUNSEL IN HOUSING COURT**

I have retained counsel, Bikram Singh, Esq., to represent me in the housing court proceeding. My attorney has filed a Verified Answer with Affirmative Defenses and a Motion for Summary Judgment on my behalf. The motion raises strong jurisdictional and procedural defenses, including:

- Lack of personal jurisdiction due to improper service under RPAPL §§ 733(1) and 735(2)(b), where the affidavit of service was not filed until April 15, 2026—well after the February 24, 2026 return date;
- A defective predicate notice that purported to terminate a month-to-month tenancy in the middle of a rental period, rather than at the expiration of the rental month;
- The absence of a valid month-to-month tenancy because the landlord accepted no rent after the lease expired; and
- The landlord's failure to serve an accurate notice under the Good Cause Eviction Law.

The motion is currently pending before Judge Evon M. Asforis in the New York County Housing Court. A trial is scheduled for September 23, 2026.

Attached hereto as **Exhibit A** is a copy of the Verified Answer with Affirmative Defenses filed on my behalf (NYSCEF Doc. No. 42). **Exhibit B** is a copy of the Motion for Summary Judgment (NYSCEF Doc. Nos. 43-48). **Exhibit C** is a copy of my attorney's response to RU's August 4, 2026 letter (NYSCEF Doc. No. 49), which rebuts RU's procedural objections and establishes that my Verified Answer is my first answer—not an amendment.

**II. PLAINTIFF'S GOOD FAITH PAYMENTS UNDER PROTEST**

I have consistently paid use and occupancy under protest, with all rights expressly reserved, to demonstrate good faith while my federal rights are adjudicated, and to avoid any claim by the landlord that I am avoiding my financial obligations. I have filed proof of these payments with this Court on multiple occasions. [ECF 258-5; ECF 265-1; ECF 269-1]

Attached hereto as **Exhibit D** is a copy of my August 8, 2026 use and occupancy payment, made under protest, with all rights reserved.

**III. PENDING PRELIMINARY INJUNCTION MOTION**

As the Court is aware, my motion for a preliminary injunction (Dkt. 232) remains pending. The housing court motion, if granted, could be dispositive of the eviction proceeding and further supports the need for injunctive relief to preserve the status quo pending resolution of my federal claims.

I respectfully request that the Court consider these developments in connection with my pending motion for a preliminary injunction. I also renew my request that the Court rule on the PI motion, as the housing court trial is set for September 23, 2026—three weeks away.

I will continue to keep the Court apprised of developments.

Respectfully submitted,

Dr. Karolina Marciniak-Domingues Goncalves Agra
(Plaintiff *pro se*)

Karolina Marciniak-Agra
-----------------------------------
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
*marciniak.kar@gmail.com*

cc: All Counsel of Record (via ECF)