Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

October 23, 2026

Elise M. Bloom
Member of the Firm
d +1.212.969.3410
f 212.969.2900
ebloom@proskauer.com
www.proskauer.com

**Via ECF and Email**

The Honorable Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 444
New York, NY 10007
Email: ALCarterNYSDChambers@nysd.uscourts.gov

Re: ***Marciniak-Domingues Goncalves Agra v. Rockefeller University, et al.*, No. 22-cv-10959-ALC**

Dear Judge Carter:

We represent The Rockefeller University and Dr. Winrich Freiwald (together, the "RU Defendants"). We write regarding Plaintiff's October 22, 2026 letter motion seeking leave to file a supplemental brief and declaration in connection with pending motions. (*See* Dkt. 273.)

The RU Defendants respectfully request one week, until October 29, 2026, to respond to Plaintiff's letter motion.

We appreciate the Court's attention to this matter.

Respectfully Submitted,

*/s/ Elise M. Bloom*

Elise M. Bloom

cc: All Counsel of Record (via ECF); Dr. Karolina Marciniak-Domingues Goncalves Agra (via ECF and email); Mr. Frederico Azevedo (via ECF and email)