Dr. Karolina Marciniak-Domingues Goncalves Agra
500 E. 63rd Street, Apt. 13F
New York, New York 10065
(646) 770-2045
marciniak.kar@gmail.com

October 26, 2026

**Via ECF**
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 435
New York, New York 10007

**Re: Marciniak-Domingues Goncalves Agra v. Rockefeller University, et al.; Case No. 1:22-cv-10959-ALC**

**PLAINTIFF'S STATUS LETTER IN RESPONSE TO DEFENDANTS' LETTER-MOTION FOR EXTENSION OF TIME (ECF NO. 274)**

Dear Judge Carter:

I am the Plaintiff in this action and write *pro se*. I write briefly regarding Defendants' request for a one-week extension of time to respond to my Letter Motion for Leave to File a Supplemental Brief and Declaration (ECF No. 273).

I do not oppose the one-week extension. I respectfully request, however, that the extension not further delay the Court's ruling on the pending Renewed Motion for a Preliminary Injunction (ECF No. 232). The harm described in my filings is ongoing, and a prompt ruling would permit the parties and the Court to proceed without further uncertainty.

I thank the Court for its consideration of this matter.

Respectfully submitted,

Dr. Karolina Marciniak-Domingues Goncalves Agra
(Plaintiff *pro se*)
Karolina Marciniak-Agra
500 E 63rd St, Apt 13F
New York, NY 10065
(646) 770 2045
marciniak.kar@gmail.com

**cc:** All Counsel of Record (via ECF)